IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

---

BABY DOE, A CITIZEN OF AFGHANISTAN
CURRENTLY RESIDING IN NORTH
CAROLINA, BY AND THROUGH NEXT
FRIENDS, JOHN AND JANE DOE; AND JOHN
AND JANE DOE, CITIZENS OF AFGHANISTAN
AND LEGAL GUARDIANS OF BABY DOE,

    Plaintiffs,

v.

JOSHUA MAST, STEPHANIE MAST, RICHARD
MAST, KIMBERLEY MOTLEY, AND AHMAD
OSMANI,

    Defendants,

and

UNITED STATES SECRETARY OF STATE
ANTONY BLINKEN AND UNITED STATES
SECRETARY OF DEFENSE GENERAL
LLOYD AUSTIN,

    Nominal Defendants.

CIVIL ACTION NO. 3:22-CV-49

---

**DOE PLAINTIFFS' MOTION TO SEAL EXHIBITS**

Plaintiffs, by counsel, respectfully move for leave to file Exhibits A, B and D to their Memorandum in Support of Motion for Leave to Proceed Under Pseudonyms under seal, pursuant to Federal Rule of Civil Procedure 5(d) and Local Civil Rule 5. The Exhibits sought to be filed under seal are being filed electronically with the Court contemporaneously herewith, as required by Local Civil Rule 5. As further grounds for this motion, Plaintiffs refer to the Memorandum in

Support of this Motion, filed contemporaneously herewith. A proposed Order is attached as Exhibit C to the Memorandum in Support.


Dated:  September 2, 2022	Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

Sherli M. Furst (*pro hac vice forthcoming*)
Jeremy C. King (*pro hac vice forthcoming*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  sfurst@HuntonAK.com
Email:  jking@HuntonAK.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants and further certify that a copy was sent via US mail to the following:

Joshua and Stephanie Mast
15 Bunchberry Court
Hampstead, NC  28443-7247

Richard Mast
413 QUAIL HOLLOW DR
FOREST, VA 24551-1029

Kimberley Motley
2206 Bonnie Butler Way
Charlotte, NC 28270

Ahmad Osmani
8524 King William Street
Cordova, TN 38016

OFFICE OF THE U.S. ATTORNEY
255 W. Main Street
Charlottesville, VA  22902
Lloyd Austin
United States Secretary of Defense General

OFFICE OF THE U.S. ATTORNEY
255 W. Main Street
Charlottesville, VA 22902
Antony Blinken
United States Secretary of State

By:     */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*