AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Baby Doe, a Citizen of Afghanistan Currently Residing in North Carolina, by and Through Next Friends, John and Jane Doe, and John and Jane Doe, Citizens of Afghanistan and Legal Guardians of Baby Doe,<br><br>*Plaintiff*<br><br>v.<br><br>Joshua Mast, Stephanie Mast, Richard Mast, Kimberley Motley, and Ahmad Osmani,<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:22-cv-49<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    OFFICE OF THE U.S. ATTORNEY
    255 W. Main Street
    Charlottesville, VA 22902
    Lloyd Austin
    United States Secretary of Defense General

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Maya M. Eckstein (VSB No. 41413)
    Lewis F. Powell III (VSB No. 18266)
    HUNTON ANDREWS KURTH LLP
    951 E Byrd St, Richmond, VA 23219
    Telephone: (804) 788-8200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LAURA A. AUSTIN, CLERK OF COURT



Date: 09/07/2022                                            s/ Dylan Gaddes
                                                                                                                                *Deputy Clerk*

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-49

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OFFICE OF THE U.S. ATTORNEY Attn: Lloyd Austin United States Secretary of Defense General 255 W. Main Street Charlottesville, VA 22902

was received by me on *(date)* 9/8/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Angie Taylor, Authorized Representative, who is designated by law to accept service of process on behalf of *(name of organization)* Office of the US Attorney on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 75 for services, for a total of $ 75.

I declare under penalty of perjury that this information is true.

Date: 9/9/2022

*Server's signature*

Philip A. Hamilton, Process Server
*Printed name and title*

437 Fairway Avenue
Charlottesville, VA 22902
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: SUMMONS, CIVIL COVER SHEET, COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS, PROTECTIVE ORDER, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO SEAL EXHIBITS, DOE PLAINTIFFS' MOTION TO SEAL EXHIBITS, NOTICE OF FILING UNDER SEAL, [PROPOSED] ORDER GRANTING DOE PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS

APPROXIMATE DESCRIPTION OF RECIPIENT: Female, 60, 5ft. 6in., White, Blonde, 200lbs