AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| Doe et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| Mast et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Baby Doe (by and through next friends, John and Jane Doe), John Doe, and Jane Doe, .

Date:   09/12/2022

s/*Sehla Ashai*
*Attorney's signature*

Sehla Ashai, Illinois Bar No. 6291199
*Printed name and bar number*
704 East 15th Street
Suite 204
Plano, Texas 75074

*Address*

ashai@elbiallylaw.com
*E-mail address*

(972) 423-7330
*Telephone number*

*FAX number*