AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

Baby Doe, a Citizen of Afghanistan Currently Residing in North Carolina, by and Through Next Friends, John and Jane Doe, and John and Jane Doe, Citizens of Afghanistan and Legal Guardians of Baby Doe,

*Plaintiff*

v.

Joshua Mast, Stephanie Mast, Richard Mast, Kimberley Motley, and Ahmad Osmani,

*Defendant*

Civil Action No. 3:22-cv-49

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Stephanie Mast
15 BUNCHBERRY CT,
HAMPSTEAD, NC 28443-7247

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St, Richmond, VA 23219
Telephone: (804) 788-8200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/2/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Stephanie Mast__

was received by me on *(date)* __9/2/2022__.

☐ I personally served the summons on the individual at *(place)* __15 BUNCHBERRY CT HAMPSTEAD, NC 28443-7247__
on *(date)* __9/5/2022 at 6:45 PM__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __9/11/2022__

_____
*Server's signature*

Chris Bradley , Process Server
*Printed name and title*

226 N. Front St. Suite 162
Wilmington, NC, 28401
*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET

Approximate Description of Recipient: W/F brown, red shirt and shorts