AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Doe et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   3:22-cv-00049-NKM |
| Mast et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Baby Doe (by and through next friends, John and Jane Doe), John Doe, and Jane Doe.

Date:   09/14/2022

*Attorney's signature*

Jeremy C. King, New York Bar No.
*Printed name and bar number*

200 Park Ave
New York, New York 10166

*Address*

jking@huntonak.com
*E-mail address*

(212) 309-1369
*Telephone number*

(212) 309-1100
*FAX number*