AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Doe et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| Mast et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Baby Doe (by and through next friends John and Jane Doe), John Doe and Jane Doe.

Date:   09/15/2022

*Attorney's signature*

Sherli M. Furst; NY Bar No. 4783577
*Printed name and bar number*

200 Park Avenue
New York, New York 10166
*Address*

sfurst@huntonAK.com
*E-mail address*

(212) 309-1000
*Telephone number*

(212) 309-1100
*FAX number*