AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Baby Doe et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| Joshua Mast et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Joshua Mast and Stephanie Mast.

Date: 09/20/2022

*John S. Moran*
Attorney's signature

John S. Moran (84236)
*Printed name and bar number*

McGuireWoods LLP
888 16th St NW
Washington, DC 20006
*Address*

jmoran@mcguirewoods.com
*E-mail address*

(202) 828-2817
*Telephone number*

(202) 828-3327
*FAX number*