AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Baby Doe et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-00049-NKM |
| Joshua Mast et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard L. Mast                                                                                  .

Date:  09/26/2022

*Attorney's signature*

Richard L. Mast (80660)
*Printed name and bar number*

1540 Insurance Lane
Charlottesville, VA 22911
*Address*

rlmast@protonmail.com
*E-mail address*

(540) 404-1781
*Telephone number*

(540) 301-0021
*FAX number*