# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES SECRETARY OF | ) |
| STATE ANTONY BLINKEN, *et al.*, | ) |
| | ) |
| *Nominal Defendants*. | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME TO FILE
## A RESPONSE TO THE COMPLAINT

Under Civil Rule 6(b)(1), Defendant Richard L. Mast moves for an order allowing him until Friday, October 14, 2022, to respond to the Complaint, which is 37 days from the service date indicated on the docket.[1] In support of this motion, Defendant Richard Mast asserts:

---

[1] Plaintiffs' counsel has stated that they have no objection to this request. Movant therefore seeks an order setting an October 14, 2022 response deadline to avoid any ambiguity or doubt.  The

1. Defendant Richard Mast is counsel to both Joshua and Stephanie Mast ("the Masts") in a current state court proceeding (and counsel to the Masts in three other court proceedings involving many of the same issues), and should be permitted to respond to the complaint jointly with his clients.

2. It is necessary for Richard Mast to seek leave of court in the state court proceeding, as his claims and defenses are currently covered by sealed litigation involving a minor child. The next evidentiary hearing in the state court litigation is October 4, 2022.

3. This case involves a substantial prior history, including multiple separate legal proceedings with many important filings under seal. The complexity of the case and the unique limitations on access to relevant materials warrant additional time.

4. Undersigned counsel understands that other individual defendants have recently retained counsel to represent them in this matter.

5. It would be beneficial for all defendants to have the opportunity to meet and confer before responding to the allegations in the Complaint.

6. Plaintiffs have also sued U.S. Secretary of State Antony Blinken and U.S. Secretary of Defense Lloyd Austin in their official capacities and served those defendants on September 8, 2022. They are entitled to 60 days to respond under Rule

---

proofs of service correctly reflect that Richard Mast was served on Tuesday, September 6, 2022. *See* Dkt. No. 18.

12(a)(2), and they will not be required to respond until November 7, 2022. Richard Mast is not seeking to extend to extend his response deadline beyond the deadline for these defendants. Given the posture of the other defendants in this case, the plaintiffs are unlikely to be prejudiced by Richard Mast filing a response by October 14.

7. This Court considered Defendants Joshua and Stephanie Masts' motion for extension of time to answer or otherwise respond to Plaintiffs' complaint, *See* Dkt. 31, as well as Plaintiffs' opposition thereto and Defendants Joshua and Stephanie Masts' reply in further support of their motion, Dkts. 32, 33.

8. This Court granted Defendants Joshua and Stephanie Masts' motion for extension, in part, extending the time for a response until Friday, October 14, 2022.

9. Judicial economy thus favors allowing Defendant Richard Mast until October 14 to file his responsive pleading as well.

10. The undersigned has conferred with plaintiffs' counsel, requesting consent for an October 14, 2022 deadline. Plaintiffs' counsel have no objection to Richard Mast's request for an extension of time.

For the foregoing reasons, Defendant Richard Mast moves the Court to order that he respond to the Complaint on or before October 14, 2022.

Dated: September 26, 2022          Respectfully submitted,

                                         */s/ Richard L. Mast*
                                         Richard L. Mast
                                         1540 Insurance Lane
                                         Charlottesville, VA, 22911
                                         T: (540) 404-1781
                                         F: (540) 301-0021
                                         rlmast@protonmail.com