IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
Case No. 3:22-cv-00049-NKM

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
|    Plaintiffs, | ) |
| v. | )   **NOTICE OF APPEARANCE** |
| JOSHUA MAST, *et al.*, | ) |
|    Defendants, | ) |
|    and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
|    Nominal Defendants. | ) |

    Attorney Rick Boyer, who is a member of the bar of this Court, hereby enters this notice of appearance as counsel for defendant Ahmad Osmani and asks that all notices, pleadings, orders, and other papers filed in this matter be served upon him.

    Respectfully submitted, this the 27th day of September, 2022.

                                      BY: /s/Rick Boyer
                                      Rick Boyer (VA Bar #80154)
                                      INTEGRITY LAW FIRM, PLLC
                                      P.O. Box 10953
                                      Lynchburg, Virginia 24506
                                      Phone: (434) 401-2093
                                      Fax: (434) 239-3651
                                      rickboyerlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification to counsel of record of such filing to all CM/ECF participants and further certify that a copy was sent via US mail to the following:

Michael R. Hoernlein, Esq.
ALSTON & BIRD
One South at The Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280-4000

*Counsel for Kimberly Motley*

OFFICE OF THE U.S. ATTORNEY
255 W. Main Street
Charlottesville, VA 22902

*Counsel for Secretaries Blinkin & Austin*

                                                                             <u>/s/Rick Boyer</u>
                                                                             Rick Boyer