IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,<br><br>    Defendants,<br><br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,<br><br>    Nominal Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.  3:22-CV-49-NKM |

## DOE PLAINTIFFS' MOTION TO SEAL DKT NOS. 10, 11, AND 12

On the day Plaintiffs filed this action, they also filed a Motion For Leave To Proceed Under Pseudonyms And For Entry Of A Protective Order. *See* Dkt. 3 (September 2, 2022) (the "Pseudonym Motion"). On September 6, 2022, Plaintiffs filed three Motions For *Pro Hac Vice* Admission. *See* Dkt. 10, 11, and 12 (the "*Pro Hac* Motions"). In the captions of the *Pro Hac* Motions, Plaintiffs inadvertently and mistakenly did not use their pseudonyms, but instead used their given names.

For the reasons recited in the Pseudonym Motion, its accompanying Memorandum In Support (Dkt. 4), and the Court's September 13, 2022 Protective Order granting the Pseudonym Motion (Dkt. 26), Plaintiffs now move to seal the *Pro Hac* Motions. A proposed Order is attached.

Dated: September 27, 2022

    Respectfully submitted,
    /s/ *Maya M. Eckstein*

    Maya M. Eckstein (VSB No. 41413)
    Lewis F. Powell III (VSB No. 18266)
    HUNTON ANDREWS KURTH LLP
    951 E Byrd St
    Richmond, VA 23219
    Telephone: (804) 788-8200
    Fax: (804) 788-8218

    Email: meckstein@hunton.com
    Email: lpowell@hunton.com

    Sherli M. Furst (*admitted pro hac vice*)
    Jeremy C. King (*admitted pro hac vice*)
    HUNTON ANDREWS KURTH LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 309-1000
    Fax: (212) 309-1100
    Email: sfurst@HuntonAK.com
    Email: jking@HuntonAK.com

    Sehla Ashai (*admitted pro hac vice*)
    ELBIALLY LAW, PLLC
    704 East 15th Street
    Suite 204
    Plano, TX 75074
    Telephone: (972) 423-7330
    Email: ashai@elbiallylaw.com

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems, which will send notification to counsel of record of such filing to all CM/ECF participants and further certify that a copy was sent via US mail to the following:

Kimberly Motley
2206 Bonnie Butler Way
Charlotte, NC 28270

OFFICE OF THE U.S. ATTORNEY
255 W. Main Street
Charlottesville, VA 22902
Lloyd Austin
United States Secretary of Defense Counsel

OFFICE OF THE U.S. ATTORNEY
255 W. Main Street
Charlottesville, VA 22902
Anthony Blinkin
United States Secretary of State Counsel

/s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB No. 41413)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@hunton.com