IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, et al., | ) |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
| *Nominal Defendants*. | ) |

**CONSENT MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING**

Defendant Kimberley Motley moves under Civil Rule 6(b)(1), and for good cause shown, for an extension of time to file her response to Plaintiffs' Complaint until October 17, 2022. In support of her motion, Ms. Motley states the following:

1. Plaintiffs filed their Complaint on September 2, 2022.

2. Plaintiffs served the Complaint on Ms. Motley on September 7, 2022.

3. Ms. Motley's initial responsive pleading is currently due on September 28, 2022.

4. Counsel is requesting an extension of time within which to file a responsive pleading through October 17, 2022.

5. Ms. Motley just recently retained the undersigned counsel, and additional time is required for counsel to sufficiently evaluate and respond to the Complaint's allegations in light of counsel's other professional obligations.

6. Plaintiffs have consented to Ms. Motley's request for an extension of time to October 17, 2022.

For the foregoing reasons, Defendant Kimberly Motley respectfully requests the Court to enter an order extending her deadline to answer or otherwise respond to Plaintiffs' Complaint to October 17, 2022.

Dated: September 27, 2022.

/s/ Thomas W. Davison
Thomas W. Davison (VSB No. 94387)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com

Michael R. Hoernlein
(*pro hac vice* motion forthcoming)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

*Counsel for Defendant Kimberley Motley*

## CERTIFICATE OF SERVICE

I certify that on September 27, 2022, I filed this Consent Motion for Extension of Time to File Responsive Pleading using the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Thomas W. Davison*
Thomas W. Davison