# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| JOSHUA MAST, et al., | ) Case No. 3:22-cv-00049-NKM |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
| *Nominal Defendants.* | ) |

## [PROPOSED] ORDER

COMES NOW Defendant Motley, by counsel and upon its Motion for Admission Pro Hac Vice of Michael R. Hoernlein, Esq. and UPON CONSIDERATION WHEREOF, the Court does ORDER that:

The Motion is GRANTED. Michael R. Hoernlein, Esq. may appear in this Court as counsel for Defendant Motley in the above-captioned case, in association with Thomas W. Davis, Esq., a member of the Bar of Virginia.

DATED:    October ___, 2022.

_____
United States District Judge