IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) ) ) |
| Nominal Defendants. | ) ) |

**NOTICE OF APPEARANCE AS ATTORNEY ADMITTED
PRO HAC VICE FOR DEFENDANT OSMANI**

Pursuant to the Court's order of October 14, 2022, granting the motion to admit him *pro hac vice* as counsel for Defendant Ahmad Osmani, in conjunction with attorney Rick Boyer, the undersigned B. Tyler Brooks hereby enters this notice of appearance and respectfully requests that all pleadings, motions, responses, orders, notices, and other filings be served upon him.

Respectfully submitted, this the 14th day of October, 2022.

>BY: /s/Rick Boyer
>Rick Boyer (VA Bar #80154)
>INTEGRITY LAW FIRM, PLLC
>P.O. Box 10953
>Lynchburg, Virginia 24506
>Phone: (434) 401-2093
>Fax: (434) 239-3651
>rickboyerlaw@gmail.com

BY: /s/B. Tyler Brooks
B. Tyler Brooks† (N.C. Bar #37604)
LAW OFFICE OF B. TYLER BROOKS, PLLC
P.O. Box 10767
Greensboro, North Carolina 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
btb@btylerbrookslawyer.com

† Admitted *pro hac vice*

*Counsel for Defendant Ahmad Osmani*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically with the Court's CM/ECF system on October 14, 2022, which will serve a copy on counsel for the other parties. A copy of this filing may be accessed via the Court's CM/ECF system.

/s/B. Tyler Brooks  
B. Tyler Brooks