IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| | ) |
| Nominal Defendants. | ) |

### DEFENDANT AHMAD OSMANI'S
### MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(3) of the Federal Rules of Civil Procedure, Defendant Ahmad Osmani hereby moves to dismiss Plaintiffs' Complaint, or in the alternative, for this Court to abstain in deference to ongoing state court litigation.

For support, Mr. Osmani relies on his contemporaneously filed memorandum of law and his supporting declaration. Additionally, Mr. Osmani concurs in and supports the grounds stated in the motions already filed by his co-defendants and the reasons stated in their supporting memoranda of law.

Therefore, all claims against Mr. Osmani should be dismissed for lack of personal jurisdiction. Additionally, all claims against all parties should be dismissed for lack of subject matter jurisdiction (including a lack of standing to assert claims on behalf of Baby Doe) and failure

to state a claim on which relief can be granted. And, at a minimum, Mr. Osmani respectfully urges the Court abstain under the principles of *Burford* and *Colorado River* abstention.

Respectfully submitted, this the 14th day of October, 2022.

BY: /s/Rick Boyer
Rick Boyer (VA Bar #80154)
INTEGRITY LAW FIRM, PLLC
P.O. Box 10953
Lynchburg, Virginia 24506
Phone: (434) 401-2093
Fax: (434) 239-3651
rickboyerlaw@gmail.com

BY: /s/B. Tyler Brooks
B. Tyler Brooks† (N.C. Bar #37604)
LAW OFFICE OF B. TYLER BROOKS, PLLC
P.O. Box 10767
Greensboro, North Carolina 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
btb@btylerbrookslawyer.com

† Admitted *pro hac vice*

*Counsel for Defendant Ahmad Osmani*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Court's CM/ECF system on October 14, 2022, which will serve a copy on counsel for the other parties.  A copy of this filing may be accessed on the Court's CM/ECF site.

/s/B. Tyler Brooks<br>B. Tyler Brooks

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Court's CM/ECF system on October 14, 2022, which will serve a copy on counsel for the other parties.  A copy of this filing may be accessed on the Court's CM/ECF site.

/s/B. Tyler Brooks
B. Tyler Brooks