IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| JOSHUA MAST, et al., | ) Case No. 3:22-cv-00049-NKM |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
| *Nominal Defendants.* | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Michael R. Hoernlein, enters his appearance in the above-referenced proceedings for Defendant Kimberley Motley. Ms. Motley respectfully requests that the Court make Mr. Hoernlein one of her attorneys of record in this lawsuit and that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: October 17, 2022

*/s/ Michael R. Hoernlein*
Michael R. Hoernlein (N.C. Bar No. 40419)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
Tel.: (704) 444-1041
Fax: (704) 444-1111
michael.hoernlein@alston.com

*Counsel for Defendant Kimberley Motley*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2022, I filed this Notice of Appearance using the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Michael R. Hoernlein*
Michael R. Hoernlein
ALSTON & BIRD LLP

*Counsel for Defendant Kimberley Motley*