# EXHIBIT A

# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** WOMEN FOR AFGHAN WOMEN, INC.
**DOS ID:** 2723090
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 NCL - NOT-FOR-PROFIT CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/24/2002
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/24/2002
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** QUEENS
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:** CHARITABLE

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** THE CORPORATION
**Address:** 158-24 73RD AVE., FRESH MEADOWS, NY, UNITED STATES, 11366 - 1024

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

### Entity Primary Location Name and Address

**Name:**
**Address:**