IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
|     *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, *et al.*, | ) |
|     *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
|     *Nominal Defendants.* | ) |

**[PROPOSED] ORDER GRANTING KIMBERLEY MOTLEY'S MOTION TO DISMISS THE COMPLAINT**

Came this matter before the Court on Kimberley Motley's Motion to Dismiss the Complaint and its accompanying Memorandum in Support. The Court, having considered the file and the arguments and submissions of counsel, finds that Kimberley Motley's Motion to Dismiss should be **GRANTED**.

It is so **ORDERED** that this action is hereby **DISMISSED** with prejudice.

Entered this _____ day of _____, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE