IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| | ) |
| *Nominal Defendants*. | ) |

**ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO FILE THEIR UNREDACTED MEMORANDUM IN SUPPORT OF THEIR MOTION TO <u>DISMISS THE COMPLAINT AND ACCOMPANYING EXHIBITS UNDER SEAL</u>**

This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion to File Their Unredacted Memorandum in Support of Their Motion to Dismiss the Complaint and Accompanying Exhibits Under Seal, in which the Masts request the entry of an order allowing them to file the unredacted version of their Memorandum in Support of their Motion to Dismiss under seal as well as several exhibits accompanying the Memorandum. Having established grounds for sealing that information, and seeing no objection thereto, the Court **ORDERS** Joshua and Stephanie Mast's Motion to File Their Unredacted Memorandum in Support of Their Motion to Dismiss the Complaint and Exhibits 1 through 7 attached to that Memorandum to be **SEALED** in perpetuity.

Accordingly, the Masts' motion to seal will be and hereby is **GRANTED**. See Dkt. 52.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE