IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,<br><br>　　Defendants,<br><br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,<br><br>　　*Nominal Defendants.* | CIVIL ACTION NO. 3:22-CV-49-NKM |

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL DKT NOS. 10, 11, AND 12

This matter is before the Court on Plaintiffs' September 27, 2022 Motion (Dkt. 39) to Seal three previously filed Motions for *Pro Hac Vice* Admission (the "*Pro Hac* Motions") (Dkt. 10, 11, and 12), in the captions of which, Plaintiffs have represented to the Court, they inadvertently and mistakenly used Plaintiffs' given names rather than their pseudonyms. For the reasons set forth in Plaintiffs' Motion to Proceed by Pseudonyms (the "Pseudonym Motion") (Dkt. 3), its

accompanying Memorandum In Support (Dkt. 4), the Court's September 8, 2022 Order Granting Doe Plaintiffs' Motion for Leave to Seal Exhibits (Dkt. 14), and the Court's September 13, 2022 Protective Order granting the Pseudonym Motion (Dkt. 26), the Court finds that good cause exists to grant Plaintiffs' Motion to Seal the *Pro Hac* Motions.

Accordingly, Plaintiffs' Motion to Seal Dkt. Nos. 10, 11, and 12 is **GRANTED**. It is therefore **ORDERED** that the Clerk of Court place them under seal and retain them permanently under seal pursuant to Local Civil Rule 5.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to counsel of record.

Entered this 24th day of October, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE