IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
| *Nominal Defendants*. ) | |
| ) | |

**ORDER GRANTING DEFENDANT RICHARD L. MAST'S MOTION TO FILE HIS UNREDACTED
MEMORANDUM IN SUPPORT OF HIS
MOTION TO DISMISS THE COMPLAINT UNDER SEAL**

This matter is before the Court on Defendant Richard L. Mast's Motion to File His Unredacted Memorandum in Support of His Motion to Dismiss the Complaint and Accompanying Exhibits Under Seal, in which Richard Mast requests the entry of an order allowing him to file the unredacted version of his Memorandum in Support of his Motion to Dismiss under seal. Having established grounds for sealing that information, and seeing no objection thereto, the Court **ORDERS** Richard Mast's Motion to File His Unredacted Memorandum in Support of His Motion to Dismiss the Complaint attached to that Memorandum to be **SEALED** in perpetuity.

Accordingly, Richard Mast's motion to seal will be and hereby is **GRANTED**. Dkt. 54.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE