# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| JOSHUA MAST, et al., | ) Case No. 3:22-cv-00049-NKM |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
| *Nominal Defendants.* | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Samantha Van Winter, enters her appearance in the above-referenced proceedings for Defendant Kimberley Motley. Ms. Motley respectfully requests that the Court make Ms. Van Winter one of her attorneys of record in this lawsuit and that she accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: October 27, 2022

/s/ *Samantha Van Winter*
Samantha Van Winter (Va. Bar No.97268)
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, DC 20004
Tel.: (202) 239-3300
Fax: (202) 239-3333
samantha.vanwinter@alston.com

*Counsel for Defendant Kimberley Motley*

LEGAL02/42304358v1

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022, I filed this Notice of Appearance using the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Samantha Van Winter*
Samantha Van Winter
ALSTON & BIRD LLP

*Counsel for Defendant Kimberley Motley*