IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, et al., | ) |
|     *Plaintiffs*, | ) |
| v. | ) |
| JOSHUA MAST, et al., | ) Case No. 3:22-cv-00049-NKM |
|     *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
|     *Nominal Defendants.* | ) |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
SIDNEY WEBB**

Pursuant to Rule 6(d) of the Court's Local Civil Rules, Thomas W. Davison, counsel for Defendant Kimberley Motley, hereby moves for this Court to admit Sidney Webb to practice *pro hac vice* in the above-captioned matter. In support of this motion, counsel respectfully represents the following:

1. Ms. Webb has specialized knowledge of the facts of this case.

2. Ms. Webb is not a member of the bar of this Court and is not licensed to practice in the Commonwealth of Virginia.

3. Ms. Webb is licensed to practice and a member of good standing of the Bar of Texas (Bar No. 24131745) and is admitted to the following courts:

    -State Courts of Texas

4. Ms. Webb is of good character and standing and has the requisite experience and professionalism to appear before this Court.

WHEREFORE, counsel respectfully requests the Court admit Sidney Webb *pro hac vice* to practice before this Court solely in the above-captioned matter. Counsel also moves that the Court exercise its discretion to allow Ms. Webb to "appear at hearings or trials in the absence of an associated member" pursuant to Local Rule 6(d).

Respectfully submitted this 28th day of October 2022.

*/s/ Thomas W. Davison*
Thomas W. Davison (Va. Bar No. 94387)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC  20004-1404
Tel.:  (202) 756-3300
Fax:  (202) 654-3333
tom.davison@alston.com

*Counsel for Defendant Kimberly Motley*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2022, I filed this Motion for Admission *Pro Hac Vice* of Sidney Webb using the Court's CM/ECF system, which will provide service to all counsel of record.

>                         */s/ Thomas W. Davison*
>                         Thomas W. Davison
>                         *Counsel for Defendant Kimberley Motley*