IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN       :
CURRENTLY RESIDING IN NORTH              :   CIVIL ACTION NO. 3:22-CV-49
CAROLINA, BY AND THROUGH NEXT            :
FRIENDS, JOHN AND JANE DOE; AND JOHN     :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,         :
                                         :
     Plaintiffs,                         :
                                         :
v.                                       :
                                         :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD        :
OSMANI,                                  :
                                         :
     Defendants,                         :
                                         :
and                                      :
                                         :
UNITED STATES SECRETARY OF STATE         :
ANTONY BLINKEN AND UNITED STATES         :
SECRETARY OF DEFENSE GENERAL             :
LLOYD AUSTIN,                            :
                                         :
     Nominal Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**DOE PLAINTIFFS' MOTION TO SEAL AMENDED COMPLAINT AND EXHIBIT**

Plaintiffs, by counsel, respectfully move for leave to file their unredacted Amended Complaint and Exhibit 1 thereto under seal, pursuant to Local Civil Rule 9 and this Court's Protective Order (ECF No. 26). The unredacted Amended Complaint and Exhibit 1 thereto are being filed electronically with the Court contemporaneously herewith, as required by Local Civil Rule 9. As further grounds for this motion, Plaintiffs refer to the Memorandum in Support of this

Motion, filed contemporaneously herewith. A proposed Order is attached as Exhibit A to this Motion.

Dated:  October 28, 2022	Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

Sherli M. Furst (*pro hac vice forthcoming*)
Jeremy C. King (*pro hac vice forthcoming*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  sfurst@HuntonAK.com
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*