IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | |
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE, : : : : : : : | CIVIL ACTION NO. 3:22-CV-49 |
| Plaintiffs, | |
| v. | |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI, | |
| Defendants, | |
| and | |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN, | |
| Nominal Defendants. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | |

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion to Seal Amended Complaint and Exhibit thereto, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been

met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Plaintiff's Amended Complaint and Exhibit thereto are filed under seal.

    It is so ORDERED.

Charlottesville, Virginia
Dated: _____

                                                                           Norman K. Moon
                                                                           United States District Judge