IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
------------------------------------- X
BABY DOE, A CITIZEN OF AFGHANISTAN     :
CURRENTLY RESIDING IN NORTH            :    CIVIL ACTION NO.  3:22-CV-49
CAROLINA, BY AND THROUGH NEXT          :
FRIENDS, JOHN AND JANE DOE; AND JOHN   :
AND JANE DOE, CITIZENS OF AFGHANISTAN  :
AND LEGAL GUARDIANS OF BABY DOE,       :
                                       :
       Plaintiffs,                     :
                                       :
v.                                     :
                                       :
JOSHUA MAST, STEPHANIE MAST, RICHARD   :
MAST, KIMBERLEY MOTLEY, AND AHMAD      :
OSMANI,                                :
                                       :
       Defendants,                     :
                                       :
and                                    :
                                       :
UNITED STATES SECRETARY OF STATE       :
ANTONY BLINKEN AND UNITED STATES       :
SECRETARY OF DEFENSE GENERAL           :
LLOYD AUSTIN,                          :
                                       :
       Nominal Defendants.             :
------------------------------------- X
```

**ORDER**

Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibit B to the Memorandum of Law in Support of Plaintiffs' Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is

hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit B to the Memorandum of Law in Support of Plaintiffs' Motion to Seal thereto is filed under seal.

It is so ORDERED.

Entered: November 3, 2022

_____
Joel C. Hoppe
United States Magistrate Judge