IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN          :
CURRENTLY RESIDING IN NORTH                 :
CAROLINA, BY AND THROUGH NEXT               :   CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN         :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,            :
                                            :
     Plaintiffs,                            :
                                            :
v.                                          :
                                            :
JOSHUA MAST, STEPHANIE MAST, RICHARD        :
MAST, KIMBERLEY MOTLEY, AND AHMAD           :
OSMANI,                                     :
                                            :
     Defendants,                            :
                                            :
and                                         :
                                            :
UNITED STATES SECRETARY OF STATE            :
ANTONY BLINKEN AND UNITED STATES            :
SECRETARY OF DEFENSE GENERAL                :
LLOYD AUSTIN,                               :
                                            :
     Nominal Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**<u>JOINT MOTION TO MODIFY PRETRIAL ORDER</u>**

Plaintiffs Baby Doe, John Doe and Jane Doe, and Defendants Joshua Mast, Stephanie Mast, Richard Mast, Kimberley Motley, and Ahmad Osmani, by counsel, file this Joint Motion to Modify Pretrial Order (ECF No. 65) as requested below.

Under Rule 16(b) of the Federal Rules of Civil Procedure, the Court may modify a scheduling order for good cause. Here, good cause exists because the parties are expected to file

preliminary motions that are potentially dispositive of some or all of the causes of action and that, in any event, could significantly impact the scope and focus of discovery in this matter. Specifically, the undersigned defendants intend to file motions to dismiss that could impact all claims, and Plaintiffs anticipate filing a motion for partial summary judgment in relation to certain elements of their claims upon which they assert there are no material facts in dispute. Defendants' responses to the Amended Complaint (ECF No. 68) are due November 14, 2022. Plaintiffs anticipate filing their summary judgment motion on the same day.

The parties propose that, before they spend considerable time and expense in discovery, they be provided an opportunity to fully brief the anticipated motions and the Court be provided an opportunity to rule on them.

Accordingly, the parties respectfully request that the Court amend the Pretrial Order by moving the deadlines set forth in that order by 45 days after November 14. The new proposed deadlines would be:

| **Event** | **Original Deadline** | **Revised Deadline** |
|---|---|---|
| Fed. R. Civ. P. 26(f) Conference | November 9, 2022 | December 26, 2022 |
| Initial Disclosures under Fed. R. Civ. P. 26(a) | November 25, 2022 | January 9, 2023 |
| Plaintiffs' Initial Expert Disclosures | January 9, 2023 | February 23, 2023 |
| Defendants' Initial Expert Disclosures | January 24, 2023 | March 10, 2023 |
| Deadline to Complete Discovery | 90 days before trial date | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date | 45 days before trial date |

The parties, therefore, respectfully ask the Court for an order modifying the deadlines set forth in the Pretrial Order (ECF No. 65) in accordance with the schedule suggested herein. A proposed Amended Scheduling Order is attached hereto for the Court's consideration.

Dated: November 4, 2022

Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email:  lpowell@HuntonAK.com

Sherli M. Furst (*admitted pro hac vice*)
Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  sfurst@HuntonAK.com
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

*Attorneys for Plaintiffs*

/s/ *John S. Moran*
John S. Moran (VSB No. 84236)
McGuireWoods LLP
888 16th St. N.W. Suite 500
Black Lives Matter Plaza


Washington, DC 20006
Phone: (202) 828 2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com

*Attorney for Defendants Joshua Mast and Stephanie Mast*

/s/ *Michael R. Hoernlein*
Thomas W. Davison
(VSB No. 94387)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC  20004-1404
Tel.:  (202) 756-3300
Fax:  (202) 654-3333
tom.davison@alston.com
samantha.vanwinter@alston.com

Michael R. Hoernlein
(pro hac vice)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

Sidney Webb
(pro hac vice)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

*Attorneys for Defendant Kimberley Motley*

/s/ *Rick Boyer*_____
Rick Boyer (VSB No. 80154)
INTEGRITY LAW FIRM, PLLC
P.O. Box 10953
Lynchburg, VA 24506
Ph. 434-401-2093

F: 434-239-3651
Email: rickboyerlaw@gmail.com

*Attorney for Defendant Ahmad Osmani*

Richard L. Mast, Esq.
VSB No. 80660
1540 Insurance Lane
Charlottesville, VA, 22911
T: (540) 404-1781
F: (540) 301-0021
rlmast@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*