## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BABY DOE, A CITIZEN OF AFGHANISTAN    :
CURRENTLY RESIDING IN NORTH    :
CAROLINA, BY AND THROUGH NEXT    :    CIVIL ACTION NO.  3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN    :
AND JANE DOE, CITIZENS OF AFGHANISTAN :
AND LEGAL GUARDIANS OF BABY DOE,    :
   :
      Plaintiffs,    :
   :
v.    :
   :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD    :
OSMANI,    :
   :
      Defendants,    :
   :
and    :
   :
UNITED STATES SECRETARY OF STATE    :
ANTONY BLINKEN AND UNITED STATES    :
SECRETARY OF DEFENSE GENERAL    :
LLOYD AUSTIN,    :
   :
      Nominal Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### [PROPOSED] AMENDED PRETRIAL ORDER

     Having considered the Joint Motion to Modify Pretrial Order, the Court hereby ORDERS

that the Pretrial Order (ECF No. 65) is modified as follows:

| Event | Revised Deadline |
|---|---|
| Fed. R. Civ. P. 26(f) Conference | December 26, 2022 |
| Initial Disclosures under Fed. R. Civ. P. 26(a) | January 9, 2023 |
| Plaintiffs' Initial Expert Disclosures | February 23, 2023 |
| Defendants' Initial Expert Disclosures | March 10, 2023 |

| Deadline to Complete Discovery | 90 days before trial date |
|---|---|
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |

It is so ORDERED.


Entered: _____, 2022


_____
Joel C. Hoppe
United States Magistrate Judge