# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | Case No. 3:22-cv-00049 |
| *Plaintiffs*, | |
| v. | <u>ORDER</u> |
| JOSHUA MAST, *et al.*, | |
| *Defendants*. | Judge Norman K. Moon |

  Within 21 days after Defendants filed their motions to dismiss Plaintiffs' original complaint, Dkts. 49, 53, 55, 58, Plaintiffs filed an amended complaint. Dkt. 68. *See* Fed. R. Civ. P. 15(a)(1)(B) (permitting filing of an amended complaint as of right within 21 days of service of a Rule 12(b) motion). Defendants' motions to dismiss the original complaint have been mooted by the filing of amended complaint, as that amended pleading supersedes the original complaint and rendered it of no effect. *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court will **DENY as moot** Defendants' motions to dismiss Plaintiffs' original complaint. Dkts. 49, 53, 55, 58. Defendants may raise any arguments contained in their earlier motions to dismiss in any response to the amended complaint, if they wish.

  It is so **ORDERED**.

  The Clerk of Court is directed to send this Order to the parties.

    Entered this  4th  day of November, 2022.

            */s/ Norman K. Moon*
            NORMAN K. MOON
            SENIOR UNITED STATES DISTRICT JUDGE