IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN          :
CURRENTLY RESIDING IN NORTH                 :
CAROLINA, BY AND THROUGH NEXT               :   CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN         :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,            :
                                            :
     Plaintiffs,                            :
                                            :
v.                                          :
                                            :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD    :
OSMANI,                                     :
                                            :
     Defendants,                            :
                                            :
and                                         :
                                            :
UNITED STATES SECRETARY OF STATE            :
ANTONY BLINKEN AND UNITED STATES            :
SECRETARY OF DEFENSE GENERAL                :
LLOYD AUSTIN,                               :
                                            :
     Nominal Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**AMENDED PRETRIAL ORDER**

Having considered the Joint Motion to Modify Pretrial Order, the Court hereby ORDERS that the Pretrial Order (ECF No. 65) is modified as follows:

| **Event** | **Revised Deadline** |
|---|---|
| Fed. R. Civ. P. 26(f) Conference | December 26, 2022 |
| Initial Disclosures under Fed. R. Civ. P. 26(a) | January 9, 2023 |
| Plaintiffs' Initial Expert Disclosures | February 23, 2023 |
| Defendants' Initial Expert Disclosures | March 10, 2023 |

| Deadline to Complete Discovery | 90 days before trial date |
|---|---|
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |

It is so ORDERED.

Entered: November 7, 2022

*Joel C. Hoppe*

_____
Joel C. Hoppe
United States Magistrate Judge