IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) Case No. 3:22-cv-00049-NKM ) |
| JOSHUA MAST, *et al.*, | ) ) |
| *Defendants,* | ) ) |
| and | ) ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) ) ) |
| *Nominal Defendants.* | ) ) |

## [PROPOSED] ORDER GRANTING KIMBERLEY MOTLEY'S MOTION TO DISMISS THE AMENDED COMPLAINT

Came this matter before the Court on Kimberley Motley's Motion to Dismiss the Amended Complaint and its accompanying Memorandum in Support. The Court, having considered the file and the arguments and submissions of counsel, finds that Kimberley Motley's Motion to Dismiss should be **GRANTED**.

It is so **ORDERED** that the claims against Defendant Kimberley Motley are hereby **DISMISSED** with prejudice.

Entered this ____ day of _____, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE