IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DOE et al, <br> Plaintiff, <br> <br> v. <br> <br> MAST et al, <br> Defendant. | ) <br> ) <br> ) No. 3:22-CV-00049 <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF EHSON KASHFIPOUR
IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to the requirements of Local Rule 6(d), I, EHSON KASHFIPOUR, hereby declare as follows:

1. My full name is Ehson Kashfipour.

2. I am an attorney at Latham & Watkins LLP. My office address is 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004. My telephone number is (202) 637-1002.

3. I am not qualified and licensed to practice under the laws of Virginia.

4. I am qualified and licensed to practice in the District of Columbia (D.C. Bar No. 1736422).

5. I have not been disciplined by any bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2022

/s/ *Ehson Kashfipour*
Ehson Kashfipour
Attorney for Plaintiffs
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1002
Fax: (202) 637-2201
Email: ehson.kashfipour@lw.com