IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **DOE et al,** | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) No. 3:22-CV-00049 |
| v. | ) |
| | ) |
| **MAST et al,** | ) |
| **Defendant.** | ) |
| | ) |

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF DAMON PORTER**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Damon Porter, it is hereby **ORDERED** that the motion is **GRANTED**.

Damon Porter is admitted *pro hac vice* to appear and participate on behalf of Plaintiffs in the above-captioned matter.

**IT IS SO ORDERED**.

Date: _____

_____
United States District Court
Western District of Virginia