IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DOE et al,<br>Plaintiff,<br><br>v.<br><br>MAST et al,<br>Defendant. | )<br>)<br>) No. 3:22-CV-00049<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF ZACHARY ROWEN

I, Maya M. Eckstein, as an attorney admitted to practice in this Court and as counsel of record in the instant proceeding, hereby move this Court pursuant to United States District Court for the Western District of Virginia Local Rule 6(d) for an Order granting Zachary Rowen of Latham & Watkins LLP leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs in this case. Mr. Rowen is an active member in good standing and currently eligible to practice law in the State of New York (NY State Bar No. 5091715). In support of this motion, Mr. Rowen's declaration is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter an Order granting Zachary Rowen leave to appear *pro hac vice* in this case.

Respectfully submitted,

November 15, 2022

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
*Attorneys for Plaintiffs*