IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DOE et al, | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 3:22-CV-00049 |
| v. | ) |
| | ) |
| MAST et al, | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF ZACHARY ROWEN
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to the requirements of Local Rule 6(d), I, ZACHARY ROWEN, hereby declare as follows:

1. My full name is Zachary L. Rowen.

2. I am an attorney at Latham & Watkins LLP. My office address is 1271 Avenue of the Americas, New York, NY 10020. My telephone number is (212) 906-4555.

3. I am not qualified and licensed to practice under the laws of Virginia.

4. I am qualified and licensed to practice law in the State of New York (NY State Bar No. 5091715).

5. I have not been disciplined by any bar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2022

/s/ Zachary Rowen
Zachary Rowen
Attorney for Plaintiffs
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-4555
Fax: (212) 751-4864
Email: zachary.rowen@lw.com