IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **DOE et al,** <br> **Plaintiff,** <br><br> v. <br><br> **MAST et al,** <br> **Defendant.** | ) <br> ) <br> ) No. 3:22-CV-00049 <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING *PRO HAC VICE ADMISSION* OF ZACHARY ROWEN**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Zachary Rowen, it is hereby **ORDERED** that the motion is **GRANTED**.

Zachary Rowen is admitted *pro hac vice* to appear and participate on behalf of Plaintiffs in the above-captioned matter.

**IT IS SO ORDERED**.

Date: _____

_____
United States District Court
Western District of Virginia