IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
|     *Plaintiffs*, | ) |
| | ) |
| v. | )    Case No. 3:22-cv-49-NKM |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
|     *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES SECRETARY OF | ) |
| STATE ANTONY BLINKEN, *et al.*, | ) |
| | ) |
|     *Nominal Defendants*. | ) |

**ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION
TO FILE THEIR UNREDACTED
MEMORANDUM IN SUPPORT OF THEIR MOTION TO
DISMISS THE AMENDED COMPLAINT AND ACCOMPANYING
<u>EXHIBITS UNDER SEAL</u>**

This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion to File Their Unredacted Memorandum in Support of Their Motion to Dismiss the Amended Complaint and Accompanying Exhibits Under Seal ("Motion"), ECF No. 87, in which the Masts request the entry of an order allowing them to file the unredacted version of their Memorandum in Support of their Motion to Dismiss under seal as well as several exhibits accompanying the Memorandum. Having found grounds for sealing that information, the Court **GRANTS** Joshua and Stephanie Mast's Motion, ECF No. 87, and **DIRECTS** that Their Unredacted Memorandum in Support of Their Motion to Dismiss the Amended Complaint and Exhibits 1 through 6 attached to that Memorandum be **SEALED** in perpetuity.

1

It is so **ORDERED**.

The Clerk of Court shall send a copy of this Order to all counsel of record.

ENTER: November 16, 2022

Joel C. Hoppe
United States Magistrate Judge