UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>  *Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST *et al.*,<br><br>  *Defendants*,<br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*,<br><br>  *Nominal Defendants*. | **Civil Action No. 3: 22-cv-49** |

## ORDER

Upon review of the Unopposed Motion to Further Extend Defendants' Deadline to Respond to Amended Complaint submitted by nominal defendants United States Secretary of State Antony Blinken and United States Secretary of Defense General Lloyd Austin ("Federal Defendants"), and for good cause shown, it is

ORDERED that Federal Defendants' Motion is GRANTED; it is further

ORDERED that Federal Defendants' deadline to respond to Plaintiffs' Amended Complaint is hereby extended up to and including January 9, 2023.

SO ORDERED.

Entered: 11/22/22

*/s/ Joel C. Hoppe*
Judge Joel C. Hoppe