IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>JOSHUA MAST, *et al.*,<br><br>　　　　　Defendants, | Case No. 3:22-cv-00049 |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Blair G. Connelly, enters his appearance in the above-referenced proceedings for Plaintiffs and respectfully requests that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: November 22, 2022    　　　　/s/Blair G. Connelly
　　　　　　　　　　　　　　　　　Blair G. Connelly (*pro hac vice*)
　　　　　　　　　　　　　　　　　NY Bar No. 2979441
　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　Telephone: (212) 906-1658
　　　　　　　　　　　　　　　　　Fax: (212) 751-4864
　　　　　　　　　　　　　　　　　Email: blair.connelly@lw.com

　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*