# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>JOSHUA MAST, *et al.*,<br><br>　　　　　　Defendants, | Case No. 3:22-cv-00049 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Zachary L. Rowen, enters his appearance in the above-referenced proceedings for Plaintiffs and respectfully requests that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: November 22, 2022

　　　　　　　　　　　　　　　　　　　*/s/Zachary L. Rowen*
　　　　　　　　　　　　　　　　　　　Zachary L. Rowen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　NY Bar No. 5091715
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-4555
　　　　　　　　　　　　　　　　　　　Fax: (212) 751-4864
　　　　　　　　　　　　　　　　　　　Email: zachary.rowen@lw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*