IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>JOSHUA MAST, *et al.*,<br><br>　　　　　　Defendants, | Case No. 3:22-cv-00049 |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Damon R. Porter, enters his appearance in the above-referenced proceedings for Plaintiffs and respectfully requests that he accordingly receive copies of all communications and other documents filed in these proceedings via the Court's CM/ECF system.

Dated: November 22, 2022　　　　　　　/s/*Damon R. Porter*
　　　　　　　　　　　　　　　　　　　Damon R. Porter (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　D.C. Bar No. 1617529
　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　555 Eleventh Street, NW
　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-2348
　　　　　　　　　　　　　　　　　　　Fax: (202) 637-2201
　　　　　　　　　　　　　　　　　　　Email: damon.porter@lw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*