IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE, :
:
   Plaintiffs, :
:
v. :
:
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
:
   Defendants, :
:
and :
:
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
:
   Nominal Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER GRANTING DOE PLAINTIFFS' MOTION FOR
LEAVE TO SEAL PLAINTIFF'S EXHIBIT 1 TO PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTIONS TO DIMISS**

    Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibit 1 to Plaintiffs' Opposition to Defendants' Motions to Dismiss pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*,

743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit 1 to Plaintiffs' Opposition to Defendants' Motions to Dismiss is filed under seal.

Entered this ___ day of _____, 2022.

 

_____
Judge