IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| *Nominal Defendants*. | ) |

**ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO FILE THEIR UNREDACTED
REPLY IN SUPPORT OF THEIR MOTION TO
<u>DISMISS THE AMENDED COMPLAINT UNDER SEAL</u>**

This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion to File Their Unredacted Reply in Support of Their Motion to Dismiss the Amended Complaint Under Seal, in which the Masts request the entry of an order allowing them to file the unredacted version of their Reply in Support of their Motion to Dismiss under seal. Having established grounds for sealing that information, the Court **ORDERS** Joshua and Stephanie Mast's unredacted Reply in Support of Their Motion to Dismiss the Amended Complaint to be filed under seal until further Order of this Court.

Accordingly, the Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

1

ENTERED: December 6, 2022

Joel C. Hoppe
United States Magistrate Judge