### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
| *Nominal Defendants*. ) | |

**ORDER GRANTING DEFENDANT RICHARD MAST'S MOTION TO FILE HIS UNREDACTED**
**REPLY IN SUPPORT OF HIS MOTION TO**
**DISMISS THE AMENDED COMPLAINT UNDER SEAL**

This matter is before the Court on Defendant Richard Mast's Motion to File His Unredacted Reply in Support of His Motion to Dismiss the Amended Complaint Under Seal, in which Richard Mast requests the entry of an order allowing him to file the unredacted version of his Reply in Support of his Motion to Dismiss under seal. Having established grounds for sealing that information, the Court **ORDERS** Richard Mast's unredacted Reply in Support of His Motion to Dismiss the Amended Complaint to be filed under seal until further Order of this Court.

Accordingly, Richard Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a copy of this Order to all counsel of record.

ENTERED: December 6, 2022

*Joel C. Hoppe*
Joel C. Hoppe
United States Magistrate Judge