# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MAST *et al.*, <br><br> *Defendants*, <br> and <br><br> UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*, <br><br> *Nominal Defendants*. | **Civil Action No. 3: 22-cv-49** |

## PROPOSED ORDER

Having considered Federal Defendants' Motion to Seal Answer and Exhibit A to Federal Defendants' Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby ORDERED that Federal Defendants' Motion is granted. It is further ORDERED that Federal Defendants' Answer and Exhibit A to Federal Defendants' Motion to Seal are filed under seal.

SO ORDERED.

Dated: _____                             _____
                                                                        Joel C. Hoppe
                                                                         United States Magistrate Judge