UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>         *Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST *et al.*,<br><br>         *Defendants*,<br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*,<br><br>         *Nominal Defendants*. | Civil Action No. 3: 22-cv-49 |

**ORDER**

Having considered Federal Defendants' Motion to Seal Answer and Exhibit A to Federal Defendants' Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby ORDERED that Federal Defendants' Motion is granted. It is further ORDERED that Federal Defendants' Answer and Exhibit A to Federal Defendants' Motion to Seal are filed under seal.

SO ORDERED.

Dated: January 10, 2023

_____
Joel C. Hoppe
United States Magistrate Judge