IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

---

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,<br><br>    Defendants,<br><br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,<br><br>    Nominal Defendants. | CIVIL ACTION NO. 3:22-CV-49 |

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS 1-10 TO THEIR MEMORANDUM IN OPPOSITION TO DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO MODIFY THE COURT'S PROTECTIVE ORDER**

    Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibit 1-10 to Plaintiffs' Opposition to Defendants Joshua and Stephanie Mast's Motion to Modify the Court's Protective Order pursuant to Local Civil Rule 9, and for good cause shown,

and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 1-10 to Plaintiffs' Opposition to Defendants Joshua and Stephanie Mast's Motion to Modify the Court's Protective Order are filed under seal.

Entered this ____ day of _____, 2023.

_____
Judge