IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN            :
CURRENTLY RESIDING IN NORTH                   :
CAROLINA, BY AND THROUGH NEXT                 :   CIVIL ACTION NO.  3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN           :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,              :
                                              :
    Plaintiffs,                               :
                                              :
                                              :
v.                                            :
                                              :
JOSHUA MAST, STEPHANIE MAST, RICHARD          :
MAST, KIMBERLEY MOTLEY, AND AHMAD             :
OSMANI,                                       :
                                              :
    Defendants,                               :
                                              :
and                                           :
                                              :
UNITED STATES SECRETARY OF STATE              :
ANTONY BLINKEN AND UNITED STATES              :
SECRETARY OF DEFENSE GENERAL                  :
LLOYD AUSTIN,                                 :
                                              :
    Nominal Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO SEAL EXHIBITS 1-10 TO THEIR MEMORANDUM IN OPPOSITION TO
DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO MODIFY THE
COURT'S PROTECTIVE ORDER**

Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to

Seal Exhibit 1-10 to Plaintiffs' Opposition to Defendants Joshua and Stephanie Mast's Motion to

Modify the Court's Protective Order pursuant to Local Civil Rule 9, and for good cause shown,

and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 1-10 to Plaintiffs' Opposition to Defendants Joshua and Stephanie Mast's Motion to Modify the Court's Protective Order are filed under seal.

Entered this 24th day of January, 2023.

_____
Judge