IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

---

| | | |
|---|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE, | : : : : : : : | CIVIL ACTION NO. 3:22-CV-49 |
| Plaintiffs, | : : | |
| v. | : : | |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI, | : : : : | |
| Defendants, | : : | |
| and | : : | |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN, | : : : : : | |
| Nominal Defendants. | : | |

---

### [PROPOSED] ORDER HOLDING DEFENDANTS JOSHUA AND STEPHANI MAST IN CONTEMPT

This matter is before the Court on Plaintiffs' Expedited Motion to Show Cause Why Defendants Joshua and Stephanie Mast Should Not Be Held in Contempt for Violating the Court's Protective Order. Plaintiffs have met their burden of showing (1) the existence of a valid decree of which Defendants Joshua and Stephanie Mast ("the Masts") had actual or constructive

knowledge, specifically the Protective Order entered as ECF No. 26; (2) that the Protective Order was entered in Plaintiffs' favor; (3) that the Masts violated the terms of the Protective Order, and had knowledge (at least constructive knowledge) of such violations, through their conduct of providing information to CBS that directly or indirectly identified Plaintiffs and their families; and (4) that Plaintiffs have suffered harm as a result. *See De Simone v. VSL Pharmaceuticals, Inc.*, 36 F.4th 518, 529 (4th Cir. 2022) (quoting *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 301 (4th Cir. 2000) (cleaned up)).

Accordingly, it is hereby ORDERED that the Masts shall:

- advise the Court and Plaintiffs within three days of all persons, entities and organizations (whether media or otherwise) to whom they directly or indirectly disclosed Plaintiffs' identities, including without limitation by sharing photographs or video images of Baby Doe;

- confirm whether those persons, entities and organizations have signed the non-disclosure agreements required by the Court's Protective Order;

- confirm that they have directed those persons, entities and organizations that they may not directly or indirectly disclose Plaintiffs' identities to anyone else; and

- pay a daily fine of $_____ for every day in which they fail to provide a full accounting of the above information.

It is further ORDERED that the Masts' counsel shall disclose to the Court and Plaintiffs within three days whether they were aware that the Masts provided identifying information about Plaintiffs to CBS or any other persons, entities and organizations; and that the Masts shall pay Plaintiffs' compensatory damages, including attorney's fees, incurred in relation to this motion.

Entered this ___ day of _____, 2023.

_____
Judge