IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE, :
 :
    Plaintiffs, :
 :
v. :
 :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
 :
    Defendants, :
 :
and :
 :
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
 :
    Nominal Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT
OF EXPEDITED MOTION TO SHOW CAUSE WHY DEFENDANTS
JOSHUA AND STEPHANIE MAST SHOULD NOT BE HELD IN CONTEMPT
FOR VIOLATING THE COURT'S PROTECTIVE ORDER**

On January 24, 2023, Plaintiffs filed their Expedited Motion To Show Cause Why

Defendants Joshua and Stephanie Mast Should Not Be Held In Contempt For Violating The

Court's Protective Order (ECF No. 141) (the "Contempt Motion"). Plaintiffs file this

1

Supplemental Memorandum in support of the Contempt Motion to bring to the Court's attention that CBS broadcast this morning a second installment regarding this matter. This second installment provides additional evidence of the Masts' contumacious conduct. In particular, it includes additional photographic and video images of Baby Doe that could have been obtained only from the Masts. In addition, Joshua Mast is shown passing unknown materials to the CBS reporter. *See* https://www.cbs.com/shows/video/f256eqF8EX7ojnNe_EWKGX8_TeFSCmNb/

Accordingly, Plaintiffs ask that, in addition to the relief sought in their Contempt Motion, the Court order the Masts to produce immediately to the Court and to Plaintiffs copies of whatever materials (including information {such as photographs and video imagery) that directly or indirectly identifies Plaintiffs or their families) the Masts have provided to CBS, whether before, during, or after the in-person interviews.[1]

Date: January 25, 2023            Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

---

[1] Plaintiffs note that page 3 of the Contempt Motion contains an incorrect date. The reference to "January 24, 2022" at the bottom of that page should read "January 24, 2023."

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email: sfurst@HuntonAK.com
Email: jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2001
Email: damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January 2023, I electronically mailed the foregoing to counsel of record in this case.

By:     */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*

099997.0007105 DMS 301018854v1