IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

------------------------------------- X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE, :
:
    Plaintiffs, :
:
v. :
:
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
:
    Defendants, :
:
and :
:
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
:
    Nominal Defendants. :
------------------------------------- X

**JOINT MOTION TO MODIFY AMENDED PRETRIAL ORDER**

    Plaintiffs Baby Doe, John Doe and Jane Doe, and Defendants Joshua Mast, Stephanie Mast, Richard Mast, Kimberley Motley, Ahmad Osmani, Secretary Antony Blinken and General Lloyd Austin, by counsel, file this Joint Motion to Modify Pretrial Order (ECF No. 81) such that the deadlines relating to expert discovery are extended by approximately three months.

Under Rule 16(b) of the Federal Rules of Civil Procedure, the Court may modify a scheduling order for good cause. Here, good cause exists because discovery has only recently begun and motion practice may moot the need for expert discovery altogether, thereby saving time and expense for the parties and the Court. Providing the parties additional time to engage in expert discovery will provide them the opportunity to determine whether and to what extent expert discovery is actually needed in this matter. Extending the deadlines for expert discovery will not otherwise affect the schedule entered by the Court.

Accordingly, the parties propose that the deadlines for expert discovery be extended as noted below:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Plaintiffs' Initial Expert Disclosures | February 23, 2023 | May 24, 2023 |
| Defendants' Initial Expert Disclosures | March 10, 2023 | June 8, 2023 |
| Deadline to Complete Discovery | 90 days before trial date | No change |
| Deadline to File Dispositive Motions | 75 days before trial date | No change |
| Deadline for Hearing Dispositive Motions | 45 days before trial date | No change |

The parties, therefore, respectfully ask the Court for an order modifying the deadlines set forth in the Amended Pretrial Order (ECF No. 81) in accordance with the schedule suggested herein. A proposed Second Amended Scheduling Order is attached hereto for the Court's consideration.

Dated: January 26, 2023              Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)

HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email: sfurst@HuntonAK.com
Email: jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email: damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Attorneys for Plaintiffs*


/s/ *Kathryn L. Wyer*
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L. Street., N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475
Kathryn.wyer@usdoj.gov

*Attorney for Nominal Defendants*


/s/ *John S. Moran*
John S. Moran (VSB No. 84236)
McGuireWoods LLP
888 16th St. N.W. Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 828 2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com

*Attorney for Defendants Joshua Mast and Stephanie Mast*

/s/ *Michael R. Hoernlein*
Thomas W. Davison
(VSB No. 94387)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC  20004-1404
Tel.:  (202) 756-3300
Fax:  (202) 654-3333
tom.davison@alston.com

samantha.vanwinter@alston.com

Michael R. Hoernlein
(pro hac vice)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

Sidney Webb
(pro hac vice)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

*Attorneys for Defendant Kimberley Motley*

/s/ *Rick Boyer*
Rick Boyer (VSB No. 80154)
INTEGRITY LAW FIRM, PLLC
P.O. Box 10953
Lynchburg, VA 24506
Ph. 434-401-2093
F: 434-239-3651
Email: rickboyerlaw@gmail.com

*Attorney for Defendant Ahmad Osmani*

Richard L. Mast, Esq.
VSB No. 80660
1540 Insurance Lane
Charlottesville, VA, 22911
T: (540) 404-1781
F: (540) 301-0021
rlmast@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: /s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*