IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ------------------------------------ X | |
| BABY DOE, A CITIZEN OF AFGHANISTAN : | |
| CURRENTLY RESIDING IN NORTH : | |
| CAROLINA, BY AND THROUGH NEXT : | CIVIL ACTION NO. 3:22-CV-49 |
| FRIENDS, JOHN AND JANE DOE; AND JOHN : | |
| AND JANE DOE, CITIZENS OF AFGHANISTAN : | |
| AND LEGAL GUARDIANS OF BABY DOE, : | |
| : | |
|    Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| JOSHUA MAST, STEPHANIE MAST, RICHARD : | |
| MAST, KIMBERLEY MOTLEY, AND AHMAD : | |
| OSMANI, : | |
| : | |
|    Defendants, : | |
| : | |
| and : | |
| : | |
| UNITED STATES SECRETARY OF STATE : | |
| ANTONY BLINKEN AND UNITED STATES : | |
| SECRETARY OF DEFENSE GENERAL : | |
| LLOYD AUSTIN, : | |
| : | |
|    Nominal Defendants. : | |
| ------------------------------------ X | |

### [PROPOSED] SECOND AMENDED PRETRIAL ORDER

Having considered the Joint Motion to Modify Amended Pretrial Order, the Court hereby

ORDERS that the Pretrial Order (ECF No. 81) is modified as follows:

| Event | Revised Deadline |
|---|---|
| Plaintiffs' Initial Expert Disclosures | May 24, 2023 |
| Defendants' Initial Expert Disclosures | June 8, 2023 |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |

It is so ORDERED.

Entered: _____, 2023

_____
Joel C. Hoppe
United States Magistrate Judge