**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BABY DOE, A CITIZEN OF AFGHANISTAN    :
CURRENTLY RESIDING IN NORTH          :
CAROLINA, BY AND THROUGH NEXT      :    CIVIL ACTION NO.  3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN   :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,    :

                                       :

    Plaintiffs,                         :

                                       :

v.                                     :

                                     :

JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD  :
OSMANI,                              :

                                     :

    Defendants,                      :

                                     :

and                                    :

                                     :

UNITED STATES SECRETARY OF STATE   :
ANTONY BLINKEN AND UNITED STATES   :
SECRETARY OF DEFENSE GENERAL       :
LLOYD AUSTIN,                    :

                                     :

    Nominal Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION TO WITHDRAW APPEARANCE AND  REQUEST FOR REMOVAL FROM SERVICE LISTS

Plaintiffs,, by counsel, advises the Court and Defendant that Sherli Furst is no longer

employed by Hunton Andrews Kurth, LLP.  Accordingly, Plaintiffs move the Court to withdraw

her appearance as counsel to Plaintiffs, and requests that she be removed from all service lists for

these proceedings, including the Court's CM/ECF electronic notification list, reasonable notice of the same having been given to Plaintiffs pursuant to Local Civil Rule 83.1(G).

Please take note that no other appearances filed on behalf of Plaintiffs shall be affected by this notice, and that Plaintiffs have been, and will continue to be, represented in this action by Hunton Andrews Kurth LLP, Elbially Law, PLLC and Latham & Watkins, LLP,

Date: January 26, 2023                    Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email: sfurst@HuntonAK.com
Email: jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email:  damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January 2023, I electronically mailed the foregoing

to counsel of record in this case.

By:   */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*

099997.0007105 DMS 301018854v1