IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN      :
CURRENTLY RESIDING IN NORTH             :
CAROLINA, BY AND THROUGH NEXT           :   CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE; AND JOHN    :
AND JANE DOE, CITIZENS OF AFGHANISTAN   :
AND LEGAL GUARDIANS OF BABY DOE,        :
                                        :
     Plaintiffs,                        :
                                        :
v.                                      :
                                        :
JOSHUA MAST, STEPHANIE MAST, RICHARD    :
MAST, KIMBERLEY MOTLEY, AND AHMAD       :
OSMANI,                                 :
                                        :
     Defendants,                        :
                                        :
and                                     :
                                        :
UNITED STATES SECRETARY OF STATE        :
ANTONY BLINKEN AND UNITED STATES        :
SECRETARY OF DEFENSE GENERAL            :
LLOYD AUSTIN,                           :
                                        :
     Nominal Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

## SECOND AMENDED PRETRIAL ORDER

Having considered the Joint Motion to Modify Amended Pretrial Order, the Court hereby

ORDERS that the Pretrial Order (ECF No. 81) is modified as follows:

| Event | Revised Deadline |
|---|---|
| Plaintiffs' Initial Expert Disclosures | May 24, 2023 |
| Defendants' Initial Expert Disclosures | June 8, 2023 |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |

It is so ORDERED.

Entered: January 26, 2023

_____
Joel C. Hoppe
United States Magistrate Judge