AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| Doe et al | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| Mast et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Mast                                                                                                                          .

Date:    01/27/2021                                             /s/ E. Scott Lloyd
                                                                    *Attorney's signature*

                                                        Edward Scott Lloyd Va. Bar #76989
                                                          *Printed name and bar number*

                                                            20 E. 8th Street, Suite 3
                                                            Front Royal, VA 22630

                                                                    *Address*

                                                            scott@lloydlg.com
                                                                *E-mail address*

                                                              (540) 631-4081
                                                            *Telephone number*

                                                              (540) 583-4279
                                                                *FAX number*