IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | CIVIL NO: 3:22-cv-00049-NKM |
| Plaintiffs, | |
| -v.- | |
| JOSHUA MAST, *et al.*, | |
| Defendants, | |
| and | |
| UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.* | |
| Nominal Defendants. | |

**[PROPOSED] ORDER**

COMES NOW Defendant Richard Mast, by counsel and upon its Motion for Admission Pro Hac Vice of David Yerushalmi, Esq., and UPON CONSIDERATION WHEREOF, the Court does ORDER that:

The Motion is **GRANTED**. David Yerushalmi, Esq., may appear in this Court as counsel for Defendant Richard Mast in the above-captioned case, in association with Edward Scott Lloyd, Esq., a member of the Bar of Virginia admitted before this court. Further, that Mr. Yerushalmi may appear at hearings or trials in the absence of an associated member pursuant to Local Rule 6(d).

DATED: January ___, 2023.

_____
Hon. Norman K. Moon
Senior United States District Judge