AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Baby Doe, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-vc-49-NKM |
| Joshua Mast, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Mast                                                                                                                       .

Date:    01/30/2023                                                          /s/ David Yerushalmi
                                                                                        *Attorney's signature*

                                                                             David Yerushalmi (pro hac vice)
                                                                            *Printed name and bar number*

                                                                              American Freedom Law Center
                                                                     2020 Pennsylvania Avenue NW, Suite 189
                                                                                 Washington, D.C. 20006
                                                                                          *Address*

                                                                                   dyerushalmi@aflc.us
                                                                                     *E-mail address*

                                                                                      (646) 262-0500
                                                                                    *Telephone number*

                                                                                      (801) 760-3901
                                                                                       *FAX number*