# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

------------------------------------- X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH : CIVIL ACTION NO. 3:22-CV-49
CAROLINA, BY AND THROUGH NEXT :
FRIENDS, JOHN AND JANE DOE;AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE, :
　　　　　　　　　　　　　　　　　　　　:
    Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　:
v. :
　　　　　　　　　　　　　　　　　　　　:
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
　　　　　　　　　　　　　　　　　　　　:
    Defendants, :
　　　　　　　　　　　　　　　　　　　　:
and :
　　　　　　　　　　　　　　　　　　　　:
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
　　　　　　　　　　　　　　　　　　　　:
    Nominal Defendants. :
------------------------------------- X

## [PROPOSED] ORDER

Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibits A and B to the Reply Memorandum in Support of Plaintiffs' Motion to Show Cause Why Defendants Joshua and Stephanie Mast Should Not Be Held In Contempt, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th

2

Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits A and B to the Reply Memorandum in Support of Plaintiffs' Motion to Show Cause Why Defendants Joshua and Stephanie Mast Should Not Be Held In Contempt thereto is filed under seal.

      It is so ORDERED.

Charlottesville, Virginia
Dated: _____

_____
Norman K. Moon
United States District Judge