# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

<table>
<tr><td>

**Baby Doe, et al.**

vs.

**Joshua Mast, et al.**

</td><td>

Action No:   3:22CV00049

Date:   February 8, 2023

Judge:   Norman K. Moon

Court Reporter:   Lisa Blair

Deputy Clerk:   Carmen Amos

</td></tr>
</table>

Plaintiffs' Attorneys

Maya M. Eckstein
Lewis F. Powell, III
Sehla Ashai
Blair Connelly
Damon R. Porter
Ehson Kashfipour
   for Baby Doe, John Doe, and Jane Doe

Defendants' Attorneys

John S. Moran
   for Joshua Mast & Stephanie Mast

Michael R. Hoernlein, Sidney Webb, and
Thomas W. Davison
   for Kimberley Motley

David E. Yerushalmi, Richard L. Mast, Jr.,
and Edward S. Lloyd
   for Richard Mast

Tyler Brooks & Richard D. Boyer
   for Ahmad Osmani

Kathryn Wyer
   for U.S. Secretary of State Anthony
   Blinken & U.S. Secretary of Defense
   General Lloyd Austin

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.  Joshua Mast

**PROCEEDINGS:**

Parties present by ZOOM video-conference for hearing on the following pending motions:

ECF No. 85 – Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim filed by Defendants Joshua Mast & Stephanie Mast;

ECF No. 88 – Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction filed by Defendant Richard Mast;

ECF No. 90 – Motion to Dismiss for Lack of Jurisdiction and for Failure to State a Claim filed by Defendant Kimberley Motley;

ECF No. 92 – Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction filed by Defendant Ahmad Osmani;

ECF No. 141 – Emergency Motion for Order to Show Cause filed by Plaintiffs; and

ECF No. 142 – Supplemental Motion for Order to Show Cause filed by Plaintiffs.

Arguments heard.   The Court will take the motions under advisement.

Time in Court:   2:00 – 3:29 p.m.; 3:40 – 5:02 p.m. (Total Time: 2 hours, 51 minutes)