# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

---

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE, | CIVIL ACTION NO. 3:22-CV-49 |
| Plaintiffs, | |
| v. | |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI, | |
| Defendants, | |
| and | |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN, | |
| Nominal Defendants. | |

---

## ORDER

Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibits A and B to the Reply Memorandum in Support of Plaintiffs' Motion to Show Cause Why Defendants Joshua and Stephanie Mast Should Not Be Held In Contempt, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th

Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits A and B to the Reply Memorandum in Support of Plaintiffs' Motion to Show Cause Why Defendants Joshua and Stephanie Mast Should Not Be Held In Contempt thereto is filed under seal.

    It is so ORDERED.

Charlottesville, Virginia

Dated: February 9, 2023

                                                                          Joel C. Hoppe
                                                                          United States Magistrate Judge