AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME | TELEPHONE NUMBER |
|---|---|---|
| | Maya Eckstein | (804) 788-8788 |
| DATE OF REQUEST | EMAIL ADDRESS (*Transcript will be emailed to this address.*) | |
| 02/09/2023 | meckstein@huntonAK.com; mhaydenwinston@huntonAK.com | |
| MAILING ADDRESS | | CITY, STATE, ZIP CODE |
| 951 E. Byrd Street | | Richmond, VA  23219 |

| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER   Lisa Blair |
|---|---|
| | OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 3:22cv00049 | Baby Doe, et al. v. Joshua Mast, et al. | Norman Moon |
| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING |
| 02/08/2023 | Hearing | Zoom Video Conference |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

[ ] Ordinary (30-Day)         [ ] Daily
[✓] 14-Day                    [ ] Hourly
[ ] Expedited (7-Day)         [ ] RealTime
[ ] 3-Day

4. **CERTIFICATION**:   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 02/09/2023 | /s/ Maya M. Eckstein |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:**   Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.