# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
| Nominal Defendants. ) | |
| ) | |

## DEFENDANT AHMAD OSMANI'S MOTION
## TO FILE EXHIBIT UNDER SEAL

As stated in his *ore tenus* motion made in the hearing held in this matter on February 8, 2023, Defendant Ahmad Osmani asks to file under seal an exhibit related to his motion to dismiss the Amended Complaint, and in support of that motion he respectfully shows the Court as follows:

At the hearing of February 8, the Court granted leave to file said exhibit, which is a subpoena served on Mr. Osmani by the Masts in the related Virginia Circuit Court proceedings. Documents from those Circuit Court proceedings remain sealed, and the document is also subject to this Court's own protective order entered September 13, 2022 (D.E. #26).

The document in question is being emailed to the Court's Chambers as required by the Court's procedures along with a proposed order.

WHEREFORE, Mr. Osmani respectfully requests that the Circuit Court subpoena be accepted as an exhibit and filed under seal.

Respectfully submitted, this the 9th day of February, 2023.

> BY: /s/Rick Boyer
> Rick Boyer (VA Bar #80154)
> INTEGRITY LAW FIRM, PLLC
> P.O. Box 10953
> Lynchburg, Virginia 24506
> Phone: (434) 401-2093
> Fax: (434) 239-3651
> rickboyerlaw@gmail.com
>
> BY: /s/B. Tyler Brooks
> B. Tyler Brooks† (N.C. Bar #37604)
> LAW OFFICE OF B. TYLER BROOKS, PLLC
> P.O. Box 10767
> Greensboro, North Carolina 27404
> Telephone: (336) 707-8855
> Fax: (336) 900-6535
> btb@btylerbrookslawyer.com
>
> † Admitted *pro hac vice*
>
> *Counsel for Defendant Ahmad Osmani*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Court's CM/ECF system on February 9, 2023, which will serve a copy on counsel for the other parties. A copy of this filing may be accessed on the Court's CM/ECF site.

/s/B. Tyler Brooks
B. Tyler Brooks