# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| Nominal Defendants. | ) |

## ORDER

Having considered Defendant Ahmad Osmani's Motion to File Exhibit Under Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988), having been met, it is hereby ORDERED that Defendant Osmani's Motion is GRANTED.  It is further ORDERED that Exhibit A is filed under seal.

It is so ORDERED.

Charlottesville, Virginia

Dated:  February 10, 2023

*/s/ Joel C. Hoppe*
_____
Joel C. Hoppe
United States Magistrate Judge