IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

------------------------------------- X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE; AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN :
AND LEGAL GUARDIANS OF BABY DOE, :
 :
    Plaintiffs, :
 :
v. :
 :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
 :
    Defendants, :
 :
and :
 :
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
 :
    Nominal Defendants. :
------------------------------------- X

**PLAINTIFFS' MOTION, AND MEMORANDUM IN SUPPORT OF MOTION,
FOR THE ENTRY OF PROPOSED PROTECTIVE ORDER**

    Plaintiffs, by their undersigned counsel, respectfully move the Court for entry of the attached Protective Order (attached as Exh. A).

    As this court has already found, this case involves matters of a highly sensitive nature because 1) Baby Doe is a minor, and 2) information revealed in the course of discovery may

pose significant safety concerns to both parties and nonparties. *See* ECF No. 26. However, the Protective Order currently in place (*id.*) does not address how to treat confidential information (other than information that identifies Plaintiffs) that is provided in documents produced by the parties or obtained from third parties. Accordingly, Plaintiffs seek the entry of the attached protective order to govern the production of such confidential information.

No parties will be prejudiced by the entry of such an order.

Plaintiffs have asked counsel for Defendants (as well as Defendant Richard Mast, while he was appearing *pro se*) several times since December whether they object to the attached proposed protective order. To date, only the Nominal Defendants have provided input, which has been incorporated into the attached proposed protective order.

Accordingly, Plaintiffs respectfully request that the Court enter the proposed Protective Order attached as Exhibit A to this Motion.

February 13, 2023                                                    Respectfully Submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com