# **EXHIBIT 4**

Original answer secured by Circuit Court and all other copies were destroyed or deleted pursuant to 10-21-2022 Order