# **EXHIBIT 5**

Original of Respondents' "Motion for Protective Order" filed May 16, 2022, is secured by Circuit Court and all other copies were destroyed or deleted pursuant to 10-21-2022 Order.