# **EXHIBIT 8**

**From:** Redacted CIV Redacted Redacted (USA) < Redacted Redacted mil>
**Sent:** Wednesday, January 5, 2022 2:13 PM
**To:** Redacted < Redacted pendersheriff.com>
**Subject:** RE: Force Protection Incident

Solid copy. Thanks brother.

**From:** Redacted < Redacted pendersheriff.com>
**Sent:** Wednesday, January 5, 2022 2:04 PM
**To:** Redacted CIV Redacted Redacted (USA) < Redacted Redacted mil>
**Subject:** [Non-DoD Source] RE: Force Protection Incident

Thank you. I will have an address note placed in our CAD to use caution and 2 units to respond.

Redacted
Redacted
Pender County Sheriff's Office
605 E. Fremont St.
Burgaw, NC 28425
910- Redacted
Redacted pendersheriff.com



**From:** Redacted CIV Redacted Redacted (USA) < Redacted Redacted mil>
**Sent:** Wednesday, January 5, 2022 9:37 AM
**To:** Redacted < Redacted pendersheriff.com>
**Subject:** FW: Force Protection Incident


Redacted
Special Agent
US Naval Criminal Investigative Service
NCIS Redacted Representative
Carolinas Field Office l Camp Lejeune, NC
Office: (910) Redacted
Cell: (910) Redacted
DSN: Redacted
SVOIP: Redacted
NIPR: Redacted Redacted mil
SIPR: Redacted Redacted smil.mil




"Controlled Unclassified Information (CUI) - This e-mail is from the Naval Criminal Investigative Service (NCIS) and may contain information that is Law Enforcement Information (LEI) or Sensitive and/or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in civil and/or criminal penalties."

**From:** Mast, Joshua K MAJ USMC    Redacted    Redacted    (USA)
<    Redacted       mil@Redacted mil>
**Date:** Tuesday, Jan 04, 2022, 5:48 PM
**To:**    Redacted    CIV    Redacted    Redacted    (USA)
<    Redacted       Redacted mil>
**Subject:** RE: Force Protection Incident

Sure thing. I tried to summarize the basics below. Let me know if I need to edit it down further. Also attached the declassified portion of the mission if that is helpful.

Home Address:         Redacted             Redacted    , NC Redacted

Cell:    Redacted
Wife's Cell:    Redacted

Short version of interaction with    John Doe

* Redacted (my adopted daughter) was recovered off the battlefield from an AQ foreign fighter compound in 2019 at about 45 days old with a fractured skull, shattered femur, and second degree burns on her face and neck. She was in the room with a named objective who was a barricaded shooter, U.S. SOF breached the wall and fragged the room before Redacted biological father set off an S-vest a few feet away from her.
* Redacted recovered for 6+ months at Bagram and was scheduled to be medevac'd to the States.
* two days before the "peace deal" was signed, Redacted was turned over to who I now believe was Haji    Redacted    ( John Doe 's father), likely at the direction of Mullah Aminullah Yousef.
* Redacted started having seizures and problems with her eyes, and bounced around with a 16 year old girl fleeing fighting going on in and around John Doe's home city    Redacted    and  Redacted   in mid 2020, and again as the Taliban took John Doe's home city and the rest of Afghanistan.
* I talked to  John Doe   through a terp for the first time on 10 July 2021, explained Redacted medical history and U.S. status, and asked them to

bring her to Kabul to come to the U.S.

* Redacted travelled from Redacted where he lives, to Redacted to ask the Taliban if they could send Redacted to the Sates at the start of the evacuation. Taliban said no.

* If John Doe disobeyed the Taliban, he would be "at risk" and bringing a DoD dependent to be evacuated, which would qualify for evacuation.

