# **EXHIBIT 9**



**UNITED STATES MARINE CORPS**
MARINE RAIDER SUPPORT GROUP
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20117
CAMP LEJEUNE NC 28542-0117

5830
PI 8-22
16 Aug 22

FIRST ENDORSEMENT on ███████ r 5830 dtd 10 Aug 22

From:   Commanding Officer, Marine Raider Support Group
To:     Files

Subj:   PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CAPACITY OF MAJOR JOHSUA K. MAST 1395425095/4402 USMC ON 29 AUGUST 2021

1. I have reviewed the subject investigation in accordance with references and concur with the findings, opinions, and recommendations of the Investigating Officer. Major Joshua K. Mast was in an unofficial capacity on or about 29 August 2021.

2. No further investigation is warranted.

3. The point of contact for this endorsement is ███████████ Marine Raider Support Group Legal Chief. He can be reached at ███████████ or via email at lonnie.a.cooley.mil@socom.mil.

D. M. O CONNOR



**UNITED STATES MARINE CORPS**
MARINE RAIDER SUPPORT GROUP
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20117
CAMP LEJEUNE NC 28542-0117

5800
PI 8-22
10 Aug 22

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To:    Commanding Officer

Subj:  PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CAPACITY OF MAJOR JOSHUA K. MAST 1395425095/4402 USMC ON 29 AUGUST 2021

Ref:   (a) JAGINST 5800.7F, Chapter II, Para. 0203
       (b) SECNAVINST 5510.36
       (c) DODI 4515.13
       (d) Joint Travel Regulation
       (e) MCO 1050.3J
       (f) MCO 1020.34H
       (g) MARSOCO 1050.1B
       (h) MARSOCO 3000.2B

Encl:  (1) Commanding Officer Appointing Order, 8 Aug 22
       (2) Request for an Administrative Investigation Made by Major Mast, 3 Aug 22
       (3) Screenshot of Marine Online Leave Request for 20 August 2021 to 28 August 2021
       (4) Leave Authorization for 20 August 2021 to 28 August 2021
       (5) Screenshot of Marine Online Leave Request for 23 August 2021 to 30 August 2021
       (6) Leave Authorization for 23 August 2021 to 30 August 2021
       (7) Aircraft and Personnel Automated Clearance System Request Number 2459862
       (8) Voluntary Statement of Major Joshua K. Mast, 10 Aug 22
       (9) Supplemental Enclosure (8) to Voluntary Statement of Major Joshua K. Mast, 10 Aug 22
       (10) Summary Telephone Interview of Major Joshua K. Mast, 10 Aug 22
       (11) Summary Telephone Interview of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 9 Aug 22
       (12) Summary Interview of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 9 Aug 22

1. This reports completion of the preliminary inquiry conducted in accordance with reference (a) into the facts and circumstances surrounding Major Mast's capacity on or about 29 August 2021.

2. Personnel contacted:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   b. Gunnery Sergeant (GySgt) Redacted , USMC, Legal Chief, Office of the Staff Judge Advocate,
M▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   d. Major (Maj) Joshua K. Mast, USMC, Deputy Staff Judge Advocate, Office of the Staff Judge Advocate, Marine Forces Special Operations Command, Stone Bay, North Carolina, 910-Redacted,
Redacted   mil@socom.mil

Subj:   PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CAPACITY OF MAJOR JOSHUA K. MAST 1395425095/4402 USMC ON 29 AUGUST 2021

3.  Materials reviewed:  (1) Marine Online Leave Requests and Authorizations of Maj Mast, (2) select pages from Service Record of Maj Mast, (3) APACS request for Maj Mast, (4) MARSOC G-3 SharePoint OCONUS Tracker, (5) Joint Travel Regulation, (6) MCO 1050.3J, and (7) MARSOCO 1050.1B.

4.  Summary of findings:

        a. On 20 August 2021, Maj Mast requested and was approved emergency leave from 20 August 2021 to 28 August 2021 through Marine Online.  The emergency leave period was Outside Continental United States (OCONUS) travel for Maj Mast to escort his adopted daughter, ▮▮▮▮ as she traveled from Afghanistan to the United States. On 21 August, prior to departing the United States, Maj Mast was informed that Central Command had banned unofficial travel and he was not authorized to travel from Qatar to Afghanistan. Maj Mast was also informed that ▮▮▮ would be evacuated out of Afghanistan. On 23 August, Maj Mast's emergency leave period was closed and an annual leave request was approved from 23 August to 30 August.  An Aircraft and Personnel Automated Clearance System (APACS) Request for emergency leave travel to Germany between 23-27 August 2021 was approved.  Maj Mast was required to expend accrued leave and was not provided military orders for this period.

        b. On or about 23 August 2021, Maj Mast and his wife, ▮▮▮▮, travelled from Baltimore, Maryland to Ramstein, Germany on an Air Mobility Command (AMC) Patriot Express flight.  Service Members in a leave status are authorized the use of an AMC flight as Space-Available Travelers, per reference (c).  Maj Mast and ▮▮▮ lodged at the Ramstein Air Base Inn at their own expense.  On or about 24 August 2021, ▮▮▮ Mast and the five other Afghans were evacuated to Ramstein, Germany.  Maj Mast was able to locate ▮▮▮ at the refugee processing area on Ramstein Air Base.  While in Germany, ▮▮▮ was authorized for release into the custody of Maj Mast and his wife.  Due to the traumatic events ▮▮▮ and the five other Afghans accompanying her endured, Maj Mast decided it would be best for ▮▮▮ to continue traveling with the group of Afghans to the United States. On 26 August 2021, Maj Mast and ▮▮▮▮ traveled from Ramstein, Germany to Greensboro, North Carolina via a private aircraft.  During Maj Mast's leave period, he did not use his government travel charge card, did not receive Per Deim, did not stay in government funded quarters, and did not use a Special Issuance Passport.  Maj Mast's travel was not funded by the Department of Defense.

        c. ▮▮▮ Mast and the five other Afghans arrived at Washington Dulles International Airport, Virginia, on Saturday, 29 August 2021, via Delta Flight 8958.  Maj Mast and ▮▮▮▮ were at the airport to assist ▮▮▮ and the five other Afghans through customs screening.  Maj Mast did not wear a military uniform to Dulles International Airport and was in civilian attire.  Maj Mast stated, he did not believe or purport to act on behalf of the Marine Corps.  ▮▮▮ was paroled into Maj Mast's custody on 29 August 2021 but was detained by Customs and Boarder Protection Agents until 3 September.  ▮▮▮ was released to Maj Mast and ▮▮▮ on 3 September 2021 from Fort Pickett, Virginia.  There is no evidence that Maj Mast presented himself as a representative of the U.S. Government while ▮▮▮ processed through customs.

5.  Recommendation:

        a. Maj Mast was in an unofficial capacity on or about 29 August 2021.  No further investigation is warranted.

        b. A definition of official capacity was not found in a Department of Defense publication.  I believe official capacity is when a service member is carrying out his or her duties in their assigned billet or acting as a representative for their organization or the U.S. Government.  Maj Mast was in an unofficial capacity because he was in a leave status, his travel was not funded by the government, and there is no evidence that he made statements as a representing of the government.  His wearing of the Marine Corps uniform on Ramstein Air Force Base in Germany is justifiable based on the security situation and does not appear to be an attempt to put himself in an official duty status.

6.  ▮▮▮▮▮▮▮▮   can be reached at ▮▮▮▮▮▮▮▮.





**UNITED STATES MARINE CORPS**
MARINE RAIDER SUPPORT GROUP
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20117
CAMP LEJEUNE NC 28542-0117

5800
PI 8-22

From:  Commanding Officer
To:    ███████████  █████████████████

Subj:  PRELIMINARY INQUIRY INTO THE FACTS AND CIRCUMSTANCES SURROUNDING THE CAPACITY OF MAJOR JOHSUA K. MAST 1395425095/4402 USMC ON 29 AUGUST 2022

Ref:   (a) JAGMAN, Chapter II, Para. 0203
       (b) SECNAVINST 5510.36

1. This appoints you, per reference (a), to inquire into the facts and circumstances surrounding Major Mast's capacity on or about 29 August 2021.

2. Your report is to be complete in letter form by 10 August 2022, unless an extension of time is granted. If you have not previously done so, read chapter II of reference (a) in its entirety before beginning your inquiry.

3. It is recommended that you seek legal advice from the Office of the Staff Judge Advocate, at ███████████████, during your investigation.

4. The point of contact for this endorsement is █████████████, Marine Raider Support Group Legal Chief. He can be reached at ██████████ or via █████████████████████████████
████████████████████████████████



**UNITED STATES MARINE CORPS**
MARINE RAIDER SUPPORT GROUP
MARINE CORPS SPECIAL OPERATIONS COMMAND
PSC BOX 20117
CAMP LEJEUNE NC 28542-0117

5800
JKM

From: Major Joshua K. Mast, USMC 1395425095/USMC
To:      Commanding Officer, Marine Raider Support Group

Ref:   (a) JAGINST 5800.7F (JAGMAN)

Encl: (1) NAVMC 3 of 23 August 2021(Leave Authorization)
        (2) Screen Grab of Marine Online Historical Leave Requests for Major Joshua K. Mast

Subj:  REQUEST FOR AN ADMINISTRATIVE INVESTIGATION INTO CAPACITY ON OR ABOUT 29
        AUGUST 2021

1.  Pursuant to the reference, request an Investigating Officer be appointed to conduct a Command Investigation into my capacity on or about 29 August 2021. This administrative determination by my Command is a pre-liminary question that has not been examined to date. Uncertainty regarding this status has significant impact on my service and family, and I request this uncertainty be rectified by a formal administrative determination as soon as possible.

2.  Specifically, request the IO be directed to make appropriate findings and recommendations to include: Investigate the facts and circumstances and make findings of facts and recommendations as to whether Major Mast was in an official or unofficial capacity on Sunday, 29 August, 2021. These findings should include findings and recommendations that address any applicable leave or liberty periods, and any other relevant factors in evaluating what capacity he was in during the relevant period.

