# **EXHIBIT 11**

Original petitioners' Motion in Limine to Excude Irrelevant Argument and Evidence secured by Circuit Court and all other copies were destroyed or deleted pursuant to 11-28-2022 Order