# **EXHIBIT 12**

Petitioners' Motion in Limine to Exclude Official and Classified Information Absent Express Written Consent filed May 19, 2022 is on file in Fluvanna County Circuit Court and all other copies were order destroyed or deleted by court order of Nov 28, 2022.