# **EXHIBIT 13**

Original of "Petitioners' Response to Respondents' Motion for Protective Order" filed May 20, 2022, is secured by Circuit Court and all other copies were destroyed or deleted pursuant to 10-21-2022 Order.