# EXHIBIT 21



**UNITED STATES MARINE CORPS**
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20116
CAMP LEJEUNE NC 28542-0116

IN REPLY REFER TO:
5800
DCOS
9 Jun 22

FIRST ENDORSEMENT on Maj Mast's ltr 5800 JKM of 7 Jun 22

From: Deputy Chief of Staff, Marine Forces Special Operations Command
To:   Major Joshua K. Mast 1395425095/4402 USMC

Subj: SUPPLEMENT TO APPROVED TOUHY REQUEST OF 18 MAY 2022 IN LIEU OF PROPOSED REVOCATION

1. As per the references, I have reviewed the attached supplement to your original request after the Department of Defense (DoD), Office of General Counsel (OGC) requested I coordinate your Touhy request per the references. I have coordinated with relevant stakeholders, to include U.S. Navy, Code 14 Touhy Branch, and the Command of the unit that conducted the mission in question, and the MARFORSOC Intelligence Officer (G-2). The information in the attached redacted supplement was coordinated with the OGC.

2. As per reference (b), I have been delegated the authority to approve this request.

3. Approving your request furthers Department of the Navy and DoD policy to make official information reasonably available for civilian court proceedings and avoids the potential stigma of improperly withholding information based on the actions of an adverse party to a civil proceeding. See enclosures (1) and (2).

4. I have reviewed the enclosures and provided them to and consulted with the MARFORSOC G-2 and OGC to ensure there is no classified material or information that would cause damage to the DoD or U.S. Government from its release. I have also consulted with the Command of the unit that conducted the strike that recovered the child in question. There are no concerns regarding the information, as redacted by OGC, hereby approved for release.

5. After coordination with the OGC, the information redacted, and information released to or obtained from non-DoD entities, has been determined to be non-DoD information. Per paragraph 2.e of enclosure 5 within reference (b), the determining authority "...shall make no other determination regarding the non-DoD information."

6. You are directed to familiarize yourself with 32 C.F.R. 516 and to remain strictly within the limits of the documentary and testimonial evidence authorized by this endorsement. You are reminded that reference (b) is a lawful order for DoN personnel, and you are to seek clarification with this Command if you believe your anticipated testimony may fall outside this approved request.

Subj: SUPPLEMENT TO APPROVED TOUHY REQUEST OF 18 MAY 2022 IN LIEU OF PROPOSED REVOCATION

7. Your request to utilize official information and relevant unclassified documents, in accordance with U.S. Government policy as articulated in SECNAVINST 5820.8A, is approved.

**Redacted**

Copy to:
File
SJA
CO, MRSG