# EXHIBIT 22



Joshua Mast < Redacted gmail.com>

# FW: Xerox Scan
4 messages

---

Redacted LTCOL USMC USSOCOM MARSOC (USA) < Redacted mil@socom.mil>   Thu, Jun 9, 2022 at 7:31 PM
To: " Redacted gmail.com" < Redacted gmail.com>

**From:** Redacted LTCOL USMC USSOCOM MARSOC (USA) < Redacted mil@socom.mil>
**Date:** Thursday, Jun 09, 2022, 18:12
**To:** Mast, Joshua K MAJ USMC USSOCOM MARSOC (USA) < Redacted mil@socom.mil>
**Cc:** Redacted E Col USMC HQMC HQ BN (USA) < Redacted @usmc.mil>, Redacted N COL USMC USSOCOM MARSOC (USA) < Redacted @socom.mil>, Redacted P CIV USSOCOM MARSOC (USA) < Redacted socom.mil>, Redacted SGTMAJ USMC USSOCOM MARSOC (USA) < Redacted socom.mil>
**Subject:** FW: Xerox Scan

Josh,

Just got this from the Command Deck.

V/R,

Redacted

LtCol, USMC

SJA, Marine Forces Special Operations Command

O:  910-Redacted

Cell:  910-Redacted


ATTORNEY-CLIENT PRIVILEGED COMMUNICATION/ATTORNEY WORK PRODUCT: The

information contained in this e-mail and accompanying attachments is

UNCLASSIFIED BUT SENSITIVE INFORMATION which may be legally privileged. This

information is intended solely for the use of the recipient identified above.

If you are not the intended recipient of this information, any disclosure,

copying, distribution, or the taking of any action in reliance on this

information is STRICTLY PROHIBITED. The sender has not waived any applicable

privilege by sending the accompanying transmission. If you received this

e-mail in error or you have any questions, please notify me immediately by

return e-mail or by calling (910) Redacted  Thank you.

-----Original Message-----

From: {Redacted} LTCOL USMC USSOCOM MARSOC (USA) <{Redacted}mil@socom.mil>

Sent: Thursday, June 9, 2022 5:56 PM

To: {Redacted} LTCOL USMC USSOCOM MARSOC (USA) <{Redacted}mil@socom.mil>

Subject: Xerox Scan

Please open the scanned attachment

Sent by: {Redacted} mil@socom.mil]

Number of Images: 2

Attachment File Type: PDF

Device Name: MSUMRR400220011

Device Location: RR400 RM2200

---

**Joshua Mast** <{Redacted}gmail.com>  Fri, Jun 10, 2022 at 6:43 AM
To: Stephanie Mast <{Redacted}>

---------- Forwarded message ---------
From: {Redacted} **LTCOL USMC USSOCOM MARSOC (USA)** <{Redacted}mil@socom.mil>
Date: Thu, Jun 9, 2022 at 19:32
Subject: FW: Xerox Scan
To: {Redacted}gmail.com <{Redacted}gmail.com>

[Quoted text hidden]

📄 TouhyRescissionV2_06092022175607.pdf
65K

---

**Joshua Mast** <Redacted gmail.com>  Fri, Jun 10, 2022 at 6:50 AM
To: "Redacted LTCOL USMC USSOCOM MARSOC (USA)" <Redacted mil@socom.mil>, Redacted socom.mil, Redacted @socom.mil, Redacted socom.mil

Good Morning Gentlemen,

I respectfully request the General reconsider this order.

It gags me from testifying in my daughter's custody case the night before my case.

It orders me to affirmatively act against her best interests, in a particularly dangerous moment in her life that will change her life forever.

The Judge has already indicated this will likely be the last day of the hearing. I will not have an opportunity to speak the truth in her defense again.

I am confident in the integrity of my command, but I have no confidence in the integrity of whoever is influencing this process to reach a perverse result like this.

If nothing else, I request the order be modified to permit the declassified mission summary enclosure to be submitted to the court. Lily's origin is the entire issue in the case. It is unjust to hide it from the court.
It has previously been considered by a federal court with no concerns raised by DoJ in the subsequent years since that trial, until now.

I am shocked by the injustice of all of this.

My trial starts at 0900.

Semper Fidelis,

Major Mast
[Quoted text hidden]



**UNITED STATES MARINE CORPS**
MARINE FORCES SPECIAL OPERATIONS COMMAND
PSC BOX 20116
CAMP LEJEUNE NC 28542-0116

IN REPLY REFER TO:
5800
COS

JUN 0 9 2022

From: Commander, Marine Forces Special Operations Command
To:   Major Joshua Mast, USMC

Subj: Rescission of *Touhy* Approval

Ref: (a) SECNAVINST 5820.8A
     (b) Maj Mast ltr dtd 17 May 2022
     (c) MARSOC COS LTR dtd 18 May 2022
     (d) MARSOC COS LTR, dtd 7 Jun 2022

1. Pursuant to reference (d), MARSOC rescinded its prior approval (reference (c)) for you to "to utilize official information and relevant unclassified documents" in a Virginia court proceeding. Accordingly, you are not authorized in that proceeding to testify about, proffer evidence on, or elicit testimony about official government information, as defined in SECNAVINST 5820.8A. Additionally, you are directed to take appropriate steps to inform the state court that the U.S. Government has not authorized you to use of any such information that has already submitted as part of the court proceeding. This includes, but is not limited to the following:

   a. Information prepared by the Department of Defense for the International Committee of the Red Cross and Afghan social worker;

   b. Information submitted to the U.S. Citizenship and Immigration Services by another office in DoD;

   c. Information about what you observed during another agency's questioning of a party to this litigation;

   d. Information within the government regarding an asylum application; and

   e. Information relating to information within a US Government database, specifically including any pleading or exhibit that refers to, incorporates, or cites U.S. Government information.

2. Further, you are directed to withdraw any submission made in the state proceeding that contains official government information, as you do not have authority to use such information, and you shall follow further instructions to properly secure U.S. Government information that has been placed in the court record, including any classified U.S. Government information.

3. Upon the receipt of a request to utilize Department of the Navy information that meets the provisions of SECNAVINST 5820.8A, such request will be acted on promptly. If you intend to utilize information that originated from other DoD components or non-DoD entities, authorization for the use of these above information must be received from the organizations which have cognizance over those subjects.

Subj: Rescission of *Touhy* Approval

4. If you have any questions or concerns regarding this matter, I can be reached at Redacted @socom.mil or (910) Redacted


