# EXHIBIT 24



Page is essentially blacked out.

Baby Doe

Baby Doe

Baby Doe

Colonel Redacted,

The attached letter signed by the Commanding General MARFORSOC on 09 June2022 is the current direction and guidance to Major Mast.

My endorsement signed earlier on 09 June 2022 is null and void ab initio, as the Commanding General has the final authority in this matter and the attached his June 9 letter supersedes any other endorsement or approval from me. There is no approval from the United State Government for Major Mast to use any official government information in these state court proceedings.

Respectfully,

Redacted

 Joshua Mast < Redacted @gmail.com>

# Redacted

Sent with BlackBerry Work (www.blackberry.com)

---

**From:** " Redacted LTCOL USMC USSOCOM MARSOC (USA)" < Redacted .mil@socom.mil>
**Sent:** Jun 10, 2022 11:39 AM
**To:** "Mast, Joshua K MAJ USMC USSOCOM MARSOC (USA)" Redacted .mil@socom.mil>
**Subject:** FW: Touhy Recission ICO Maj Mast

Maj Mast,

Please confirm receipt.

V/R,
LtCol Redacted

-----Originl Message-----
From: Redacted < Redacted @usmc.mil>
Sent: Friday, June 10, 2022 11:29 AM
To: Redacted LTCOL USMC USSOCOM MARSOC (USA) <Redacted.mil@socom.mil>
Subject: FW: Touhy Recission ICO Maj Mast

LtCol Redacted,

Please immeditely gie the two documents to Major Mast and confirm with me that he has receied it.

Thank you.

Colonel Redacted

Colonel Redacted
Staff Judge Advocate
II Marine Expeditionary Force
Redacted @usmc.mil
Redacted @usmc.smil.mil
Office (910) Redacted
Mobile (910) Redacted

FOR OFFICIL USE ONLY / PRIACY SENSITIE / ATTORNEY WORK PRODUCT. The information contaed in this e-mal and/or accompanying documents is intended for the exclusie use of the indiiduals to whom it is addressed. It may conta information that is pre-decisional, priileged, or protected from release under the Priacy Act, FOI, or other applicable laws. Do not disseminte this e-mal, or its contents, to anyone who does not hae an officil need for access, or without the express consent of the sender. If you are not the intended recipient, you are on notice that copying, disclosure, or any distribution of this message, in any form, is prohibited.

Any misuse or unauthorized disclosure can result in both ciil and criminl penalties.

-----Originl Message-----
From: Redacted CI USSOCOM MARSOC (USA) < Redacted @socom.mil>
Sent: Friday, June 10, 2022 11:17 AM
To: Redacted <j Redacted @usmc.mil>
Subject: Touhy Recission ICO Maj Mast

Colonel Redacted,

The attached letter signed by the Commanding General MARFORSOC on 09 June2022 is the current direction and guidance to Major Mast.

My endorsement signed earlier on 09 June 2022 is null and void ab initio, as the Commanding General has the finl authority in this matter and the attached his June 9 letter supersedes any other endorsement or approvl from me. There is no approvl from the United State Government for Major Mast to use any officil government information in these state court proceedings.

Respectfully,

Redacted

Redacted

Marine Forces Specil Operations Command

Deputy Chief of Staff

Comm: (910) Redacted

NIPR: Redacted @socom.mil

**2 attachments**

**TouhyRescissionV2_06092022175607.pdf**
65K

**Grzeszczak Letter Signed.pdf**
16K

**Joshua Mast** < Redacted mast@gmail.com> Sun, Feb 26, 2023 at 7:54 AM
To: Joshua Mast < Redacted mast@gmail.com>

[Quoted text hidden]