**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
|     *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
|     *Nominal Defendants*. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT RICHARD MAST'S
MOTION TO FILE UNDER SEAL
UNREDACTED EXHIBITS TO HIS MEMORANDUM
IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

    This matter is before the Court on Defendant Richard Mast's Motion To File Under Seal Unredacted Exhibits To His Memorandum In Opposition to Plaintiffs' Motion For Protective Order. Richard Mast moves that unredacted copies of the Exhibits referenced in or filed in redacted format with his Memorandum In Opposition to Plaintiffs' Motion For Protective Order, be filed under seal, pursuant to Local Rule 9 and the Protective Order (Dkt. 26). Richard Mast requests the entry of an order allowing him to file the unredacted versions of Exhibits referenced in or filed in redacted format with his Memorandum under seal. Having established grounds for sealing that information, the Court **ORDERS** Richard Mast's unredacted and other Exhibits to be **SEALED** until further Order of this Court.

Accordingly, Richard Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

Charlottesville, Virginia
Dated: _____                              _____
                                                    Norman K. Moon
                                                    United States District Judge