IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, *et al.* | ) |
| *Defendants*, | ) |
| And | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| *Nominal Defendants*. | ) |

**DEFENDANT RICHARD MAST'S SUPPLEMENTAL REFILING OF EXHIBIT 18 TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Defendant Richard Mast filed his opposition to Plaintiffs' motion for entry of a protective order filed yesterday, February 27, 2023 (Dkt. No. 171). As part of that filing, Exhibit 18 (Dkt. No. 171-18), while itself redacted, inadvertently included John Doe's last name in two locations on an email. When Plaintiffs' counsel brought this to Defendant Richard Mast's counsel's attention, the undersigned immediately contacted the Court's clerk, Dylan Gaddes, who placed that Exhibit 18 under seal. Mr. Gaddes instructed counsel to file a notice to seal that document and to file a new Exhibit 18 with the additional two redactions. This filing represents the corresponding follow-up; a notice to seal will also be forthcoming.

1

February 28, 2023

                                                Respectfully submitted,

                                                <u>*/s/David Yerushalmi*</u>
                                                David Yerushalmi, Esq.*
                                                American Freedom Law Center
                                                2020 Pennsylvania Avenue NW, Suite 189
                                                Washington, D.C. 20006
                                                (*Admitted *pro hac vice*)

                                                E. Scott Lloyd
                                                Lloyd Law Group, PLLC
                                                Va. Bar # 76989
                                                20 E. 8th Street, Suite 3
                                                Front Royal, VA 22630
                                                Office: (540) 823-1110
                                                Cell: (540) 631-4081
                                                Fax: (540) 583-4279
                                                scott@lloydlg.com

                                                *Counsel for Defendant Richard Mast*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

*/s/ David Yerushalmi*
David Yerushalmi, Esq