### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| And | ) |
| | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| | ) |
| *Nominal Defendants*. | ) |

### (PROPOSED) ORDER DIRECTING CLERK TO REQUEST INFORMATION HELD BY A VIRGINIA CIRCUIT COURT

Having reviewed the motion and memorandum in support of an order directing the clerk of this Court to request maintained under seal by the Fluvanna County Virginia Circuit Court in the case *A.A. and F.A. v. Joshua Mast and Stephanie Mast*, Case No.: CL22000186-00, and for good cause shown, the Court GRANTS the Motion. It is hereby ORDERED and this Court DIRECTS the clerk of this Court, within seven days, to request via written correspondence to the clerk of the Fluvanna County Circuit Court a copy of the documents set forth below:

[remainder of page left blank]

| Exhibits Referenced in Opp'n Mem. Filed in this Court (Dkt. No. 171) | Corresponding Documents to be Requested from State Circuit Court Clerk | |
|---|---|---|
| **Exhibit No.** | **Circuit Court Case Dkt No.** | **Description of Ex. Docs.** |
| Exhibit 4 | Circuit Court Dkt. 23 | Respondent Masts' Answer & Attachments (filed May 19, 2022) |
| Exhibit 5 | Circuit Court Dkt. 21 | Masts' Motion for Protective Order & Attachments (filed May 17, 2022) including pages styled "(DOD) TSC.pdf" that was produced by the Mast Respondents to "John Doe" and "Jane Doe" Petitioners on May 3, 2022 |
| Exhibit 7 | (No docket number – believed to be within attachments of Dkt. 21) | 30 Aug 2021 TECS TIDE terrorism record of "John Doe." |
| Exhibit 11 | Circuit Court Dkt. 24 | Plaintiffs'[Petitioners'] Motion for only relevant things |
| Exhibit 12 | Circuit Court Dkt. 25 | Plaintiffs' [Petitioners'] Motion in Limine to Exclude Official and [purportedly] Classified Information Absent Express Written Authorization (filed May 19, 2022); |
| Exhibit 13 | Circuit Court Dkt. 27 | Plaintiffs' [Petitioners'] Response to Masts' Motion for Protective Order (filed May 20, 2022). |
| Exhibit 14 | Circuit Court Dkt. 28 | Plaintiffs' [Petitioners'] Motion to exclude testimony |
| Exhibit 15 | Circuit Court Dkt. 29 | Plaintiffs' [Petitioners'] Motion for Pseudonyms |

If the request is granted by the Fluvanna County Circuit Court, the Clerk of this Court shall receive the records under seal in the matter 3:22-cv-00049 NKM JCH for

review *in camera* to determine appropriate treatment of the information, including acceptance as filings under seal for consideration in this case.

SO ORDERED.

Dated: _____                              _____
                                                   Judge Norman K. Moon