IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
| *Nominal Defendants*. ) | |
| ) | |

**DEFENDANT RICHARD MAST'S MOTION TO FILE UNDER SEAL
EXHIBIT 18 TO HIS MEMORANDUM
IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Defendant Richard Mast hereby moves this honorable Court for an order permitting him to file under seal Exhibit 18 to his Memorandum In Opposition to Plaintiffs' Motion For Protective Order (Dkt. No. 171), pursuant to Local Rule 9 and the Protective Order (Dkt. No. 26).

Defendant Richard Mast filed his opposition to Plaintiffs' motion for entry of a protective order filed yesterday, February 27, 2023 (Dkt. No. 171). As part of that filing, Exhibit 18 (Dkt. No. 171-18), while itself redacted, inadvertently included John Doe's last name in two locations on an email. When Plaintiffs' counsel brought this to Defendant Richard Mast's counsel's attention, counsel immediately contacted the Court's clerk, Dylan Gaddes, who placed that Exhibit 18 under seal. Mr. Gaddes instructed counsel to file a notice to seal that document and to file a new Exhibit 18 with the additional two redactions. For the foregoing reasons, Richard Mast

respectfully requests the Court to grant this Motion to file the referenced Exhibit 18 under seal so as to be compliant with this Court's pseudonym and protective orders.

Dated: February 28, 2023                               Respectfully submitted,

                                            */s/ Richard L. Mast*
                                            Richard L. Mast, *pro per*
1540 Insurance Lane
Charlottesville, VA, 22911
T: (540) 404-1781
F: (540) 301-0021
rlmast@protonmail.com

David Yerushalmi, Esq.*
American Freedom Law Center
2020 Pennsylvania Avenue NW,
Suite 189
Washington, D.C. 20006
(*Admitted *pro hac vice*)

E. Scott Lloyd
Lloyd Law Group, PLLC
Va. Bar # 76989
20 E. 8th Street, Suite 3
Front Royal, VA 22630
Office: (540) 823-1110
Cell: (540) 631-4081
Fax: (540) 583-4279
scott@lloydlg.com

*Counsel for Defendant Richard Mast*

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

                                                    */s/ Richard L. Mast*
                                                    Richard L. Mast, *pro per*