#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF VIRGINIA
#### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
| *Nominal Defendants*. ) | |
| ) | |

### [PROPOSED] ORDER GRANTING DEFENDANT RICHARD MAST'S MOTION TO FILE UNDER SEAL EXHIBIT 18 TO HIS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

This matter is before the Court on Defendant Richard Mast's Motion To File Under Seal Exhibit 18 to his Memorandum In Opposition to Plaintiffs' Motion For Protective Order (Dkt. No. 171), pursuant to Local Rule 9 and the Protective Order (Dkt. No. 26). Richard Mast requests the entry of an order allowing him to file Exhibit 18 referenced above under seal. Having established grounds for sealing that information, the Court **ORDERS** Richard Mast's Exhibit 18 (Dkt. No. 171-18) to be **SEALED** until further Order of this Court.

Accordingly, Richard Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

Charlottesville, Virginia
Dated: _____

_____
Norman K. Moon
United States District Judge