IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>    Plaintiffs,<br><br>  -v.-<br><br>JOSHUA MAST, *et al.*,<br><br>    Defendants,<br><br>and<br><br>UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.*<br><br>    Nominal Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER GRANTING MOTION TO VACATE PROTECTIVE ORDER**

Having reviewed the motion seeking to vacate this Court's previous protective order (Dkt. No. 26) ("Order"), and having further reviewed all filings in support of and in opposition to the motion, the Court finds that GOOD CAUSE exists for the Court to vacate the Order, and the motion is hereby GRANTED and the Order is hereby vacated.

SO ORDERED.

Dated: _____                           _____
                                              Judge Norman K. Moon

i