UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MAST *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:22-cv-49 |

**[proposed] ORDER**

Having considered Defendant Richard Mast's Motion for Order Directing Clerk to Request Information Held by a Virginia Circuit Court [ECF 174], the Court hereby DENIES the motion.

_____, 2023

_____
The Honorable Norman K. Moon
United States District Judge