IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

---

BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,

 Plaintiffs,

v.

JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,

 Defendants,

and

UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,

 Nominal Defendants.

CIVIL ACTION NO. 3:22-CV-49

---

**PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S MOTION AND MEMORANDUM IN SUPORT OF ORDER DIRECTING CLERK TO REQUEST INFORMATION HELD BY A VIRGINIA CIRCUIT COURT**

 Richard Mast files what appears to be an innocuous, if unusual, motion, asking that the clerk of this Court be ordered to ask the clerk of the Fluvanna Circuit Court to provide copies of certain sealed filings made in the proceeding in which Plaintiffs John and Jane Doe seek to vacate the adoption order improperly obtained by Defendants Joshua and Stephanie Mast. *See*

ECF No. 174. In so doing, Mast fails to inform the Court of a critical piece of information that explains why he cannot provide the documents himself: the circuit court ordered that all parties to that proceeding destroy the documents following notification from the U.S. Department of Justice ("DOJ") that they contained classified information that Joshua Mast improperly obtained and that the information was unreliable. *See, e.g.*, *A.A. and F.A. v. J.M. and S.M.*, Case No.: CL22000186-00, 10/21/22 Order (Exh. 1); 11/28/22 Order (Exh. 2)[1] (collectively, the "Destruction Orders"). Indeed, the parties were required to certify to the circuit court that they "permanently deleted or destroyed" all copies of the documents.[2] *Id.*

The circuit court issued the Destruction Orders based on the DOJ's representation that the documents contain information that an "Original Classification Authority in [the Office of the Director of National Intelligence ('ODNI') has determined . . . is classified pursuant to ODNI's Classification Guide and Executive Order 13526." Oct. 17, 2022 Letter from K. Wyer to Hon. Richard E. Moore (Exh. 3) at 2. The government further explained that the United States "in no way confirms or denies the accuracy of the United States Government information or assertions based thereon appearing in the documents. . . ." *Id.* It asserted that "[c]lassified information belongs to the United States Government, and the President's authority to classify information and control access to such information overrides state court rules regarding admissibility of evidence in civil litigation between private parties." *Id.* at 1 (citing *Dep't of Navy v. Egan*, 484 U.S. 518, 529 (1988)); *see also A.A. and F.A. v. J.M. and S.M.*, Case No.: CL22000186-00, 8/9/22 Hr'ng Tr. at

---

[1] As this Court is aware, until further order of the circuit court, filings in, and transcripts from, the circuit court matter remain under seal. *See* ECF No. 73, Exh. B.

[2] Mast asks that the clerk be ordered to ask the circuit court clerk for eight documents – Exhibits 4, 5, 7, 11-15 to his opposition (ECF No. 171) to Plaintiffs' motion for entry of a protective order. Exhibits 14 and 15, though, were not ordered destroyed by the circuit court and, in fact, are attached as exhibits to Mast's opposition. *See* ECF Nos. 171-14, 171-15.

1487:19-21 (Exh. 4) (explaining that Joshua Mast "has never been authorized . . . to receive" the information at issue); *A.A. and F.A. v. J.M. and S.M.*, Case No.: CL22000186-00, 8/9/22 Hr'ng Tr. at 1487:21-23 ("there should be no negative inference drawn regarding any party with respect to that information"). *A.A. and F.A. v. J.M. and S.M.*, Case No.: CL22000186-00, 9/9/22 Hr'ng Tr. at 1898:4-8 (Exh. 5) ("The information that they think they know cannot be confirmed or denied as accurate"). As a result, the circuit court issued the Destruction Orders.

Given the position of the U.S. government regarding the classified information contained within the documents implicated by Mast's motion, and the circuit court's subsequent Destruction Orders, there is no basis to order that a copy of them be transferred from the circuit court clerk to the federal court clerk. They are unreliable, were obtained by Joshua Mast without authorization, and cannot be relied upon. Mast offers no argument otherwise.

Accordingly, Plaintiffs' respectfully asks the Court to deny Mast's motion.

Dated: March 14, 2023               Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email:  lpowell@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email:  damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*

099997.0007105 DMS 301475205v2