IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE; AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE, :
 :
    Plaintiffs, :
 :
v. :
 :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
 :
    Defendants, :
 :
and :
 :
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
 :
    Nominal Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS 1-5 TO PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S MOTION AND MEMORANDUM IN SUPORT OF ORDER DIRECTING CLERK TO REQUEST INFORMATION HELD BY A VIRGINIA CIRCUIT COURT**

    Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to

Seal Exhibits 1-5 to Plaintiffs' Opposition to Defendant Richard Mast's Motion and

Memorandum in Support of Order Directing Clerk to Request Information Held by a Virginia

Circuit Court, pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 1-5 Plaintiffs' Opposition to Defendant Richard Mast's Motion and Memorandum in Support of Order Directing Clerk to Request Information Held by a Virginia Circuit Court is filed under seal.

Entered this \_\_\_ day of _____, 2023.

_____
Judge