IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN         :
CURRENTLY RESIDING IN NORTH                :
CAROLINA, BY AND THROUGH NEXT              :   CIVIL ACTION NO.  3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN        :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,           :
                                           :
    Plaintiffs,                            :
                                           :
v.                                         :
                                           :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD   :
OSMANI,                                    :
                                           :
     Defendants,                           :
                                           :
and                                        :
                                           :
UNITED STATES SECRETARY OF STATE           :
ANTONY BLINKEN AND UNITED STATES           :
SECRETARY OF DEFENSE GENERAL               :
LLOYD AUSTIN,                              :
                                           :
     Nominal Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS 1-5 TO  PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S MOTION AND MEMORANDUM IN SUPORT OF ORDER DIRECTING CLERK TO REQUEST INFORMATION HELD BY A VIRGINIA CIRCUIT COURT**

Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibits 1-5 to Plaintiffs' Opposition to Defendant Richard Mast's Motion and Memorandum in Support of Order Directing Clerk to Request Information Held by a Virginia

Circuit Court, pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion, ECF No. 184, is granted. It is further ORDERED that Exhibits 1-5 Plaintiffs' Opposition to Defendant Richard Mast's Motion and Memorandum in Support of Order Directing Clerk to Request Information Held by a Virginia Circuit Court is filed under seal.

Entered this 16th day of March, 2023.

_____
Judge