# EXHIBIT 3

```
 1              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF VIRGINIA
 2                  CHARLOTTESVILLE DIVISION

 3     *************************************************************
       "BABY L.", a minor, by and
 4     through her legal guardians and
       next friends, DOE 1 and DOE 2,
 5     et al.,
                                   CIVIL NO.: 3:20-CV-00009
 6                                 February 26, 2020
              Plaintiffs,          Lynchburg, Virginia
 7                                 SEALED TRO HEARING
                                   (Conference Call)
 8         vs.

 9     DR. MARK ESPER, in his official  Before:
       capacity as Secretary for the   HONORABLE NORMAN K. MOON
10     United States Department of      UNITED STATES DISTRICT JUDGE
       Defense, et al.,                 WESTERN DISTRICT OF VIRGINIA

11

12             Defendants.

13     *************************************************************
       APPEARANCES:
14
       For the Plaintiffs:
15
            RICHARD L. MAST, ESQUIRE
16          Liberty Counsel
            PO Box 11108
17          Lynchburg, Virginia  24506
            800-671-1776
18          court@lc.org

19

20

21     _____
                    Mary J. Butenschoen, RPR, CRR
22              210 Franklin Road, S.W., Room 540
                    Roanoke, Virginia  24011
23                  540-857-5100, Ext. 5312

24     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY; TRANSCRIPT
       PRODUCED BY COMPUTER.
25
```

1     ██████████ control.  They have had multiple power sharing

2     agreements with the ███████ and their leadership.  You know,

3     it's an open question as to the full -- the rights of

4     statehood over these areas.

5              But what we do know is that the strength of US

6     intelligence was strong enough that ████████████████████████

7     ██████████████████████████████████████████████████████

8     ██████ . ████████████████████████████ .  We knew at that

9     time that they were foreign fighters.  This would be no

10    different than if we covered an American child that's from

11    American foreign fighters or a British child from them.  There

12    would be no claim that ████████████ has sovereignty over

13    foreign fighters.

14             THE COURT:  Isn't this an individual citizen of the

15    United States?  Wouldn't it be an international situation?

16             MR. MAST:  Your Honor, it didn't have to be an

17    international situation except that for the bad acts of State

18    Department, █████, and ████████████ .  We have word from one of

19    the attendees of that phone conference that there was never an

20    analysis.  There was laughing at the best interest of the

21    child in this consideration.  And General ████████ said I trust

22    the uncle, and that was one of the -- flippantly dismissed it.

23    The second claim was that the uncle -- well, the first two

24    claims is an uncle had --

25             THE COURT:  How do you perceive -- I mean, what --

1  what are you asking for, ultimately?  Your client is not

2  asking to adopt the child.

3         MR. MAST:  No, sir.  He wants to get her medical

4  treatment in the United States because we dispute that this is

5  a family member.  We believe that this is ███████.  If it

6  were family, ███████ knows how to immediately go and get their

7  children back from US custody.  It happens all the time.  We

8  have a doctor who is the ████████████████████████████ in

9  ████████████, ████████████, who can testify to this.  They

10 routinely run children through there that fall temporarily

11 into US custody.  What they will do is use children as human

12 shields.  They get injured, they get picked up, they get

13 patched up, and then ███████ knows how to immediately seek

14 custody of them.

15        She's been here 160 days, and that's because -- the

16 only reasonable explanation these foreign ███████ fighters

17 could know that with the ███████ going on right now, they

18 are being officially -- their insistence is being officially

19 denied.  There are no ███████ in ███████.  And so the

20 only hope they have is confidentiality through ICRC

21 approaching government -- approaching US through ICRC, which

22 they have, if that's true.  And then ICRC coaching the ███████

23 ████████████████████████████ also in how to make the

24 request for her to be returned back.  And that's, you know,

25 where -- where that's the case, the indications are strong

1   under ████████.  We just want them -- the US to vet them for

2   ████████ ties and to ensure DNA connection.  And by making

3   those two simple requests, ████████ will self select

4   themselves out and you will not hear from this supposed family

5   ever again.

6          And so in the meantime she can receive -- she had a

7   ████████████████████.  Her head is ████████.  She has that

8   ████████████ on her leg.  ████ is right here ready to treat

9   her.  And then any claims for actual relatives that are not

10  ████████ can be addressed here in the United States.  They

11  just want to act in her best interest.  They created a legal

12  path to do that.  It was acquiesced to by DoD.  And State said

13  they wouldn't interfere, and they have interfered a lot.  And

14  they put her Visa on hold.  They told DoD withdraw that agency

15  initiated Visa request.  DoD initiated a parole Visa to get

16  her treatment and State -- and ████████ and the others call over

17  and said put it on hold.  She could have been here now already

18  if they had just consented to her getting medical treatment.

19  It is absolutely outrageous that the United States government

20  would knowingly close its eyes and say that non-existent

21  screening protocols for under these circumstances ICRC --

22  which has to be in confidentiality.  We understand that.  They

23  have to be agent for all players, but that is not proof that

24  these are not ████████.

25          Strong evidence is that these are ████████.  And if