IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN          :
CURRENTLY RESIDING IN NORTH                 :   CIVIL ACTION NO. 3:22-CV-49
CAROLINA, BY AND THROUGH NEXT               :
FRIENDS, JOHN AND JANE DOE; AND JOHN        :
AND JANE DOE, CITIZENS OF AFGHANISTAN       :
AND LEGAL GUARDIANS OF BABY DOE,            :
                                            :
      Plaintiffs,                           :
                                            :
v.                                          :
                                            :
JOSHUA MAST, STEPHANIE MAST, RICHARD        :
MAST, KIMBERLEY MOTLEY, AND AHMAD           :
OSMANI,                                     :
                                            :
      Defendants,                           :
                                            :
and                                         :
                                            :
UNITED STATES SECRETARY OF STATE            :
ANTONY BLINKEN AND UNITED STATES            :
SECRETARY OF DEFENSE GENERAL                :
LLOYD AUSTIN,                               :
                                            :
      Nominal Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**PLAINTIFFS' MOTION TO SEAL EXHIBIT 4 TO PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S MOTION TO VACATE PROTECTIVE ORDER**

Plaintiffs, by counsel, respectfully move for leave to file Exhibit 4 to Plaintiffs' Opposition to Defendant Richard Mast's Motion to Vacate Protective Order under seal, pursuant to Local Civil Rule 9. The Exhibit sought to be filed under seal is being filed electronically with the Court contemporaneously herewith, as required by Local Civil Rule 9. As further grounds for this

motion, Plaintiffs refer to the Memorandum in Support of this Motion, filed contemporaneously herewith. A proposed Order is attached..

Dated: March 17, 2023                  Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email:  lpowell@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email: damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By:     */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*

099997.0007105 DMS 301551378v1