**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,

    Plaintiffs,

v.

JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,

    Defendants,

and

UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,

    Nominal Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CIVIL ACTION NO. 3:22-CV-49

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS 1-5 TO PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S MOTION AND MEMORANDUM IN SUPORT OF ORDER DIRECTING CLERK TO REQUEST INFORMATION HELD BY A VIRGINIA CIRCUIT COURT**

Having considered Plaintiff's Motion, and Memorandum of Law in Support of Motion, to Seal Exhibits 1-5 to Plaintiffs' Opposition to Defendant Richard Mast's Motion and Memorandum in Support of Order Directing Clerk to Request Information Held by a Virginia

Circuit Court, pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 1-5 Plaintiffs' Opposition to Defendant Richard Mast's Motion and Memorandum in Support of Order Directing Clerk to Request Information Held by a Virginia Circuit Court is filed under seal.

Entered this ___ day of _____, 2023.

_____
Judge