IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BABY DOE,** *et al.,*   **Plaintiffs** | ) ) |
| v. | ) Civil Action No. 3:22-cv-00049 |
| **JOSHUA MAST,** *et al.,*   **Defendants.** | ) ) ) |

## NOTICE OF APPEARANCE

NOW COMES Caleb Mast, by counsel, and gives notice to this Honorable Court and counsel of record in this action that he has retained Melvin E. Williams and the law firm of Williams & Strickler, PLC to represent him in this action to move to quash as to him a subpoena served on Liberty University.

Respectfully submitted,
CALEB MAST

*/s/ Melvin E. Williams*
Of Counsel

Melvin E. Williams (VSB No. 43305)
  mel@williamsstrickler.com
WILLIAMS & STRICKLER, PLC
1320 Third Street, SW
Roanoke, Virginia 24016
(540) 266-7800
(540) 206-3857 *facsimile*
    *Counsel for Caleb Mast*

## CERTIFICATE OF SERVICE

On this 28th day of March 2023, the foregoing Notice of Appearance was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

*/s/ Melvin E. Williams*
Of Counsel