# EXHIBIT 3



According to information from reliable sources, a Marine officer Joshua Mast, has forcibly taken the only remaining child of a family martyred in their bombardment in Afghanistan from her relatives in Virginia and registered her as his own family member.

The Ministry of Foreign Affairs of the Islamic Emirate of Afghanistan considers this case as worrying, far from human dignity and an inhumane act, and will seriously pursue this issue with American authorities so that the said child is returned to her relatives.

It is worth mentioning that hundreds of thousands of Afghans, including dozens of children, who were inappropriately taken out of the country by the US and its allies, are now kept in various camps in a state of legal limbo and deprived of basic human rights.

IEA-MoFA calls on the said countries to ensure the human and legal rights of Afghan refugees in line with international migration laws and through consular services.

mofaAf         mofa.gov.af

