AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Baby Doe, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-49-NKM |
| Joshua Mast, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Baby Doe by and through next friends John and Jane Doe; John Doe; and Jane Doe.

Date:  04/13/2023

/s/ Kevin S. Elliker
*Attorney's signature*

Kevin S. Elliker, VSB No. 87498
*Printed name and bar number*

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
*Address*

kelliker@HuntonAK.com
*E-mail address*

(804) 788-8200
*Telephone number*

(804) 788-8218
*FAX number*