**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE, : : : : : : | CIVIL ACTION NO.  3:22-CV-49 |

     Plaintiffs,                 :

                                   :

v.                                :

                                 :

JOSHUA MAST, STEPHANIE MAST, RICHARD : MAST, KIMBERLEY MOTLEY, AND AHMAD : OSMANI,                   :

     Defendants,             :

                                 :

and                               :

                                 :

UNITED STATES SECRETARY OF STATE   :
ANTONY BLINKEN AND UNITED STATES   :
SECRETARY OF DEFENSE GENERAL     :
LLOYD AUSTIN,                  :

                                 :

     Nominal Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

      Plaintiffs filed on April 3, 2023, a Notice of Supplemental Authority ("Notice") (ECF No. 198) advising the Court of the decision of the circuit court judge to vacate the adoption order obtained by Defendants Joshua and Stephanie Mast. As Plaintiffs noted, the circuit court found that Plaintiffs John and Jane Doe were deprived of due process and that the order was procured through extrinsic fraud.

      Defendants Joshua and Stephanie Mast responded to the Notice on April 4, 2023, asserting that

1

Plaintiffs "misrepresent[ed] what the Circuit Court said[.]"[1] ECF No. 199 at 1.

Rather than debate "what the Circuit Court said," Plaintiffs now provide the Court with the relevant portion of the transcript from the March 30, 2023 hearing, setting forth the court's ruling.[2] *See* Exh. 1. A written order memorializing the court's ruling is forthcoming.


Dated: April 17, 2023                    Respectfully submitted,


                                         /s/ *Maya Eckstein*
                                         Maya M. Eckstein (VSB No. 41413)
                                         Lewis F. Powell III (VSB No. 18266)
                                         HUNTON ANDREWS KURTH LLP
                                         951 E Byrd St
                                         Richmond, VA 23219
                                         Telephone: (804) 788-8200
                                         Fax: (804) 788-8218
                                         Email: meckstein@HuntonAK.com
                                         Email: lpowell@HuntonAK.com

                                         Jeremy C. King (*admitted pro hac vice*)
                                         HUNTON ANDREWS KURTH LLP
                                         200 Park Avenue
                                         New York, NY 10166
                                         Telephone: (212) 309-1000
                                         Fax: (212) 309-1100
                                         Email: jking@HuntonAK.com

                                         Sehla Ashai (*admitted pro hac vice*)
                                         ELBIALLY LAW, PLLC
                                         704 East 15th Street
                                         Suite 204
                                         Plano, TX 75074

---

[1] The Masts' response to the Notice makes further assertions regarding mootness that have not been raised in any motion before this Court. Plaintiffs will address them if and when such a motion is filed. With respect to the Masts' assertion that the circuit court "rejected Plaintiffs' federal preemption arguments and said that the adoption proceeding did not implicate U.S. foreign policy," ECF No. 199 at 2, Plaintiffs will let the circuit court's transcript speak for itself. *See* Exh. 1.

[2] Pursuant to the circuit court's order that the parties to that proceeding be referenced by initials, the transcript reflects one redaction. *See* ECF 137, Exh. 10.

Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
Damon R. Porter (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com
Email: Damon.Porter@lw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By:    */s/ Maya M. Eckstein*
        Maya M. Eckstein (VSB # 41413)
        Hunton Andrews Kurth LLP
        Riverfront Plaza, East Tower
        951 East Byrd Street
        Richmond, Virginia 23219-4074
        Telephone: (804) 788-8200
        Facsimile: (804) 788-8218
        meckstein@HuntonAK.com

        *Counsel for Plaintiffs*