UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MAST *et al.*,<br><br>    *Defendants*, | Civil Action No. 3: 22-cv-49 |

**PROPOSED ORDER**

Having considered the Motion for Protective Order filed by nominal defendants the United States Secretary of State Antony Blinken and United States Secretary of Defense General Lloyd Austin ("Nominal Defendants"), and for good cause shown, it is hereby ORDERED that Nominal Defendants' Motion is granted. It is further ORDERED that Nominal Defendants are not required to respond to requests for production served by defendant Richard Mast pursuant to Rule 34, and any such discovery is forbidden. Rather, any party seeking discovery from Nominal Defendants or any other federal agency must pursue third party discovery from the relevant agency.

SO ORDERED.

Dated: _____                       _____
                                                             Joel C. Hoppe
                                                              United States Magistrate Judge