# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST *et al.*,<br><br>    *Defendants*,<br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*,<br><br>    *Nominal Defendants*. | **Civil Action No. 3: 22-cv-49** |

## PROPOSED ORDER

Having considered Nominal Defendants' April 17, 2023 Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby ORDERED that Nominal Defendants' Motion is granted. It is further ORDERED that Nominal Defendants' Memorandum in Support of their Motion for Protective Order, as well as Exhibit A and B to that Memorandum, are filed under seal.

SO ORDERED.

Dated: _____

                                                                             Joel C. Hoppe<br>
                                                                             United States Magistrate Judge