IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>        Plaintiffs,<br><br>  -v.-<br><br>JOSHUA MAST, *et al.*,<br><br>        Defendants,<br><br>and<br><br>UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.*<br><br>        Nominal Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER DENYING MOTION FOR PROTECTIVE ORDER**

Having reviewed the motion seeking a protective order (Dkt. No. 203) filed by the United States Secretary of State Antony Blinken and United States Secretary of Defense General Lloyd Austin ("Federal Defendants"), and having further reviewed all filings in support of and in opposition to the motion, the Court finds that the motion fails to provide grounds for a protective order, and the motion is hereby DENIED.

    SO ORDERED.

    Dated: _____    _____