IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| *Nominal Defendants*. | ) |

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PARTICIPATION IN DISCOVERY

Plaintiffs and Defendant Kimberley Motley jointly stipulate as follows: Motley preserves all Rule 12 and other defenses in this case, as may be applicable, including but not limited to Rule 12(b)(2) defenses for lack of personal jurisdiction. Motley may participate in discovery while her motion to dismiss for lack of personal jurisdiction is pending, including by responding to Plaintiffs' discovery requests and by serving her own requests, without waiving any right or defense. Motley's participation in any such discovery will not constitute a waiver of her rights or defenses in this litigation, including her right to contest personal jurisdiction.

**SO ORDERED.**

Date: _____, 2023

_____
The Honorable Norman K. Moon
U.S. District Judge for the Western District of Virginia

Submitted: May 4, 2023.

/s/ *Kevin S. Elliker*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
meckstein@HuntonAK.com
lpowell@HuntonAK.com
kelliker@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street, Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
blair.connelly@lw.com
Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2001
damon.porter@lw.com
ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

/s/ *Thomas W. Davison*
Thomas W. Davison (VSB No. 94387)
Samantha Van Winter (VSB No. 97268)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com
samantha.vanwinter@alston.com

Michael R. Hoernlein (*pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

Sidney Webb (*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

*Counsel for Defendant Kimberley Motley*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2023, the foregoing Joint Stipulation and [Proposed] Order regarding Participation in Discovery was filed using the Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Thomas W. Davison*
Thomas W. Davison

*Counsel for Defendant Kimberley Motley*