**UNCLASSIFIED**



**UNITED STATES CENTRAL COMMAND**
OFFICE OF THE CHIEF OF STAFF
7115 SOUTH BOUNDARY BOULEVARD
MACDILL AIR FORCE BASE, FLORIDA 33621-5101

May 3, 2023

MEMORANDUM FOR THE OFFICE OF GENERAL COUNSEL

SUBJECT: Decontrol of Mission Summary document for Court Proceedings

Ref: (U) Department of Defense Instruction (DoDI) 5200.48, Controlled Unclassified Information (CUI), 6 Mar 20

1. This memorandum is in response to your request for United States Central Command to review one document (totaling six pages) for equities and provide a recommendation back to your agency.

2. After conducting another review of the document, as the Original Classification Authority, I determined a partial release. Certain material was already determined to be available in open source medium. Decontrol was completed 2 May 2023 in accordance with the reference.

3. If you have questions, please contact CENTCOM SSO at ▮▮▮▮ or by electronic mail at ▮▮▮▮

DAVID S. DOYLE
Major General, U.S. Army

Attachment:
Mission Summary

**UNCLASSIFIED**

**THE REMAINDER OF THIS DOCUMENT IS OMITTED FROM PUBLIC FILING AND SUBMITTED UNDER SEAL.**