# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> MAST *et al.*, <br><br> *Defendants*, <br> and <br><br> UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*, <br><br> *Nominal Defendants*. | Civil Action No. 3: 22-cv-49 |

## PROPOSED ORDER

Having considered Federal Defendants' Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby

ORDERED that Federal Defendants' Motion is GRANTED. It is further

ORDERED that the document filed at Docket No. 171-6 (Exhibit 6 to Defendant Richard Mast's Memorandum in Opposition to Plaintiff's Motion for Protective Order (filed Feb. 27, 20203)) be kept permanently under seal. It is further

ORDERED that any publicly-filed version of that document be redacted consistent with Exhibit A to the Declaration of Frank M. Branch, submitted with Federal Defendants' Motion.

SO ORDERED.

Dated: _____           _____
                                                     Joel C. Hoppe
                                                     United States Magistrate Judge