UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST *et al.*,<br><br>    *Defendants*,<br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN *et al.*,<br><br>    *Nominal Defendants*. | **Civil Action No. 3: 22-cv-49** |

**PROPOSED ORDER**

Having considered Nominal Defendants' May 10, 2023 Motion to Seal Exhibit A, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby ORDERED that Nominal Defendants' Motion is granted. It is further ORDERED that Exhibit A to the Declaration of Frank M. Branch is filed under seal.

SO ORDERED.

Dated: _____                     _____
                                                                    Joel C. Hoppe
                                                                    United States Magistrate Judge