IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>        Plaintiffs,<br><br>  -v.-<br><br>JOSHUA MAST, *et al.*,<br><br>        Defendants,<br><br>and<br><br>UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.*<br><br>        Nominal Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

Having reviewed the motion seeking an order to compel Plaintiffs to produce all responsive documents to Defendant Richard Mast's Request to Produce Documents and to produce those documents pursuant to Defendant Richard Mast's compromise offer to agree to keep confidential those documents Plaintiffs designate as confidential unless and until he successfully challenges that designation via a motion to compel, and having further reviewed all filings in support of and in opposition to the motion, the Court finds that good cause exists for the Court to grant the motion, and the motion to compel is hereby **GRANTED** and the Court further awards movant's expenses, including attorney's fees, pursuant to Rule 34(a)(5)(A) in bringing this motion in the amount of $\_\_\_\_\_.

SO ORDERED.

Dated: _____   _____
                                                        Magistrate Judge Joel C. Hoppe