**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00049-NKM-JCH |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES SECRETARY OF | ) |
| STATE ANTONY BLINKEN, *et al.*, | ) |
| | ) |
| *Nominal Defendants.* | ) |
| | ) |

## <u>JOINT MOTION TO MODIFY SECOND AMENDED PRETRIAL ORDER</u>

Plaintiffs Baby Doe, John Doe and Jane Doe, and Defendants Joshua Mast, Stephanie Mast, Richard Mast, Kimberley Motley, Ahmad Osmani, Secretary Antony Blinken and General Lloyd Austin, by counsel, file this Joint Motion to Modify Second Amended Pretrial Order (ECF No. 148) to continue the trial dates to the two-week period beginning February 5, 2024.

Under Rule 16(b) of the Federal Rules of Civil Procedure, the Court may modify a scheduling order for good cause. Here, good cause exists because the parties have several motions pending, the resolution of which will impact discovery and the scope of the case. In particular, the parties await a ruling on Plaintiffs' motion for a protective order (ECF No. 166)—the pendency of which has affected the parties' ability to conduct discovery; non-party Caleb Mast's motion to quash subpoena to Liberty University (ECF No. 197); Nominal Defendants' motion for protective order (ECF No. 203), and Defendant Richard Mast's motion to compel

1

(ECF No. 219). The parties also await resolution of Defendants' motions to dismiss (ECF Nos. 85, 88, 90, 92) and, consequently, Defendants have yet to file answers to the complaint. Thus, Plaintiffs are not yet aware of the Defendants' respective defenses, further impacting their ability to conduct discovery. Also pending are motions to lift the protective order allowing the Plaintiffs to proceed with pseudonyms (ECF Nos. 130, 176), Richard Mast's motion to direct the clerk to seek certain information from the circuit court (ECF No. 174), and Plaintiffs' motion to show cause (ECF No. 141).

The parties propose that, in the interest of judicial economy, they be afforded the necessary time to fully understand the scope of the issues and the parties' defenses as they proceed with discovery. Accordingly, the parties respectfully request that the Court amend the Pretrial Order by moving the trial to the two weeks beginning February 5, 2024, with deadlines for discovery, expert disclosures, and dispositive motion being adjusted accordingly. The parties have been informed by the courtroom deputy, Carmen Amos, that the Court has the weeks of February 5-16, 2024 available for trial.

Defendants Joshua Mast, Stephanie Mast, Richard Mast, Kimberley Motley, and Ahmad Osmani have joined this motion as a first step but do so without prejudice to seeking further continuances of the trial date given the timing of the matters pending and new discovery issues and other matters likely to arise.

The new proposed deadlines would be:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Plaintiffs' Initial Expert Disclosures | May 24, 2023 | September 27, 2023 |
| Defendants' Initial Expert Disclosures | June 8, 2023 | October 12, 2023 |
| Deadline to Complete Discovery | 90 days before trial date | 90 days before trial date |

| Deadline to File Dispositive Motions | 75 days before trial date | 75 days before trial date |
|---|---|---|
| Deadline for Hearing Dispositive Motions | 45 days before trial date | 45 days before trial date |
| Trial | Oct. 2-6, 2023 & Oct. 10-13, 2023 | Feb. 5-16, 2024 |

The parties, therefore, respectfully ask the Court for an order modifying the deadlines set forth in the Second Amended Pretrial Order (ECF No. 148) in accordance with the schedule suggested herein. A proposed Amended Scheduling Order is attached hereto for the Court's consideration.

Dated: May 19, 2023               Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074

Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
Damon R. Porter (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com
Email: Damon.Porter@lw.com

*Attorneys for Plaintiffs*

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2001
Email: damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Attorneys for Plaintiffs*

/s/ *Kathryn L. Wyer*
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L. Street., N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475
Kathryn.wyer@usdoj.gov

*Attorney for Nominal Defendants*

4

/s/ *John S. Moran*
John S. Moran (VSB No. 84236)
McGuireWoods LLP
888 16th St. N.W. Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 828 2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com

*Attorney for Defendants Joshua Mast and Stephanie Mast*

/s/ *Michael R. Hoernlein*
Thomas W. Davison
(VSB No. 94387)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com
samantha.vanwinter@alston.com

Michael R. Hoernlein
(pro hac vice)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

Sidney Webb
(pro hac vice)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

*Attorneys for Defendant Kimberley Motley*

5

/s/ *Rick Boyer*
Rick Boyer (VSB No. 80154)
INTEGRITY LAW FIRM, PLLC
P.O. Box 10953
Lynchburg, VA 24506
Ph. 434-401-2093
F: 434-239-3651
Email: rickboyerlaw@gmail.com

*Attorney for Defendant Ahmad Osmani*

*/s/ Richard Mast*
Richard L. Mast, Esq.
VSB No. 80660
1540 Insurance Lane
Charlottesville, VA, 22911
T: (540) 404-1781
F: (540) 301-0021
rlmast@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By:     */s/ Maya M. Eckstein*
        Maya M. Eckstein (VSB # 41413)
        Hunton Andrews Kurth LLP
        Riverfront Plaza, East Tower
        951 East Byrd Street
        Richmond, Virginia 23219-4074
        Telephone: (804) 788-8200
        Facsimile: (804) 788-8218
        meckstein@HuntonAK.com

        *Counsel for Plaintiffs*