# EXHIBIT 1

# VIRGINIA:

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on Friday the 2nd day of June, 2023.*

J.M., et al., Appellants,

  against    Record No. 230197
               Court of Appeals No. 1855-22-2

A.A., et al., Appellees.

From the Court of Appeals of Virginia
Before Justices Kelsey, Chafin, and Russell

On April 27, 2023, this Court directed the parties to file letter briefs addressing two questions of law in the above-styled case.

On May 18, 2023, came the appellants and the appellees, by their respective counsel, and filed letter briefs in response to the Court's order. In their letter briefs, the appellants and the appellees requested that this Court certify the matter for review pursuant to Code § 17.1-409.

Upon consideration whereof, the Court denies the parties' request to certify the matter for review.

Upon further consideration, the Court vacates the Court of Appeals' order entered on February 16, 2023, and the Court remands the case to the Court of Appeals, which shall consolidate all matters before it pertaining to these parties for consideration.

A Copy,

Teste:

Muriel-Theresa Pitney, Clerk

By:

Deputy Clerk