IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) )  ) |
| v. | ) ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, *et al.*, | ) ) |
| *Defendants*, | ) ) |
| and | ) ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) ) ) |
| *Nominal Defendants.* | ) ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT RICHARD MAST'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

While Plaintiffs do not oppose Richard Mast's ("R Mast") recent submission of orders from the Supreme Court of Virginia and the Virginia Court of Appeals regarding the courts' jurisdiction to hear interlocutory matters, Plaintiffs file this response to highlight the inaccuracy in R Mast's assertion that "[t]he entirety of Plaintiffs' case before this Court is based upon the false claim that Jane and John Doe are legal guardians of Baby Doe[.]" ECF No. 225 at 1.

Jane and John Doe's assertion of guardianship is not "false," but neither does the "entirety" of their claims rest on that assertion. At least Plaintiffs' claims for fraud (Count II), conspiracy (Count III), and intentional infliction of emotional distress (Count IV) do not require a showing that Jane and John Doe were Baby Doe's guardians. Further, Plaintiffs' claim for

1

tortious interference with parental rights does not require that the adoption order obtained by Defendants Joshua Mast and Stephanie Mast (and procured by R Mast) be vacated – though it has been. *See* ECF No. 211-1. Thus, as further explained in opposition to the Defendants' motions to dismiss, *see* ECF No. 113, there is no basis on which to abstain in this matter.

In addition, Plaintiffs note that one of R Mast's "supplemental authorities" is a brief filed by Defendants Joshua Mast and Stephanie Mast in the Supreme Court of Virginia. *See* ECF No. 225-3. A brief filed by a party is not "authority," supplemental or otherwise. *See, e.g.*, *Mountain Valley Pipeline, LLC v. 8.37 Acres of Land, Owned by Terry*, -- F. Supp. 3d --, 2023 WL 2945316, at *3 (W.D. Va. April 14, 2023) (striking notices of supplemental authority because "the label belies their purpose because the submissions do not contain supplemental authority" but "additional argument"); *Baker v. Boeing Co.*, 2021 WL 2819460, at *25 (D. S.C. May 19, 2021) (striking notice of supplemental authority in part because "the exhibits that Plaintiff included . . . are not legal authority and cannot be provided to the Court under this misleading premise").

Dated: June 6, 2023  Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email: jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
Damon R. Porter (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com
Email: Damon.Porter@lw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*