# EXHIBIT 4

| | |
|---|---|
| **From:** | Moran, John S. <JMoran@mcguirewoods.com> |
| **Sent:** | Sunday, June 11, 2023 9:16 PM |
| **To:** | Elliker, Kevin |
| **Cc:** | Francisco, Michael |
| **Subject:** | RE: Follow-up from June 1 meet and confer in Doe v. Mast, (W.D.Va.) |

Caution: This email originated from outside of the firm.

Kevin,

My apologies for not getting back to you on Friday. Michael and I have both had travel and the press of unrelated matters that have occupied our time. Unfortunately, that will continue into this coming week as well. That said, I will work with our team and our clients to get back to you as soon as we can, and I expect that I will be able to respond in writing by Wednesday.

On the broader issue of document production, I do believe we have intractably different views of what is reasonable at this stage of the litigation. But we are working to see if there is a cost-effective way that we can close out responses on particular requests.

Regards,

**John S. Moran**
Partner
McGuireWoods LLP
T: +1 202 828 2817 | M: +1 202 525 0356
jmoran@mcguirewoods.com

---

**From:** Elliker, Kevin <KElliker@huntonak.com>
**Sent:** Tuesday, June 6, 2023 2:42 PM
**To:** Moran, John S. <JMoran@mcguirewoods.com>
**Cc:** Eckstein, Maya <meckstein@hunton.com>; Powell, Lewis <lpowell@hunton.com>; King, Jeremy <JKing@hunton.com>; Damon.Porter@lw.com; Ehson.Kashfipour@lw.com; Francisco, Michael <MFrancisco@mcguirewoods.com>; Tagert, Stephen <stagert@mcguirewoods.com>
**Subject:** Follow-up from June 1 meet and confer in Doe v. Mast, (W.D.Va.)

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

John,

Please find attached a letter memorializing and following up on our meet and confer last week.

Thanks,
Kevin

1



**Kevin Elliker** (he/him)
Counsel
kelliker@HuntonAK.com
p  804.788.8656
bio  |  vCard  |  LinkedIn

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

HuntonAK.com

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

2