# EXHIBIT 1

**Screenshots from Pipe Hitter Foundation Website (visited June 11, 2023)**
*(Redactions applied by Plaintiffs pursuant to ECF No. 26)*

Main Landing Page:



"The Mast Family" Page:



1

"The Mast Family" Page:



**Screenshots from Pipe Hitter Foundation Donation Website (visited June 11, 2023)**
*(Redactions applied by Plaintiffs pursuant to ECF No. 26)*



**May 11, 2023 Instagram Post by @pipe_hitter_foundation (visited June 12, 2023)**

*(Redactions applied by Plaintiffs pursuant to ECF No. 26)*



**May 11, 2023 Instagram "Highlight" by @pipe_hitter_foundation (visited June 13, 2023)**
*(Redactions applied by Plaintiffs pursuant to ECF No. 26)*

 

**May 11, 2023 Facebook Post by Pipe Hitter Foundation (visited June 12, 2023)**
*(Redactions applied by Plaintiffs pursuant to ECF No. 26)*





**May 11, 2023 Facebook Post by Eddie Gallagher (visited June 12, 2023)**
*(Redactions applied by Plaintiffs pursuant to ECF No. 26)*



**May 11, 2023 Instagram Post by @andrea_gallagher_ and @eddie_gallagher (visited June 12, 2023)**
*(Redaction applied by Plaintiffs pursuant to ECF No. 26)*

