IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,  Plaintiffs,  v.  JOSHUA MAST, *et al.*,  Defendants,  and  UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*,  Nominal Defendants. | Case No. 3:22-cv-49-NKM |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PARTICIPATION IN DISCOVERY**

Plaintiffs and Defendant Ahmad Osmani jointly stipulate as follows: Osmani preserves all Rule 12 and other defenses in this case, as may be applicable, including but not limited to Rule 12(b)(2) defenses for lack of personal jurisdiction. Osmani may participate in discovery while his motion to dismiss for lack of personal jurisdiction is pending, including by responding to Plaintiffs' discovery requests and by serving his own requests, without waiving any right or defense. Osmani's participation in any such discovery will not constitute a waiver of his rights or defenses in this litigation, including his right to contest personal jurisdiction.

**SO ORDERED.**

Date: _____

The Honorable Norman K. Moon
U.S. District Judge for the Western District of Virginia

Submitted: June 27, 2023.

/s/ Kevin S. Elliker
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
meckstein@HuntonAK.com
lpowell@HuntonAK.com
kelliker@HuntonAK.com

Jeremy C. King (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
jking@HuntonAK.com

Sehla Ashai (admitted *pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street, Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
ashai@elbiallylaw.com

Blair Connelly (admitted *pro hac vice*)
Zachary Rowen (admitted *pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
blair.connelly@lw.com
Zachary.rowen@lw.com

/s/ Rick Boyer
Rick Boyer (VSB No. 80154)
INTEGRITY LAW FIRM, PLLC
P.O. Box 10953
Lynchburg, Virginia 24506
Phone: (434) 401-2093
rickboyerlaw@gmail.com

/s/B. Tyler Brooks
B. Tyler Brooks (admitted *pro hac vice*)
LAW OFFICE OF
B. TYLER BROOKS, PLLC
P.O. Box 10767
Greensboro, NC 27404
Telephone: (336) 707-8855
Fax: (336) 900-6535
btb@btylerbrookslawyer.com

*Counsel for Defendant Ahmad Osmani*

Damon Porter (admitted *pro hac vice*)
Ehson Kashfipour (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2001
damon.porter@lw.com
ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Court's CM/ECF system on June 27, 2023, which will serve a copy on counsel for the other parties. A copy of this filing may be accessed on the Court's CM/ECF site.

/s/B. Tyler Brooks
B. Tyler Brooks