IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM-JCH |
| ) | |
| JOSHUA MAST, *et al.* ) | |
| ) | |
| *Defendants*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES SECRETARY OF ) | |
| STATE ANTONY BLINKEN, *et al.*, ) | |
| ) | |
| *Nominal Defendants*. ) | |
| ) | |

## DEFENDANTS JOSHUA AND STEPHANIE MAST'S
## MOTION TO STAY DISCOVERY

For the reasons stated in the Memorandum of Law filed contemporaneously herewith, Joshua and Stephanie Mast ("Defendants") respectfully move the Court to stay discovery pending the outcome of parallel proceedings in the Fluvanna County Circuit Court, which are presently under appellate review. The authorities in support of Defendants' motion are set forth in the accompanying Memorandum in Support, which is incorporated by reference as though fully set forth herein.

*[Signature Page to Follow]*

1

Dated: June 27, 2023

Respectfully submitted,

*/s/ John S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com