# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al**

v.

**Joshua Mast, et al**

Action No: 3:22-cv-00049

Date:   7/5/2023

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

| **Plaintiff Attorney(s)** | **Defendant Attorney(s)** |
|---|---|
| Lewis Franklin Powell, III | John Savage Moran |
| Maya Miriam Eckstein | David Eliezer Yerushalmi |
| Kevin Spencer Elliker | Brennan Tyler Brooks |
| Damon R. Porter | Kathryn L. Wyer |
| Ehson Kashfipour | Michael Roger Hoernlein |
| Sehla Ashai | |

**PROCEEDINGS:**

Telephonic Motions Hearing:

All parties present by telephone

Doc #203 - MOTION for Protective Order by United States Secretary of Defense General Lloyd Austin, United States Secretary of State Anthony Blinken

Doc #220 - Joint MOTION to Amend/Correct [148] Order on Motion to Amend/Correct Second Amended Pretrial Order by Baby Doe, Jane Doe, John Doe

Parties agree to the motion to amend, court will grant

Defendants argue the motion for protective order

Plaintiff has no position on the motion

Court will issue orders

Time in Court: 1:04 – 1:40 = 36 minutes