# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## Charlottesville DIVISION

Baby Doe, et al )  CASE NO.: 3:22CV49
v. )  DATE: 7/5/23
Joshua Mast, et al )

TYPE OF HEARING: Motions Hearing    Time in Court: 1:04 - 1:40 = 36 minutes

************************************************************************

### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. Maya Eckstein
3. John Moran
4. David Yerushalmi
5. Tyler Brooks
6. Michael Hoernlein
7. Kathryn Wyer
8. Damon Porter
9. deputy clerk – Karen Dotson
10. Shela Ashai

************************************************************************

CD NO(S). Recorded using AT&T Conference Manager      RECORDED BY: Karen Dotson
and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 1:04 | 1,2,8 | 16 | 1, | 37 | 1,7 | | | | |
|  | 10,1,3 | 17 | 2,1 |  | 1,7 | | | | |
| 6 | 1,4 |  | 2,1 | 39 | 1,2 | | | | |
| 7 | 2,4 | 18 | 3 |  |  | | | | |
|  | 1,5 | 21 | 1,4 | 40 | 7,1 | | | | |
|  |  | 30 | 1,2 |  |  | | | | |
|  | 6, |  | 1 |  |  | | | | |
| 8 | 1,2 | 31 | 5,1 |  |  | | | | |
| 9 | 1,2 | 32 | 7,1 |  |  | | | | |
| 11 | 1,2 | 33 | 7,1 |  |  | | | | |
| 13 | 1,2 | 34 | 7 |  |  | | | | |
| 14 | 1,2 | 35 | 1,7 |  |  | | | | |
| 15 | 1,2 | 36 | 1,7 |  |  | | | | |