IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM-JCH |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*, | ) |
| *Nominal Defendants.* | ) |

### THIRD AMENDED PRETRIAL ORDER

Having considered the Joint Motion to Modify Amended Pretrial Order, the Court hereby

ORDERS that the Second Amended Pretrial Order (ECF No. 148) is modified as follows:

| Event | Revised Deadline |
|---|---|
| Plaintiffs' Initial Expert Disclosures | September 27, 2023 |
| Defendants' Initial Expert Disclosures | October 12, 2023 |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |
| Trial | Feb. 5-16, 2024 |

It is so ORDERED.

Entered: July 5, 2023

Joel C. Hoppe
United States Magistrate Judge