IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN        :
CURRENTLY RESIDING IN NORTH               :
CAROLINA, BY AND THROUGH NEXT             :   CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN       :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,          :
                                          :
    Plaintiffs,                           :
                                          :
v.                                        :
                                          :
JOSHUA MAST, STEPHANIE MAST, RICHARD      :
MAST, KIMBERLEY MOTLEY, AND AHMAD         :
OSMANI,                                   :
                                          :
    Defendants,                           :
                                          :
and                                       :
                                          :
UNITED STATES SECRETARY OF STATE          :
ANTONY BLINKEN AND UNITED STATES          :
SECRETARY OF DEFENSE GENERAL              :
LLOYD AUSTIN,                             :
                                          :
    Nominal Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS 1
AND 2 TO THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL
PRODUCTION OF DOCUMENTS BY JOSHUA AND STEPHANIE MAST**

Having considered Plaintiffs' Motion, and Memorandum of Law in Support of Motion, to

Seal Exhibits 1 and 2 to Plaintiffs' Reply in Support of Their Motion to Compel Production of

Documents by Joshua and Stephanie Mast ("Plaintiffs' Reply"), pursuant to Local Civil Rule 9,

and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in

*Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 1 and 2 to Plaintiffs' Reply is filed under seal.

Entered this 6th day of July, 2023.

_____
Judge