IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| JOSHUA MAST, et al., | ) Case No. 3:22-cv-00049-NKM |
| *Defendants*, | ) |
| and | ) |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, et al., | ) |
| *Nominal Defendants*. | ) |

## [PROPOSED] ORDER

COMES NOW Defendants Joshua and Stephanie Mast, by counsel and upon its Motion for Admission Pro Hac Vice of Michael L. Francisco, Esq. and UPON CONSIDERATION WHEREOF, the Court does ORDER that:

The Motion is GRANTED. Michael L. Francisco, Esq. may appear in this Court as counsel for Defendants Joshua and Stephanie Mast in the above-captioned case even "in the absence of an associated member" pursuant to Local Rule 6(d).

DATED: July _____, 2023.

_____
United States District Judge