AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Doe et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:22-cv-00049-NKM |
| Mast et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pipe Hitter Foundation, Inc.                                                                                                                    .

Date:     07/18/2023                                             /s/ Dan Backer
                                                                                *Attorney's signature*

                                                              Dan Backer - Virginia Bar #78256
                                                              *Printed name and bar number*

                                                                     441 N. Lee Street
                                                                         Ste. 300
                                                                   Alexandria, VA 22314

                                                                          *Address*

                                                              dbacker@chalmersadams.com
                                                                     *E-mail address*

                                                                     (202) 210-5431
                                                                   *Telephone number*

                                                                     (202) 478-0750
                                                                      *FAX number*