UNCLASSIFIED//FOUO



**HEADQUARTERS**
Resolute Support/
United States Forces -
Afghanistan Kabul,
Afghanistan
APO AE 09356



EXHIBIT **4**

**BLUF:** A review of all information available regarding the 5-6 September operation in Redacted Province, Afghanistan indicates that the female infant recovered from that event is from an Al Qaeda (AQ) Turkmen foreign fighter family who entered Afghanistan via Turkmenistan. Therefore, she is most likely ethnically Turkmen or a Uighur from Turkmenistan.

**Background:** This report details the circumstances and results of a partnered U.S. Special Forces operation on 5-6 September 2019 in Redacted Province, Afghanistan. The information contained within this report is derived from unclassified public data as well as over 140 pages of classified documents related to this mission. In addition, information from follow on Requests for Information (RFIs) to the unit involved regarding the kinetic impacts on the female infant recovered on scene, the origin of her wounds, and medical treatment and evaluation by U.S. medical personnel contributed to this report.

**Pre-Strike:** For general context, as early as two years prior to the operation in question, open source reporting revealed that hundreds of AQ affiliated foreign fighter families from Turkmenistan were moving into Afghanistan. The purpose of this migration was for the foreign fighters to engage in jihad, with support from AQ. These foreign fighter families are concentrated primarily in Redacted and Redacted provinces. The tactics, techniques, and procedures (TTPs) of these Turkmen fighters include: moving to unoccupied compounds on a monthly basis, posting a guard at night in every compound, hiding in favorable terrain if aircraft or drones (AC) are detected in the daytime. The AQ fighters are also known to patrol the area around their compounds at night.

These foreign fighters are known to local Afghans as "the black flag people." They do not associate with the locals, and speak Turkmen or Farsi and do not understand Pashtu or Dari. These "black flag people" were protected by the Taliban, but were not Taliban.

**Mission Objectives:** The mission of the operation on 5-6 September was to capture/kill three individuals in order to disrupt AQ operations in the area. The targeted individuals were known AQ-affiliated Foreign Fighters operating in Eastern Afghanistan. One of the targeted individuals was a Uighur from Turkmenistan associated with the China-based militant group Eastern Turkistan Islamic Party (ETIP) and AQ, and the others were Turkmen.

**Conduct of the Mission:** On the night in question, U.S. and partner nation personnel inserted via helicopter around the Compounds of Interest (COI)s. Once the COIs were isolated, a "call out" was initiated to give the foreign fighters an opportunity to surrender. Only one fighter responded to a call out, and was detained.

Upon initiating a call out, the Assault Force (AF) received sustained contact from a barricaded

UNCLASSIFIED//FOUO

EXHIBIT B

shooter, resulting in 1x Enemy Killed in Action (EKIA). After the AF eliminated the initial barricaded shooter, they again received sustained contact from small arms fire and grenades from multiple barricaded shooters further. To address the barricaded shooters, the AF initiated a wall charge, used grenades, and inadvertently set off a secondary explosion resulting in the structure being destroyed. This explosion was assessed to be from the suicide vest(s) worn by the shooters and/or other explosive stored within the structure. This engagement, and dealing with an additional barricaded shooter, resulted in 4x EKIA, including 1x female combatant KIA.

**CIVCAS Incident:** After securing the COIs, the AF cleared the buildings. They discovered a wounded female with gunshot and fragmentation wounds (the female EKIA) who was treated but succumbed to her wounds on scene. Next to the female and one of the barricaded shooters, the AF discovered a wounded 1-2 month old female infant under the rubble from the wall breach. This infant was assessed to be the daughter of the female fighter and one of the barricaded shooters whose suicide vest had detonated, due to the proximity and layout of the COI. The infant suffered a fragmentation wound to the lower extremity which had fractured her hip, and she sustained a fractured skull and 2nd degree burns from the wall charge, grenade, and suicide vest/secondary explosions. U.S. personnel determined her age and medical needs necessitated her evacuation. The female infant was the only person who survived the explosions in the COI. The location were the female infant was recovered was the precise location of the Turkman target of the raid was residing.

**Results:** Multiple photos recovered from the scene included pictures of Turkmen Uighur foreign fighters, weapons, and AQ flags. The detainee who responded to the call out indicated that the neighboring compounds were occupied by Chinese Uighur fighter from Turkmenistan. This detainee identified the pictures of foreign fighters as those of the residents of the compounds were the barricaded shooters engaged the AF. An additional detainee detained on the same night at a nearby COI also indicated that the COIs struck on 5-6 September were occupied by Turkmen foreign fighters and their families.

**TTPS:** The experience of the AF with multiple barricaded shooters in COIs wearing suicide vests is consistent with the known TTPs of the Turkmen foreign fighters posting guards in each of their compounds at night. The suicide vests and fighting to the death even when given an opportunity to surrender are consistent with AQ foreign fighter practices, and are atypical for Afghan Taliban fighters.

**Conclusion:** The infant recovered on the objective is assessed to be the orphaned daughter of an AQ foreign fighter who entered Afghanistan via Turkmenistan. She is most likely ethnically Turkmen or a Uighur from Turkmenistan. Overall information suggests that the female infant was the sole survivor of an AQ Turkmen foreign fighter family compound.



((U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.



(U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.

EXHIBIT B

UNCLASSIFIED//FOUO



(U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.



((U//FOUO) Image recovered from COI of a Turkmen foreign fighter residing in the COIs.

UNCLASSIFIED//FOUO

EXHIBIT B



- 05 SEP 19: **AF** conducted an explosive breach and initiated callout.
- 05 SEP 19: AF conducted a callout that resulted in 1x Detainee.
- 05 SEP 19: AF received sustained contact 1x EKIA
- 05 SEP 19: AF eliminated initial barricaded shooters (4x EKIA, including 1x female combatant KIA) An additional barricaded shooter engaged AF resulting in 1x EKIA.
- 2023z SEP 19: AF received contact. The compound wall collapsed as a result of an internal explosion.
- 05 SEP 19: AF received contact.

EXHIBIT B



During clearance of the 10 series, an enemy barricaded shooter engaged friendly forces with small-arms fire. The ensuing engagement resulted in 1x EKIA, 1x civilian woman wounded, and 1x child wounded. The Assault Force (AF) applied medical treatment to both civilian casualties; however, the woman later expired from her wounds.

## SEQUENCE OF EVENTS

**1. 05 SEP 19**
The Ground Force CDRr reported troops in contact from barricaded shooter.

**2. 05 SEP 19**
Friendly forces conducted an explosive breach.

**3. 05 SEP 19**
The Assault Force (AF) continued to receive enemy fire and reported 1x EKIA

**4. 05 SEP 19**
During clearing actions, the AF discovered a wounded civilian woman and child. The AF applied medical treatment to both casualties; however, the woman later expired from her wounds.

EXHIBIT B