> **EXHIBIT 5**

**From:** Redacted CIV Redacted Redacted (USA) <Redacted Redacted mil>
**Sent:** Wednesday, January 5, 2022 2:13 PM
**To:** Redacted <Redacted pendersheriff.com>
**Subject:** RE: Force Protection Incident

Solid copy. Thanks brother.

**From:** Redacted < Redacted pendersheriff.com>
**Sent:** Wednesday, January 5, 2022 2:04 PM
**To:** Redacted CIV Redacted Redacted (USA) < Redacted Redacted mil >
**Subject:** [Non-DoD Source] RE: Force Protection Incident

Thank you. I will have an address note placed in our CAD to use caution and 2 units to respond.

Redacted
Redacted
Pender County Sheriff's Office
605 E. Fremont St.
Burgaw, NC 28425
910- Redacted
Redacted     pendersheriff.com



**From:** Redacted CIV Redacted Redacted (USA) <Redacted Redacted mil>
**Sent:** Wednesday, January 5, 2022 9:37 AM
**To:** Redacted < Redacted pendersheriff.com>
**Subject:** FW: Force Protection Incident

Redacted
Special Agent
US Naval Criminal Investigative Service
NCIS Redacted Representative
Carolinas Field Office | Camp Lejeune, NC
Office: (910) Redacted
Cell: (910) Redacted
DSN: Redacted
SVOIP: Redacted
NIPR: Redacted Redacted mil
SIPR: Redacted Redacted smil.mil



"Controlled Unclassified Information (CUI) - This e-mail is from the Naval Criminal Investigative Service (NCIS) and may contain information that is Law Enforcement Information (LEI) or Sensitive and/or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in civil and/or criminal penalties."

**From:** Mast, Joshua K MAJ USMC   Redacted   Redacted   (USA)
<   Redacted   mil@Redacted mil>
**Date:** Tuesday, Jan 04, 2022, 5:48 PM
**To:**   Redacted   CIV   Redacted   Redacted   (USA)
<   Redacted   Redacted mil>
**Subject:** RE: Force Protection Incident

Sure thing. I tried to summarize the basics below. Let me know if I need to edit it down further. Also attached the declassified portion of the mission if that is helpful.

Home Address:       Redacted           Redacted   , NC Redacted

Cell:   Redacted
Wife's Cell:   Redacted

Short version of interaction with   John Doe

* Redacted (my adopted daughter) was recovered off the battlefield from an AQ foreign fighter compound in 2019 at about 45 days old with a fractured skull, shattered femur, and second degree burns on her face and neck. She was in the room with a named objective who was a barricaded shooter, U.S. SOF breached the wall and fragged the room before Redacted biological father set off an S-vest a few feet away from her.
* Redacted recovered for 6+ months at Bagram and was scheduled to be medevac'd to the States.
* two days before the "peace deal" was signed, Redacted was turned over to who I now believe was Haji   Redacted   ( John Doe 's father), likely at the direction of Mullah Aminullah Yousef.
* Redacted started having seizures and problems with her eyes, and bounced around with a 16 year old girl fleeing fighting going on in and around John Doe's home city   Redacted   and   Redacted   in mid 2020, and again as the Taliban took John Doe's home city and the rest of Afghanistan.
* I talked to   John Doe   through a terp for the first time on 10 July 2021, explained Redacted medical history and U.S. status, and asked them to

bring her to Kabul to come to the U.S.
* ^Redacted travelled from ^Redacted where he lives, to ^Redacted to ask the Taliban if they could send ^Redacted to the Sates at the start of the evacuation. Taliban said no.
* If ^John Doe disobeyed the Taliban, he would be "at risk" and bringing a DoD dependent to be evacuated, which would qualify for evacuation.
* ^Redacted was a named objective for TF^Redacted 's evacuation efforts, and they airlifted her into the airport on 28 August 2021 with ^John Doe his 18 year old wife, and three other children who were my interpreters siblings from ^Redacted
* ^John Doe was flagged for a biometrics match for a prior weapons and explosive use in 2014, and address in the Pakistani Tribal Region and Karachi. He was detained (with ^Redacted and questioned at Dulles by CBP on 30-31 August 2021 (I was present for that). He also knew other Pashtun's (from his village) that were in the detention area who had also been flagged for biometrics. I immediately requested ^Redacted be separated from his custody because I was told they would likely be deported.
* Next morning I was called and told they were being deported to Mexico, but I spoke directly with the Americans loading the bus, explained ^Redacted status, and they were sent to Ft Pickett instead.
* It took DoS till 3 September to get ^Redacted back in my custody.
* Currently in a custody dispute.

