UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,<br><br>*Defendants*,<br><br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,<br><br>*Nominal Defendants*. | Civil Action No. 3:22-CV-49<br><br>Judge Norman K. Moon<br><br>Magistrate Judge Joel C. Hoppe |

**[PROPOSED] ORDER GRANTING NON-PARTY PIPE HITTER FOUNDATION INC.'S MOTION TO QUASH SUBPOENA OR FOR ENTRY OF A PROTECTIVE ORDER**

Having considered Non-Party Pipe Hitter Foundation Inc.'s ("Pipe Hitter") Motion to Quash Subpoena or for Entry of a Protective Order, as well as the accompanying brief and exhibits; any Opposition thereto; any Reply; and for good cause shown, it is hereby:

ORDERED that Non-Party Pipe Hitter's Motion is GRANTED;

1

FURTHER ORDERED that Plaintiff's Subpoena to Pipe Hitter is hereby QUASHED insofar as it seeks testimony from Pipe Hitter; and

FURTHER ORDERED that this Court hereby ISSUES a PROTECTIVE ORDER prohibiting Plaintiff from attempting to depose any Pipe Hitter officers, agents, employees, contractors, vendors, or other personnel.

SO ORDERED.

_____
Hon. Norman K. Moon
U.S. District Judge