IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BABY DOE, A CITIZEN OF AFGHANISTAN      :
CURRENTLY   RESIDING   IN   NORTH       :
CAROLINA, BY AND THROUGH NEXT           :   CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE; AND JOHN    :
AND JANE DOE, CITIZENS OF AFGHANISTAN   :
AND LEGAL GUARDIANS OF BABY DOE,        :
                                        :
     Plaintiffs,                        :
                                        :
v.                                      :
                                        :
JOSHUA MAST, STEPHANIE MAST, RICHARD    :
MAST, KIMBERLEY MOTLEY, AND AHMAD       :
OSMANI,                                 :
                                        :
     Defendants,                        :
                                        :
and                                     :
                                        :
UNITED STATES SECRETARY OF STATE        :
ANTONY BLINKEN AND UNITED STATES        :
SECRETARY OF DEFENSE GENERAL            :
LLOYD AUSTIN,                           :
                                        :
     Nominal Defendants.                :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

**PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO
DEFENDANT RICHARD MAST'S RESPONSE IN SUPPORT OF MOTION TO STAY
DISCOVERY, AND SUR-REPLY IN OPPOSITION TO DEFENDANTS JOSHUA MAST
AND STEPHANIE MAST'S MOTION TO STAY DISCOVERY**

Pursuant to Local Rule 11(c), Plaintiffs respectfully move for leave to submit the attached Response in Opposition to Defendant Richard Mast's Response in Support of Motion to Stay Discovery (ECF No. 251) and Sur-Reply in Opposition to Defendant Joshua Mast and Stephanie Mast's Motion to Stay Discovery (ECF No. 259).

"The standard for granting a leave to file a sur-reply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Vandelinde v. Priority Auto. Roanoke, Inc.*, 2021 U.S. Dist. LEXIS 53820, at *16, No. 7:20-cv-00330, (quoting *United States v. Sum of $70,990,605*, 991 F. Supp. 2d 144, 153 (D.D.C. 2013) (quoting *Lewis v. Rumsfeld*, 154 F.Supp.2d 56, 61 (D.D.C. 2001))). Plaintiffs satisfy this standard here because, in their Reply, Defendants Joshua Mast and Stephanie Mast make inaccurate representations about the circuit court proceeding to which Plaintiffs cannot otherwise respond. In addition, both Joshua Mast, Stephanie Mast and Richard Mast make arguments that contradict positions they recently took in the Virginia Court of Appeals.

For these reasons, Plaintiffs respectfully request leave to file the attached Response in Opposition to Defendant Richard Mast's Response in Support of Motion to Stay Discovery and Sur-Reply in Opposition to Defendant Joshua Mast and Stephanie Mast's Motion to Stay Discovery.

July 25, 2023

Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email:  lpowell@HuntonAK.com
Email:  kelliker@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email:  damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July 2023, I filed the foregoing with the Court's electronic case-filing system, thereby serving all counsel of record in this case.

By: /s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)