# EXHIBIT 2

```
 1  V I R G I N I A:
 2       IN THE CIRCUIT COURT FOR FLUVANNA COUNTY
 3  - - - - - - - - - - - - - - - x
 4  A.A. and F.A.,                 :
 5            Petitioners,         :   Case No.:
 6  v.                             :   CL22000186-00
 7  J.M. and S.M.,                 :
 8            Respondents.         :
 9  - - - - - - - - - - - - - - - x
10
11                    MOTIONS HEARING
12                Charlottesville, Virginia
13                Monday, January 30, 2023
14                      3:01 p.m.
15
16
17
18
19
20  Job No.: 479973
21  Pages:  1 - 143
22  Transcribed by:  Molly Bugher
```

Transcript of Hearing
January 30, 2023
128

1   and let me tell you what the Court is generally
2   considering and wrestling with.
3           And none of the issues will be a
4   surprise necessarily, save one.  The Court is in
5   the process of reviewing Judge Moore's previous
6   order and findings in the case.  There are
7   certain of those findings that I agree with, and
8   there are certain of those findings I'm equivocal
9   on, is the best way I can put it.  And I don't
10  believe that I can give you a complete answer as
11  to all of those at the moment.
12          It may be fair that the Court informed
13  the parties of the existing issues that the Court
14  has questions about in a schedule for a hearing
15  at a later date so then you would know what those
16  things are.
17          But I imagine that all of them have to
18  do with one, whether or not there's something
19  that the Court should review or could review as
20  it relates to the issues of fraud, extrinsic or
21  not.  Other questions regarding the conclusions
22  that the Court might draw with regard to rights