# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE, | Civil Action No. 3:22-CV-49<br><br>Judge Norman K. Moon<br><br>Magistrate Judge Joel C. Hoppe |
| *Plaintiffs*, | |
| v. | |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI, | |
| *Defendants*, | |
| and | |
| UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN, | |
| *Nominal Defendants*. | |

## MOTION FOR PRO HAC VICE ADMISSION OF CAITLIN PARRY CONTESTABLE

### Introduction

Pursuant to Rule 6(d) of this Court's Local Civil Rules, Dan Backer, counsel for non-party Pipe Hitter Foundation, Inc. ("Pipe Hitter"), hereby moves for this Court to admit Caitlin Parry Contestable to practice *pro hac vice* in the above-captioned matter. In support of this motion, undersigned counsel respectfully represents:

1

1. Ms. Contestable has particular knowledge of the facts of this case.

2. Ms. Contestable is not a member of the Bar of this Court and is not licensed to practice law in the Commonwealth of Virginia.

3. Ms. Contestable is licensed to practice and a member of good standing of the Bars of North Carolina (Bar No. 59096), District of Columbia (Bar No. 1782383), and Maryland (Attorney ID No. 1112150005).

4. Ms. Contestable is also admitted to practice before the U.S. District Court for the District of Maryland (Bar No. 18826).

5. Ms. Contestable is of good character and standing and has the requisite experience and professionalism required to appear before this Court.

WHEREFORE, counsel respectfully requests this Court admit Caitlin Parry Contestable *pro hac vice* to practice before this Court solely in the above-captioned matter. Counsel also moves that the Court exercise its discretion to allow Ms. Contestable to "appear at hearings or trials in the absence of an associated member" pursuant to Local Rule 6(d).

Respectfully submitted this 29th day of July 2023.

/s/ Dan Backer
Dan Backer, Esq.
VA Bar # 78256
Chalmers, Adams, Backer & Kaufman LLC
dbacker@chalmersadams.com
441 N. Lee Street, Ste. 300
Alexandria, VA 22314
Tel.: (202) 210-5431
Fax: (202) 478-0750

*Counsel for Non-Party Pipe Hitter Foundation, Inc.*