UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI,<br><br>*Defendants*,<br><br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN AND UNITED STATES SECRETARY OF DEFENSE GENERAL LLOYD AUSTIN,<br><br>*Nominal Defendants*. | Civil Action No. 3:22-CV-49<br><br>Judge Norman K. Moon<br><br>Magistrate Judge Joel C. Hoppe |

### [PROPOSED] ORDER

COMES NOW Non-Party Pipe Hitter Foundation Inc. ("Pipe Hitter"), by counsel and upon its Motion for Pro Hac Vice Admission of Caitlin Parry Contestable, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED. Caitlin Parry Contestable, Esq., may appear in this Court as counsel for Non-Party Pipe Hitter Foundation in the above-captioned case, in association with Dan Backer, Esq., a member of the Bar of Virginia.

1

SO ORDERED.

DATED:     July _____, 2023

                                                            _____
                                                            Hon. Norman K. Moon
                                                            U.S. District Judge