IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA MAST, *et al.*,<br><br>    Defendants,<br><br>and<br><br>UNITED STATES SECRETARY OF STATE ANTONY BLINKEN, *et al.*,<br><br>    Nominal Defendants. | Case No. 3:22-cv-49-NKM |

**SECOND DECLARATION OF AHMAD OSMANI
PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, Ahmad Osmani hereby declares as follows:

1. My name is Ahmad Osmani. I am a defendant named in the above-captioned lawsuit. I am over the age of 18 and competent to testify to the matters stated herein, all of which are based on my personal knowledge. I suffer from no disability that prevents me from making this declaration. All of the statements made herein are true and accurate to the best of my knowledge, information, and belief.

2. I was born in Afghanistan in 1992 to Afghan parents, neither of whom were (or ever have been) U.S. citizens. I am a citizen of Afghanistan and of no other nation or country.

3. I married a U.S. citizen in 2019 and I immigrated to the United States in June 2021.

4. My immigration status is that of lawful permanent resident—that is, I reside in the United States (specifically, Tennessee) pursuant to a "Green Card."

**Exhibit A**

5. A true, accurate, and correct photograph of my Permanent Resident Card (a/k/a "Green Card") is attached hereto as Exhibit 1 with appropriate redactions.

6. I have never held or obtained U.S. citizenship; in fact, I am in the process of applying for U.S. citizenship at the current time.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 1, 2023

_____
Ahmad Osmani

2



**EX. 1 (REDACTED)**