AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Doe et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-00049-NKM |
| Mast et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pipe Hitter Foundation, Inc.

Date:     08/16/2023

/s/ Caitlin Parry Contestable
*Attorney's signature*

Caitlin Parry Contestable - MD ID #1112150005
*Printed name and bar number*

441 N. Lee Street
Ste. 300
Alexandria, VA 22314

*Address*

ccontestable@chalmersadams.com
*E-mail address*

(678) 940-1050
*Telephone number*

(202) 478-0750
*FAX number*