IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

------------------------------------- X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE; AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN :
AND LEGAL GUARDIANS OF BABY DOE, :
 :
    Plaintiffs, :
 :
v. :
 :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
 :
    Defendants, :
 :
and :
 :
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
 :
    Nominal Defendants. :
------------------------------------- X

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO NON-PARTY PIPE HITTER FOUNDATION, INC.'S MOTION TO QUASH SUBPOENA OR FOR ENTRY OF A PROTECTIVE ORDER**

      Having considered Plaintiffs' Motion, and Memorandum of Law in Support of Motion, to

seal Exhibit 2 to their Memorandum in Opposition to Non-Party Pipe Hitter Foundation, Inc.'s

Motion to Quash Subpoena or for Entry of a Protective Order ("Opposition"), pursuant to Local

Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit 2 to the Opposition is filed under seal.

Entered this 25th day of August, 2023.

_____
Hon. Joel C. Hoppe, U.S. Magistrate Judge