# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MAST *et al.*, <br><br> *Defendants*. | Civil Action No. 3:22-cv-49 |

## THE UNITED STATES' NOTICE OF LODGING

The United States, through counsel, hereby gives notice that on August 25, 2023, it lodged with the Court Information Security Officer a classified submission solely for *in camera*, *ex parte* review by the presiding District Judge in connection with the above-captioned case. The above-referenced submission, a Motion to Maintain Certain Documents as Highly Sensitive Documents Secured and Under Seal, is classified pursuant to Executive Order 13,526, 75 Fed. Reg. 707 (Jan. 5, 2010), and cannot be disclosed to any person, other than the presiding District Judge in this matter, without proper authorization by the United States. The submission has been lodged with the United States Department of Justice Litigation Security Group for secure storage and secure transmission to the Court. The Court may contact the Litigation Security Group, Washington, D.C., (202) 514-9016, or undersigned counsel for the United States, to arrange for secure delivery of this submission, in accordance with applicable handling requirements, for *ex parte*, *in camera* review at the Court's convenience.

| | |
|---|---|
| August 28, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>ALEXANDER K. HAAS<br>Director, Federal Programs Branch<br><br>*/s/ Kathryn L. Wyer*<br>KATHRYN L. WYER<br>Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>1100 L Street, N.W., Room 12014<br>Washington, DC  20005<br>Tel. (202) 616-8475<br>kathryn.wyer@usdoj.gov<br>*Attorneys for the United States* |