IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

  -v.-

JOSHUA MAST, *et al.*,

    Defendants,

CIVIL NO: 3:22-cv-00049-NKM-JCH

### [PROPOSED] THIRD AMENDED PRETRIAL ORDER

Having considered the Joint Motion to Modify Amended Pretrial Order, the Court hereby ORDERS that the Third Amended Pretrial Order (Dkt. No. 243) is modified as follows:

| Event | Revised Deadlines |
|---|---|
| Plaintiffs' Initial Expert Disclosures | January 10, 2024 / May 1, 2024 |
| Defendants' Initial Expert Disclosures | January 24, 2024 / May 16, 2024 |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |
| Trial | June 3-14, 2024 / September 9-20, 2024 |

It is so ORDERED.

Entered: _____, 2023

                                                      _____
                                                      Joel C. Hoppe
                                                      United States Magistrate Judge