# EXHIBIT 8



## Office of the General Counsel

3211 FOURTH STREET NE • WASHINGTON DC  20017-1194 • 202-541-3300 • FAX 202-541-3337

September 6, 2023

**By Electronic Mail Only**

Ms. Cindy Page
American Freedom Law Center
cpage@aflc.us

Re:   Subpoena for Documents Issued on September 5, 2023
      *Doe v. Mast*, W.D. Va Civil Action No. 3:22cv00049-NKM-JCH

Dear Ms. Page,

I am writing in response to the subpoena issued by Richard Mast on September 5, 2023, demanding "[a]ll documents and communications, including those previously produced pursuant to Virginia case #CL22000186-00 subpoena of May 16, 2022, created or sent by USCCB or by social workers or legal workers contracting on behalf of USCCB at Fort Pickett, VA, regarding the petitioners, respondents, or child subject to the suit as referenced in the May 16, 2022 subpoena previously served on USCCB."

The Conference typically does not maintain materials regarding specific migration cases handled on behalf of the U.S. Government.  We nevertheless conducted an extensive search for any responsive materials.  That search revealed documents in the custody of one USCCB social worker who was assigned to Fort Pickett during the project known as Operation Allies Welcome in 2021.  Those documents are being produced in both native and pdf formats.  The pdf versions of the documents include BATES numbers.

Please note that many of the documents contain information that we would normally not release due to its personally sensitive nature.  Because the documents appear to be in our possession only because a single social worker maintained them without authorization, and because all the sensitive information refers to individuals who are parties to this litigation, we have decided to produce it without redactions.

Sincerely,

William J. Quinn
General Counsel

encl.   USCCB_001-111