# EXHIBIT 11

**From:** William Quinn
**Sent:** Thursday, September 7, 2023 11:27 AM
**To:** Richard Mast
**Cc:** D. Yerushalmi
**Subject:** Re: Production of Documents - Quinn/USCCB

Dear Mr. Mast,

   The USCCB's scope of work for the Department of State at Fort Pickett in 2021 did not include representative legal services.  The services that might be categorized as "legal assistance" were limited to helping migrants access legal representation, but USCCB employees and contractors were not authorized to provide direct legal representation as part of their work for the USCCB.

   It is our understanding that Martha Jenkins, an attorney, and Carolina Velazquez, a social worker, were providing social work support to the Doe family under the USCCB's contract with the Department of State in 2021.  If Ms. Jenkins and the Doe family did form an attorney-client relationship outside of her work for the USCCB, she did not inform anyone at the USCCB of that relationship, nor did she indicate that any document she provided to Ms. Velazquez or USCCB staff was subject to privilege.  Ms. Jenkins and Ms. Velazquez are the only custodians who maintained documents relevant to the subpoena.

   We therefore have no reason to believe that any documents produced in response to the subpoena are subject to an attorney-client or work-product privilege.

Best regards,
Will



**William Quinn** ❙ General Counsel
Office of General Counsel ❙ United States Conference of Catholic Bishops
3211 Fourth Street, NE ❙ Washington, DC  20017-1194
Tel: 202-541-3304 ❙ **[Email Redacted]**

This message is confidential and may contain information that is legally privileged.  Your receipt of this message does not waive any applicable privilege.  If you are not the intended recipient, please delete the message and any attachments and notify the sender immediately.  Please do not disseminate this message without the permission of the author.