# EXHIBIT 5

| Privilege Log Number | Production: Begin Bates | Production: End Bates | Author/From | Recipients | Copied Recipients | Email/Message Sent Time | Status | Basis | Reflecting Attorney |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Does_00004793 | Does_00004793 | Martha Jenkins | | | | Attorney Work Product | Memorandum comprising attorney mental impressions and opinions prepared in anticipation of | Martha Jenkins |
| 2 | Does_00004794 | Does_00004794 | Elizabeth Vaughan | | | | Attorney Work Product | Draft of court filing prepared in anticipation of litigation | Elizabeth Vaughan |
| 3 | Does_00004795 | Does_00004795 | Martha Jenkins | Jane Doe | | 11/2/2021 2:50pm-11/2/2021 3:29pm | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Martha Jenkins |
| 4 | Does_00004796 | Does_00004796 | Martha Jenkins | Jane Doe | | 11/2/2021 2:50 | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Martha Jenkins |
| 5 | Does_00004797 | Does_00004797 | Jane Doe | Martha Jenkins | | 11/2/2021 3:22 | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Martha Jenkins |
| 6 | Does_00004798 | Does_00004798 | Jane Doe | Martha Jenkins | | 11/8/2021 12:35pm-11/8/2021 5:54pm | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Martha Jenkins |
| 7 | Does_00004799 | Does_00004799 | Jane Doe | Martha Jenkins | | 11/8/2021 3:48 | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Martha Jenkins |
| 8 | Does_00004800 | Does_00004800 | Carolina Velazquez | Jane Doe | | 12/3/2021 3:45pm-12/3/2021 11:10pm | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Carolina Velazquez |
| 9 | Does_00004801 | Does_00004801 | Jane Doe | Carolina Velazquez | | 12/3/2021 22:37 | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Carolina Velazquez |
| 10 | Does_00004802 | Does_00004802 | Carolina Velazquez | Jane Doe Jane Doe | | 12/3/2021 22:42 | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Carolina Velazquez |
| 11 | Does_00004803 | Does_00004803 | Sehla Ashai | Jane Doe | | 12/7/2021 3:14 | Attorney Client | Whatsapp message from attorney to client requesting information necessary to provide legal | Sehla Ashai |

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | Does_00004804 | Does_00004804 | Sehla Ashai | Jane Doe | 12/7/2021 3:16 | Attorney Client | Whatsapp message from attorney to client requesting information necessary to provide legal | Sehla Ashai |
| 13 | Does_00004805 | Does_00004805 | Carolina Velazquez | Jane Doe | 12/3/2021 3:45pm-12/3/2021 11:10pm | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. | Carolina Velazquez |