# EXHIBIT 14

| Privilege Log Number | Control ID | To | From | CC | BCC | Email Sent Time | Status | Basis |
|---|---|---|---|---|---|---|---|---|
| 2 | LW_Edoc_00000557 | | | | | | Attorney Work Product | Draft of court filing prepared in anticipation of litigation |
| 6 | XDDM-00038403 | Martha Jenkins | Jane Doe | | | | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. |
| 7 | XDDM-00038412 | Martha Jenkins | Jane Doe | | | 11/8/2021 3:48 | Attorney Client | Whatsapp messages between attorney and potential client in the process of securing legal counsel and obtaining legal advice. |
| 11 | XDDM-00042020 | Martha Jenkins | Jane Doe | | | 12/7/2021 3:14 | Attorney Client | Whatsapp message from attorney to client requesting information necessary to provide legal advice. |
| 12 | XDDM-00042021 | Jane Doe | Sehla Ashai | | | 12/7/2021 3:16 | Attorney Client | Whatsapp message from attorney to client requesting information necessary to provide legal advice. |