UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE *et al.*,

    *Plaintiffs*,

v.

JOSHUA MAST *et al.*,

    *Defendants*.

Civil Action No. 3:22-cv-49

### ORDER

The Court has reviewed the United States' *ex parte* Motion to Maintain Certain Documents as Highly Sensitive Documents Secured and Under Seal and concludes that the documents identified in the Motion properly qualify as highly sensitive documents (HSD) under Standing Order No. 2021-01. Accordingly, the Court ORDERS that, to the extent these documents remain accessible on the docket of this case, they shall be removed from public access and maintained as HSD, and the documents shall be secured in accord with the requirements of federal law as specified by the United States Department of Justice Litigation Security Group.

SO ORDERED.

Dated: 9/18/2023

The Honorable Norman K. Moon
United States District Judge