IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>        Plaintiffs,<br><br>  -v.-<br><br>JOSHUA MAST, *et al.*,<br><br>        Defendants,<br><br>and<br><br>UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.*<br><br>        Nominal Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**ORDER GRANTING MOTION TO SEAL**

Having reviewed the motion seeking an order to seal the supplemental motion to compel (Dkt. No. 289) and Exhibits 1 (Dkt. No. 289-1) and 5 (Dkt. No. 289-5), the Court finds that good cause exists for the Court to grant the motion pursuant to Local Civil Rule 9, and the motion to seal is hereby **GRANTED** and the Court **ORDERS** that the supplemental motion to compel (Dkt. No. 289) and Exhibits 1 (Dkt. No. 289-1) and 5 (Dkt. No. 289-5) of that motion are hereby sealed.

    SO ORDERED.

Dated: 9/19/23

Magistrate Judge Joel C. Hoppe