IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

------------------------------------- X
BABY DOE, A CITIZEN OF AFGHANISTAN :
CURRENTLY RESIDING IN NORTH :
CAROLINA, BY AND THROUGH NEXT : CIVIL ACTION NO. 3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE, :
:
    Plaintiffs, :
:
v. :
:
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD :
OSMANI, :
:
    Defendants, :
:
and :
:
UNITED STATES SECRETARY OF STATE :
ANTONY BLINKEN AND UNITED STATES :
SECRETARY OF DEFENSE GENERAL :
LLOYD AUSTIN, :
:
    Nominal Defendants. :
------------------------------------- X

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS C, E AND H TO PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S [SUPPLEMENTAL/AMENDED/RENEWED] MOTION TO COMPEL**

    Having considered Plaintiffs' Motion, and Memorandum of Law in Support of Motion, to seal Exhibits C, E and H of their Opposition to Defendant Richard Mast's [Supplemental/Amended/Renewed] Motion to Compel ("Opposition"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the

decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit C, E and H to the Opposition are filed under seal.

Entered this ___ day of _____, 2023.

_____
Judge