IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| BABY DOE, A CITIZEN OF AFGHANISTAN CURRENTLY RESIDING IN NORTH CAROLINA, BY AND THROUGH NEXT FRIENDS, JOHN AND JANE DOE; AND JOHN AND JANE DOE, CITIZENS OF AFGHANISTAN AND LEGAL GUARDIANS OF BABY DOE, | : : : : : : : | CIVIL ACTION NO. 3:22-CV-49 |
| Plaintiffs, | : | |
| v. | : | |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, KIMBERLEY MOTLEY, AND AHMAD OSMANI, | : : : : | |
| Defendants, | : : | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL EXHIBITS C, E AND H TO PLAINTIFFS' OPPOSITION TO DEFENDANT RICHARD MAST'S [SUPPLEMENTAL/AMENDED/RENEWED] MOTION TO COMPEL

Having considered Plaintiffs' Motion, and Memorandum of Law in Support of Motion, to seal Exhibits C, E and H of their Opposition to Defendant Richard Mast's [Supplemental/Amended/Renewed] Motion to Compel ("Opposition"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit C, E and H to the Opposition are filed under seal.

Entered this 4th day of October, 2023.

                                                                                       *[signature]*

                                                                                       Judge

099997.0007105 DMS 304029125v1