# EXHIBIT 1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                Does_ 00007021