# EXHIBIT 3

| | |
|---|---|
| **From:** | D. Yerushalmi <dyerushalmi@americanfreedomlawcenter.org> |
| **Sent:** | Wednesday, May 31, 2023 12:14 AM |
| **To:** | Tagert, Stephen |
| **Cc:** | Eckstein, Maya; Moran, John S.; Tyler Brooks; Hoernlein, Michael; Wyer, Kathryn (CIV; Davison, Tom; Van Winter, Samantha; Webb, Sidney; Rick Boyer; King, Jeremy; Powell, Lewis; Elliker, Kevin; Fairbanks, R. Dennis; Ross, Michaela; Jenkins, Johanna; BLAIR.CONNELLY@lw.com; Damon.Porter@lw.com; Ehson.Kashfipour@lw.com; Zachary.Rowen@lw.com; Sehla Ashai |
| **Subject:** | Re: Doe v Mast third-party subpoena: John Gibson |

Caution: This email originated from outside of the firm.

Defendant Richard Mast incorporates and joins in the objections set forth in Mr. Moran's letter which was attached to the email below.

David Yerushalmi*
American Freedom Law Center®
Washington, D.C., Michigan, New York, California & Arizona
*Licensed in D.C., N.Y., Cal., Ariz.
T: 855.835.2352 (toll free)
T: 646.262.0500 (direct)
F: 801.760.3901
E: dyerushalmi@americanfreedomlawcenter.org
W: www.americanfreedomlawcenter.org

========================================================================
This electronic message transmission may contain ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.
========================================================================