# EXHIBIT 4

| | |
|---|---|
| **From:** | Eckstein, Maya |
| **Sent:** | Wednesday, May 31, 2023 10:55 AM |
| **To:** | Tagert, Stephen |
| **Cc:** | Moran, John S.; Tyler Brooks; Hoernlein, Michael; Wyer, Kathryn (CIV; Davison, Tom; Van Winter, Samantha; Webb, Sidney; Rick Boyer; D. Yerushalmi; King, Jeremy; Powell, Lewis; Elliker, Kevin; Fairbanks, R. Dennis; Ross, Michaela; Jenkins, Johanna; BLAIR.CONNELLY@lw.com; Damon.Porter@lw.com; Ehson.Kashfipour@lw.com; Zachary.Rowen@lw.com; ashai@elbiallylaw.com |
| **Subject:** | RE: Doe v Mast third-party subpoena: John Gibson |

Stephen, thank you for the letter. The letter does not state that McGuireWoods is representing Mr. Gibson in this matter, but purports to make objections on his behalf. Unless you advise us otherwise, we will understand that your firm is not representing Mr. Gibson.

Thank you.

Maya



**Maya Eckstein**
Partner
meckstein@HuntonAK.com
p 804.788.8788
bio | vCard

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

2200 Pennsylvania Avenue, NW
Washington, DC 20037
HuntonAK.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, please advise by return email immediately and then delete this message and all copies and backups thereof.