# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al**

v.

**Joshua Mast, et al**

Action No: 3:22-cv-00049

Date: 10/10/2023

Judge: Joel C. Hoppe, USMJ

Court Reporter: Karen Dotson, Cisco Conference Manager

Deputy Clerk: Karen Dotson

| **Plaintiff Attorney(s)** | **Defendant Attorney(s)** |
|---|---|
| Lewis Franklin Powell , III | Michael Lee Francisco |
| Maya Miriam Eckstein | David Eliezer Yerushalmi |
| Jeremy Carlton King | Michael Roger Hoernlein |
| Sehla Ashai | Samantha Lynn Van Winter |
| Ehson Kashfipour | Brennan Tyler Brooks |
| | Sidney Webb |
| | Caitlin Parry Contestable, interested party |
| | Dan Backer, interested party |

**PROCEEDINGS:**

Telephonic Motions Hearing:

Doc #230 – MOTION to Compel Production of Documents by Joshua and Stephanie Mast by Baby Doe, Jane Doe, John Doe

Doc #237 – MOTION to Stay Discovery by Joshua Mast, Stephanie Mast.

Doc #256 – First MOTION to Quash Subpoena or for Entry of a Protective Order by Pipe Hitter Foundation, Inc.

Doc #289 - Supplemental MOTION to Compel by Richard Mast

Parties argue [237] Motion to Stay Discovery

Court denies Motion to Stay, written order to follow

Ms. Eckstein argues [230] Motion to Compel

Argument by Mr. Francisco

Court grants Motion to Compel, written to follow

Mr. Yerushalmi argues [289] Supplemental Motion to Compel

Argument by Ms. Eckstein

Court will issue written order

Ms. Contestable argues [256] Motion to Quash or for Protective Order

Argument by Mr. Powell and other counsel

Written order to follow

Parties discuss trial dates

Trial to be set in September


Time in Court: 11:03-1:13=2 hours and 10 minutes