## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

Baby Doe, et al                    ) CASE NO.: 3:22CV00049
                                   )
v.                                 ) DATE: 10/11/23
                                   )
Joshua Mast, et al                 )
                                   )
                                   )
TYPE OF HEARING: Motions Hearing   ) Time in Court: 11:03 - 1:13 = 2 hours + 10 min.

*********************************************************************

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. Maya Eckstein
3. Lewis Powell
4. David Yerushalmi
5. Michael Hoernlein
6. Caitlin Contestable
7. Michael Francisco
8. Brennan Brooks
9. deputy clerk – Karen Dotson
10.

*********************************************************************

CD NO(S). Recorded using Cisco Conference Manager    RECORDED BY: Karen Dotson
and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:03 | 1,9 | 21 | 1,7 | 41 | 4 | 58 | 2,1 | 22 | 1,6 |
|  | 1,2 | 22 | 1 | 44 | 1,4 | 59 | 1,2 |  | 1,6 |
|  | ? | 23 | 2 | 46 | 1,4 |  | 1,2 | 24 | 1,6 |
| 4 | 1,7 | 31 | 1,2 |  | 1,4 | 12:07 | 1,4 | 27 | 1,2 |
|  | 1,4 |  | 1,7 |  | 1,4 | 13 | 1,2 |  | 1,3 |
|  | 1,5 | 33 | 1 | 47 | 1,4 |  | 1,2 | 37 | 1,3 |
|  | ? | 34 | 7 |  | 1,4 |  | 1, |  | 1,3 |
| 5 | 1,6 | 36 | 1 | 48 | 1,4 | 14 | 4 |  | 8,1 |
|  | 1 | 38 | 7 | 52 | 1, | 15 | 1 |  | 3 |
| 6 | 7 | 39 | 1, | 53 | 4,1 | 17 | 7,1 | 47 | 1,3 |
| 9 | 1,7 |  | 2,1 | 54 | 4 |  | 7 | 49 | 1,3 |
| 10 | 1,2 |  | 2 | 57 | 1,2 | 18 | 1 | 51 | 1,3 |
| 18 | 1,7 | 40 | 1 |  | 1, | 19 | 6 |  | 7,1 |

page 2

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 52 | 3,1 | 3 | 1,7 | | 1,5 | | | | |
| | 3,1 | | 1,7 | 12 | 1 | | | | |
| | 8 | 4 | 1 | 13 | 4,1 | | | | |
| 53 | 1,7 | 5 | 7,1 | | 2,1 | | | | |
| 55 | 1, | 6 | 2,1 | | | | | | |
| 56 | 3,1 | | 4 | | | | | | |
| | 3, | 8 | 1,4 | | | | | | |
| 57 | 1. | | 1,4 | | | | | | |
| 58 | 6 | 9 | 1,2 | | | | | | |
| 1:01 | 1,6 | | 1,2 | | | | | | |
| 2 | 1,4 | | 1,7 | | | | | | |
| | 1,4 | 10 | 1,8 | | | | | | |
| | 1,4 | 11 | 1,4 | | | | | | |