AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Maya M. Eckstein | TELEPHONE NUMBER<br>804-788-8788 |
|---|---|---|
| DATE OF REQUEST<br>10/11/2023 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>meckstein@huntonAK.com | |
| MAILING ADDRESS<br>951 E. Byrd Street | | CITY, STATE, ZIP CODE<br>Richmond, VA  23219 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR   CHECK HERE  ✓  IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER<br>3:22cv49 | CASE NAME<br>Doe, et al. v. Mast, et al. | JUDGE'S NAME<br>Hoppe |
| DATE(S) OF PROCEEDING(S)<br>10/11/2023 | TYPE OF PROCEEDING(S)<br>Motions Hearing | LOCATION OF PROCEEDING<br>Telephonic |

REQUEST IS FOR: (*Select one*)   ✓  FULL PROCEEDING   OR   ☐  SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- ☐ Ordinary (30-Day)
- ☐ 14-Day
- ✓ Expedited (7-Day)
- ☐ 3-Day
- ☐ Daily
- ☐ Hourly
- ☐ RealTime

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>10/11/2023 | SIGNATURE<br>/s/ Maya M. Eckstein |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.