**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION**

| | |
|---|---|
| BABY DOE, *et al.*, | |
| Plaintiffs, | CIVIL NO: 3:22-cv-00049-NKM-JCH |
| -v.- | |
| JOSHUA MAST, *et al.*, | |
| Defendants, | |

## AMENDED PRETRIAL ORDER

Having considered the Joint Motion to Modify Amended Pretrial Order, the Court hereby

ORDERS that the Third Amended Pretrial Order (Dkt. No. 243) is modified as follows:

| Event | Revised Deadlines |
|---|---|
| Plaintiffs' Initial Expert Disclosures | May 1, 2024 |
| Defendants' Initial Expert Disclosures | May 16, 2024 |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |
| Trial | September 9-20, 2024 |

It is so ORDERED.

Entered: October 11, 2023

Joel C. Hoppe
United States Magistrate Judge