**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BABY DOE, A CITIZEN OF AFGHANISTAN   :
CURRENTLY RESIDING IN NORTH   :
CAROLINA, BY AND THROUGH NEXT   :    CIVIL ACTION NO.  3:22-CV-49
FRIENDS, JOHN AND JANE DOE;AND JOHN   :
AND JANE DOE, CITIZENS OF AFGHANISTAN:
AND LEGAL GUARDIANS OF BABY DOE,   :
                            :
    Plaintiffs,   :
                            :
v.   :
                            :
JOSHUA MAST, STEPHANIE MAST, RICHARD :
MAST, KIMBERLEY MOTLEY, AND AHMAD   :
OSMANI,   :
                            :
    Defendants,   :
                            :
and   :
                            :
UNITED STATES SECRETARY OF STATE   :
ANTONY BLINKEN AND UNITED STATES   :
SECRETARY OF DEFENSE GENERAL   :
LLOYD AUSTIN,   :
                            :
    Nominal Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SEAL**
**EXHIBIT 1 TO PLAINTIFFS' OPPOSITION TO DEFENDANTS JOSHUA &**
**STEPHANIE MASTS' MOTION TO COMPEL**

Having considered Plaintiffs' Motion, and Memorandum of Law in Support of Motion, to

seal Exhibit 1 of their Opposition to Defendants Joshua and Stephanie Masts' Motion to Compel

("Opposition"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements

of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir.

2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit 1 to the Opposition are filed under seal.

      Entered this ____ day of _____, 2023.

 

_____
Judge