AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: David Yerushalmi | TELEPHONE NUMBER: 646-262-0500 |
|---|---|---|
| DATE OF REQUEST: 10/18/2023 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) dyerushalmi@americanfreedomlawcenter.org | |
| MAILING ADDRESS: 1702 S. Robertson Blvd., Ste. 770 | | CITY, STATE, ZIP CODE: Los Angeles, CA 90035 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: <br><br> OR   CHECK HERE ☑ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 3:22cv49 | CASE NAME: Doe, et al. v. Mast, et al. | JUDGE'S NAME: Hoppe |
| DATE(S) OF PROCEEDING(S): 10/11/2023 | TYPE OF PROCEEDING(S): Motions Hearing | LOCATION OF PROCEEDING: Telephonic |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)               ☐ Daily
☐ 14-Day                          ☐ Hourly
☐ Expedited (7-Day)               ☐ RealTime
☑ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 10/18/2023 | /s/ David Yerushalmi |

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.