IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>   Plaintiffs,<br><br> -v.-<br><br>JOSHUA MAST, *et al.*,<br><br>   Defendants,<br><br>and<br><br>UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.*<br><br>   Nominal Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL**

  Having reviewed the motion seeking leave to file a supplemental brief in support of the motion to compel (Dkt. Nos. 289 & 291), and having further reviewed all filings in support of and in opposition to the motion, the Court finds that good cause exists for the Court to grant the motion, and the motion for leave to file a supplemental brief is hereby **GRANTED**.

  SO ORDERED.

  Dated: _____         _____
                       Magistrate Judge Joel C. Hoppe

i