IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　-v.-<br><br>JOSHUA MAST, *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>UNITED SECRETARY OF STATE ANTONY BLINKEN, *et al.*<br><br>　　　　Nominal Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

　　Having reviewed the motion seeking an order to seal Exhibits 1 and 2 to Defendant Richard Mast's motion for leave to file a supplemental brief to his pending motion to compel, the Court finds that good cause exists to grant the motion pursuant to Local Civil Rule 9, and the motion to seal is hereby **GRANTED** and the Court **ORDERS** that Exhibits 1 and 2 of that motion are hereby sealed.

　　SO ORDERED.

　　Dated: _____　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Joel C. Hoppe

i