# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al,**

v.

**Joshua Mast, et al**

Action No: 3:22cv00049

Date:   11/21/2023

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

**Plaintiff Attorney(s)**
Lewis Franklin Powell , III
Kevin Spencer Elliker

**Defendant Attorney(s)**
Michael Lee Francisco
David Eliezer Yerushalmi
Brennan Tyler Brooks
Richard Dean Boyer

**PROCEEDINGS:**

Telephonic Motion Hearing:
Doc #300 - MOTION to Compel by Joshua Mast, Stephanie Mast

Mr. Francisco argues motion
Mr. Elliker argues motion and asks court to deny motion
Rebuttal by Mr. Francisco
Court will issue an order

Time in Court: 11:05-11:35=30 minutes