# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

Baby Doe, et al )  CASE NO.: 3:22cv00049
)
v. )  DATE: 11/21/2023
)
Joshua Mast, et al )
)
TYPE OF HEARING: Motion Hearing )  Time in Court: 11:05- 11:35 = 30 minutes

*********************************************************************
**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. Kevin Elliker
3. Michael Francisco
4. David Yerushalmi
5. Michael Hoernlein
6. Richard Boyer
7. Tyler Brooks
8.
9. deputy clerk – Karen Dotson
10.

*********************************************************************

CD NO(S). Recorded using Cisco Conference Manager and saved to Harrisonburg's I: drive

RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:05 | 1,2 | 13 | 1,3 | 34 | 5,1 | | | | |
|  | 1,3 |  | 1 |  | 7,1 | | | | |
| 6 | 1,4 | 14 | 3 |  | 2,3 | | | | |
|  | 1,4 | 15 | 1 | 35 | 1 | | | | |
|  | 1,5 | 16 | 3, |  |  | | | | |
|  | 1,5 | 18 | 1,2 |  |  | | | | |
|  | 1,6 | 24 | 1,2 |  |  | | | | |
|  | 1 |  | 1, |  |  | | | | |
| 8 | 3,1 | 25 | 2 |  |  | | | | |
| 9 | 3 | 27 | 1,2 |  |  | | | | |
| 10 | 1,3 | 28 | 1,2 |  |  | | | | |
| 12 | 1,3 | 30 | 1,3 |  |  | | | | |
|  | 1,3 | 33 | 1 |  |  | | | | |