IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO SEAL THEIR REPLY IN SUPPORT OF THEIR MOTION TO COMPEL AND THEIR DEFICIENCY LETTER ATTACHED TO THE MOTION TO COMPEL**

This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion To Seal Their Reply In Support Of Their Motion To Compel And Their Deficiency Letter Attached To The Motion To Compel. Having established grounds for sealing that information, the Court **ORDERS** Joshua and Stephanie Mast's Reply In Support Of Their Motion To Compel and their Deficiency Letter attached to the Motion to Compel to be **SEALED** until further Order of this Court.

Accordingly, the Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.