# Exhibit B

**Report re:** ▇▇▇▇▇▇▇ ▇▇
**November 6, 2021**

My name is Martha Jenkins, and I am a Volunteer Technical Lead working under USCCB in Fort Pickett, Virginia for OAW. My volunteer contract lasted from October 25- November 6, 2021. I intend to stay involved in this specific case for as long as I am needed, and until I am able to secure all proper legal assistance for A▇▇▇ and F▇▇.

The case of ▇▇▇▇▇ ▇▇ came to our office the week of October 25, 2021 when her Afghan guardians, A▇▇ and F▇▇ A▇ came to our office to tell us how ▇▇▇▇ had been taken from them. Since then, I have met with A▇▇ and F▇▇ several times to write down their account with an interpreter and review documents supporting their claims. My supervisor, Carolina Velazquez, and I told A▇▇ and F▇▇ to keep returning to our office so we could update them on any new information we might have. On November 5, 2021, F▇▇ came to us particularly distressed and Carolina suggested F▇ meet us the next day, Saturday, November 6, 2021, so we could take her to the Guest Stress Clinic to speak with a social worker.

On November 6, 2021 F▇▇, Carolina, and I met on-site social worker, Trisha Booker. F▇▇, Carolina, and I informed Ms. Booker of how ▇▇▇▇ was taken from A▇▇ and F▇▇. Ms. Booker suggested she call DHS Police Officer, ▇▇▇▇ to report the incident. Officer ▇▇▇ and her coworker ▇▇▇ came to the Guest Stress Clinic. F▇▇'s husband A▇▇ came as well. The following people were in one room at the Guest Stress Clinic when F▇ and A▇▇ shared the details of their current situation:

1. Carolina Velazquez; USCCB Legal Lead; Phone: ▇▇▇▇
2. Martha Jenkins, USCCB Volunteer Technical Lead; Phone: ▇▇▇▇
3. Trisha Booker; Guest Stress Clinic Social Worker; Phone: ▇▇▇▇
4. ▇▇▇▇; DHS Police; Phone: ▇▇▇▇
5. ▇▇▇▇; DHS Police; Phone: ▇▇▇▇
6. F▇▇ A▇; Guardian Mother of ▇▇▇▇ ▇▇; WhatsApp (her husband's): ▇▇▇▇
7. A▇▇ A▇; Guardian Father of ▇▇▇▇ A▇; WhatsApp: ▇▇▇▇
8. Abdul Rab Abdalyan; Interpreter; ▇▇▇▇

The following information is a compilation of the information I have gathered from A▇▇ and F▇ since I first met them the week of October 25, 2021. Please note, much of this information was gathered through an interpreter and should be confirmed by A▇▇ and F▇▇, as I was not able to review this final draft with them prior to my departure. Ultimately, it is meant to provide a general timeline of their case.

**TIMELINE:**

**September or November 2019:**
The US military was involved in an explosion in ▇ Afghanistan which killed everyone in a home except infant, ▇ (who was named ▇ at the time). ▇'s father and mother were among the casualties in the blast. Today, ▇ still has brothers and sisters alive in Afghanistan who were not at home during the time of the explosion.

Due to US military involvement in the explosion, ▇ was recovered by the US military and taken to a US military base where Marine, J▇ M▇ helped care for her.

**November 6, 2019:**
According to the Adoption Order from the Circuit Court of Fluvanna County (No. 19CA12), the Court, "determined jurisdiction over the case pursuant to Virginia Code §20-146.12A(2) and (4), and that it was in the best interest of the minor child, sole legal and physical custody of the minor was granted to petitioners [,J▇ M▇ and wife, S▇ M▇,]...on November 6, 2019."

▇ remained in Afghanistan when this Circuit Court granted themselves jurisdiction over the case, and her family was unaware of J▇ M▇'s existence or any US Court proceedings at this time.

**November 2019-February 2020:**
▇'s surviving family learned that she was still alive and sought to retrieve her from the US military. In order to do this, ▇'s family had to go to the Afghan Ministry of Labor and Social Affairs to have four witnesses sign a document proving their relation to the child. The Afghan government determined they were ▇'s legitimate relatives and allowed for her to be returned to her Afghan family.

**February 27, 2020:**
▇ was returned to her family by the Red Cross Airplane which delivered her to ▇, Afghanistan.

A▇'s father, ▇ is ▇'s eldest surviving uncle and chose for her to go live with A▇ (▇'s first cousin) and A▇'s wife, F▇. This choice was made because ▇ had injuries due to the explosion and needed continued medical treatment. A▇ and F▇ lived in ▇ where there was access to a hospital. A▇ and F▇ are a younger couple and had not had a child of their own at this time and raised ▇ as their own.

▇ was named ▇ at the time she went to live with A▇ and F▇. F▇ and A▇ chose to change the name to ▇ due to the fact that F▇'s cousin, who also lived with them, was also named ▇.

**March 6, 2020:**
A▮▮▮ and F▮▮▮ were given the contact information of a lawyer named Kim Motley who wanted to speak with them. On March 6, 2020, A▮▮▮ reached out to Kim which started many months (over a year) of communication. A▮▮▮ and F▮▮▮ have this WhatsApp communication saved on their phone. Kim told A▮▮▮ and F▮▮▮ that she knew someone who wanted to help the baby get medical treatment. Kim and A▮▮▮ exchanged many messages over time, including pictures of ▮▮▮ as she grew up.

**December 3, 2020:**
An Order of Adoption of ▮▮▮ ▮▮▮ ▮▮▮ (▮▮▮ ▮▮▮) was granted and signed in The Circuit Court of Fluvanna County to J▮▮▮ and S▮▮▮ M▮▮. ▮▮▮ was in Afghanistan at the time of the adoption order (and had never been out of Afghanistan) and none of ▮▮▮'s family were aware of the adoption proceedings.

