# Exhibit 1

| | |
|---|---|
| **From:** | Francisco, Michael <MFrancisco@mcguirewoods.com> |
| **Sent:** | Tuesday, December 19, 2023 11:08 PM |
| **To:** | Eckstein, Maya |
| **Subject:** | Re: Doe at al v. Mast et al -- discovery update |
| **Attachments:** | Plaintiffs Objections and Responses to Motley First Set of RFPs.pdf; Plaintiffs Objections and Responses to Motley First Set of RFPs.pdf |

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Maya,

A short update. We are preparing a production of documents to send you next week, subject to our privilege review and assessment of our *Touhy* obligations. Otherwise, we stand on our objections sent on November 16.

Michael

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*