# Exhibit 3

# McGuireWoods

**McGuireWoods LLP**
888 16th St. N.W., Suite 500
Washington, DC 20006
Phone: 202.857.1700
www.mcguirewoods.com

**Michael L. Francisco**
Direct: 202.857.1722
mfrancisco@mcguirewoods.com

January 8, 2024

Maya M. Eckstein
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
meckstein@HuntonAK.com

Re:   *Baby Doe et al. v. Joshua Mast et al.*, Case No. 3:22-cv-49-NKM

Ms. Eckstein:

Today you will receive a link to Defendants Joshua and Stephanie Mast's supplemental production of documents in connection with Plaintiff's Requests for Production. We are producing these documents in line with the instructions outlined in Plaintiffs' Requests for Production. As with the Masts' previous production and consistent with the Court's November 28, 2023 Opinion and Order, the Masts are not producing documents that were already produced to Plaintiffs in the Fluvanna County Circuit Court proceedings or which originate from that proceeding (i.e. discovery from your clients); they are also not producing documents from the Fluvanna County Juvenile and Domestic Relations Court proceeding and adoption proceeding because the law prohibits disclosing such documents without a court order.

The Masts' review of documents, including their review for attorney-client privilege, is ongoing. The Masts have encountered technical difficulties during the review and collection of some data from cell phones, but review efforts are ongoing and the Masts will produce the remainder of responsive documents as soon as possible. The Masts will continue to produce documents on a rolling basis and will provide an updated privilege log in short order.

Please let us know if you have any trouble accessing or viewing the production.

Cordially,

Michael Francisco