# EXHIBIT 7

VIRGINIA: IN THE CIRCUIT COURT OF THE COUNTY OF FLUVANNA

CASE # 19CA12

IN RE: Adoption of ▮

## ORDER

Pursuant to a ruling made on March 30, 2023, by the Fluvanna County Circuit Court, in Case # 22CL186, the adoption Order entered by Richard E. Moore, Judge, in this case, on December 3, 2020 is VOID.

Therefore, the above-referenced adoption file is UNSEALED and REOPENED.

The Clerk of the Circuit Court is ORDERED to allow full access to this file by the Petitioners, the attorneys for the Petitioners, ▮ and all attorneys representing these individuals, and access by Samantha Freed, Esq.

_____
CLAUDE V. WORRELL, II, JUDGE

5/3/23
_____
DATE