IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

### ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS 2, 7, 8, AND 9 TO PLAINTIFFS' MOTION, AND BRIEF IN SUPPORT OF MOTION, FOR SANCTIONS AS TO DEFENDANTS JOSHUA MAST AND STEPHANIE MAST

Having considered Plaintiffs' Motion, and Memorandum of Law in Support of Motion, to Seal Exhibits 2, 7, 8, and 9 of their Motion, and Brief in Support of Motion, for Sanctions as to Defendants Joshua Mast and Stephanie Mast ("Motion to Compel"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 2, 7, 8, and 9 to the Motion to Compel are filed under seal.

Entered this 9th day of February, 2024.

_____
Judge