IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | |
| Plaintiffs, | CIVIL NO: 3:22-cv-00049-NKM-JCH |
| -v.- | |
| JOSHUA MAST, *et al.*, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBIT 1 TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AS TO DEFENDANTS JOSHUA MAST AND STEPHANIE MAST**

Having considered Plaintiffs' Motion to Seal Exhibit 1 to their Reply Brief in Support of Motion for Sanctions as to Defendants Joshua Mast and Stephanie Mast ("Reply"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit 1 to the Reply Brief in Support of Motion for Sanctions is filed under seal.

Entered this 22nd day of February, 2024.

_____
Judge