IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants,

CIVIL NO: 3:22-cv-00049-NKM-JCH

**[PROPOSED] ORDER GRANTING MOTION TO QUASH/MODIFY SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

Having reviewed the motion seeking an order to quash/modify Plaintiffs' subpoena duces tecum served upon Plaintiffs and motion for protective order, and having further reviewed all filings in support of and in opposition to the motions, the Court finds that good cause exists for the Court to quash the subpoena, and the motion to quash is hereby **GRANTED** and the Court further finds that good cause exists for the Court to order Plaintiffs to sequester all documents produced by Liberty University in 2023 and to provide Defendant Mast 30 days to prepare a privilege log as to these sequestered documents and the motion for protective order is hereby **GRANTED**.

SO ORDERED.

Dated: _____            _____
                                                     Magistrate Judge Joel C. Hoppe