IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants,

CIVIL NO: 3:22-cv-00049-NKM-JCH

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

Having reviewed the motion seeking an order to seal Exhibit 2 to Defendant Richard Mast's motion to quash/modify and for a protective order, the Court finds that good cause exists to grant the motion pursuant to Local Civil Rule 9, and the motion to seal is hereby **GRANTED** and the Court **ORDERS** that Exhibit 2 of the motion hereby sealed.

SO ORDERED.

Dated: _____

_____
Magistrate Judge Joel C. Hoppe