# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM-JCH |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### [PROPOSED] ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO QUASH PLAINTIFFS' SUBPOENA OF NONPARTY LIBERTY UNIVERSITY AND FOR A PROTECTIVE ORDER

Having considered Joshua and Stephanie Masts' Motion to Quash Subpoena or for Entry of a Protective Order, as well as the accompanying brief and exhibits; any Opposition thereto; any Reply; and for good cause shown, it is hereby:

ORDERED that Joshua and Stephanie Masts' Motion is GRANTED;

FURTHER ORDERED that Plaintiff's Subpoena to Liberty University is hereby QUASHED insofar as it seeks Joshua and Stephanie Masts' privileged material; and

FURTHER ORDERED that this Court hereby ISSUES a PROTECTIVE ORDER prohibiting Plaintiff from attempting to collect such privileged material from Liberty University.

SO ORDERED.

_____
Hon. Joel C. Hoppe
U.S. Magistrate Judge