IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>        Plaintiffs,<br><br>  -v.-<br><br>JOSHUA MAST, *et al.*,<br><br>        Defendants, | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**ORDER GRANTING MOTION TO SEAL**

    Having reviewed the motion seeking an order to seal Exhibit 2 to Defendant Richard Mast's motion to quash/modify and for a protective order, the Court finds that good cause exists to grant the motion pursuant to Local Civil Rule 9, and the motion to seal is hereby **GRANTED** and the Court **ORDERS** that Exhibit 2 of the motion hereby sealed.

    SO ORDERED.

Dated: 2/26/24

                                                                          Magistrate Judge Joel C. Hoppe