IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> JOSHUA MAST, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) <br> _____ ) | Case No. 3:22-cv-49-NKM-JCH |

**ORDER GRANTING MOTION TO SEAL**

Having reviewed the motion seeking an order to seal Exhibit 1 to Defendants Joshua and Stephanie Masts' motion to quash or for a protective order, the Court finds that good cause exists to grant the motion pursuant to Local Civil Rule 9, and the motion to seal is hereby **GRANTED** and the Court **ORDERS** that Exhibit 1 of the motion hereby sealed.

SO ORDERED.

Dated: February 27, 2024

_____
Joel C. Hoppe
U.S. Magistrate Judge