IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, )<br>    Plaintiffs ) <br> ) <br> v. )     Civil Action No. 3:22-cv-00049 <br> ) <br> JOSHUA MAST, *et al.*, ) <br>    Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW

Melvin E. Williams, Meghan A. Strickler, and the law firm of Williams & Strickler, PLC (*hereinafter* collectively "Counsel") move for leave to withdraw from representation of non-party Caleb Mast and to be removed from receiving ECF notifications in this Action. In support of this Motion, Counsel state the following.

1. Caleb Mast (C.Mast) is not a party to this Action.

2. C. Mast moved to quash in part a subpoena *duces tecum* served on Liberty University that resulted in the production of emails sent to and by C. Mast. *See* ECF 196.

3. C. Mast retained Counsel to move to quash the subpoena *duces tecum* as to him.

4. That Motion to Quash has been resolved (*see* ECF 228), and no active matter remains in this Action involving C. Mast.

5. Accordingly, Counsel seeks to withdraw as counsel of record in this Action and to not receive ECF notices of filing s herein.

6. Filed with this Motion is a proposed order granting the Motion.

WHEREFORE, Melvin E. Williams, Meghan A. Strickler, and the law firm of Williams & Strickler, PLC move for leave to withdraw from representation of Caleb Mast and to be removed from receiving ECF notifications in this Action.

1

        RESPECTFULLY SUBMITTED,
        MELVIN E. WILLIAMS,
        MEGHAN A. STRICKLER, AND
        WILLIAMS & STRICKLER, PLC

*/s/ Melvin E. Williams*
Melvin E. Williams (VSB No. 43305)
  *mel@williamsstrickler.com*
Meghan A, Strickler (VSB No. 88556)
  *meghan@williamsstrickler.com*
WILLIAMS & STRICKLER, PLC
1320 Third ST, SW
Roanoke, Virginia 24016
540-266-7800
540-206-3857 *facsimile*

## CERTIFICATE OF SERVICE

On this 7th day of March 2024, the foregoing Motion for Leave to Withdraw was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to counsel of record.

*/s/ Melvin E. Williams*
Of Counsel