# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BABY DOE,** *et al.*, | ) |
|     **Plaintiffs** | ) |
| | ) |
| v. | )     Civil Action No. 3:22-cv-00049 |
| | ) |
| **JOSHUA MAST,** *et al.*, | ) |
|     **Defendants.** | |

## ORDER GRANTING MOTION TO WITHDRAW

Melvin E. Williams, Meghan A. Strickler, and the law firm of Williams & Strickler, PLC (*hereinafter* collectively "Counsel") have move for leave to withdraw from representation of non-party Caleb Mast and to be removed from receiving ECF notifications in this Action.

For the reasons set forth in the Motion, it is hereby GRANTED: Melvin E. Williams, Meghan A. Strickler, and the law firm of Williams & Strickler, PLC are relieved of representation of non-party Caleb Mast in this Action, and the Clerk is directed to remove them from receipt of ECF notifications in this Action.

ENTERED this \_\_\_\_ day of March 2024.

And this Action is continued.

_____
Judge

1