**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| BABY DOE, *et al.* | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-49-NKM |
| | ) | |
| JOSHUA MAST, *et al.* | ) | |
| | ) | |
| *Defendants*, | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

Having reviewed the motion seeking an order to compel Plaintiffs to respond to Joshua

and Stephanie Mast's Interrogatories, and having further reviewed all filings in support of and in

opposition to the motion, the Court finds that good cause exists for the Court to grant the motion,

and the motion to compel is hereby GRANTED.

SO ORDERED.

Dated: _____

_____
Magistrate Judge Joel C. Hoppe

1