IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM-JCH |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

Having reviewed the motion seeking an order to seal Exhibit C to Defendants Joshua and Stephanie Masts' motion to compel, the Court finds that good cause exists to grant the motion pursuant to Local Civil Rule 9, and the motion to seal is hereby **GRANTED** and the Court **ORDERS** that Exhibit C of the motion hereby sealed.

SO ORDERED.

Dated: _____        _____
                                                              Joel C. Hoppe
                                                              U.S. Magistrate Judge