# EXHIBIT 6

**Documents on Richard Mast's Privilege Log Referencing LU Email Account**

| Tab and Row on Richard Mast's privilege log | Date and Time | Author/From | Recipients | Copied Recipients | Blind Copied Recipients | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|
| Tab 1 Row 3 | 10/22/2019 | rmast@lc.org | jkmast@liberty.edu | RLM Legal Assistant | | Work Product/Attorney Client | RLM discussion of legal strategy |
| Tab 1 Row 4 | 10/22/2019 | rmast@lc.org | rachel@poarchlaw.com | jkmast@liberty.edu | | Work product/attorney client | RLM discussion of legal strategy |
| Tab 1 Row 7 | 10/31/2019 11:07 | rmast@lc.org | rachel@poarchlaw.com | joshua.k.mast.mil@mail.mil; jkmast@liberty.edu | | Work product/attorney client | RLM RPT discussion of legal strategy for Custody Petition; draft Custody Petition |
| Tab 1 Row 9 | 10/31/2019 7:35 | joshua.k.mast.mil@mail.mil | rachel@poarchlaw.com | jkmast@liberty.edu; rmast@lc.org | | Work Product/Attorney Client | JKM RPT RLM discussion of legal strategy; document draft anticipating litigation |
| Tab 1 Row 10 | 10/31/2019 15:40 | rmast@lc.org | rachel@poarchlaw.com | joshua.k.mast.mil@mail.mil; jkmast@liberty.edu | | Work product/attorney client | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| Tab 1 Row 11 | 11/1/2019 1:21 | joshua.k.mast.mil@mail.mil | rachel@poarchlaw.com; rmast@lc.org; jkmast@liberty.edu | | | Work Product/Attorney Client | JKM RPT RLM discussion of legal strategy; document draft anticipating litigation |
| Tab 1 Row 12 | 11/1/2019 7:58 | rachel@poarchlaw.com | rmast@lc.org; jkmast@liberty.edu; joshua.k.mast.mil@mail.mil | | | Work product/attorney client | JKM RPT RLM discussion of legal strategy; document draft anticipating litigation |
| Tab 1 Row 23 | 11/6/2019 | samast@me.com | jkmast@liberty.edu; joshua.k.mast.mil@mail.mil; rmast@lc.org | | | Spousal/Attorney Client | SAM email to JKM and RLM w copy of custody order "Legal Custody for Lillian Mast.pdf" |
| Tab 1 Row 24 | 11/9/2019 | rachel@poarchlaw.com | rmast@lc.org | jkmast@liberty.edu | | Work Product/Attorney Client | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| Tab 1 Row 25 | 11/9/2019 | rlmast@liberty.edu | rachel@poarchlaw.com | jkmast@liberty.edu | | Work Product/Attorney Client | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| Tab 4 Row 2 | 1/23/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Research in anticipation of litigation |
| Tab 4 Row 5 | 2/11/2020 16:31 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | JJM - jjmartins2@liberty.edu | | Work Product | RLM discussion of documents drafted in anticipation of litigation |
| Tab 4 Row 6 | 2/12/2020 21:28 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | RLM Law Clerk HWB - hwbradburn@liberty.edu | | Attorney Client/Work Product | RLM notes on research. |
| Tab 4 Row 7 | 2/12/2020 22:53 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | | | Work Product | RLM notes on draft documents in anticipation of litigation. |
| Tab 4 Row 8 | 2/14/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Complaint draft February 14. |
| Tab 4 Row 9 | 2/17/2020 16:00 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Draft document prepared in anticipation of litigation. |
| Tab 4 Row 10 | 2/18/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Mot to file under seal |
| Tab 4 Row 11 | 2/18/2020 14:02 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Draft document prepared in anticipation of litigation. |
| Tab 4 Row 12 | 2/18/2020 22:02 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Work Product/Attorney Client | RLM discussion of documents drafted in anticipation of litigation |
| Tab 4 Row 13 | 2/21/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Work Product/Attorney Client | RLM document draft in anticipation of litigation. |
| Tab 4 Row 14 | 2/21/2020 11:43 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Work Product/Attorney Client | RLM document draft in anticipation of litigation. |
| Tab 4 Row 15 | 2/21/2020 18:27 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation for RLM JKM discussion. |
| Tab 4 Row 16 | 2/23/2020 20:09 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Document prepared in anticipation of litigation for review. |
| Tab 4 Row 17 | 2/23/2020 21:11 | RLM - rmast@lc.org | DJS - dschmid@lc.org | JKM - jkmast@liberty.edu | | Work Product/Attorney Client | RLM discussion of draft documents for litigation. |
| Tab 4 Row 18 | 2/24/2020 10:45 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | RLM discussion of anticipated litigation. |
| Tab 4 Row 19 | 2/24/2020 14:49 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation with RLM and law clerk comments. |
| Tab 4 Row 20 | 2/24/2020 12:42 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation with RLM and law clerk comments. |
| Tab 4 Row 21 | 2/24/2020 16:00 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | RLM discussion of anticipated litigation. |
| Tab 4 Row 22 | 2/25/2020 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | JKM - jkmast@liberty.edu | | Work Product/Attorney Client | Email requesting research in anticipation of litigation |
| Tab 4 Row 23 | 2/25/2020 15:58 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | JKM - jkmast@liberty.edu | | Attorney Client/Work Product | RLM notes and document prepared in anticipation of litigation. |
