# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> JOSHUA MAST, *et al.*, <br><br> Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS 3, 5, 9, 10, 11, AND 12 TO PLAINTIFFS' MEMORANDUM: (A) IN OPPOSITION TO MOTIONS TO QUASH AND FOR PROTECTIVE ORDER, AND (B) IN SUPPORT OF CROSS MOTION TO COMPEL

Having considered Plaintiffs' Motion to Seal Exhibits 3, 5, 9, 10, 11, and 12 to their Memorandum: (A) In Opposition to Motions to Quash and for Protective Order, and (B) In Support of Cross Motion to Compel ("Memorandum"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 3, 5, 9, 10, 11, and 12 to the Memorandum are filed under seal.

Entered this ___ day of _____, 2024.

_____
Judge