# EXHIBIT 5

**Documents on J&S Mast's Privilege Log Referencing LU Email Account or Missing Email Account**

| Production Bates Begin | Production Bates End | Date | Author/From | From Email Address/Phone | To | To Email Address/Phone | CC | CC Email Address/Phone | BCC | BCC Email Address/Phone | Other Participants | Description | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J&SMAST-WDVA-01005 | J&SMAST-WDVA-01006 | 10/13/19 2:23 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | | Alexandre, Jonathan*; Mast, Richard* | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding situation background contains information provided to outside counsel for the purpose of rendering a legal opinion and withheld pursuant to marital communications privilege. | Attorney Client;Spousal Privilege | |
| J&SMAST-WDVA-01007 | J&SMAST-WDVA-01009 | 10/15/19 4:34 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| J&SMAST-WDVA-01015 | J&SMAST-WDVA-01019 | 10/16/19 9:51 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding communications update reflects outside counsel's legal opinion. | Attorney Client | Yes |
| J&SMAST-WDVA-01020 | J&SMAST-WDVA-01022 | 10/17/19 6:27 AM | Mast, Stephanie | Stephanie Mast <samast@mac.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| J&SMAST-WDVA-01025 | J&SMAST-WDVA-01028 | 10/17/19 1:07 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | | Email string among outside counsel and Joshua Mast regarding draft communication concerning request for assistance reflects outside counsel's legal opinion. | Attorney Client | |
| J&SMAST-WDVA-01029 | J&SMAST-WDVA-01032 | 10/17/19 1:47 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | | Email string among outside counsel and Joshua Mast regarding draft communication concerning request for assistance reflects outside counsel's legal opinion. | Attorney Client | |
| J&SMAST-WDVA-01033 | J&SMAST-WDVA-01035 | 10/17/19 2:06 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | | Email string among outside counsel and Joshua Mast regarding draft communication concerning request for assistance reflects outside counsel's legal opinion. | Attorney Client | |
| J&SMAST-WDVA-01036 | J&SMAST-WDVA-01037 | 10/18/19 2:34 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Lindevaldsen, Rena* | "Lindevaldsen, Rena M" <rlindevaldsen@liberty.edu> | | | | | | Email string among outside counsel and Joshua Mast regarding proposed adoption requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01038 | J&SMAST-WDVA-01042 | 10/22/19 1:38 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Edwards, Trudy | Trudy Edwards <trudy@lc.org> | | | Thompson, Rachel* | Redacted portion of email string among outside counsel, outside legal staff and Joshua Mast regarding case strategy relays outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | Yes |
| J&SMAST-WDVA-01043 | J&SMAST-WDVA-01047 | 10/22/19 1:50 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Thompson, Rachel* | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy relays and requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | Yes |
| J&SMAST-WDVA-01048 | J&SMAST-WDVA-01052 | 10/22/19 1:53 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Thompson, Rachel* | rachel@poarchlaw.com | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | Yes |
| J&SMAST-WDVA-01053 | J&SMAST-WDVA-01059 | 10/22/19 2:08 PM | Thompson, Rachel* | Rachel Thompson <rachel@poarchlaw.com> | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | Yes |
| J&SMAST-WDVA-01060 | J&SMAST-WDVA-01061 | 10/28/19 6:08 AM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua; Mast, Stephanie | "Mast, Josh" <jkmast@liberty.edu>; Stephanie Mast <samast@mac.com> | | | | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01066 | J&SMAST-WDVA-01067 | 10/28/19 6:15 AM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua; Mast, Stephanie | "Mast, Josh" <jkmast@liberty.edu>; Stephanie Mast <samast@mac.com> | | | | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01076 | J&SMAST-WDVA-01077 | 10/28/19 9:33 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | Thompson, Rachel*; Noonan, Taylor* | rachel@poarchlaw.com; "Noonan, Taylor" <tnoonan1@liberty.edu> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01105 | J&SMAST-WDVA-01105 | 10/28/19 2:12 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | | Mast, Richard* | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| J&SMAST-WDVA-01106 | J&SMAST-WDVA-01109 | 10/28/19 2:22 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard*; Thompson, Rachel*; Noonan, Taylor* | Richard Mast <rmast@lc.org>; rachel@poarchlaw.com; "Noonan, Taylor" <tnoonan1@liberty.edu> | | | | | Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01144 | J&SMAST-WDVA-01145 | 10/29/19 8:02 AM | Thompson, Rachel* | Rachel Thompson <rachel@poarchlaw.com> | Mast, Richard* | Richard Mast <rmast@lc.org> | Noonan, Taylor*; Mast, Joshua | "Noonan, Taylor" <tnoonan1@liberty.edu>; "Mast, Josh" <jkmast@liberty.edu> | | | Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01146 | J&SMAST-WDVA-01147 | 10/29/19 10:04 AM | Mast, Joshua | jkmast@liberty.edu | Thompson, Rachel* | Rachel Thompson <rachel@poarchlaw.com> | | | | | Mast, Richard*; Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01148 | J&SMAST-WDVA-01151 | 10/29/19 3:57 PM | Thompson, Rachel* | Rachel Thompson <rachel@poarchlaw.