* Redacted was a named objective for TFRedacted's evacuation efforts, and they airlifted her into the airport on 28 August 2021 with John Doe his 18 year old wife, and three other children who were my interpreters siblings from Redacted

* John Doe was flagged for a biometrics match for a prior weapons and explosive use in 2014, and address in the Pakistani Tribal Region and Karachi. He was detained (with Redacted and questioned at Dulles by CBP on 30-31 August 2021 (I was present for that). He also knew other Pashtun's (from his village) that were in the detention area who had also been flagged for biometrics. I immediately requested Redacted be separated from his custody because I was told they would likely be deported.

* Next morning I was called and told they were being deported to Mexico, but I spoke directly with the Americans loading the bus, explained Redacted status, and they were sent to Ft Pickett instead.

* It took DoS till 3 September to get Redacted back in my custody.

* Currently in a custody dispute.

Primary concern is terrorist affiliations that could touch my family once they lose the dispute, which I believe will occur in the next 60-90 days.

Semper Fidelis,

Joshua K. Mast
Major, U.S. Marine Corps
Redacted Deputy SJA

Comm:  910- Redacted
Cell:             Redacted

SVOIP:     Redacted

NIPR:      Redacted       mil@Redacted mil
SIPR:      Redacted       mil@Redacted smil.mil

-----Original Message-----
From:      Redacted      CIV   Redacted      Redacted   (USA)
<      Redacted        Redacted mil>
Sent: Tuesday, January 4, 2022 1:01 PM
To: Mast, Joshua K MAJ USMC   Redacted      Redacted   (USA)
<      Redacted       mil@Redacted mil>
Subject: RE: Force Protection Incident

Josh,
Also can you send me an email with a condensed version of the
before, during and after related to this individual. I want to email it to
my PCSO senior leadership contact. Also, please include your home
address and personal cell number.

This information will not be passed outside LE circles and is
necessary so PCSO has amplifying background info in case they
receive a call for service.


      Redacted

Special Agent

US Naval Criminal Investigative Service

NCIS   Redacted   Representative

Carolinas Field Office | Camp Lejeune, NC

Office:  (910)  Redacted

Cell:    (910)  Redacted

DSN:        Redacted

SVOIP:  Redacted

NIPR:        Redacted          Redacted mil

SIPR:        Redacted          Redacted smil.mil


"Controlled Unclassified Information (CUI) - This e-mail is from the Naval Criminal Investigative Service (NCIS) and may contain information that is Law Enforcement Information (LEI) or Sensitive and/or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in civil and/or criminal penalties."

From: Mast, Joshua K MAJ USMC   Redacted   Redacted   (USA)
<   Redacted   mil@Redactedmil
<mailto   Redacted   mil@Redactedmil> >
Date: Tuesday, Jan 04, 2022, 8:33 AM
To:   Redacted   CIV   Redacted   Redacted   (USA)
<   Redacted   Redactedmil <mailto:   Redacted   Redactedmil>
>
Subject: RE: Force Protection Incident

Roger. I appreciate it! Sent the AQ/Haqqani stuff I have on SIPR.

Based on what you said, I plan to:
1.  Reach out to Pender County SD to give them a heads up.
2. Loop in the PCSD Deputy that lives down the street, the  Redacted
Officer who lives behind me, and another Marine that lives three doors
down so they can keep an eye out.
3. I'll put your number in my cell and my wife's cell.
4. I'm going to install a ring doorbell and camera systems so I can
know when there is any motion around the house.

We have been vigilant about anything out of the ordinary, and have
been keeping all the exterior lights on at night. I'm honestly strongly
considering moving to a furnished rental...