3.  I am the point of contact for this matter and can be reached at joshua.k.mast.mil@socom.mil or 407-797-9359.

MAST.JOSHUA.KEN   Digitally signed by
NETH.1395425095   MAST JOSHUA KENNETH 13954
                             25095
                             Date: 2022.08.03 12:54:58 -04'00'

J. K. MAST

1

**LEAVE AUTHORIZATION (OFFICER AND ENLISTED) (1500)**
NAVMC 3 (REV. 03-11) (EF) (Previous editions will not be used)
FOUO - Privacy sensitive when filled in.

| BEFORE SIGNING LEAVE REQUEST, READ INSTRUCTIONS ON PAGE 2 AND PRIVACY ACT STATEMENT ON PAGE 3 |
|---|

1. TO:   COMMANDING OFFICER:

## LEAVE REQUEST

| 2. FROM (Name, Grade, EDIPI, MOS)   MAJ   1395425095 |  | 3. ORGANIZATION AND DUTY TELEPHONE NUMBER |
|---|---|---|
| JOSHUA K MAST   4402 |  | HQTRS MARFORSOC |

| 4. NUMBER OF DAYS REQUESTED AND INCLUSIVE DATES (6) 24 Aug 2021 - 29 Aug 2021 |  | 5. DATE & TIME LEAVE EFFECTIVE 23 Aug 2021, 1630 | 6. DATE & TIME LEAVE EXPIRES 30 Aug 2021, 0800 |
|---|---|---|---|

| 7. TYPE OF LEAVE REQUESTED Annual Leave | 8. NO. OF DAYS TAKEN THIS FISCAL YEAR 23.0 | 9. LEAVE BALANCE 23.0 | 10. ECC |
|---|---|---|---|

| 11. ADDRESS WHILE ON LEAVE (include telephone number and area code. If any change notify your commanding officer) Al Udeid Air Base, Qatar; Ramstein Air Base, Germany ***Deviation is authorized***. DE 4 07-797-9359 | 12. SIGNATURE OF PERSON REQUESTING LEAVE AND DATE: I will wear my seatbelt while driving or riding in a PMV while in an authorized leave status (paragraph 14(d) of MCO 5100.19(E). |
|---|---|

"EVERY MARINE RECRUIT A MARINE" MARINE CORPS ORDER 1050.1____ AUTHORIZES A 5-DAY LEAVE EXTENSION OR SPECIAL LIBERTY CHIT TO MARINES ON LEAVE WHO RECRUIT AN ACCEPTABLE APPLICANT FOR ENLISTMENT IN THE MARINE CORPS OR MARINE CORPS RESERVE. CONTACT THE MARINE CORPS RECRUITER NEAREST YOU FOR DETAILS.

## APPROVAL OF IMMEDIATE SUPERIOR/COMPANY COMMANDER

| 13. [X] APPROVED   [ ] DISAPPROVED | REMARKS (if disapproved) | SIGNATURE AND GRADE ▓▓▓▓▓▓▓ |
|---|---|---|
| 14. [ ] APPROVED   [ ] DISAPPROVED | REMARKS (if disapproved) | SIGNATURE AND GRADE |

| 15. SIGNATURE (Officer authorized to grant leave) Digitally Signed/Approved by ▓▓▓▓ | 16. GRADE AND COMPONENT ▓▓▓ | 17. TITLE BY DIRECTION |
|---|---|---|

## MCTFS REPORTING INFORMATION

| 18. Hour and date of departure   1630   23 Aug 2021 ▓▓▓▓▓ _(Signature of Duty Officer/NCO/Indiv)_ | 19. Hour and date of return   0800   30 Aug 2021 ▓▓▓▓▓ _(Signature of Duty Officer/NCO/Indiv)_ |
|---|---|

20. EXTENSIONS   Granted _____ days extension of leave. Your leave will now expire at _____ on _____

_(Signature of Granting Officer)_            _(Unit)_            _(Date)_

## 21. HOSPITALIZATION

| NAME AND ADDRESS OF HOSPITAL | TIME AND DATE ADMITTED | TIME AND DATE RELEASED |
|---|---|---|
| REMARKS/DIAGNOSIS |  |  |

_(Signature of Physician)_            _(Date)_

## 22. UNIT DIARY COMPUTATION - INCLUSIVE DATES

NO. OF DAYS CHARGED AS LEAVE _____   FROM _____   THRU _____

UNIT DIARY NO. _____   UTR NO. _____

**ENCLOSURE (1)**

FOR OFFICIAL USE ONLY

Adobe LiveCycle Designer
Enclosure (2)

NAVMC 3 ( REV. 03-11) (EF), Page 2
FOUO - Privacy sensitive when filled in.

I, _____ _____ (Rank, Full Name), recognize the contribution I make to my fellow Marines, Sailors, and Civilian Marines of _____ (unit name), my brothers and sisters throughout the Marine Corps, and the Marines and Sailors deployed in defense of freedom around the world. Essentials to our mission, I pledge to maintain my commitment with a constant display of honor and professionalism. I will plan ahead, minimize risks to my safety and return from leave prepared to continue "the fight."

_____
*(Signature of Marine)*

Authored by:

██████████████████████████████████

I, _____ (Rank, Full Name), have confirmed that _____ (the requesting Marine) has an acceptable plan for leave and fully understands the valuable contribution every Marine makes to our nation. I am confident that he/she will take the necessary steps to minimize risks and bring honor to our Corps and country while enjoying this well deserved break from the daily routine. I recommend approval.

_____
*(Signature of first Marine in approval chain)*

## INSTRUCTIONS

1. Leave is granted subject to immediate recall; therefore, maintain communications with your leave address. **KEEP THESE LEAVE PAPERS IN YOUR POSSESSION AT ALL TIMES.**

2. It is understood you have sufficient funds to defray your expenses no leave, including round-trip transportation. Each case of transportation obtained from recruiting stations, or other Marine Corps activities, by personnel on leave, will be investigated and where no urgent necessity was apparent In applying for transportation request, disciplinary action may be taken.

3. You are cautioned against the disclosure of any classified information. While it is desirable to tell the public about the Marine Corps, do not discuss any subject unless you are certain it is unclassified. In case you are asked to participate in a press conference, talk to reporters or speak through any other media on matters pertaining to the Naval Service, you should express a desire to cooperate, but should first consult with and obtain clearance from the nearest Marine Corps public information officer if at all practicable.

4. Inform yourself of transportation schedules, and make allowances for delays. Missing connections is not an excuse for **UNAUTHORIZED ABSENCE.** Train, bus, and plane schedules and connections are frequently unreliable.

5. Cooperate with shore patrol and military police at all times. Military police, shore patrols, air police, officers, petty officers, and noncommissioned officers of the Armed Forces are authorized to take preventive measures, including apprehension, if necessary in the case of any member of the Armed Forces who is guilty of committing a breach of the peace, disorderly conduct, or any other offense which reflects discredit upon the services. Personnel on leave and liberty are subject to this authority. Misconduct will be cause for disciplinary action. You are subject to orders of your superior officers in all branches of the Armed Forces.

6. If necessary to request an extension of leave, communicate with your commanding officer by telegram, telephone or letter. **IF NO REPLY IS RECEIVED YOU WILL CONSIDER YOUR REQUEST NOT GRANTED.**

7. In the event you encounter problems while on leave, it is recommended that you contact the nearest military unit for assistance.

8. In case of serious illness of injury incurred while on leave which requires medical attention or hospitalization, report facts to your commanding officer be telegram and request instructions. You are advised that costs incident to hospitalization or medical treatment received at other than Navy, Army, Air Force, or Public Health Service facilities, may be defrayed by the Marine Corps in emergency cases only. No charge against your leave or reduction in total period of leave granted will be made for any period of hospitalization. Unless otherwise ordered, you will revert to a leave status upon re ease from a hospital, and will immediately notify your commanding officer that you have been released and have reentered leave status, giving leave address, preferably by telegram. Proof of hospitalization must be provided upon return from leave. **(NOTE: IF MARINE IS UNABLE TO CONTACT COMMANDING OFFICER DUE TO ILLNESS, ACCIDENT OR DEATH, NOTIFICATION OF THIS FACT SHOULD BE MADE TO THE NEAREST MARINE CORPS ACTIVITY BY PERSON FAMILIAR WITH THE SITUATION (Parents, spouse, physician, etc.)).**

9. It is understood that this leave commences at your duty station and that it expires at your duty station. Also It is clearly understood that you are required to report for duty at our duty station upon expiration of leave and that failure to do so may make you subject to disciplinary action under the Uniform Code of Military Justice 10 U.S.C. 801-940. If you are authorized to check out and check in by telephoning you are cautioned that commencement and termination of leave must be made in the immediate vicinity of your duty station (place from which you normally commute daily to and from work). You are directed to deliver your leave authorization to your commanding officer or the designated representative, at the commencement of the next regular working day subsequent to termination of your leave.

NAVMC 3 (REV. 03-11) (EF), Page 3
FOUO - Privacy sensitive when filed in.

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), this notice informs you of the purpose for collection of information on this form. Please read it before completing the form.

**AUTHORITY:** 10 U.S.C. 5013, Secretary of the Navy; 10 U.S.C. 5041, Headquarters, Marine Corps; 10 U.S.C. 1074f, Medical Tracking System for Members Deployed Overseas; 32 CFR 64.4, Management and Mobilization; DoD Dir 1215.13, Reserve Component Member Participation Policy; DoD Instruction 3001.02, Personnel Accountability in Conjunction with Natural and Manmade Disasters; CJCSM 3150.13B, Joint Reporting Structure Personnel Manual; DoD Instruction 6490.03, Deployment Health; MCMEDS: SECNAVINST 1770.3D, Management and Disposition of Incapacitation Benefits for Members of the Navy and Marine Corps Reserve Components (Renamed Line of Duty (LOD)); and MCO 7220.50, Marine Corps Policy for paying Reserve Marines; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSE**    To assemble in one system information to provide government agencies with: (1) Necessary information on the commercial travel and transportation payment and expense control system which provides travelers charge cards and the agency an account number for official travel and related travel expenses on a worldwide basis; (2) attendant operational and control support; and (3) management information reports for expense control purposes. The information collected on this form will be filed within a Privacy Act Systems of Records collection governed by Privacy Act System of Records Notice **M01040-3**, which can be downloaded at http://privacy.defense.gov/notices/usmc/M01040-3.shtml.

**RETENTION AND SAFEGUARDS:** Login to systems and network requires use of the DoD Common Access Card (CAC). Public Key Infrastructure (PKI) network login may be required to allow for documents to be digitally signed and encrypted and/or the receiving of encrypted mail. Official users without issuance of a CAC must use the Total Force Administration System Marine On-Line (TFAS MOL) web portal to access the system. The TFAS MOL account holders are authenticated and provided access after registering for an account and use a user name and strong password login verification. Access to server rooms is strictly controlled by the hosting facility personnel. At a minimum, cipher locks, access rosters, sign-in sign-out procedures, escort and supervision of all maintenance personnel and physical security checks are provided on a routine basis. Physical security of buildings after normal working hours, are provided by independent security guards or military police

**ROUTINE USES:** To various officials outside the Department of Defense specifically identified as a Routine Use in Privacy Act System of Records Notice **M01040-3** for the stated specific purpose in addition to those set out in the blanket routine uses established by the Department of Defense Privacy Office and posted at *http://www.defenselink.mil/privacy/notices/blanket-uses.html*.

**DISCLOSURE:** Providing information on this form is mandatory. Failure to furnish personally identifiable information may negate the application.