Primary concern is terrorist affiliations that could touch my family once they lose the dispute, which I believe will occur in the next 60-90 days.

Semper Fidelis,

Joshua K. Mast
Major, U.S. Marine Corps
^Redacted Deputy SJA

Comm:   910- ^Redacted
Cell:           ^Redacted

SVOIP:   Redacted

NIPR:   Redacted    mil@Redacted mil
SIPR:   Redacted    mil@Redacted smil.mil

-----Original Message-----
From:  Redacted  CIV  Redacted  Redacted  (USA)
<  Redacted  Redacted mil>
Sent: Tuesday, January 4, 2022 1:01 PM
To: Mast, Joshua K MAJ USMC  Redacted  Redacted  (USA)
<  Redacted  mil@Redacted mil>
Subject: RE: Force Protection Incident

Josh,
Also can you send me an email with a condensed version of the before, during and after related to this individual. I want to email it to my PCSO senior leadership contact. Also, please include your home address and personal cell number.

This information will not be passed outside LE circles and is necessary so PCSO has amplifying background info in case they receive a call for service.

Redacted

Special Agent

US Naval Criminal Investigative Service

NCIS  Redacted  Representative

Carolinas Field Office | Camp Lejeune, NC

Office:  (910)  Redacted

Cell:  (910)  Redacted

DSN:  Redacted

SVOIP: Redacted

NIPR: Redacted  Redacted mil

SIPR: Redacted  Redacted smil.mil

"Controlled Unclassified Information (CUI) - This e-mail is from the Naval Criminal Investigative Service (NCIS) and may contain information that is Law Enforcement Information (LEI) or Sensitive and/or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in civil and/or criminal penalties."

From: Mast, Joshua K MAJ USMC  Redacted  Redacted  (USA)
<  Redacted  mil@Redactedmil <mailto:  Redacted  mil@Redactedmil> >
Date: Tuesday, Jan 04, 2022, 8:33 AM
To:  Redacted  CIV  Redacted  Redacted  (USA)
<  Redacted  Redactedmil <mailto:  Redacted  Redactedmil>
>
Subject: RE: Force Protection Incident

Roger. I appreciate it! Sent the AQ/Haqqani stuff I have on SIPR.

Based on what you said, I plan to:
1. Reach out to Pender County SD to give them a heads up.
2. Loop in the PCSD Deputy that lives down the street, the  Redacted  Officer who lives behind me, and another Marine that lives three doors down so they can keep an eye out.
3. I'll put your number in my cell and my wife's cell.
4. I'm going to install a ring doorbell and camera systems so I can know when there is any motion around the house.

We have been vigilant about anything out of the ordinary, and have been keeping all the exterior lights on at night. I'm honestly strongly considering moving to a furnished rental...

Joshua K. Mast
Major, U.S. Marine Corps
 Redacted  Deputy SJA

Comm: 910- Redacted
Cell:  Redacted
SVOIP:  Redacted

NIPR:  Redacted  mil@Redactedmil
SIPR:  Redacted  mil@Redactedsmil.mil

-----Original Message-----
From: Redacted CIV Redacted USA)
< Redacted civ@Redacted.mil>
Sent: Monday, January 3, 2022 5:45 PM
To: Mast, Joshua K MAJ USMC Redacted (USA)
< Redacted.mil@Redacted.mil>
Subject: RE: Force Protection Incident

Josh,
Please forward me anything you have on this issue. In the meantime, the safety of you and your family are paramount. In my professional opinion we need to formulate a safety plan for you and your family and should be as follows: If you or your family notice any strange occurrences around or near your residence, to include possible surveillance, please contact the police/sheriff's office jurisdiction where you live first. Have them respond, if they choose to do so. Once those entities have been notified, please notify me at 910- Redacted I will consult with NCIS management on whether an immediate NCIS in-person response is necessary, depending on the circumstances.