**Around June 2021:**
A▮▮▮ met with the lawyer, Kim who told him that there was someone who wanted to talk to him. She said that ▮▮▮ needed more medical treatment in the US and that this person could help.

**July 13, 2021:**
A▮▮▮ and F▮▮▮ were put in touch with J▮▮▮ M▮▮ for the first time. Over time, J▮▮▮ convinced A▮▮▮ and F▮▮▮ that ▮▮▮ must go to the US to receive medical treatment for her injuries. He told them that if they did not get her treatment, she would suffer and have many problems with her leg. J▮▮▮ asked to take the baby to the US for treatment on his own, but the family refused to allow ▮▮▮ to go without A▮▮▮ and F▮▮▮. A▮▮▮'s family asked permission from the Taliban to take the child to the US, but they refused. Ultimately, A▮▮▮ and F▮▮▮ chose to disobey the Taliban's order and take ▮▮▮ to the US to receive the treatment J▮▮▮ was offering to help facilitate. To this day, A▮▮▮ and F▮▮▮ are afraid that if the Taliban find out that they took ▮▮▮ out of Afghanistan that their family would be in danger (which is why media coverage of this case could put the family at risk).

**August 22, 2021:**
A▮▮▮, F▮▮▮ (who was 8 months pregnant at the time), and ▮▮▮ left the Kabul airport as part of the evacuation in hopes of getting ▮▮▮ medical treatment. On their way to the US, they stopped in Qater and Germany.

They were in Germany around three days during which J▮▮▮ came to see them once by himself and once with his wife. The wife asked to take ▮▮▮ from them at that time, but they refused. A▮▮▮ and F▮▮▮ made it very clear that they would not be giving ▮▮▮ to J▮▮▮ and his wife and that they were only there for medical treatment. A▮▮▮ and F▮▮▮ also made it clear that they did not want money or anything from the M▮▮, only the help receiving medical treatment for ▮▮▮ that they had promised.

When the family arrived in Washington DC, they were giving their names to the boarder agent and told them ▮'s name. The agent pulled an Afghan passport out of his pocket and said it was best to use the name L▮ M▮ (the name on the passport) for ▮. The passport was an Afghan passport that had been made for ▮ unbeknownst to A▮ and F▮. The picture appeared to have been photoshopped with one of the photos that F▮ and A▮ had sent to Kim, the lawyer in Afghanistan (they have this conversation on their WhatsApp). A▮ and F▮ did not know that a passport was being made for ▮ and did not give permission to use the photo. Shortly after this encounter with the agent, J▮ showed up at the airport. Due to the confusion with the passport and names, J▮ said he would handle it and went into a private office on his own. When he came out of the office he appeared frustrated. When A▮ and F▮ asked why ▮'s new passport had the name L▮ M▮ on it, J▮ told them it would be easier for the purposes of getting her medical treatment.

I am not sure when, but A▮ and F▮ said that somewhere on their journey to the US J▮ requested for them to be placed at Fort Pickett.

**On or around August 31, 2021:**
A▮, F▮, and ▮ arrived in Fort Pickett. Shortly after their arrival, J▮ and S▮ M▮ came on base to visit A▮, F▮, and ▮. Later that night around 1am, J▮ came to their door and motioned for A▮ to follow him. J▮ took A▮ to another building and called his interpreter. J▮ told A▮ that he did not want to say anything in front of F▮ because he did not want to upset her. Then, J▮ showed A▮ a photo of him getting his biometrics fingerprints. J▮ told A▮ that during that process, the biometrics examiners found evidence that A▮ had handled a gun. A▮ said he had never done anything like that and said he would be willing to go through the screening again. J▮ told him that he trusted A▮. Then they walked back to A▮'s room.

**September 3, 2021:**
Two soldiers came to A▮ and F▮'s door (after 5pm, but before dark) and told them they were moving their housing unit and that they had to follow them outside. When the family walked outside, there was a black van they were told they must get into and place ▮ in a car seat. I am a little unclear as to who was in the car, but I believe there were two or three other people including one interpreter and an older woman. The interpreter's name is Sammy and Carolina Velazquez knows how to contact her. When A▮ and F▮ asked why they had to get in the van, they were told they were being taken to an interview. The car drove for about 15 or 20 minutes to a building. A▮ and F▮ were taken into the building where there was a woman who said she was from the State Department. J▮ was also there. They told A▮ and F▮ that they did not have legal rights to ▮, and that they must take her. A▮ and F▮ asked why this was not taking place in a courtroom. F▮ was crying and A▮ held J▮'s hand and asked why he was doing this to them, after which J▮ stomped on A▮'s foot and threw him back with his arm. ▮ was taken from A▮ and F▮ and they were driven back to their housing unit.

**After September 3, 2021:**

J▓▓▓'s brother came once on his own to visit A▓▓▓ and F▓▓▓ on base to bring them food and check in on them.

J▓▓▓ and his brother came once together to bring food to F▓▓▓ who they heard had stopped eating since ▓▓▓ was taken from her.

▓▓▓ had her child whom she was pregnant with. Due to her extreme distress, she has recently stopped producing milk.

At the November 6, 2021 meeting with Officers ▓▓▓ and ▓▓▓, Officer ▓▓▓ took the passport that was made for ▓▓▓ (stating her name as L▓▓▓ M▓▓▓) as evidence for an investigation.

I, Martha Jenkins, continue to search for local legal representation to contest the adoption order.

Carolina Velazquez continues to work on base and remains involved in the case at the time of this report.

I have compiled this information to the best of my knowledge and understanding.

Martha Jenkins

*/s/ Martha Jenkins*