| Tab 4 Row 24 | 2/25/2020 21:48 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Draft Order for TRO |
| Tab 4 Row 26 | 2/26/2020 5:41 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | DJS - dschmid@lc.org | | Attorney Client/Work Product | RLM notes and draft document prepared in anticipation of litigation. |
| Tab 4 Row 27 | 2/26/2020 5:55 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | RLM Legal Assistant | | Work Product | RLM notes on litigation. |
| Tab 4 Row 28 | 2/26/2020 6:15 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | JKM - jkmast@liberty.edu | | Work Product/Attorney Client | RLM notes and draft document prepared in anticipation of litigation. |
| Tab 4 Row 29 | 2/26/2020 6:22 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | JKM - jkmast@liberty.edu | | Work Product/Attorney Client | RLM notes in anticipation of litigation. |
| Tab 4 Row 30 | 2/26/2020 9:20 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | | | Work Product | RLM notes in anticipation of litigation. |
| Tab 4 Row 32 | 2/26/2020 11:55 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Memo and Order ISO TRO final draft for review. |
| Tab 4 Row 35 | 3/4/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | DJS - dschmid@lc.org | RLM Legal Assistant | Attorney Client/Work Product | Email re status w RLM discussion. |
| Tab 4 Row 45 | 3/10/2020 9:21 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | RLM email to JKM with litigation documents for discussion. |
| Tab 4 Row 46 | 3/10/2020 12:48 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Work Product/Attorney Client | RLM discussion of documents in litigation. |
| Tab 4 Row 49 | 3/10/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Litigation document w discussion by RLM. |
| Tab 4 Row 51 | 3/11/2020 8:00 | RLM - rmast@lc.org | RLM Law Clerk HWB - hwbradburn@liberty.edu | | | Work Product | RLM notes on misc issues. |
| Tab 4 Row 60 | 4/1/2020 15:56 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; sealing issues documents for discussion. |
| Tab 4 Row 61 | 4/6/2020 8:57 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Email for RLM JKM discussion. |
| Tab 4 Row 62 | 4/6/2020 14:51 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; sealing issues |
| Tab 4 Row 63 | 4/6/2020 16:37 | RLM - rmast@lc.org | RKG - roger@lc.org | | JKM - jkmast@liberty.edu | Attorney Client/Work Product | Draft documents for litigation w RLM discussion. |
| Tab 4 Row 64 | 4/8/2020 16:53 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Draft documents w RLM discussion. |
| Tab 4 Row 65 | 4/8/2020 18:01 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation. |
| Tab 4 Row 67 | 4/20/2020 0:00 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation. |
| Tab 4 Row 69 | 4/23/2020 10:14 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Litigation document w discussion by RLM. |
| Tab 4 Row 70 | 4/23/2020 14:31 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu; RLM Legal Assistant | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; sealed documents from WDVA clerk |
| Tab 4 Row 71 | 4/23/2020 16:40 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; ECF 4 Exhibits w proposed redactions. |
| Tab 4 Row 72 | 4/23/2020 17:36 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation; final docs. |
| Tab 4 Row 73 | 4/24/2020 9:37 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Documents prepared in anticipation of litigation w RLM comments and edits. |
| Tab 4 Row 74 | 4/24/2020 11:55 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Email w Sealed Documents for RLM JKM discussion. |
| Tab 4 Row 75 | 4/24/2020 12:21 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Email for RLM JKM discussion. |
| Tab 4 Row 76 | 4/24/2020 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Litigation Documents with proposed redactions for RLM JKM discussion. |
| Tab 4 Row 78 | 4/27/2020 8:42 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Litigation Documents with proposed redactions for RLM JKM discussion. |
| Tab 4 Row 79 | 4/27/2020 16:34 | RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | | Attorney Client/Work Product | Litigation Documents for RLM JKM discussion. |
| Tab 4 Row 80 | 4/27/2020 20:22 | RLM - rmast@lc.org | DJS - dschmid@lc.org | JKM - jkmast@liberty.edu | | Work Product/Attorney Client | RLM JKM discussion of draft documents for litigation. |

## Documents on Richard Mast's Privilege Log Referencing LU Email Account

| | | | | | |
|---|---|---|---|---|---|
| Tab 4 Row 81 | 4/27/2020 20:24 RLM - rmast@lc.org | DJS - dschmid@lc.org | JKM - jkmast@liberty.edu | Work Product/Attorney Client | RLM discussion of documents and litigation strategy. |
| Tab 4 Row 87 | 5/11/2020 3:54 RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | Attorney Client/Work Product | RLM email to JKM with litigation documents for discussion. |
| Tab 4 Row 88 | 5/11/2020 9:39 RLM - rmast@lc.org | JKM - jkmast@liberty.edu | | Attorney Client/Work Product | Email with proposed redaction document for RLM JKM discussion. |
| Tab 4 Row 94 | 10/26/2020 20:34 RLM - rmast@lc.org | JKM - jkmast@liberty.edu; RLM Legal Assistant | | Attorney Client/Work Product | Docket report w RLM discussion. |
| Tab 4 Row 96 | 9/8/2022 10:42 RLM - rmast@lc.org | HEW - hannonwright@gmail.com | rlmast@liberty.edu; JKM - jkmast@liberty.edu | Work Product/Attorney Client | RLM discussion of case strategy. |