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Noonan, Taylor* | "Noonan, Taylor" <tnoonan1@liberty.edu> | | | Mast, Richard*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01152 | J&SMAST-WDVA-01155 | 10/29/19 9:27 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Joshua | joshua.k.mast.mil@mail.mil | | | | | Thompson, Rachel*; Mast, Richard*; Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01156 | J&SMAST-WDVA-01160 | 10/30/19 12:00 AM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Thompson, Rachel* | rachel@poarchlaw.com | Mast, Joshua; Mast, Richard* | "Mast, Josh" <jkmast@liberty.edu>; Richard Mast <rmast@lc.org> | | | Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| J&SMAST-WDVA-01161 | J&SMAST-WDVA-01166 | 10/30/19 12:34 AM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Thompson, Rachel* | rachel@poarchlaw.com | Mast, Joshua; Mast, Richard* | "Mast, Josh" <jkmast@liberty.edu>; Richard Mast <rmast@lc.org> | | | | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |

| # | Bates Begin | Bates End | Date | From | To | CC | BCC | Custodian | Description | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | J&SMAST-WDVA-01173 | J&SMAST-WDVA-01178 | 10/30/19 1:35 AM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Thompson, Rachel* | rachel@poarchlaw.com | Mast, Joshua; Mast, Richard* | "Mast, Josh" <jkmast@liberty.edu>; Richard Mast <rmast@lc.org> | Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product |
| 27 | J&SMAST-WDVA-01180 | J&SMAST-WDVA-01185 | 10/30/19 2:07 PM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Thompson, Rachel* | rachel@poarchlaw.com | Mast, Joshua; Mast, Richard* | "Mast, Josh" <jkmast@liberty.edu>; Richard Mast <rmast@lc.org> | Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product |
| 28 | J&SMAST-WDVA-01229 | J&SMAST-WDVA-01232 | 10/31/19 11:59 AM | Thompson, Rachel* | Rachel Thompson <rachel@poarchlaw.com> | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Mast, Richard*; Joshua | Richard Mast <rmast@lc.org>; "Mast, Josh" <jkmast@liberty.edu> | | Email string among outside counsel and Joshua Mast regarding draft Petition for Custody and Order requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product |
| 29 | J&SMAST-WDVA-01237 | J&SMAST-WDVA-01240 | 10/31/19 12:12 PM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Thompson, Rachel* | Rachel Thompson <rachel@poarchlaw.com> | Mast, Richard*; Joshua | Richard Mast <rmast@lc.org>; "Mast, Josh" <jkmast@liberty.edu> | | Email string among outside counsel and Joshua Mast regarding draft Petition for Custody and Order requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product |
| 30 | J&SMAST-WDVA-01245 | J&SMAST-WDVA-01246 | 10/31/19 3:39 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Thompson, Rachel* | rachel@poarchlaw.com | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil>; "Mast, Josh" <jkmast@liberty.edu> | | Email string among outside counsel and Joshua Mast regarding draft Petition for Custody and proposed exhibits requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product |
| 31 | J&SMAST-WDVA-01363 | J&SMAST-WDVA-01363 | 11/3/19 2:58 PM | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Stephanie; Mast, Joshua | Stephanie Mast <samast@mac.com>; "Mast, Josh" <jkmast@liberty.edu> | | Email among outside counsel, Joshua Mast and Stephanie Mast regarding draft supporting documentation contains information provided to outside counsel for the purpose of rendering a legal opinion. | Attorney Client |
| 32 | J&SMAST-WDVA-01376 | J&SMAST-WDVA-01377 | 11/7/19 5:49 AM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | Mast, Richard* | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding visa provides information to outside counsel for the purpose of rendering a legal opinion. | Attorney Client |
| 33 | J&SMAST-WDVA-01378 | J&SMAST-WDVA-01378 | 11/10/19 10:01 PM | Mast, Stephanie | Stephanie Mast <samast@mac.com> | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil>; "Mast, Josh" <jkmast@liberty.edu> | | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 34 | J&SMAST-WDVA-01379 | J&SMAST-WDVA-01379 | 11/10/19 10:01 PM | Mast, Stephanie | Stephanie Mast <samast@mac.com> | Mast, Joshua | "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil>; "Mast, Josh" <jkmast@liberty.edu> | | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 35 | J&SMAST-WDVA-01433 | J&SMAST-WDVA-01433 | 11/16/19 4:26 AM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | Email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 36 | J&SMAST-WDVA-01486 | J&SMAST-WDVA-01486 | 12/13/19 1:29 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email among outside counsel Stephanie Mast and Joshua Mast regarding treatment plan contains a request for outside counsel's legal opinion. | Attorney Client |