Joshua K. Mast
Major, U.S. Marine Corps
 Redacted   Deputy SJA

Comm:  910- Redacted
Cell:        Redacted
SVOIP:    Redacted

NIPR:     Redacted     mil@Redactedmil
SIPR:     Redacted   mil@Redactedsmil.mil

-----Original Message-----
From:     Redacted     CIV     Redacted     USA)
<     Redacted     civ@ Redacted .mil>
Sent: Monday, January 3, 2022 5:45 PM
To: Mast, Joshua K MAJ USMC     Redacted     (USA)
<     Redacted     .mil@ Redacted .mil>
Subject: RE: Force Protection Incident

Josh,
Please forward me anything you have on this issue. In the meantime,
the safety of you and your family are paramount. In my professional
opinion we need to formulate a safety plan for you and your family and
should be as follows: If you or your family notice any strange
occurrences around or near your residence, to include possible
surveillance, please contact the police/sheriff's office jurisdiction
where you live first. Have them respond, if they choose to do so. Once
those entities have been notified, please notify me at 910- Redacted  I
will consult with NCIS management on whether an immediate NCIS
in-person response is necessary, depending on the circumstances.

Any FP issues/occurrences will be briefed to the command as needed.

I hope this helps.


        Redacted

Special Agent

US Naval Criminal Investigative Service

NCIS Redacted Representative

Carolinas Field Office I Camp Lejeune, NC

Office:  (910) Redacted

Cell:     (910)  Redacted

DSN:        Redacted

SVOIP:  Redacted

NIPR:        Redacted          Redacted <u>mil</u>

SIPR:        Redacted          Redacted <u>smil.mil</u>

"Controlled Unclassified Information (CUI) - This e-mail is from the Naval Criminal Investigative Service (NCIS) and may contain information that is Law Enforcement Information (LEI) or Sensitive and/or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in civil and/or criminal penalties."

From: Mast, Joshua K MAJ USMC    Redacted    Redacted    (USA)
<    Redacted    mil@Redacted mil>
<mailto    Redacted    mil@Redacted mil> >
Date: Monday, Jan 03, 2022, 12:58 PM
To:    Redacted    CIV Redacted    Redacted    (USA)
<    Redacted    Redacted mil <mailto:    Redacted    Redacted mil>
>
Subject: RE: Force Protection Incident

Thanks - happy new year!

-----Original Message-----
From:      Redacted      CIV  Redacted      Redacted  (USA)
<      Redacted          Redacted mil>
Sent: Monday, January 3, 2022 2:37 PM
To: Mast, Joshua K MAJ USMC   Redacted      Redacted  (USA)
<      Redacted          mil@Redacted mil>
Subject: RE: Force Protection Incident

Totally understand. Im going to make sure it is routed to the right person.

-----Original Message-----
From: Mast, Joshua K MAJ USMC   Redacted       Redacted   (USA)
<     Redacted       mil@Redacted mil>
Sent: Monday, January 3, 2022 2:33 PM
To:     Redacted      CIV  Redacted     Redacted   (USA)
<     Redacted       Redacted mil>;   Redacted      CAPT USMC
   Redacted      Redacted   (USA) <   Redacted      mil@Redacted mil>
Subject: RE: Force Protection Incident

Roger - did not mean to get you involved in something you can't touch and I won't bring it up to you moving forward - just trying to inform the correct command rep of the risk so they aren't blind sided.

-----Original Message-----
From:      Redacted      CIV   Redacted      Redacted   (USA)
<      Redacted      Redacted mil>
Sent: Monday, January 3, 2022 2:22 PM
To: Mast, Joshua K MAJ USMC   Redacted      Redacted   (USA)
<      Redacted      mil@Redacted mil>;      Redacted      CAPT USMC
   Redacted      Redacted   (USA) <   Redacted      mil@Redacted mil>
Subject: RE: Force Protection Incident

Josh,
Thanks for sending. As the NCIS   Redacted   Representative, I have
tried to distance myself from this matter.  I have passed to relevant
NCIS entities who can look into this further.

If you feel as though yourself or your family is in danger, I would
encourage you to dial 911 and have local LE respond to your
residence.