**FOR OFFICIAL USE ONLY**

ENCLOSURE (1)
Page 3 of 3

Enclosure (2)

 **Leave and Liberty**

MAJ JOSHUA K. MAST | MOL rssss | Logout | Help

Home » View Request

Print

MAST, JOSHUA K. (1395425095)   Annual Leave   Approved By: ▓▓▓▓ ▓▓▓▓   Status: Completed

| | Departure: | Return: | # Days |
|---|---|---|---|
| Requested: | 23 Aug 2021 @ 1630 | 30 Aug 2021@ 0800 | 6 |
| Actual: | 23 Aug 2021 @ 1630 | 30 Aug 2021 @ 0800 | 6 |

**Balance Details**

| | |
|---|---|
| Balance: | 23.0 |
| Used FYTD: | 23.0 |
| Days Pending Charge: | 2.0 |
| Draft: | 0.0 |
| Pending Approval: | 0.0 |
| Approved: | 0.0 |
| In Progress: | 0.0 |
| Completed (Not Posted to LES): | 2.0 |

**Organization**

HQTRS MARFORSOC

**Destination**

Al Udeid Air Base, Qatar;
Ramstein Air Base, Germany
***Deviation is authorized***, DE
407-797-9359

**Document Details**

| Date and Time | Contributor | File | Description |
|---|---|---|---|
| No attached files | | | |

**REQUEST TRACKING:**

30 Aug 2021 @ 0706  Check In Comment: ▓▓▓▓▓▓ 30 Aug 2021 @ 0800.

24 Aug 2021 @ 1043  Check Out Comment: ▓▓▓▓▓ 23 Aug 2021 @ 1630.

23 Aug 2021 @ 1142  Annual Leave Request modified and approved by: ▓▓▓▓▓ Approved Annual Leave Request on: 23 Aug 2021 @ 1242

23 Aug 2021 @ 1132  Assigned To: ▓▓▓▓ 23 Aug 2021@ 1232

23 Aug 2021 @ 1132  Request leave in order for my wife, ▓▓▓▓, and I to escort our daughter, L▓▓▓▓ to the United States after her evacuation from Kabul, Afghanistan. 23 Aug 2021 @ 1232

23 Aug 2021 @ 1132  Originator: MAJ JOSHUA K. MAST 23 Aug 2021 @ 1232

Enclosure (3)



REQUEST TRACKING:

23 Aug 2021 @ 1228  Check In Comment: MAJ JOSHUA K. MAST Checking in IOT modify my leave request to reflect my new destination(s). 23 Aug 2021 @ 1200.

20 Aug 2021 @ 1039  Check Out Comment: MAJ JOSHUA K. MAST I will be Space A-ing to Germany from the Baltimore AMC terminal tonight. If my daughter is medevaced, it will likely be to Landstuhl. If she is not, I intend to fly commercial to Doha to meet up with her and escort her home. 20 Aug 2021 @ 0800.

20 Aug 2021 @ 1053  Emergency Leave Request modified and approved by: ████████████  Approved Emergency Leave Request on : 20 Aug 2021 @ 1053

20 Aug 2021 @ 1030  Assigned To: ████████████  20 Aug 2021 @ 1030

20 Aug 2021 @ 1030  Originator  MAJ JOSHUA K. MAST 20 Aug 2021 @ 1030

20 Aug 2021 @ 1030  Request leave in order to accompany my dependent on her route back to the U.S. She suffers from seizures due to a fractured skull she sustained at approximately 45 days old. The stress of her travel will likely trigger serious medical condition, and she may be medically evacuated and evaluated at Landstuhl, Germany and transit through Al Udeid. I anticipate returning sooner than 8 days unless my child is hospitalized and not permitted to travel. 20 Aug 2021 @ 1030

**LEAVE AUTHORIZATION (OFFICER AND ENLISTED) (1500)**
NAVMC 3 (REV. 03-11) (EF) (Previous editions will not be used)
FOUO – Privacy sensitive when filled in.

| BEFORE SIGNING LEAVE REQUEST, READ INSTRUCTIONS ON PAGE 2 AND PRIVACY ACT STATEMENT ON PAGE 3 |
| --- |

1. TO:    COMMANDING OFFICER:

## LEAVE REQUEST

| 2. FROM (Name, Grade, EDIPI, MOS)   MAJ       13954 25095 <br><br> JOSHUA K. MAST                                    4402 | 3. ORGANIZATION AND DUTY TELEPHONE NUMBER <br> HQTRS MARFORSOC |
| --- | --- |

| 4. NUMBER OF DAYS REQUESTED AND INCLUSIVE DATES <br> (8) 20 Aug 2021 - 27 Aug 2021 | 5. DATE & TIME LEAVE EFFECTIVE <br> 20 Aug 2021, 0800 | 6. DATE & TIME LEAVE EXPIRES <br> 23 Aug 2021, 1200 |
| --- | --- | --- |

| 7. TYPE OF LEAVE REQUESTED <br> Emergency Leave | 8. NO. OF DAYS TAKEN THIS FISCAL YEAR <br> 25.0 | 9. LEAVE BALANCE <br> 23.0 | 10. ECC |
| --- | --- | --- | --- |

| 11. ADDRESS WHILE ON LEAVE (Include telephone number and area code. If any change notify your commanding officer) <br> Al Udeid Air Base <br> Doha, QA <br> 407-797-9359 | 12. SIGNATURE OF PERSON REQUESTING LEAVE AND DATE: I will wear my seatbelt while driving or riding in a PMV while in an authorized leave status (paragraph 14(d) of MCO 5100.19(E). |
| --- | --- |

"EVERY MARINE RECRUIT A MARINE" MARINE CORPS ORDER 1050.1___AUTHORIZES A 5-DAY LEAVE EXTENSION OR SPECIAL LIBERTY CHIT TO MARINES ON LEAVE WHO RECRUIT AN ACCEPTABLE APPLICANT FOR ENLISTMENT IN THE MARINE CORPS OR MARINE CORPS RESERVE. CONTACT THE MARINE CORPS RECRUITER NEAREST YOU FOR DETAILS

## APPROVAL OF IMMEDIATE SUPERIOR/COMPANY COMMANDER

| 13. [X] APPROVED   [ ] DISAPPROVED | REMARKS (If disapproved) | SIGNATURE AND GRADE |
| --- | --- | --- |
| 14. [ ] APPROVED   [ ] DISAPPROVED | REMARKS (If disapproved) | SIGNATURE AND GRADE |

| 15. SIGNATURE (Officer authorized to grant leave) <br> Digitally Signed/Approved by | 16. GRADE AND COMPONENT <br> ▇▇ USMC | 17. TITLE <br> BY DIRECTION |
| --- | --- | --- |

## MCTFS REPORTING INFORMATION

| 18. Hour and date of departure <br> 0800          20 Aug 2021 <br><br> JOSHUA K. MAST <br> _(Signature of Duty Officer/NCO/Indiv)_ | 19. Hour and date of return <br> 1200          23 Aug 2021 <br><br> JOSHUA K. MAST <br> _(Signature of Duty Officer/NCO/Indiv)_ |
| --- | --- |

20. EXTENSIONS    Granted _____ days extension of leave. Your leave will now expire at _____ on ____ ____ ____

_(Signature of Granting Officer)_                    _(Unit)_                         _(Date)_

## 21. HOSPITALIZATION

| NAME AND ADDRESS OF HOSPITAL | TIME AND DATE ADMITTED | TIME AND DATE RELEASED |
| --- | --- | --- |

REMARKS/DIAGNOSIS

_(Signature of Physician)_                         _(Date)_

## 22. UNIT DIARY COMPUTATION - INCLUSIVE DATES

NO. OF DAYS CHARGED AS LEAVE _____    FROM _____    THRU _____

UNIT DIARY NO. _____    UTR NO. _____

**FOR OFFICIAL USE ONLY**

Adobe LiveCycle Designer
Enclosure (4)

NAVMC 3 ( REV. 03-11) (EF), Page 2
FOUO - Privacy sensitive when filled in.

I,_____ (Rank, Full Name), recognize the contribution I make to my fellow Marines, Sailors, and Civilian Marines of_____ (unit name), my brothers and sisters throughout the Marine Corps, and the Marines and Sailors deployed in defense of freedom around the world. Essentials to our mission, I pledge to maintain my commitment with a constant display of honor and professionalism. I will plan ahead, minimize risks to my safety and return from leave prepared to continue "the fight."

_____
*(Signature of Marine)*

Authored by:

█████████████████████████

I,_____ (Rank, Full Name), have confirmed that _____ (the requesting Marine) has an acceptable plan for leave and fully understands the valuable contribution every Marine makes to our nation. I am confident that he/she will take the necessary steps to minimize risks and bring honor to our Corps and country while enjoying this well deserved break from the daily routine. I recommend approval.

| *(Signature of first Marine in approval chain)* |
| --- |

## INSTRUCTIONS

1. Leave is granted subject to immediate recall; therefore, maintain communications with your leave address. **KEEP THESE LEAVE PAPERS IN YOUR POSSESSION AT ALL TIMES.**

2. It is understood you have sufficient funds to defray your expenses no leave, including round-trip transportation. Each case of transportation obtained from recruiting stations, or other Marine Corps activities, by personnel on leave, will be investigated and where no urgent necessity was apparent in applying for transportation request, disciplinary action may be taken.

3. You are cautioned against the disclosure of any classified information. While it is desirable to tell the public about the Marine Corps, do not discuss any subject unless you are certain it is unclassified. In case you are asked to participate in a press conference, talk to reporters or speak through any other media on matters pertaining to the Naval Service, you should express a desire to cooperate, but should first consult with and obtain clearance from the nearest Marine Corps public information officer if at all practicable.

4. Inform yourself of transportation schedules, and make allowances for delays. Missing connections is not an excuse for **UNAUTHORIZED ABSENCE.** Train, bus, and plane schedules and connections are frequently unreliable.

5. Cooperate with shore patrol and military police at all times. Military police, shore patrols, air police, officers, petty officers, and noncommissioned officers of the Armed Forces are authorized to take preventive measures, including apprehension, if necessary in the case of any member of the Armed Forces who is guilty of committing a breach of the peace, disorderly conduct, or any other offense which reflects discredit upon the services. Personnel on leave and liberty are subject to this authority. Misconduct will be cause for disciplinary action. You are subject to orders of your superior officers in all branches of the Armed Forces.

6. If necessary to request an extension of leave, communicate with your commanding officer by telegram, telephone or letter. **IF NO REPLY IS RECEIVED YOU WILL CONSIDER YOUR REQUEST NOT GRANTED.**

7. In the event you encounter problems while on leave, it is recommended that you contact the nearest military unit for assistance.

8. In case of serious illness or injury incurred while on leave which requires medical attention or hospitalization, report facts to your commanding officer be telegram and request instructions. You are advised that costs incident to hospitalization or medical treatment received at other than Navy, Army, Air Force, or Public Health Service facilities, may be defrayed by the Marine Corps in emergency cases only. No charge against your leave or reduction in total period of leave granted will be made for any period of hospitalization. Unless otherwise ordered, you will revert to a leave status upon release from a hospital, and will immediately notify your commanding officer that you have been released and have reentered leave status, giving leave address, preferably by telegram. Proof of hospitalization must be provided upon return from leave. **(NOTE: IF MARINE IS UNABLE TO CONTACT COMMANDING OFFICER DUE TO ILLNESS, ACCIDENT OR DEATH, NOTIFICATION OF THIS FACT SHOULD BE MADE TO THE NEAREST MARINE CORPS ACTIVITY BY PERSON FAMILIAR WITH THE SITUATION** (Parents, spouse, physician, etc.)).

9. It is understood that this leave commences at your duty station and that it expires at your duty station. Also it is clearly understood that you are required to report for duty at our duty station upon expiration of leave and that failure to do so may make you subject to disciplinary action under the Uniform Code of Military Justice 10 U.S.C. 801-940. If you are authorized to check out and check in by telephoning you are cautioned that commencement and termination of leave must be made in the immediate vicinity of your duty station (place from which you normally commute daily to and from work). You are directed to deliver your leave authorization to your commanding officer or the designated representative, at the commencement of the next regular working day subsequent to termination of your leave.