Any FP issues/occurrences will be briefed to the command as needed.

I hope this helps.

Redacted

Special Agent

US Naval Criminal Investigative Service

NCIS Redacted Representative

Carolinas Field Office | Camp Lejeune, NC

Office: (910) Redacted

Cell:     (910) Redacted

DSN:      Redacted

SVOIP:  Redacted

NIPR:     Redacted        Redacted mil

SIPR:     Redacted        Redacted smil.mil

"Controlled Unclassified Information (CUI) - This e-mail is from the Naval Criminal Investigative Service (NCIS) and may contain information that is Law Enforcement Information (LEI) or Sensitive and/or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in civil and/or criminal penalties."

From: Mast, Joshua K MAJ USMC  Redacted  Redacted  (USA) < Redacted mil@Redactedmil <mailto: Redacted mil@Redactedmil>>
Date: Monday, Jan 03, 2022, 12:58 PM
To:  Redacted  CIV  Redacted  Redacted  (USA) < Redacted Redactedmil <mailto: Redacted Redactedmil>>
Subject: RE: Force Protection Incident

Thanks - happy new year!

-----Original Message-----
From:       Redacted       CIV    Redacted      Redacted    (USA)
<      Redacted      Redacted mil>
Sent: Monday, January 3, 2022 2:37 PM
To: Mast, Joshua K MAJ USMC    Redacted      Redacted    (USA)
<     Redacted     mil@Redacted mil>
Subject: RE: Force Protection Incident

Totally understand. Im going to make sure it is routed to the right person.

-----Original Message-----
From: Mast, Joshua K MAJ USMC   Redacted   Redacted   (USA) <   Redacted   mil@Redacted mil>
Sent: Monday, January 3, 2022 2:33 PM
To:   Redacted   CIV   Redacted   Redacted   (USA) <   Redacted   Redacted mil>;   Redacted   CAPT USMC   Redacted   Redacted   (USA) <   Redacted   mil@Redacted mil>
Subject: RE: Force Protection Incident

Roger - did not mean to get you involved in something you can't touch and I won't bring it up to you moving forward - just trying to inform the correct command rep of the risk so they aren't blind sided.

-----Original Message-----
From: Redacted CIV Redacted Redacted (USA)
< Redacted Redacted mil>
Sent: Monday, January 3, 2022 2:22 PM
To: Mast, Joshua K MAJ USMC Redacted Redacted (USA)
< Redacted mil@Redacted mil>; Redacted CAPT USMC
Redacted Redacted (USA) < Redacted mil@Redacted mil>
Subject: RE: Force Protection Incident

Josh,
Thanks for sending. As the NCIS Redacted Representative, I have tried to distance myself from this matter. I have passed to relevant NCIS entities who can look into this further.

If you feel as though yourself or your family is in danger, I would encourage you to dial 911 and have local LE respond to your residence.

-----Original Message-----
From: Mast, Joshua K MAJ USMC   Redacted   Redacted   (USA)
<   Redacted   mil@Redacted mil>
Sent: Monday, January 3, 2022 2:01 PM
To:   Redacted   CAPT USMC   Redacted   Redacted   (USA)
<   Redacted   mil@Redacted mil>;   Redacted   CIV   Redacted
Redacted   (USA) <   Redacted   Redacted mil>
Subject: RE: Force Protection Incident
Importance: High

Capt Redacted ,

Thanks for relaying the info. I appreciate it.

BREAK

SA Redacted

I would have reached out direct on this if I knew you were the POC. To clarify the below, this is the same individual I reported to you in August when he popped on the watch list and I was warned about by CBP that he was "a really bad dude " based on his TIDE and NUIN number and prior for a weapons/explosive use. I already discussed that issue with the FBI when they met with me about that incident and the dispute with Redacted

The new development is that the legal documents I provided to FBI, DHS, and DoS, which include my PII (Name, wife's name, and home address) were provided to the individual, so this guy now knows where my family lives. The individual is also out of the processing camps and is free to travel as far as I am aware.