| 37 | J&SMAST-WDVA-01497 | J&SMAST-WDVA-01497 | 12/13/19 9:42 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Email among Stephani Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 38 | J&SMAST-WDVA-01508 | J&SMAST-WDVA-01508 | 12/13/19 9:56 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Richard*; Mast, Joshua | Richard Mast <rmast@lc.org>; "Mast, Josh" <jkmast@liberty.edu> | | | | Email among outside counsel, Stephanie Mast and Joshua Mast regarding draft treatment email contains a request for outside counsel's legal opinion. | Attorney Client |
| 39 | J&SMAST-WDVA-01509 | J&SMAST-WDVA-01509 | 12/17/19 2:54 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast contains outside counsel's legal opinion and withheld pursuant to marital communications privilege. | Attorney Client;Spousal Privilege |
| 40 | J&SMAST-WDVA-01512 | J&SMAST-WDVA-01512 | 12/28/19 7:35 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu>; "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | | | | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 41 | J&SMAST-WDVA-01553 | J&SMAST-WDVA-01553 | 1/3/20 9:26 AM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu>; joshua.kenneth.mast@gmail.com | | | | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 42 | J&SMAST-WDVA-01554 | J&SMAST-WDVA-01554 | 1/4/20 2:24 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | Email among outside counsel and Joshua Mast regarding draft letter contains a request for outside counsel's legal opinion. | Attorney Client |
| 43 | J&SMAST-WDVA-01573 | J&SMAST-WDVA-01573 | 1/6/20 3:14 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege |
| 44 | J&SMAST-WDVA-01659 | J&SMAST-WDVA-01661 | 1/15/20 5:12 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Alexandre, Jonathan* | Jonathan Alexandre <jona@lc.org> | | Redacted portion of email string among outside counsel and Joshua Mast regarding request for advocacy contains outside counsel's legal opinion. | Attorney Client | Yes |
| 45 | J&SMAST-WDVA-01662 | J&SMAST-WDVA-01662 | 1/17/20 6:03 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Richard* | Richard Mast <rmast@lc.org> | | | Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding medical appointment letter relays information to outside counsel for the purpose of rendering a legal opinion. | Attorney Client |
| 46 | J&SMAST-WDVA-01664 | J&SMAST-WDVA-01670 | 1/23/20 1:07 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding request for medical evacuation contains outside counsel's legal opinion. | Attorney Client | Yes |
| 47 | J&SMAST-WDVA-01671 | J&SMAST-WDVA-01677 | 1/23/20 4:51 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding request for medical evacuation provides information to outside counsel for the purpose of rendering a legal opinion. | Attorney Client | Yes |
| 48 | J&SMAST-WDVA-01678 | J&SMAST-WDVA-01679 | 1/26/20 2:21 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Email among outside counsel and Joshua Mast regarding public relations talking points contains outside counsel's legal opinion. | Attorney Client |
| 49 | J&SMAST-WDVA-01680 | J&SMAST-WDVA-01681 | 1/26/20 2:28 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | Email string among outside counsel and Joshua Mast regarding public relations talking points contains and discusses outside counsel's legal opinion. | Attorney Client |
| 50 | J&SMAST-WDVA-01682 | J&SMAST-WDVA-01684 | 1/27/20 2:13 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Redacted portion among outside counsel and Joshua Mast regarding draft response email contains outside counsel's legal opinion. | Attorney Client | Yes |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | J&SMAST-WDVA-01685 | J&SMAST-WDVA-01686 | 1/29/20 10:43 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 52 | J&SMAST-WDVA-01698 | J&SMAST-WDVA-01698 | 2/3/20 2:08 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel and Joshua Mast regarding draft demand letter reflects outside counsel's legal opinion. | Attorney Client | |
| 53 | J&SMAST-WDVA-01702 | J&SMAST-WDVA-01704 | 2/5/20 1:24 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email among outside counsel and Joshua Mast regarding request for Department of Defense assistance provides information to outside counsel for the purpose of rendering a legal opinion. | Attorney Client | |
| 54 | J&SMAST-WDVA-01705 | J&SMAST-WDVA-01705 | 2/10/20 8:26 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua; Mast, Stephanie | "Mast, Josh" <jkmast@liberty.edu>; samast@me.com | | | | | Email string among outside counsel and Joshua Mast regarding draft letter reflects outside counsel's legal opinion prepared in anticipation of ▓ litigation. | Attorney Client;Work Product | |