-----Original Message-----
From: Mast, Joshua K MAJ USMC   Redacted      Redacted   (USA)
<    Redacted      mil@Redacted mil>
Sent: Monday, January 3, 2022 2:01 PM
To:    Redacted      CAPT USMC    Redacted      Redacted   (USA)
<   Redacted      mil@Redacted mil>;      Redacted      CIV   Redacted
 Redacted   (USA) <      Redacted      Redacted mil>
Subject: RE: Force Protection Incident
Importance: High

Capt Redacted,

Thanks for relaying the info. I appreciate it.

BREAK

SA Redacted

I would have reached out direct on this if I knew you were the POC.
To clarify the below, this is the same individual I reported to you in
August when he popped on the watch list and I was warned about by
CBP that he was "a really bad dude " based on his TIDE and NUIN
number and prior for a weapons/explosive use.  I already discussed
that issue with the FBI when they met with me about that incident and
the dispute with Redacted

The new development is that the legal documents I provided to FBI,
DHS, and DoS, which include my PII (Name, wife's name, and home
address) were provided to the individual, so this guy now knows
where my family lives. The individual is also out of the processing
camps and is free to travel as far as I am aware.

I will address the leak of my PII separately with whichever agency
leaked them - my only concern with this request is AT/FP related for
our Command, and to keep the Command informed in case anything

happens.

Specifically, with this guy's terrorist connections and the ongoing dispute I have with him (especially if he is, as he now claims, a first cousin of an AQ fighter killed in a AQ facility) - I have a wife and five kids at home and I don't want my family to be targeted. Especially in light of the domestic attack risks from infiltrators from the refugee stream, and my family's affiliation with the Marine Corps/
Redacted . I couldn't imagine a better way to piss off AQ than to adopt an orphan of one of their fighters, which is why all of Redacted legal proceedings where conducted under seal and were not public records until this breach occurred.

I'm not as concerned if the guy is rank and file Taliban, but obviously that concern increases exponentially if he is AQ or Haqqani Network affiliated (which is likely in light of the named objective and CONOP from the mission were Redacted was recovered). I don't need/want to know the details about this individual's affiliations, but I am requesting the Command review them and provide a Force Protection recommendation from the Command on:

1) Recommendation on whether I should move my family from my current residence?
2) Are there Identity Management steps I need to take?
3) Any other AT/FP recommendations?

I am thankful for the current problem set because Redacted is not dead or currently living under a terrorist organization, but I would like to maximize my family's safety in light of what has happened.

Happy to discuss further and I will push the CONOP and ID Docs for the individual on SIPR with father/grandfathers name. FYI, this individual's father & brother were associated with Mullah Aminullah Yousef (Taliban Commander/Shadow Governor of Redacted until recently), who is a bad dude. Whatever I need to do to keep my family safe I will do. Thanks!

Semper Fidelis,

Joshua K. Mast
Major, U.S. Marine Corps
  Redacted   Deputy SJA

Comm:  910- Redacted
Cell:          Redacted
SVOIP:      Redacted

NIPR:       Redacted        mil@Redacted mil
SIPR:       Redacted        mil@Redacted smil.mil

-----Original Message-----
From:    Redacted    CAPT USMC    Redacted    Redacted    (USA)
<    Redacted    mil@Redacted mil>
Sent: Monday, January 3, 2022 11:32 AM
To:    Redacted    CIV    Redacted    Redacted    (USA)
<    Redacted    Redacted mil>
Cc: Mast, Joshua K MAJ USMC    Redacted    Redacted    (USA)
<    Redacted    mil@Redacted mil>
Subject: Force Protection Incident

Sir,


Maj Mast, one of the SJA's at    Redacted    just spoke with me over the
phone regarding a force protection incident. Long story short, he
adopted a child from Afghanistan, and two alleged family member's of
the child when coming through the Dulles airport, were flagged
biometrically as being involved in terrorist incidents/ on the watch list
from 2014. Maj Mast stated to me that there is a legal battle going on
with them over the child. They were able to receive his residence
location from PII documentation that I believe a law enforcement or
some public entity wasn't suppose to share, in which he will be filing a
complaint for releasing the info, but his worry is that with winning the
ongoing custody case, he fears retaliation on him and his family from
either the 2 family members, or network ties they have overseas.