**FOR OFFICIAL USE ONLY**

NAVMC 3 (REV. 03-11) (EF), Page 3
FOUO - Privacy sensitive when filled in.

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93 579), this notice informs you of the purpose for collection of information on this form. Please read it before completing the form.

**AUTHORITY:** 10 U.S.C. 5013, Secretary of the Navy; 10 U.S.C. 5041, Headquarters, Marine Corps; 10 U.S.C. 1074f, Medical Tracking System for Members Deployed Overseas; 32 CFR 64.4, Management and Mobilization; DoD Dir 1215.13, Reserve Component Member Participation Policy; DoD Instruction 3001.02, Personnel Accountability in Conjunction with Natural and Manmade Disasters; CJCSM 3150.13B, Joint Reporting Structure Personnel Manual; DoD Instruction 6490.03, Deployment Health; MCMEDS; SECNAVINST 1770.3D, Management and Disposition of Incapacitation Benefits for Members of the Navy and Marine Corps Reserve Components (Renamed Line of Duty(LOD)); and MCO 7220.50, Marine Corps Policy for paying Reserve Marines; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSE**   To assemble in one system information to provide government agencies with: (1) Necessary information on the commercial travel and transportation payment and expense control system which provides travelers charge cards and the agency an account number for official travel and related travel expenses on a worldwide basis; (2) attendant operational and control support; and (3) management information reports for expense control purposes. The information collected on this form will be filed within a Privacy Act Systems of Records collection governed by Privacy Act System of Records Notice M01040-3, which can be downloaded at http://privacy.defense.gov/notices/usmc/M01040-3.shtml.

**RETENTION AND SAFEGUARDS:** Login to systems and network requires use of the DoD Common Access Card (CAC). Public Key Infrastructure (PKI) network login may be required to allow for documents to be digitally signed and encrypted and/ or the receiving of encrypted mail. Official users without issuance of a CAC must use the Total Force Administration System Marine On-Line (TFAS MOL) web portal to access the system. The TFAS MOL account holders are authenticated and provided access after registering for an account and use a user name and strong password login verification. Access to server rooms is strictly controlled by the hosting facility personnel. At a minimum, cipher locks, access rosters, sign-in sign-out procedures, escort and supervision of all maintenance personnel and physical security checks are provided on a routine basis. Physical security of buildings after normal working hours, are provided by independent security guards or military police

**ROUTINE USES:** To various officials outside the Department of Defense specifically identified as a Routine Use in Privacy Act System of Records Notice **M01040-3** for the stated specific purpose in addition to those set out in the blanket routine uses established by the Department of Defense Privacy Office and posted at *http://www.defenselink.mil/privacy/notices/blanket-uses. html.*

**DISCLOSURE:** Providing information on this form is mandatory.  Failure to furnish personally identifiable information may negate the application.

Enclosure (5)



← ⟳ ⌂ 🔒  https://mol.tfs.usmc.mil/leave/ViewRequestDisplay.do                    Aᴺ ⊖ ⭐ ⟳ | ⭐ | 🖼 | 👤   ⋯

**Leave and Liberty**                                                    ███████ | Change Context | MOL Home | Logout | Help

Home » View Request

Print

MAST, JOSHUA K. (1395425095)    Annual Leave    Approved BY: ███████████    Status: Completed

|            | **Departure:**        | **Return:**           | **# Days** |
|------------|-----------------------|-----------------------|------------|
| Requested: | 23 Aug 2021 @ 1630    | 30 Aug 2021 @ 0800    | 6          |
| Actual:    | 23 Aug 2021 @ 1630    | 30 Aug 2021 @ 0800    | 6          |

**Balance Details**

| | |
|---|---|
| Balance: | 23.0 |
| Used FYTD: | 25.0 |
| Days Pending Charge: | 4.0 |
| Draft: | 0.0 |
| Pending Approval: | 0.0 |
| Approved: | 0.0 |
| In Progress: | 2.0 |
| Completed (Not Posted to LES): | 2.0 |

**Organization**
HQTRS MARFORSOC

**Destination**
Al Udeid Air Base, Qatar;
Ramstein Air Base, Germany
****Deviation is authorized****, DE
407 797 9359

**Document Details**

| Date and Time | Contributor | File | Description |
|---------------|-------------|------|-------------|
| No attached files | | | |

**REQUEST TRACKING:**

30 Aug 2021 @ 0806 Check in Comment: ████████████ 30 Aug 2021 @ 0800.

24 Aug 2021 @ 1143 Check Out Comment: ██████ █ 23 Aug 2021 @ 1630.

23 Aug 2021 @ 1242 Annual Leave Request modified and approved by: ████████ Approved Annual Leave Request on : 23 Aug 2021 @ 1242

23 Aug 2021 @ 1232 Assigned To: ████████ 23 Aug 2021 @ 1232

23 Aug 2021 @ 1232 Request leave in order for my wife, ███████, and I to escort our daughter ██████ to the United States after or evacuation from Kabul, Afghanistan. 23 Aug 2021 @ 1232

23 Aug 2021 @ 1232 Originator: MAJ JOSHUA K. MAST 23 Aug 2021 @ 1232

| 1 15 | tfue-p2c-01 | Tue Aug 09 15:20:55 EDT 2022 |

**LEAVE AUTHORIZATION (OFFICER AND ENLISTED) (1500)**
NAVMC 3 (REV. 03-11) (EF) (Previous editions will not be used)
FOUO - Privacy sensitive when filled in.

**BEFORE SIGNING LEAVE REQUEST,
READ INSTRUCTIONS ON PAGE 2 AND
PRIVACY ACT STATEMENT ON PAGE 3**

1. **TO:**   COMMANDING OFFICER:

## LEAVE REQUEST

| 2. FROM (Name, Grade, EDIPI, MOS)   MAJ   1395425095    JOSHUA K. MAST                    4402 | 3. ORGANIZATION AND DUTY TELEPHONE NUMBER    HQTRS MARFORSOC | |
|---|---|---|
| 4. NUMBER OF DAYS REQUESTED AND INCLUSIVE DATES  (6) 24 Aug 2021 - 29 Aug 2021 | 5. DATE & TIME LEAVE EFFECTIVE  23 Aug 2021, 1630 | 6. DATE & TIME LEAVE EXPIRES  30 Aug 2021, 0830 |

| 7. TYPE OF LEAVE REQUESTED  Annual Leave | 8. NO. OF DAYS TAKEN THIS FISCAL YEAR  25.0 | 9. LEAVE BALANCE  23.0 | 10. ECC |
|---|---|---|---|

| 11. ADDRESS WHILE ON LEAVE (Include telephone number and area code. If any change notify your commanding officer)  Al Udeid Air Base, Qatar;  Ramstein Air Base, Germany  ***Deviation is authorized***, DE  407-797-9359 | 12. SIGNATURE OF PERSON REQUESTING LEAVE AND DATE: I will wear my seatbelt while driving or riding in a PMV while in an authorized leave status (paragraph 14(d) of MCO 5100.19(E). |
|---|---|

"EVERY MARINE RECRUIT A MARINE" MARINE CORPS ORDER 1050.1___AUTHORIZES A 5-DAY LEAVE EXTENSION OR SPECIAL LIBERTY CHIT TO MARINES ON LEAVE WHO RECRUIT AN ACCEPTABLE APPLICANT FOR ENLISTMENT IN THE MARINE CORPS OR MARINE CORPS RESERVE. CON-TACT THE MARINE CORPS RECRUITER NEAREST YOU FOR DETAILS.

## APPROVAL OF IMMEDIATE SUPERIOR/COMPANY COMMANDER

| 13. [X] APPROVED   [ ] DISAPPROVED | REMARKS (If disapproved) | SIGNATURE AND GRADE |
|---|---|---|
| 14. [ ] APPROVED   [ ] DISAPPROVED | REMARKS (If disapproved) | SIGNATURE AND GRADE |

| 15. SIGNATURE (Officer authorized to grant leave)  Digitally Signed/Approved by | 16. GRADE AND COMPONENT   USMC | 17. TITLE  BY DIRECTION |
|---|---|---|

## MCTFS REPORTING INFORMATION

| 18. Hour and date of departure   1630        23 Aug 2021   ___(Signature of Duty Officer/NCO/Indiv)___ | 19. Hour and date of return   0800         30 Aug 2021   ___(Signature of Duty Officer/NCO/indiv)___ |
|---|---|

20. EXTENSIONS
Granted _____ days extension of leave. Your leave will now expire at _____ on _____

_(Signature of Granting Officer)_                _(Unit)_                _(Date)_

### 21. HOSPITALIZATION

| NAME AND ADDRESS OF HOSPITAL | TIME AND DATE ADMITTED | TIME AND DATE RELEASED |
|---|---|---|
| REMARKS/DIAGNOSIS | | |

_(Signature of Physician)_                                _(Date)_

### 22. UNIT DIARY COMPUTATION - INCLUSIVE DATES

NO. OF DAYS CHARGED AS LEAVE _____        FROM _____        THRU _____

UNIT DIARY NO. _____        UTR NO. __ _____

**FOR OFFICIAL USE ONLY**

Adobe LiveCycle Designer
Enclosure (6)

NAVMC 3 ( REV. 03-11) (EF), Page 2
FOU● Privacy sensitive when filled in.

I, _____ _____ (Rank, Full Name), recognize the contribution I make to my fellow Marines,
Sailors, and Civilian Marines of _____ (unit name), my brothers and
sisters throughout the Marine Corps, and the Marines and Sailors deployed in defense of freedom around the world. Essentials to our mission, I
pledge to maintain my commitment with a constant display of honor and professionalism. I will plan ahead, minimize risks to my safety and
return from leave prepared to continue "the fight."

_____
*(Signature of Marine)*

Authored by:

████████████████████████████████████████

I, _____ (Rank, Full Name), have confirmed that
_____ (the requesting Marine) has an acceptable plan for leave and fully understands the
valuable contribution every Marine makes to our nation. I am confident that he/she will take the necessary steps to minimize risks and bring
honor to our Corps and country while enjoying this well deserved break from the daily routine. I recommend approval.

| |
|---|
| *(Signature of first Marine in approval chain)* |

## INSTRUCTIONS

1. Leave is granted subject to immediate recall; therefore, maintain communications with your leave address. **KEEP THESE LEAVE PAPERS IN YOUR POSSESSION AT ALL TIMES.**

2. It is understood you have sufficient funds to defray your expenses no leave, including round-trip transportation. Each case of transportation obtained from recruiting stations, or other Marine Corps activities, by personnel on leave, will be investigated and where no urgent necessity was apparent in applying for transportation request, disciplinary action may be taken.

3. You are cautioned against the disclosure of any classified information. While it is desirable to tell the public about the Marine Corps, do not discuss any subject unless you are certain it is unclassified. In case you are asked to participate in a press conference, talk to reporters or speak through any other media on matters pertaining to the Naval Service, you should express a desire to cooperate, but should first consult with and obtain clearance from the nearest Marine Corps public information officer if at all practicable.

4. Inform yourself of transportation schedules, and make allowances for delays. Missing connections is not an excuse for **UNAUTHORIZED ABSENCE.** Train, bus, and plane schedules and connections are frequently unreliable.