I will address the leak of my PII separately with whichever agency leaked them - my only concern with this request is AT/FP related for our Command, and to keep the Command informed in case anything

happens.

Specifically, with this guy's terrorist connections and the ongoing dispute I have with him (especially if he is, as he now claims, a first cousin of an AQ fighter killed in a AQ facility) - I have a wife and five kids at home and I don't want my family to be targeted. Especially in light of the domestic attack risks from infiltrators from the refugee stream, and my family's affiliation with the Marine Corps/ Redacted . I couldn't imagine a better way to piss off AQ than to adopt an orphan of one of their fighters, which is why all of Redacted legal proceedings where conducted under seal and were not public records until this breach occurred.

I'm not as concerned if the guy is rank and file Taliban, but obviously that concern increases exponentially if he is AQ or Haqqani Network affiliated (which is likely in light of the named objective and CONOP from the mission were Redacted was recovered). I don't need/want to know the details about this individual's affiliations, but I am requesting the Command review them and provide a Force Protection recommendation from the Command on:

1) Recommendation on whether I should move my family from my current residence?
2) Are there Identity Management steps I need to take?
3) Any other AT/FP recommendations?

I am thankful for the current problem set because Redacted is not dead or currently living under a terrorist organization, but I would like to maximize my family's safety in light of what has happened.

Happy to discuss further and I will push the CONOP and ID Docs for the individual on SIPR with father/grandfathers name. FYI, this individual's father & brother were associated with Mullah Aminullah Yousef (Taliban Commander/Shadow Governor of Redacted until recently), who is a bad dude. Whatever I need to do to keep my family safe I will do. Thanks!

Semper Fidelis,

Joshua K. Mast
Major, U.S. Marine Corps
Redacted Deputy SJA

Comm: 910- Redacted
Cell:        Redacted
SVOIP:   Redacted

NIPR:  Redacted      mil@Redacted mil
SIPR:  Redacted      mil@Redacted smil.mil

-----Original Message-----
From: <span style="color:red">Redacted</span> CAPT USMC <span style="color:red">Redacted</span> <span style="color:red">Redacted</span> (USA) < <span style="color:red">Redacted</span> mil@<span style="color:red">Redacted</span>mil>
Sent: Monday, January 3, 2022 11:32 AM
To: <span style="color:red">Redacted</span> CIV <span style="color:red">Redacted</span> <span style="color:red">Redacted</span> (USA) < <span style="color:red">Redacted</span> <span style="color:red">Redacted</span>mil>
Cc: Mast, Joshua K MAJ USMC <span style="color:red">Redacted</span> <span style="color:red">Redacted</span> (USA) < <span style="color:red">Redacted</span> mil@<span style="color:red">Redacted</span>mil>
Subject: Force Protection Incident

Sir,

Maj Mast, one of the SJA's at <span style="color:red">Redacted</span> just spoke with me over the phone regarding a force protection incident. Long story short, he adopted a child from Afghanistan, and two alleged family member's of the child when coming through the Dulles airport, were flagged biometrically as being involved in terrorist incidents/ on the watch list from 2014. Maj Mast stated to me that there is a legal battle going on with them over the child. They were able to receive his residence location from PII documentation that I believe a law enforcement or some public entity wasn't suppose to share, in which he will be filing a complaint for releasing the info, but his worry is that with winning the ongoing custody case, he fears retaliation on him and his family from either the 2 family members, or network ties they have overseas.

I'm unsure of how to proceed, however I think the command needs to be informed, maybe local law enforcement so they're aware of the potential retalliation threat. Because of this incident, Maj Maast is also looking at relocating/changing his residence as he and is family are now a soft target. Please let me know what you think.

\*\*\*Maj Mast, please correct anything I may have missed or anything that isn't correct in the above.\*\*\*

V/r

Captain  Redacted

　　Redacted  / Anti-Terrorism Force Protection Officer

　　Redacted

　　　　Redacted

Camp Lejeune, NC

Comm: (910) Redacted

NIPR: Redacted  mil@Redactedmil
<mailto  Redacted  mil@Redactedmil>

SIPR: Redacted  mil.@Redactedsmil.mil
<mailto  Redacted  mil.@Redactedsmil.mil>