| 55 | J&SMAST-WDVA-01713 | J&SMAST-WDVA-01727 | 2/10/20 3:03 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | | Email string withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 56 | J&SMAST-WDVA-01770 | J&SMAST-WDVA-01770 | 2/10/20 5:12 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua; Mast, Stephanie | "Mast, Josh" <jkmast@liberty.edu>; Stephanie Mast <samast@mac.com>; "Mast, Joshua K Capt USMC USARMY HQDA TJAGLCS (USA)" <joshua.k.mast.mil@mail.mil> | | | | | Email string among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 57 | J&SMAST-WDVA-01838 | J&SMAST-WDVA-01838 | 2/14/20 2:02 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel and Joshua Mast regarding draft complaint contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 58 | J&SMAST-WDVA-01876 | J&SMAST-WDVA-01877 | 2/18/20 10:52 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email string among outside counsel and Joshua Mast regarding draft complaint contains and discusses outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 59 | J&SMAST-WDVA-01897 | J&SMAST-WDVA-01898 | 2/18/20 1:56 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email string among outside counsel and Joshua Mast regarding draft motion contains information requested by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 60 | J&SMAST-WDVA-01899 | J&SMAST-WDVA-01899 | 2/18/20 2:01 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel and Joshua Mast regarding draft petition for temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 61 | J&SMAST-WDVA-01918 | J&SMAST-WDVA-01920 | 2/18/20 10:02 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel and Joshua Mast regarding temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 62 | J&SMAST-WDVA-01932 | J&SMAST-WDVA-01932 | 2/21/20 9:52 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order provides information to outside counsel for the purpose of rendering a legal opinion. | Attorney Client | |
| 63 | J&SMAST-WDVA-01950 | J&SMAST-WDVA-01950 | 2/21/20 10:24 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email string among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order provides information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 64 | J&SMAST-WDVA-01970 | J&SMAST-WDVA-01970 | 2/21/20 11:21 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order requests and contains outside counsel's legal opinion prepared in connection with Pompeo litigation. | Attorney Client;Work Product | |
| 65 | J&SMAST-WDVA-01990 | J&SMAST-WDVA-01991 | 2/21/20 11:43 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order contains outside counsel's legal opinion. | Attorney Client | |
| 66 | J&SMAST-WDVA-01992 | J&SMAST-WDVA-01992 | 2/22/20 8:25 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among Joshua Mast to self regarding situation report prepared in anticipation of ▓ litigation. | Work Product | |
| 67 | J&SMAST-WDVA-01993 | J&SMAST-WDVA-01993 | 2/23/20 2:48 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 68 | J&SMAST-WDVA-01994 | J&SMAST-WDVA-01995 | 2/23/20 8:09 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel and Joshua Mast regarding temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 69 | J&SMAST-WDVA-02043 | J&SMAST-WDVA-02043 | 2/24/20 7:15 AM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu>; joshua.k.mast.mil@mail.mil | | | | | Email among Joshua Mast and Stephanie Mast prepared in connection with ▓ litigation and withheld pursuant to marital communications privilege. | Work Product;Spousal Privilege | |
| 70 | J&SMAST-WDVA-02065 | J&SMAST-WDVA-02065 | 2/24/20 2:49 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 71 | J&SMAST-WDVA-02089 | J&SMAST-WDVA-02089 | 2/25/20 1:23 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Bradburn, Holden William* | "Bradburn, Holden William" <hwbradburn@liberty.edu> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Email among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 72 | J&SMAST-WDVA-02090 | J&SMAST-WDVA-02090 | 2/25/20 3:57 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Bradburn, Holden William* | "Bradburn, Holden William" <hwbradburn@liberty.edu> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Email among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 73 | J&SMAST-WDVA-02115 | J&SMAST-WDVA-02115 | 2/25/20 4:14 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email string among outside counsel and Joshua Mast regarding draft petitions contains a request for outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |
| 74 | J&SMAST-WDVA-02128 | J&SMAST-WDVA-02128 | 2/26/20 5:40 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Schmid, Daniel* | Daniel Schmid <daniel@lc.org> | | | Email string among outside counsel and Joshua Mast regarding draft motion requests and contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client;Work Product | |

| # | Bates Begin | Bates End | Date | From | To | CC | BCC | From2 | To2 | CC2 | BCC2 | Other | Description | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | J&SMAST-WDVA-02138 | J&SMAST-WDVA-02139 | 2/26/20 6:15 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Bradburn, Holden William* | "Bradburn, Holden William" <hwbradburn@liberty.edu> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Email string among outside counsel, outside legal assistant and Joshua Mast regarding draft memorandum in support of temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client; Work Product | |