I'm unsure of how to proceed, however I think the command needs to
be informed, maybe local law enforcement so they're aware of the
potential retalliation threat. Because of this incident, Maj Maast is also
looking at relocating/changing his residence as he and is family are
now a soft target. Please let me know what you think.

***Maj Mast, please correct anything I may have missed or anything that isn't correct in the above.***

V/r

Captain   Redacted

Redacted   / Anti-Terrorism Force Protection Officer

Redacted

Redacted

Camp Lejeune, NC

Comm: (910) Redacted

NIPR:   Redacted   mil@Redacted mil
<mailto   Redacted   mil@Redacted mil>

SIPR:   Redacted   mil.@Redacted smil.mil
<mailto   Redacted   mil.@Redacted smil.mil>



**HEADQUARTERS**
**Resolute Support/**
**United States Forces -**
**Afghanistan Kabul,**
**Afghanistan**
**APO AE 09356**



**BLUF:** A review of all information available regarding the 5-6 September operation in Redacted Province, Afghanistan indicates that the female infant recovered from that event is from an Al Qaeda (AQ) Turkmen foreign fighter family who entered Afghanistan via Turkmenistan. Therefore, she is most likely ethnically Turkmen or a Uighur from Turkmenistan.

**Background:** This report details the circumstances and results of a partnered U.S. Special Forces operation on 5-6 September 2019 in Redacted Province, Afghanistan. The information contained within this report is derived from unclassified public data as well as over 140 pages of classified documents related to this mission. In addition, information from follow on Requests for Information (RFIs) to the unit involved regarding the kinetic impacts on the female infant recovered on scene, the origin of her wounds, and medical treatment and evaluation by U.S. medical personnel contributed to this report.

**Pre-Strike:** For general context, as early as two years prior to the operation in question, open source reporting revealed that hundreds of AQ affiliated foreign fighter families from Turkmenistan were moving into Afghanistan. The purpose of this migration was for the foreign fighters to engage in jihad, with support from AQ. These foreign fighter families are concentrated primarily in Redacted and Redacted provinces. The tactics, techniques, and procedures (TTPs) of these Turkmen fighters include: moving to unoccupied compounds on a monthly basis, posting a guard at night in every compound, hiding in favorable terrain if aircraft or drones (AC) are detected in the daytime. The AQ fighters are also known to patrol the area around their compounds at night.

These foreign fighters are known to local Afghans as "the black flag people." They do not associate with the locals, and speak Turkmen or Farsi and do not understand Pashtu or Dari. These "black flag people" were protected by the Taliban, but were not Taliban.

**Mission Objectives:** The mission of the operation on 5-6 September was to capture/kill three individuals in order to disrupt AQ operations in the area. The targeted individuals were known AQ-affiliated Foreign Fighters operating in Eastern Afghanistan. One of the targeted individuals was a Uighur from Turkmenistan associated with the China-based militant group Eastern Turkistan Islamic Party (ETIP) and AQ, and the others were Turkmen.

**Conduct of the Mission:** On the night in question, U.S. and partner nation personnel inserted via helicopter around the Compounds of Interest (COI)s. Once the COIs were isolated, a "call out" was initiated to give the foreign fighters an opportunity to surrender. Only one fighter responded to a call out, and was detained.

Upon initiating a call out, the Assault Force (AF) received sustained contact from a barricaded

EXHIBIT B

shooter, resulting in 1x Enemy Killed in Action (EKIA). After the AF eliminated the initial barricaded shooter, they again received sustained contact from small arms fire and grenades from multiple barricaded shooters further. To address the barricaded shooters, the AF initiated a wall charge, used grenades, and inadvertently set off a secondary explosion resulting in the structure being destroyed. This explosion was assessed to be from the suicide vest(s) worn by the shooters and/or other explosive stored within the structure. This engagement, and dealing with an additional barricaded shooter, resulted in 4x EKIA, including 1x female combatant KIA.