5. Cooperate with shore patrol and military police at all times. Military police, shore patrols, air police, officers, petty officers, and noncommissioned officers of the Armed Forces are authorized to take preventive measures, including apprehension, if necessary in the case of any member of the Armed Forces who is guilty of committing a breach of the peace, disorderly conduct, or any other offense which reflects discredit upon the services. Personnel on leave and liberty are subject to this authority. Misconduct will be cause for disciplinary action. You are subject to orders of your superior officers in all branches of the Armed Forces.

6. If necessary to request an extension of leave, communicate with your commanding officer by telegram, telephone or letter. **IF NO REPLY IS RECEIVED YOU WILL CONSIDER YOUR REQUEST NOT GRANTED.**

7. In the event you encounter problems while on leave, it is recommended that you contact the nearest military unit for assistance.

8. In case of serious illness of injury incurred while on leave which requires medical attention or hospitalization, report facts to your commanding officer be telegram and request instructions. You are advised that costs incident to hospitalization or medical treatment received at other than Navy, Army, Air Force, or Public Health Service facilities, may be defrayed by the Marine Corps in emergency cases only. No charge against your leave or reduction in total period of leave granted will be made for any period of hospitalization. Unless otherwise ordered, you will revert to a leave status upon release from a hospital, and will immediately notify your commanding officer that you have been released and have reentered leave status, giving leave address, preferably by telegram. Proof of hospitalization must be provided upon return from leave. **(NOTE: IF MARINE IS UNABLE TO CONTACT COMMANDING OFFICER DUE TO ILLNESS, ACCIDENT OR DEATH, NOTIFICATION OF THIS FACT SHOULD BE MADE TO THE NEAREST MARINE CORPS ACTIVITY BY PERSON FAMILIAR WITH THE SITUATION** (Parents, spouse, physician, etc.)).

9. It is understood that this leave commences at your duty station and that it expires at your duty station. Also it is clearly understood that you are required to report for duty at our duty station upon expiration of leave and that failure to do so may make you subject to disciplinary action under the Uniform Code of Military Justice 10 U.S.C. 801-940. If you are authorized to check out and check in by telephoning you are cautioned that commencement and termination of leave must be made in the immediate vicinity of your duty station (place from which you normally commute daily to and from work). You are directed to deliver your leave authorization to your commanding officer or the designated representative, at the commencement of the next regular working day subsequent to termination of your leave.

**FOR OFFICIAL USE ONLY**

**NAVMC 3 (REV. 03-11) (EF), Page 3**
FOUO - Privacy sensitive when filled in.

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), this notice informs you of the purpose for collection of information on this form. Please read it before completing the form.

**AUTHORITY:** 10 U.S.C. 5013, Secretary of the Navy; 10 U.S.C. 5041, Headquarters, Marine Corps; 10 U.S.C. 1074f, Medical Tracking System for Members Deployed Overseas; 32 CFR 64.4, Management and Mobilization; DoD Dir 1215.13, Reserve Component Member Participation Policy; DoD Instruction 3001.02, Personnel Accountability in Conjunction with Natural and Manmade Disasters; CJCSM 3150.13B, Joint Reporting Structure Personnel Manual; DoD Instruction 6490.03, Deployment Health; MCMEDS: SECNAVINST 1770.3D, Management and Disposition of Incapacitation Benefits for Members of the Navy and Marine Corps Reserve Components (Renamed Line of Duty(LOD)); and MCO 7220.50, Marine Corps Policy for paying Reserve Marines; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSE**   To assemble in one system information to provide government agencies with: (1) Necessary information on the commercial travel and transportation payment and expense control system which provides travelers charge cards and the agency an account number for official travel and related travel expenses on a worldwide basis; (2) attendant operational and control support; and (3) management information reports for expense control purposes. The information collected on this form will be filed within a Privacy Act Systems of Records collection governed by Privacy Act System of Records Notice M01040-3, which can be downloaded at http://privacy.defense.gov/notices/usmc/M01040-3.shtml

**RETENTION AND SAFEGUARDS:** Login to systems and network requires use of the DoD Common Access Card (CAC). Public Key Infrastructure (PKI) network login may be required to allow for documents to be digitally signed and encrypted and/ or the receiving of encrypted mail. Official users without issuance of a CAC must use the Total Force Administration System Marine On-Line (TFAS MOL) web portal to access the system. The TFAS MOL account holders are authenticated and provided access after registering for an account and use a user name and strong password login verification. Access to server rooms is strictly controlled by the hosting facility personnel At a minimum, cipher locks, access rosters, sign-in sign-out procedures, escort and supervision of all maintenance personnel and physical security checks are provided on a routine basis. Physical security of buildings after normal working hours, are provided by independent security guards or military police

**ROUTINE USES:** To various officials outside the Department of Defense specifically identified as a Routine Use in Privacy Act System of Records Notice M01040-3 for the stated specific purpose in addition to those set out in the blanket routine uses established by the Department of Defense Privacy Office and posted at *http://www.defenselink.mil/privacy/notices/blanket-uses. html.*

**DISCLOSURE:** Providing information on this form is mandatory. Failure to furnish personally identifiable information may negate the application.

UNCLASSIFIED

APACS Banner

Personnel Request Detail
Main

| | |
|---|---|
| **APACS ID:** | 2459862 |
| **Status:** | ARCHIVED |
| **Request Type:** | Personnel Request Clearance |
| **Subject:** | Maj Mast Emergency Leave |
| **Travel Type:** | EMERGENCY LEAVE |
| **Classification Level:** | UNCLASSIFIED |
| **Notes:** | Emergency Leave to pick up daughter |

Requester Comments

| **Date:** | **Comments:** |
|---|---|

Traveler's Home Station Point of Contact (POC)

| | |
|---|---|
| **Name:** | ▇▇▇▇▇ |
| **Unit/Organization Name:** | MARSOC |
| **POC Commercial Phone:** | |
| **POC E-mail:** | ▇▇▇▇▇▇▇ |
| **POC Rank:** | ▇▇ |
| **Unit Location:** | Stone Bay, Camp Lejeune |

Itinerary 1

| **Country:** | **Arrive Time:** | **Depart Time:** |
|---|---|---|
| Germany | 231116L AUG2021 | 271116L AUG2021 |
| **Country Clearance Status:** | **Theater Clearance Status:** | **Special Area Clearance Status:** |
| N/A | N/A | N/A |

Itinerary 1 Detail

| **Location:** | |
|---|---|
| | Ramstein AB, Germany |

UNCLASSIFIED

| UNCLeSSLi5TidRequirement is not met provide reason: | Emergency Leave to pick up Daughter |
|---|---|
| Notes: | Commercial out, Space A back. Tentatively |
| Force Protection Responsibility: | UNKNOWN |
| Country Specific Information: | N/A |
| Theater Specific Information: | N/A |
| Travelers: | |

Josh Mast

Travelers

*NOTE:* Information entered in this field does not validate the security clearance nor does it authorize access to classified information or secure facilities. If required for this visit, security clearance information must be passed via Joint Personnel Adjudication System (JPAS) or other appropriate method. Travelers with Sensitive Compartmented Information (SCI) access shall report anticipated foreign travel IAW with DoDM 5105.21, Vol 3.

| Name: | Category: | Service: | Grade: | Rank/Rating: | Job Title: | Organization: | Security Clearance: | Country of Citizenship: |
|---|---|---|---|---|---|---|---|---|
| Josh Mast (Highest Ranked) | DOD-MILITARY | USMC | O04 | Major | Deputy Chief of Staff Judge Advocate | MARSOC | | United States |
| Mission Training Requirements: | N/A | | | | | | | |
| ICASS: | N/A | | | | | | | |

Leave Travel In-country Lodging and Point of Contact (POC) 1

| Country: | Lodging Name | Lodging Address |
|---|---|---|
| Germany | Ramstein AF Inn | Ramstein Inns-Ramstein 786 FSS/FSVLR, GEB or Building 3336 Ramstein- Miesenbach , Germany, 66877 La |

Leave Travel In-country Lodging and Point of Contact (POC) 1 Detail (*expand*)

| Lodging Commercial Phone: | ▮▮▮▮▮ |
|---|---|
| Lodging E-mail: | N/A |
| POC Name: | ▮▮▮▮▮ |
| POC Address: | ▮▮▮▮▮ |
| POC Commercial Phone: | ▮▮▮▮▮ |
| POC E-mail: | ▮▮▮▮▮ |

Submitter Information

| Name: | ▮▮▮▮▮ |
|---|---|

UNCLASSIFIED

UNCLASSIFIED  **POC Rank:** ███████

    **Unit/Organization Name:** USMC

  **Organizational Mailing Address:** ████████████

      **Duty Phone:** ████████

       **POC E-mail:** ████████████

Approver Organizations

*\*NOTE:* Contact Approver button is available when you submit the request, this button provides a means for sending approvers a message through APACS. Alternate contact information for approvers is also provided on this page when available.

PRIVACY ACT STATEMENT: This message may contain competitive or other non-public information protected by federal law from disclosure and not intended for disclosure outside official government channels. Do not disseminate this message without the express consent of the originating office. This electronic transmission may contain FOR OFFICIAL USE ONLY (FOUO) information that must be protected under the Privacy Act of 1974.

UNCLASSIFIED



**UNITED STATES MARINE CORPS**
MARINE RAIDER SUPPORT GROUP
MARINE CORPS SPECIAL OPERATIONS COMMAND
PSC BOX 20117
CAMP LEJEUNE NC 28542-0117

5800
JKM
10 Aug 22

From: Major Joshua K. Mast, USMC 1395425095/USMC
To:   Investigating Officer

Ref:  (a) Request for an administrative investigation into capacity on or about 29 August 2021
      (b) DoDD 5405.2 Release of Official Information in Litigation and Testimony by DoD Personnel as Witnesses
      (c) Declassified Summary of 5-6 September 2019 Mission

Encl: (1) Images of ▮▮ from mission and during recovery
      (2) Ticket to Kabul, Afghanistan
      (3) Email from Commanding Officer, MRSG re CENTCOM banning unofficial travel
      (4) NA VMC 3 of 23 August 2021 (Leave Authorization)
      (5) Screen Grab of Marine Online Historical Leave Requests for Major Joshua K. Mast
      (6) Delta Flight 8958 Itinerary of 29 August 2021
      (7) Parole Visa Stamp dtd 29 August 2021

Subj:  STATEMENT REGARDING CAPACITY DETERMINATION ON OR ABOUT 29 AUGUST 2021

1. Per reference (a), I requested this administrative investigation into my capacity because uncertainty regarding this status has impacted my service and family adversely. Per reference (b), Official Information includes "information of any kind…in the custody and control of the department of Defense,….or was acquired by DoD personnel as part of their official duties or because of their official status in the Department while such personnel were….on active duty with the United States Armed Forces."

2. Because a determination regarding whether I was in my official or personal capacity on or about 29 August 2021 has not been officially administratively determined by my command, I have been falsely accused of a crime and both my wife and myself have been directed by the government – against our own daughter's best interest in a custody case -- to refrain from exercising what would otherwise be our first amendment rights under the Constitution and fundamental liberty interest to protect our child. The preliminary question to remove this uncertainty is what capacity I was in during the relevant time-period.