| 76 | J&SMAST-WDVA-02164 | J&SMAST-WDVA-02165 | 2/26/20 6:19 AM | Bradburn, Holden William* | "Bradburn, Holden William" <hwbradburn@liberty.edu> | | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Email string among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client; Work Product | |
| 77 | J&SMAST-WDVA-02166 | J&SMAST-WDVA-02167 | 2/26/20 6:21 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Bradburn, Holden William* | "Bradburn, Holden William" <hwbradburn@liberty.edu> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Email among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Esper litigation. | Attorney Client; Work Product | |
| 78 | J&SMAST-WDVA-02318 | J&SMAST-WDVA-02318 | 2/28/20 11:10 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Mast, Richard* | Richard Mast <rmast@lc.org> | | | | | Email among outside counsel and Joshua Mast regarding follow-up to phone call provides information to outside counsel for the purpose of rendering a legal opinion. | Attorney Client | |
| 79 | J&SMAST-WDVA-02321 | J&SMAST-WDVA-02322 | 3/12/20 10:48 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel and Joshua Mast regarding draft fundraising email contains outside counsel's legal opinion. | Attorney Client | |
| 80 | J&SMAST-WDVA-02323 | J&SMAST-WDVA-02324 | 3/13/20 10:05 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel and Joshua Mast regarding draft donation email contains outside counsel's legal opinion. | Attorney Client | |
| 81 | J&SMAST-WDVA-02325 | J&SMAST-WDVA-02325 | 3/13/20 10:53 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel and Joshua Mast regarding draft donation email contains outside counsel's legal opinion. | Attorney Client | |
| 82 | J&SMAST-WDVA-02326 | J&SMAST-WDVA-02326 | 3/31/20 7:32 AM | Mast, Stephanie | Stephanie Mast <samast@me.com> | | Mast, Stephanie; Mast, Joshua | Stephanie Mast <samast@me.com>; "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 83 | J&SMAST-WDVA-02327 | J&SMAST-WDVA-02328 | 3/31/20 7:40 AM | Mast, Stephanie | Stephanie Mast <samast@me.com> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 84 | J&SMAST-WDVA-02329 | J&SMAST-WDVA-02331 | 4/2/20 10:21 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Mast, Stephanie | Stephanie Mast <samast@mac.com> | | | | | Email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 85 | J&SMAST-WDVA-02401 | J&SMAST-WDVA-02401 | 4/2/20 12:01 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | | McAlister, Mary*; Mast, Joshua | Mary McAlister <rmast@lc.org>; "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel, Stephanie Mast and Joshua Mast regarding draft talking points and proposed redactions provides information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▊ litigation. | Attorney Client; Work Product | |
| 86 | J&SMAST-WDVA-02493 | J&SMAST-WDVA-02494 | 4/8/20 4:52 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding supplemental pleadings contains a request for information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▊ litigation. | Attorney Client; Work Product | Yes |
| 87 | J&SMAST-WDVA-02512 | J&SMAST-WDVA-02516 | 4/8/20 6:01 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding supplemental pleadings contains outside counsel's legal opinion prepared in anticipation of ▊. | Attorney Client; Work Product | Yes |
| 88 | J&SMAST-WDVA-02534 | J&SMAST-WDVA-02539 | 4/8/20 6:22 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | McAlister, Mary* | Mary McAlister <rmast@lc.org> | | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding supplemental pleadings provides information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▊ litigation. | Attorney Client; Work Product | Yes |
| 89 | J&SMAST-WDVA-02554 | J&SMAST-WDVA-02554 | 4/23/20 10:13 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email string among outside counsel, outside legal assistant and Joshua Mast regarding supplemental response to motion contains outside counsel's legal opinion prepared in connection with Esper litigation. | Attorney Client; Work Product | |
| 90 | J&SMAST-WDVA-02557 | J&SMAST-WDVA-02558 | 4/23/20 2:31 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding supplemental pleadings provides information to outside counsel for the purpose of rendering a legal opinion prepared in connection with Esper litigation. | Attorney Client; Work Product | Yes |
| 91 | J&SMAST-WDVA-02619 | J&SMAST-WDVA-02620 | 4/23/20 2:33 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding supplemental pleadings provides information to outside counsel for the purpose of rendering a legal opinion prepared in connection with Esper litigation. | Attorney Client; Work Product | Yes |