**CIVCAS Incident:** After securing the COIs, the AF cleared the buildings. They discovered a wounded female with gunshot and fragmentation wounds (the female EKIA) who was treated but succumbed to her wounds on scene. Next to the female and one of the barricaded shooters, the AF discovered a wounded 1-2 month old female infant under the rubble from the wall breach. This infant was assessed to be the daughter of the female fighter and one of the barricaded shooters whose suicide vest had detonated, due to the proximity and layout of the COI. The infant suffered a fragmentation wound to the lower extremity which had fractured her hip, and she sustained a fractured skull and 2nd degree burns from the wall charge, grenade, and suicide vest/secondary explosions. U.S. personnel determined her age and medical needs necessitated her evacuation. The female infant was the only person who survived the explosions in the COI. The location were the female infant was recovered was the precise location of the Turkman target of the raid was residing.

**Results:** Multiple photos recovered from the scene included pictures of Turkmen Uighur foreign fighters, weapons, and AQ flags. The detainee who responded to the call out indicated that the neighboring compounds were occupied by Chinese Uighur fighter from Turkmenistan. This detainee identified the pictures of foreign fighters as those of the residents of the compounds were the barricaded shooters engaged the AF. An additional detainee detained on the same night at a nearby COI also indicated that the COIs struck on 5-6 September were occupied by Turkmen foreign fighters and their families.

**TTPS:** The experience of the AF with multiple barricaded shooters in COIs wearing suicide vests is consistent with the known TTPs of the Turkmen foreign fighters posting guards in each of their compounds at night. The suicide vests and fighting to the death even when given an opportunity to surrender are consistent with AQ foreign fighter practices, and are atypical for Afghan Taliban fighters.

**Conclusion:** The infant recovered on the objective is assessed to be the orphaned daughter of an AQ foreign fighter who entered Afghanistan via Turkmenistan. She is most likely ethnically Turkmen or a Uighur from Turkmenistan. Overall information suggests that the female infant was the sole survivor of an AQ Turkmen foreign fighter family compound.

EXHIBIT B

UNCLASSIFIED//FOUO



((U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.



(U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.



(U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.



((U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.

EXHIBIT B

@    o5 SEP 19: **AF** conducted an explosive breach and initiated callout.

© SEP 19: AF conducted a callout that resulted in 1x Detainee.

©    os SEP 19: AF received sustained contact 1x EKIA

©    os SEP 19: AF eliminated initial barricaded shooters (4x EKIA, includ ing 1x female combatant KIA) Λn additional barricaded shooter engaged AF resulting in 1x EKLA.

os 2023z SEP 19: AF received contact. The compo und wall collapsed as a result of an internal explosion.

@    os SEP 19: AF received contact.



EXHIBIT B

During clearance of the 10 series, an enemy barricaded shooter engaged friendly forces with small-arms fire. The ensuing engagement resulted in 1x EKIA, 1x civilian woman wounded, and 1x child wounded. The Assault Force (AF) applied medical treatment to both civilian casualties; however, the woman later expired from her wounds.

## SEQUENCE OF EVENTS

**1**

**05 SEP 19**
The Ground Force CDRr reported troops in contact from barricaded shooter .

**2**

**05 SEP 19**
Friendly forces conducted an explosive breach.

**3**

**05 SEP 19**
The Assault Force (AF) continued to receive enemy fire and reported 1x EKIA

**4**

**05 SEP 19**
During clearing actions, the AF discovered a wounded civilian woman and child. The AF applied medical treatment to both casualties; however, the woman later expired from her wounds.



EXHIBIT B