3. For context, per reference (c) and enclosure (1), our then six week old daughter was orphaned, seriously injured (skull fracture, fractured femur, second degree burns on face and neck), and recovered off the battlefield on 6 September 2019 in a SOF raid of an Al Qaeda compound in Afghanistan. My wife and I received legal custody of ▮▮ while she was a patient in a military hospital for approximately six months, and subsequently adopted her. The U.S. Embassy authorized ▮▮ release out of U.S. custody on 27 February 2020, two days before the "peace deal" with the Taliban was announced, to an anonymous person who had not been DNA tested or vetted for terrorist ties. My wife and I were able to locate ▮▮ through an Afghan attorney, and we learned ▮▮ had begun experiencing seizures and other health concerns while living in a slum in the Redacted area.

   a. On or about 10 July 2021, I spoke with a Pashtun man for the first time whose father was the anonymous person, explained ▮▮ health concerns, explained our family's involvement and ▮▮ U.S. legal status and requested she be sent to the U.S. before Afghanistan completely collapsed and international flights stopped. Because the Taliban had already taken Redacted the Pashtun man's father travelled to Uruzgan (where the original raid on the Al Qaeda compound had occurred) in mid August to request permission to send ▮▮ to the U.S. from the Taliban. On or about 18 August, my wife and I were told that the Taliban said ▮▮ could not come to the U.S.

   b. On or about 16 August 2021, Operation Allies Rescue, the airlift out of Hamid Karzai International Airport (HKIA) commenced. Early on in this evacuation, I was able to assist in getting a Marine Corps interpreter and his young family out because I knew the Staff Judge Advocate with the MEU and could call HKIA on a red line. This particular effort hit the news, and I became inundated with many requests from other Marines, soldiers, and volunteer

1

Subj:  STATEMENT REGARDING CAPACITY DETERMINATION ON OR ABOUT 29 AUGUST 2021

groups to assist Afghans at risk of being murdered by the Taliban to get out of Afghanistan. As a result, efforts to help as many allies as possible continued around the clock until the Abbey Gate bombing occurred. These occurred via SOCCENT, and ad hoc efforts with groups like Team America, No One Left Behind, The Pineapple Express, Concilium, and several veterans groups that had flown into Kabul from India and were voluntarily going behind Taliban lines and bringing people into HKIA.

c. I informed the Pashtun man that bringing a DoD dependent to U.S. forces against the Taliban's orders would likely meet the President's expanded category of "at risk Afghans," and asked him to disobey the Taliban, and bring ███ to U.S. forces and be evacuated along with his wife. Simultaneously, the interpreter that I was communicating to the Pashtun through requested I assist his sister and two brothers (aged 15, 9, and 17) get out of Afghanistan because the Taliban issued an edict that unmarried women aged 15-45 would be married to their fighters and taken to Waziristan. Both groups moved approximately 280 miles and 180 miles from the far south and far north of Afghanistan, through Taliban lines, to an Air BnB we rented online west of HKIA as a safe house.

d. Once ███ movement was confirmed, I immediately requested emergency leave and permission to attempt to fly commercially into Kabul through India to ensure ███ the Pashtun couple, and my interpreters' siblings were pulled in to HKIA and evacuated. At that time, my wife and I had all of ███ original documents in the United States, including ███ 's DoD ID. My Commanding Officer approved my request, but as per enclosures (2)-(3), after I secured a commercial route to Kabul, CENTCOM banned unofficial travel in the AO. However ███ was placed on a list of U.S. persons to be recovered.

e. On 24 August 2021 ███ and everyone in her group was recovered from behind Taliban lines by a unit tasked with recovering U.S. persons during the evacuation.

4. This begins the portion of the statement relevant to my capacity on 29 August 2021: ███ was evacuated through Doha, Qatar, to Ramstein, Germany, and then to the U.S. through Washington Dulles International Airport. Per enclosures (3)-(4), I was authorized emergency leave on 23 August 2021, which transitioned to regular leave from 24-30 August 2021 after ███ was safely out of Afghanistan and the emergency no longer existed. The time stamp on Enclosures (2) and (3) indicate emergency leave was verbally approved on 21 August 2021, and entered in MOL as of 23 August. My wife and I flew to Ramstein Germany on or about 23 August, and returned on or about 26 August, 2021.

a. Per enclosures (4)-(6), while I was on leave on Sunday, 29 August 2021, which would otherwise have been a normal liberty period, our daughter arrived at Washington Dulles International Airport from Ramstein, Germany on Delta Flight 8958 at approximately 1700. She was paroled into my physical custody in the U.S. later that day after hours of in processing with several thousand other evacuees. Enclosure (7).

b. I escorted my daughter and everyone else in her group through customs screening. Many other civilians, including my interpreter and his U.S. citizen wife, were present in the same location and capacity that I was in - escorting a minor relative that had been evacuated from HKIA. I, and everyone picking up someone who had been evacuated, were only permitted to be present because of that purpose.

c. At some point after ███ was paroled, a group of about 30-45 Afghans, including my daughter, were told we had finished in-processing, and just needed to get a covid test before being released. This was a pretext, and began the uncertainty that I described previously. I did not ask to go to the location in question, and was not asked if I was a United States Marine. I was not given an option to remain behind, and would have stayed with my daughter regardless. I was dressed in civilian clothes, and had no idea or expectation what would occur. What did occur was reported to my Command the next morning.

5. At no point on 29 August did I believe or purport to act on behalf of the Marine Corps. I was located in a civilian international airport, and was obeying the directions of uniformed Customs and Border Patrol Agents, as was everyone else. I was dressed in civilian clothes, was present with other non-evacuee civilians, and was going through the same customs process everyone else went through. I did not believe I was being directed to do anything in my official capacity by the government, and did not file a travel claim as a result of any of the expenses I incurred during the entire period. My wife accompanied me during the duration of my leave travel.

6. Based on the day of the week, my leave authorization, my activities, the location, my civilian clothes, the fact that I could not go to Kabul because unofficial travel was banned, and all of the facts and circumstances; administratively, my

Subj:   STATEMENT REGARDING CAPACITY DETERMINATION ON OR ABOUT 29 AUGUST 2021

status should be properly categorized by this command as acting in my unofficial, private capacity on Sunday, 29 August 2021.

7. Because alleged Officer Misconduct is potentially related to this determination, I request this investigation into my capacity on or about 29 August 2021 be closed by COMARFORSOC.

8.  I am the point of contact for this matter.

MAST.JOSHUA.KE     Digitally signed by
NNETH.139542509    MAST.JOSHUA KENNETH.1395
5                  425095
                   Date: 2022.08.10 07:10:29 -04'00'

J. K. MAST

15

Taken: 06 September 2019
Location: Afghanistan
Image of: ▮▮▮▮▮

Enclosure (8)

**ENCLOSURE (1)**
**Page 1 of 3**



ENCLOSURE (1)
Page 2 of 3



Redacted

Taken: November 2019
Location: Bagram Airfield, Afghanistan
Image of: Maj Joshua Mast and [redacted]
Enclosure (8)

**ENCLOSURE (1)**
Page 3 of 3

 **KIWI·COM** | Making travel better

**BOOKING NUMBER** 1 6 3 7 9 5 7 9 7

Standard Ticket    Plus Services

# Washington, D.C. → Kabul

OUTBOUND                                                         Total duration: **4 d 6 h 10m**

| | | |
|---|---|---|
| **23:05** | **IAD** Washington, D.C., United States | ✈ |
| Sat, 21 Aug 2021 | Washington Dulles International, Terminal MAIN | Carrier: **Qatar Airways** |
| **19:00** | **DOH** Doha, Qatar | Flight no: **QR710** |
| | Hamad International, Terminal 1 | Duration: **12h 55m** |

⚠ 18h 25m layover **not protected** by the Kiwi.com Guarantee

| | | |
|---|---|---|
| **13:25** | **DOH** Doha, Qatar | ✈ |
| Mon, 23 Aug 2021 | Hamad International, Terminal 1 | Carrier: **Qatar Airways** |
| **20:00** | **DEL** New Delhi, India | Flight no: **QR570** |
| | Indira Gandhi International, **Terminal 3** | Duration: **4h 5m** |

⚠ 2d 16h 35m layover **not protected** by the Kiwi.com Guarantee
⚠ The next part of your trip departs from a different terminal

| | | |
|---|---|---|
| **12:35** | **DEL** New Delhi, India | ✈ |
| Thu, 26 Aug 2021 | Indira Gandhi International | Carrier: **Air India Limited** |
| **13:45** | **KBL** Kabul, Afghanistan | Flight no: **AI243** |
| | Hamid Karzai International | Duration: **2h 10m** |

All times are local. We strongly recommend arriving at the airport at least 2 hours before your scheduled departure. Terminals can change without prior notice. We are not responsible for informing you about such changes.

### Check your visa requirements

Not sure if you need a visa? Check this guide: go.kiwi.com/visas. Kiwi.com is not responsible for any visa issue, including airport transit visas; this is the responsibility of the passenger. Without the correct documents, you might not be allowed to board.

**ENCLOSURE (2)** Enclosure (8)
**Page 1 of 1**

## Mast, Joshua K MAJ USMC USSOCOM MARSOC (USA)

**From:**
**Sent:** Saturday, August 21, 2021 12:01 PM
**To:** Mast, Joshua K MAJ USMC USSOCOM MARSOC (USA)
**Subject:** HOLD IN QATAR

Josh,
    CENTCOM has banned unofficial travel.  Hold in Qatar.



## LEAVE AUTHORIZATION (OFFICER AND ENLISTED) (1500)
NAVMC 3 (REV. 03-11) (EF) (Previous editions will not be used)
FOUO - Privacy sensitive when filed In.

**BEFORE SIGNING LEAVE REQUEST, READ INSTRUCTIONS ON PAGE 2 AND PRIVACY ACT STATEMENT ON PAGE 3**

1. TO:   COMMANDING OFFICER:

### LEAVE REQUEST

| | |
|---|---|
| 2. FROM (Name, Grade, EDIPI, MOS)   MAJ   13 954 25095     JOSHUA K MAST   4402 | 3. ORGANIZATION AND DUTY TELEPHONE NUMBER   HQTRS MARFORSOC |

| 4. NUMBER OF DAYS REQUESTED AND INCLUSIVE DATES (6) 24 Aug 2021 - 29 Aug 2021 | 5. DATE & TIME LEAVE EFFECTIVE 23 Aug 2021, 1630 | 6. DATE & TIME LEAVE EXPIRES 30 Aug 2021, 0800 |
|---|---|---|

| 7. TYPE OF LEAVE REQUESTED Annual Leave | 8. NO. OF DAYS TAKEN THIS FISCAL YEAR 23.0 | 9. LEAVE BALANCE 23.0 | 10. ECC |
|---|---|---|---|

11. ADDRESS WHILE ON LEAVE (Include telephone number and area code. If any change notify your commanding officer)
Al Udeid Air Base, Qatar; Ramstein Air Base, Germany ***Deviation is authorized***, DE 407-797 8 359

12. SIGNATURE OF PERSON REQUESTING LEAVE AND DATE: I will wear my seatbelt while driving or riding in a PMV while in an authorized leave status (paragraph 14(d) of MCO 5100.19(E).