| 92 | J&SMAST-WDVA-02662 | J&SMAST-WDVA-02662 | 4/23/20 5:36 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Email among outside counsel and Joshua Mast regarding draft pleadings contains outside counsel's legal opinion prepared in anticipation of Esper litigation. | Attorney Client; Work Product | |
| 93 | J&SMAST-WDVA-02869 | J&SMAST-WDVA-02872 | 7/30/20 4:30 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding hearing notice contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. | Attorney Client; Work Product | Yes |
| 94 | J&SMAST-WDVA-02877 | J&SMAST-WDVA-02877 | 9/15/20 7:37 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | | Edwards, Trudy | Email string among outside counsel, outside legal assistant and Joshua Mast regarding Order of Reference provides information requested by outside counsel for the purpose of rendering a legal opinion. | Attorney Client | |
| 95 | J&SMAST-WDVA-02894 | J&SMAST-WDVA-02894 | 10/27/20 11:07 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Edwards, Trudy | Trudy Edwards <trudy@lc.org> | | | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding hearing summary contains outside counsel's legal opinion prepared in connection with Virginia adoption proceedings. | Attorney Client; Work Product | Yes |
| 96 | J&SMAST-WDVA-02903 | J&SMAST-WDVA-02904 | 11/11/20 9:22 AM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | McAlister, Mary* | Mary McAlister <rmast@lc.org> | | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding draft guardian ad litem report contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. | Attorney Client; Work Product | Yes |

| # | BegBates | EndBates | Date | From | To | CC | BCC | Other Recipients | Custodians | Subject/Description | Privilege | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | J&SMAST-WDVA-02913 | J&SMAST-WDVA-02913 | 12/3/20 4:20 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | | "Mast, Josh" <jkmast@liberty.edu> | Edwards, Trudy | Trudy Edwards <trudy@lc.org> | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding Order Appointing Guardian ad Litem reflects outside counsel's legal opinion prepared in connection with Virginia adoption proceedings. | Attorney Client;Work Product | Yes |
| 98 | J&SMAST-WDVA-02932 | J&SMAST-WDVA-02932 | 1/18/21 2:26 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | | Joshua Mast <joshua.kenneth.mast@gmail.com> | Mast, Joshua | Joshua Mast <jkmast@liberty.edu> | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 99 | J&SMAST-WDVA-02939 | J&SMAST-WDVA-02939 | 1/18/21 2:26 PM | Mast, Stephanie | Stephanie Mast <samast@me.com> | Mast, Joshua | | Joshua Mast <joshua.kenneth.mast@gmail.com> | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 100 | J&SMAST-WDVA-02975 | J&SMAST-WDVA-02976 | 2/24/21 10:56 AM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | | "Mast, Josh" <jkmast@liberty.edu>; joshua.kenneth.mast@gmail.com | | | Edwards, Trudy | Email string among outside counsel, outside legal assistant and Joshua Mast regarding treatment plan provides information requested by outside counsel for the purpose of rendering a legal opinion. | Attorney Client | |
| 101 | J&SMAST-WDVA-02995 | J&SMAST-WDVA-02996 | 3/22/21 5:03 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | | "Mast, Josh" <jkmast@liberty.edu>; joshua.kenneth.mast@gmail.com | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding travel requirements contains a request for information by outside counsel for the purpose of rendering a legal opinion. | Attorney Client | Yes |
| 102 | J&SMAST-WDVA-03107 | J&SMAST-WDVA-03112 | 3/30/22 12:24 PM | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard* | | rlmast@protonmail.com | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding immigration status contains information provided to outside counsel for the purpose of rendering a legal opinion. | Attorney Client | Yes |
| 103 | J&SMAST-WDVA-04572 | J&SMAST-WDVA-04574 | 10/15/19 4:34 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | | Stephanie Mast <samast@mac.com> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 104 | J&SMAST-WDVA-04575 | J&SMAST-WDVA-04579 | 10/22/19 1:50 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Richard* | | Richard Mast <rmast@lc.org> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Thompson, Rachel* | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy relays outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | Yes |
| 105 | J&SMAST-WDVA-04580 | J&SMAST-WDVA-04581 | 10/25/19 2:04 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | | Stephanie Mast <samast@mac.com> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 106 | J&SMAST-WDVA-04582 | J&SMAST-WDVA-04583 | 10/29/19 10:04 AM | Mast, Joshua | jkmast@liberty.edu | Thompson, Rachel* | | Rachel Thompson <rachel@poarchlaw.com> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Richard*; Mast, Stephanie; Noonan, Taylor* | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding case strategy prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| 107 | J&SMAST-WDVA-04584 | J&SMAST-WDVA-04587 | 10/29/19 9:27 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Joshua | | joshua.k.mast.mil@mail.mil | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Thompson, Rachel*; Mast, Richard*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding case strategy prepared in anticipation of Virginia adoption proceedings. | Attorney Client;Work Product | |