"EVERY MARINE RECRUIT A MARINE" MARINE CORPS ORDER 1050.1___AUTHORIZES A 5-DAY LEAVE EXTENSION OR SPECIAL LIBERTY CHIT TO MARINES ON LEAVE WHO RECRUIT AN ACCEPTABLE APPLICANT FOR ENLISTMENT IN THE MARINE CORPS OR MARINE CORPS RESERVE. CONTACT THE MARINE CORPS RECRUITER NEAREST YOU FOR DETAILS

### APPROVAL OF IMMEDIATE SUPERIOR/COMPANY COMMANDER

| 13. [X] APPROVED [ ] DISAPPROVED | REMARKS (f disapproved) | SIGNATURE AND GRADE |
|---|---|---|
| 14. [ ] APPROVED [ ] DISAPPROVED | REMARKS (If disapproved) | SIGNATURE AND GRADE |

| 15. SIGNATURE (Officer authorized to grant leave) Digitally Signed/Approved by | 16. GRADE AND COMPONENT   USMC | 17. TITLE BY DIRECTION |
|---|---|---|

### MCTFS REPORTING INFORMATION

| 18. Hour and date of departure   1630   23 Aug 2021 | 19. Hour and date of return   0800   30 Aug 2021 |
|---|---|
| (Signature of Duty Officer/NCO/Indiv) | (Signature of Duty Officer/NCO/indiv) |

20. EXTENSIONS   Granted _____ days extension of leave. Your leave will now expire at _____ on _____

| (Signature of Granting Officer) | (Unit) | (Date) |
|---|---|---|

### 21. HOSPITALIZATION

| NAME AND ADDRESS OF HOSPITAL | TIME AND DATE ADMITTED | TIME AND DATE RELEASED |
|---|---|---|

REMARKS/DIAGNOSIS

| (Signature of Physician) | (Date) |
|---|---|

### 22. UNIT DIARY COMPUTATION - INCLUSIVE DATES

NO. OF DAYS CHARGED AS LEAVE _____   FROM _____   THRU _____

UNIT DIARY NO. _____   UTRNO _____

**ENCLOSURE (4)**

NAVMC 3 ( REV. 03-11) (EF), Page 2
FOUO - Privacy sensitive when filled in.

I, _____ _____ (Rank, Full Name), recognize the contribution I make to my fellow Marines, Sailors, and Civilian Marines of_____ (unit name), my brothers and sisters throughout the Marine Corps, and the Marines and Sailors deployed in defense of freedom around the world. Essentials to our mission, I pledge to maintain my commitment with a constant display of honor and professionalism. I will plan ahead, minimize risks to my safety and return from leave prepared to continue "the fight."

_____
*(Signature of Marine)*

Authored by:

█████████████████████████████████

I, _____ (Rank, Full Name), have confirmed that _____ (the requesting Marine) has an acceptable plan for leave and fully understands the valuable contribution every Marine makes to our nation. I am confident that he/she will take the necessary steps to minimize risks and bring honor to our Corps and country while enjoying this well deserved break from the daily routine. I recommend approval.

_____
*(Signature of first Marine in approval chain)*

## INSTRUCTIONS

1. Leave is granted subject to immediate recall; therefore, maintain communications with your leave address. **KEEP THESE LEAVE PAPERS IN YOUR POSSESSION AT ALL TIMES.**

2. It is understood you have sufficient funds to defray your expenses no leave, including round-trip transporation. Each case of transportation obtained from recruiting stations, or other Marine Corps activities, by personnel on leave, will be investigated and where no urgent necessity was apparent in applying for transportation request, disciplinary action may be taken.

3. You are cautioned against the disclosure of any classified information. While it is desirable to tell the public about the Marine Corps, do not discuss any subject unless you are certain it is unclassified. In case you are asked to participate in a press conference, talk to reporters or speak through any other media on matters pertaining to the Naval Service, you should express a desire to cooperate, but should first consult with and obtain clearance from the nearest Marine Corps public information officer if at all practicable.

4. Inform yourself of transportation schedules, and make allowances for delays. Missing connections is not an excuse for **UNAUTHORIZED ABSENCE.** Train, bus, and plane schedules and connections are frequently unreliable.

5. Cooperate with shore patrol and military police at all times. Military police, shore patrols, air police, officers, petty officers, and noncommissioned officers of the Armed Forces are authorized to take preventive measures, including apprehension, if necessary in the case of any member of the Armed Forces who is guilty of committing a breach of the peace, disorderly conduct, or any other offense which reflects discredit upon the services. Personnel on leave and liberty are subject to this authority. Misconduct will be cause for disciplinary action. You are subject to orders of your superior officers in all branches of the Armed Forces.

6. If necessary to request an extension of leave, communicate with your commanding officer by telegram, telephone or letter. **IF NO REPLY IS RECEIVED YOU WILL CONSIDER YOUR REQUEST NOT GRANTED.**

7. In the event you encounter problems while on leave, it is recommended that you contact the nearest military unit for assistance.

8. In case of serious illness of injury incurred while on leave which requires medical attention or hospitalization, report facts to your commanding officer be telegram and request instructions. You are advised that costs incident to hospitalization or medical treatment received at other than Navy, Army, Air Force, or Public Health Service facilities, may be defrayed by the Marine Corps in emergency cases only. No charge against your leave or reduction in total period of leave granted will be made for any period of hospitalization. Unless otherwise ordered, you will revert to a leave status upon release from a hospital, and will immediately notify your commanding officer that you have been released and have reentered leave status, giving leave address, preferably by telegram. Proof of hospitalization must be provided upon return from leave. **(NOTE: IF MARINE IS UNABLE TO CONTACT COMMANDING OFFICER DUE TO ILLNESS, ACCIDENT OR DEATH, NOTIFICATION OF THIS FACT SHOULD BE MADE TO THE NEAREST MARINE CORPS ACTIVITY BY PERSON FAMILIAR WITH THE SITUATION** (Parents, spouse, physician, etc.)).

9. It is understood that this leave commences at your duty station and that it expires at your duty station. Also it is clearly understood that you are required to report for duty at our duty station upon expiration of leave and that failure to do so may make you subject to disciplinary action under the Uniform Code of Military Justice 10 U.S.C. 801-940. If you are authorized to check out and check in by telephoning you are cautioned that commencement and termination of leave must be made in the immediate vicinity of your duty station (place from which you normally commute daily to and from work). You are directed to deliver your leave authorization to your commanding officer or the designated representative, at the commencement of the next regular working day subsequent to termination of your leave.

NAVMC 3 (REV. 03-11) (EF), Page 3
FOUO - Privacy sensitive when filled in.

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), this notice informs you of the purpose for collection of information on this form. Please read it before completing the form.

**AUTHORITY:** 10 U.S.C. 5013, Secretary of the Navy; 10 U.S.C. 5041, Headquarters, Marine Corps; 10 U.S.C. 1074f, Medical Tracking System for Members Deployed Overseas; 32 CFR 64.4, Management and Mobilization; DoD Dir 1215.13, Reserve Component Member Participation Policy; DoD Instruction 3001.02, Personnel Accountability in Conjunction with Natural and Manmade Disasters; CJCSM 3150.13B, Joint Reporting Structure Personnel Manual; DoD Instruction 6490.03, Deployment Health; MCMEDS: SECNAVINST 1770.3D, Management and Disposition of Incapacitation Benefits for Members of the Navy and Marine Corps Reserve Components (Renamed Line of Duty(LOD)); and MCO 7220.50, Marine Corps Policy for paying Reserve Marines; and E.O. 9397 (SSN), as amended.

**PRINCIPAL PURPOSE**   To assemble in one system information to provide government agencies with: (1) Necessary information on the commercial travel and transportation payment and expense control system which provides travelers charge cards and the agency an account number for official travel and related travel expenses on a worldwide basis; (2) attendant operational and control support; and (3) management information reports for expense control purposes. The information collected on this form will be filed within a Privacy Act Systems of Records collection governed by Privacy Act System of Records Notice **M01040-3**, which can be downloaded at http://privacy.defense.gov/notices/usmc/M01040-3.shtml.

**RETENTION AND SAFEGUARDS:** Login to systems and network requires use of the DoD Common Access Card (CAC). Public Key Infrastructure (PKI) network login may be required to allow for documents to be digitally signed and encrypted and/ or the receiving of encrypted mail. Official users without issuance of a CAC must use the Total Force Administration System Marine On-Line (TFAS MOL) web portal to access the system. The TFAS MOL account holders are authenticated and provided access after registering for an account and use a user name and strong password login verification. Access to server rooms is strictly controlled by the hosting facility personnel. At a minimum, cipher locks, access rosters, sign-in sign-out procedures, escort and supervision of all maintenance personnel and physical security checks are provided on a routine basis. Physical security of buildings after normal working hours, are provided by independent security guards or military police

**ROUTINE USES:** To various officials outside the Department of Defense specifically identified as a Routine Use in Privacy Act System of Records Notice **M01040-3** for the stated specific purpose in addition to those set out in the blanket routine uses established by the Department of Defense Privacy Office and posted at *http://www.defenselink.mil/privacy/notices/blanket-uses. html*.

**DISCLOSURE:** Providing information on this form is mandatory. Failure to furnish personally identifiable information may negate the application.

FOR OFFICIAL USE ONLY





**Leave and Liberty**

MAJ JOSHUA K. MAST | MOL Home | Logout | Help

Home » View Request

Print

MAST, JOSHUA K. (1395425095)   Annual Leave   Approved By [redacted]   Status: Completed

| | Departure: | Return: | # Days |
|---|---|---|---|
| Requested: | 23 Aug 2021 @ 1630 | 30 Aug 2021 @ 0800 | 6 |
| Actual: | 23 Aug 2021 @ 1630 | 30 Aug 2021 @ 0800 | 6 |

**Balance Details**

| | |
|---|---|
| Balance: | 23.0 |
| Used FYTD: | 23.0 |
| Days Pending Charge: | 2.0 |
| Draft: | 0.0 |
| Pending Approval: | 0.0 |
| Approved: | 0.0 |
| In Progress: | 0.0 |
| Completed (Not Posted to LES): | 2.0 |

August 2021 / September 2021

**Organization**

HQTR'S MARFORSOC

**Destination**

Al Udeid Air Base, Qatar;
Ramstealn Air Base, Germany.
***Deviation is authorized***, DE
407-7979359

**Document Details**

| Date and Time | Contributor | File | Description |
|---|---|---|---|
| No attached files | | | |

**REQUEST TRACKING:**

30 Aug 2021 @ 0706  Check In Comment: [redacted] 30 Aug 2021 @ 0800.

24 Aug 2021 @ 1043  Check Out Comment: [redacted] 23 Aug 2021 @ 1630.

23 Aug 2021 @ 1142  Annual Leave Request modified and approved by: [redacted] Approved Annual Leave Request on : 23 Aug 2021 @ 1242

23 Aug 2021 @ 1132  Assigned To [redacted] Aug 2021 @ 1232

23 Aug 2021 @ 1132  Request leave in order for my wife, [redacted], and I to escort our daughte'; [redacted] to the United States after her evacuation from Kabul, Afghanistan. 23 Aug 2021 @ 1232

23 Aug 2021 @ 1132  Originator: MAJ JOSHUA K. MAST 23 Aug 2021 @ 1232



4:19



flightaware.com



# FlightAware

Search for flight, tail, airport, or city



## Delta 8958

DAL8958 / DL8958

Upgrade account to see tail number

**EN ROUTE**
Arriving in 18 r

### RMS

**RAMSTEIN, GERMANY**

left **GATE TBA**
Ramstein Air Base -
**RMS**

SUN 29-AUG-2021
**02:38PM CEST**
(2 hours 38 minutes late)

SUN 29-AUG-2021
*04:37PM EDT*
(2 hours 7 minutes late)

**7h 41m** elapsed

**7h 59m** total travel time

**18m** remaining

**4,008 mi** flown

**54 mi** to go

**NOT YOUR FLIGHT? DAL8958 flight schedule**

Visas ويزه ۲٤



DEPARTMENT OF HOMELAND SECURITY
**PAROLED**

Until _Aug 28, 2023_
Purpose: _OAR_

AUG 29 2021   WAS 1794
(Date)   (Location)   (Officer)

DEPARTMENT OF HOMELAND SECURITY

Redacted

# United States Senate

WASHINGTON, DC 20510

August 4, 2022

Acting Inspector General
Department of Defense

Dear Acting Inspector General O'Donnell,

We write to you with concern over new allegations raised by a Department of Defense (DoD) whistleblower. This information may show the Biden Administration's failure to vet those evacuated from Afghanistan was even worse than the public was led to believe. The following allegations demand an immediate investigation by your office.