| 108 | J&SMAST-WDVA-04606 | J&SMAST-WDVA-04606 | 11/16/19 4:26 AM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | | Stephanie Mast <samast@mac.com> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 109 | J&SMAST-WDVA-04608 | J&SMAST-WDVA-04609 | 11/29/19 6:38 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Staver, Matt* | | Mat Staver <mat@lc.org> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email among outside counsel and Joshua Mast regarding request for presidential assistance reflects outside counsel's legal opinion. | Attorney Client | |
| 110 | J&SMAST-WDVA-04617 | J&SMAST-WDVA-04618 | 1/14/20 3:11 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Alexandre, Jonathan* | | Jonathan Alexandre <jona@lc.org> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email among outside counsel and Joshua Mast regarding waiver of Afghan government jurisdiction reflects outside counsel's legal opinion. | Attorney Client | |
| 111 | J&SMAST-WDVA-04637 | J&SMAST-WDVA-04651 | 2/10/20 3:03 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | | Stephanie Mast <samast@mac.com> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 112 | J&SMAST-WDVA-04652 | J&SMAST-WDVA-04652 | 2/23/20 2:48 PM | Mast, Joshua | jkmast@liberty.edu | Mast, Stephanie | | Stephanie Mast <samast@mac.com> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 113 | J&SMAST-WDVA-04653 | J&SMAST-WDVA-04653 | 2/23/20 9:10 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Schmid, Daniel* | | Daniel Schmid <daniel@lc.org> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding draft Complaint requests outside counsel's legal opinion prepared in anticipation of Esper litigation. | Attorney Client;Work Product | |
| 114 | J&SMAST-WDVA-04676 | J&SMAST-WDVA-04680 | 4/6/20 4:37 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Gannam, Roger* | | Roger Gannam <rgannam@lc.org> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | | Redacted portion of email string among outside counsel and Joshua Mast regarding draft Order reflects outside counsel's legal opinion prepared in connection with Esper litigation. | Attorney Client;Work Product | Yes |
| 115 | J&SMAST-WDVA-05312 | J&SMAST-WDVA-05313 | 7/3/20 6:13 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Schmid, Daniel* | | Daniel Schmid <daniel@lc.org> | | | Mast, Joshua | "Mast, Josh" <jkmast@liberty.edu> | Shmid, Jill | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding Order reflects outside counsel's legal opinion prepared in connection with Esper litigation. | Attorney Client;Work Product | Yes |
| 116 | J&SMAST-WDVA-05440 | J&SMAST-WDVA-05442 | 1/15/20 5:12 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Mast, Joshua | | "Mast, Josh" <jkmast@liberty.edu> | Alexandre, Jonathan* | Jonathan Alexandre <jona@lc.org> | | | | Redacted portion of email string among outside counsel and Joshua Mast regarding request for assistance with Afghanistan exit process contains information provided to outside counsel for the purpose of rendering a legal opinion. | Attorney Client | Yes |
| 117 | J&SMAST-WDVA-01380 | J&SMAST-WDVA-01380 | | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Jonathan Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 118 | J&SMAST-WDVA-01434 | J&SMAST-WDVA-01434 | | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 119 | J&SMAST-WDVA-02332 | J&SMAST-WDVA-02333 | 12/5/2020 | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 120 | J&SMAST-WDVA-02334 | J&SMAST-WDVA-02339 | 12/5/2020 | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 121 | J&SMAST-WDVA-02340 | J&SMAST-WDVA-02362 | 12/5/2020 | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 122 | J&SMAST-WDVA-02363 | J&SMAST-WDVA-02373 | 4/2/2020 | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 123 | J&SMAST-WDVA-02374 | J&SMAST-WDVA-02400 | 4/2/2020 | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 124 | J&SMAST-WDVA-02933 | J&SMAST-WDVA-02933 | | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 125 | J&SMAST-WDVA-02934 | J&SMAST-WDVA-02938 | | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 126 | J&SMAST-WDVA-02940 | J&SMAST-WDVA-02940 | | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 127 | J&SMAST-WDVA-02941 | J&SMAST-WDVA-02945 | | | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |

| # | Bates Begin | Bates End | Date | From | To | CC | BCC | Recipients | Subject | Privilege Description | Privilege Type | Redacted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | J&SMAST-WDVA-02947 | J&SMAST-WDVA-02947 | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 129 | J&SMAST-WDVA-02949 | J&SMAST-WDVA-02958 | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 130 | J&SMAST-WDVA-02960 | J&SMAST-WDVA-02974 | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 131 | J&SMAST-WDVA-04607 | J&SMAST-WDVA-04607 | | | | | | | | Mast, Joshua; Mast, Stephanie | Attachment to email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 132 | J&SMAST-WDVA-00955 | J&SMAST-WDVA-00956 | 7/18/23 12:56 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan; Vought, Mary; Marston, Jessica; Cruden, Dena; Koss, Joe; Corriveau, Tanya; Semmel, Rachel | Email string among outside counsel, Jonathan Mast's counsel, Jonathan Mast and consultants regarding podcast interview provides information to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | |
| 133 | J&SMAST-WDVA-00957 | J&SMAST-WDVA-00960 | 7/18/23 12:57 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan | Redacted portion of email string among outside counsel, Jonathan Mast's counsel and Jonathan Mast regarding cease and desist provides information to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | Yes |
| 134 | J&SMAST-WDVA-00987 | J&SMAST-WDVA-00988 | 7/18/23 12:57 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan | Redacted portion of email string among outside counsel, Jonathan Mast's counsel and Jonathan Mast regarding cease and desist provides information to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | Yes |
| 135 | J&SMAST-WDVA-00992 | J&SMAST-WDVA-00993 | 7/18/23 12:57 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan; Semmel, Rachel; Vought, Mary; Cruden, Dena; Koss, Joe | Email string among outside counsel, Jonathan Mast's counsel, Jonathan Mast and consultants regarding media communications contains information provided to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | |
| 136 | J&SMAST-WDVA-00994 | J&SMAST-WDVA-00995 | 7/18/23 12:57 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan; Semmel, Rachel; Vought, Mary; Cruden, Dena; Koss, Joe | Email string among outside counsel, Jonathan Mast's counsel, Jonathan Mast and consultants regarding media communications contains information provided to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | |
| 137 | J&SMAST-WDVA-00997 | J&SMAST-WDVA-00998 | 7/18/23 12:58 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan; Semmel, Rachel; Vought, Mary; Cruden, Dena; Koss, Joe | Email string among outside counsel, Jonathan Mast's counsel, Jonathan Mast and consultants regarding media communications contains information provided to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | |
| 138 | J&SMAST-WDVA-00999 | J&SMAST-WDVA-01001 | 7/18/23 12:58 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan | Redacted portion of email string among outside counsel, Jonathan Mast's counsel and Jonathan Mast regarding podcast interview provides information to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | Yes |
| 139 | J&SMAST-WDVA-01002 | J&SMAST-WDVA-01003 | 7/18/23 12:58 PM | Harding, Elliott* | Elliott Harding <elliott@hardingcounsel.com> | Tagert, Stephen*; Francisco, Michael* | | "Tagert, Stephen" <stagert@mcguirewoods.com>; "Francisco, Michael" <mfrancisco@mcguirewoods.com> | | Mast, Jonathan | Redacted portion of email string among outside counsel, Jonathan Mast's counsel and Jonathan Mast regarding podcast interview provides information to Jonathan Mast's counsel for the purpose of rendering a legal opinion prepared in connection with litigation. Common interest privilege asserted on behalf of Jonathan Mast. | Attorney Client; Work Product; Common Interest | Yes |
| 140 | J&SMAST-WDVA-02020 | J&SMAST-WDVA-02020 | 2/23/20 9:10 PM | Mast, Richard* | Richard Mast <rmast@lc.org> | Schmid, Daniel* | | Daniel Schmid <daniel@lc.org> | | Mast, Stephanie | Email string among outside counsel and Stephanie Mast regarding draft temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. | Attorney Client; Work Product | |
| 141 | J&SMAST-WDVA-03104 | J&SMAST-WDVA-03105 | 10/17/21 11:29 AM | Mast, Stephanie | Stephanie Mast <samast@mac.com> | Mast, Joshua | | Joshua Mast <joshua.kenneth.mast@gmail.com> | | Kinzie, Ellen; Gallagher, Madelyn | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. | Spousal Privilege | |
| 142 | J&SMAST-WDVA-03216 | J&SMAST-WDVA-03217 | 9/15/22 7:57 AM | Mast, Richard* | RLMast <rlmast@protonmail.com> | Wright, Hannon*; Mast, Joshua | | Hannon Wright <hannonwright@gmail.com>; Joshua Mast <joshua.kenneth.mast@gmail.com> | | Jenkins, Robin* | Email string among outside counsel, Joshua Mast and Liberty University's counsel regarding document production contains outside counsel's legal opinion prepared in connection with litigation. | Attorney Client; Work Product | |
| 143 | J&SMAST-WDVA-05325 | J&SMAST-WDVA-05331 | 10/30/19 12:32 AM | Mast, Joshua | | Thompson, Rachel*; Mast, Richard* | | | | Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client; Work Product | |
| 144 | J&SMAST-WDVA-05338 | J&SMAST-WDVA-05343 | 10/30/19 1:34 AM | Mast, Joshua | | Thompson, Rachel* | | | Mast, Richard*; Mast, Joshua | Noonan, Taylor*; Mast, Stephanie | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. | Attorney Client; Work Product | |