You previously issued a report titled "Evaluation of the Screening of Displaced Persons from Afghanistan."[1] Among other things, you found that "Afghan evacuees were not vetted by the National Counter-Terrorism Center (NCTC) using all DoD data prior to arriving in" the United States.[2] In particular, we were troubled to learn that DoD "personnel identified Afghans with derogatory information in the DoD [Automated Biometric Identification System] database who were believed to be in the United States."[3] At the time of the report, DoD "personnel had identified 50 Afghan personnel in the United States with information in DoD records that would indicate potentially significant security concerns,"[4] but we understand that number has risen to at least 65. These individuals need to be immediately located, fully vetted, and, if appropriate, deported.

A patriotic whistleblower paints an even darker picture. According to new allegations, 324 individuals evacuated from Afghanistan were allowed to enter the United States, despite appearing on the DoD's Biometrically Enabled Watchlist (BEWL). The BEWL —commonly known as "the watch list"—identifies individuals whose biometrics have been collected and determined by analysts to be threats or potential threats to national security, including known suspected terrorists (KST).[5] This is in addition to the reportedly 65 individuals who are known to have entered the country without adequate vetting.

Furthermore, the whistleblower alleges that political appointees at the National Security Council (NSC) and DoD instructed agency personnel to cut corners when processing evacuees in Afghanistan and at staging bases in Europe, also known as "lily pads." According to the whistleblower rather than administer fingerprint tests on all ten fingers, personnel were told to abbreviate their tests in order to promote the rushed evacuation from Afghanistan.

Finally, it is alleged that personnel at the Department of Homeland Security (DHS) who work on vetting Afghan evacuees have been authorized to delete old biometric data, whenever they personally believed that such information is out of date. This is a troubling development that could threaten national security and public safety.

---

[1] DODIG-2022-065 (Feb. 15. 2022), https://media.defense.gov/2022/Feb/17/2002940841/-1/-1/1/DODIG-222-065.PDF.
[2] *Id.* at 1.
[3] *Id.*
[4] *Id.* at 10
[5] https://irp.fas.org/doddir/army/atp2-22-82.pdf.

Acting Inspector General ███████
July 27, 2022
Page 2

We write to request you open an immediate investigation into these alarming allegations and specifically respond to the following:

1. How many BEWL matches were generated by biometric submissions from Afghan evacuees?
   a. How many of these individuals were denied entry into the United States?
   b. How many of these individuals were admitted into the United States?
   c. How many of these individuals are currently in the United States?

2. How many BEWL matches were generated by evacuees after their arrival into the United States?

3. What steps have been taken to identify, vet, and, if appropriate, deport these BEWL matched individuals from the United States?

4. How many BEWL matches were for individuals designated as known suspected terrorists?

5. Have those who remain on the BEWL been investigated by the FBI or other law enforcement entities?

6. Did political appointees at NSC or DoD instruct personnel to administer abbreviated fingerprint tests to Afghan evacuees? If so, were all Afghan evacuees ultimately administered 10-finger tests?

7. Under what conditions may agency personnel delete biometric information? Has any biometric information associated with Afghan evacuees been deleted?

Sincerely,




cc:   Secretary, Department of Defense
      Secretary, Department of Homeland Security
      Director, Federal Bureau of Investigations
      Inspector General, Department of Homeland Security

2

Enclosure (9)

CUI

Summary of telephone interview with Major Mast on 10 August 2021

Contact Info:
Joshua K. Mast
Deputy Judge Advocate, Office of the Staff Judge Advocate, Marine Forces Special Operations Command
Major, USMC
Phone:  Redacted
Email: joshua.k.mast1.mil@socom.mil

As part of my official duties, I conducted a telephone interviewed Major Mast regarding the facts and circumstances surrounding Major Mast's capacity on or about 29 August 2021.  Maj Mast verbally waived his Article 31 Rights during the interview.  Maj Mast checked into the MARSOC on or about 21 July 2020 and has served as the Deputy Judge Advocate since his arrival.

In August 2021, Maj Mast was involved in coordinating the evacuation of personnel from Afghanistan.  In late August, Maj Mast informed ▇▇▇▇▇▇ of his daughter's, ▇▇▇▇ situation and his intentions for travel to Afghanistan to assist in her evacuation.  Maj Mast had support from his Command for his travel plans.  The initial intent of Maj Mast's emergency leave request was for Maj Mast, alone, to travel to Kabul, Afghanistan via India to retrieve his daughter ▇▇▇▇  As Maj Mast traveled to Washington Dulles International Airport for his flight, he was informed that his travel was no longer authorized into the Central Command Area of Responsibility.  Additionally, Maj Mast learned that ▇▇ and the group of Afghans accompanying her would be evacuated out of Afghanistan. It was unclear the destination of ▇▇▇▇ s evacuation, but Maj Mast and his wife determined the most likely location would be Ramstein, Germany.

On or about 24 August, Maj Mast and his wife travelled to Ramstein Air Base via the rotator.  They flew on the rotator Space-A.  While in Germany, Maj Mast and his wife paid for lodging at the on-base Ramstein Inn. ▇▇▇▇ also arrived in Germany on or about 24 August.  Maj Mast was able to locate ▇▇▇▇ at the refugee processing area on Ramstein Air Base.  Maj Mast did wear his military uniform on-base while in the detainee cages primarily for identification and security concerns.  While in Germany ▇▇▇▇ was authorized for release into the custody of Maj Mast and his wife.  Due to the traumatic events ▇▇▇▇ and the group of Afghans accompanying her endured.  Maj Mast decided it would be best for ▇▇ to continue traveling with the group to the United States.  Maj Mast and his wife departed German on or about 28 August flying in a NGO chartered private plane to Greensboro, NC.

On 29 August 2021 ▇▇▇▇ and the group of Afghans accompanying her traveled on a commercial flight to Washington Dulles International Airport.  Maj Mast arrived at the airport with ▇▇▇▇ original documents and documents for other Afghans traveling with her.  Maj Mast was in civilian attire.  Maj Mast and an interpreter were allowed access to the refugee wing of the airport as relatives of refugees.  Maj Mast wife did not accompany him into the refugee wing of the airport.  At the airport, ▇▇▇▇ passport documentation was stamped and she was released into the custody of Maj Mast.  ▇▇▇▇ was not required to be processed through the Office of Refugee Resettlement.  Maj Mast was under the impression the only additional requirement for ▇▇ to departing the airport was to undergo a COVID test.  ▇▇▇▇ accompanied by Maj Mast, and the other Afghans in her group were transported to a separate hanger for holding.  After several hours, Maj Mast was informed that the hanger was a holding area for Afghans with suspected terrorist connections.  Maj Mast informed a Customs and Boarder Protection Agent tha ▇▇ was being held in error.  Maj Mast departed the airport, unable to have ▇▇ released. The matter took several days to resolved.  ▇▇▇▇ was eventually released on or about 3 September from Fort Pickett.

Major Mast stated, while on leave from 20-30 August 2021, he did not use his government travel charge card, did not receive Per Deim, did not stay in government funded quarters, and did not use a Special Issuance Passport.  Maj Mast did not make any statements representing Marine Forces Special Operations Command or the Marine Corps. He did use his government provide cellular phone to communicate his location and status to his command.



CUI

CUI

Summary of telephone interview with █████████ on 09 August 2021

Contact Info:
████████

Former Staff Judge Advocate, Office of the Staff Judge Advocate, Marine Forces Special Operations Command

████████████

As part of my official duties, I interviewed ████████████ regarding the facts and circumstances surrounding Major Mast's capacity on or about 29 August 2021. █████████ was the MARSOC Staff Judge Advocate in August 2021 and retired from the Marine Corps on 31 December 2021.

To █████████ recollection, in August 2021 Maj Mast had been working for several years (~2 years) to adopt his daughter, who was living in Afghanistan. By August 2021. Maj Mast had his daughter assigned as a DoD dependent and had approved adoption documentation from Virginia. As the situation in Afghanistan deteriorated there was concern Maj Mast's daughter would not make it out of the country. Maj Mast was in communication with the MARSOC command to set up leave to meet his daughter after her evacuation. During this dynamic period. Maj Mast was approved leave to Germany. His leave was approved at the O6 level but briefed to MARSOC Commander. The command also assisted in Maj Mast to travel on a rotator flight from Baltimore to Germany. The Joint Travel Regulation (JTR) and Space-A rotator documentation was reference to ensure a Space-A flight was appropriate. During this period Maj Mast was assigned an emergency leave status, comparable to Marines receiving a Red Cross Message, which allowed Maj Mast to use the rotator.

CUI

Summary of interview with ████████████████ on 09 August 2021

Contact Info:
████████

Legal Chief, Office of the Staff Judge Advocate, Marine Forces Special Operations Command

████████████████

As part of my official duties, I interviewed ████████ regarding the facts and circumstances surrounding Major Mast's capacity on or about 29 August 2021. GySgt Castillo checked into the MARSOC on or about 21 December 2020 and has served as the Legal Chief since his arrival.

To ████████ recollection, Maj Mast was taking leave during the period in question to pick-up his daughter ████ who was overseas. Maj Mast was accompanied by his spouse. The leave period in question was approved by ████████ and supported by the MARSOC Command. Maj Mast followed all applicable procedures required for the leaving including COVID related waivers. ████████ was not aware of Maj Mast's physical location on 29 August 2021, but believes Maj Mast was in Germany at some point during this leave period. ████████ has no recollection of the type of travel Maj Mast used during this period. Maj Mast did provide updates to the SJA ████████ the MRSG CO during his time on leave.

During the leave period, ████████ does not believe Maj Mast was operating in an official capacity. The purpose of the leave was to pick-up his daughter. In ████████ opinion, Maj Mast was not representing MARFORSOC or the Marine Corps during this period or carrying out duties in his assigned billet.

CUI