IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| BABY DOE, *et al.*, </br>    Plaintiffs | ) </br> ) </br> ) | |
| v. | ) </br> ) </br> ) | Civil Action No. 3:22-cv-00049 |
| JOSHUA MAST, *et al.*, </br>    Defendants. | ) | |

### ORDER GRANTING MOTION TO WITHDRAW

Melvin E. Williams, Meghan A. Strickler, and the law firm of Williams & Strickler, PLC (*hereinafter* collectively "Counsel") have move for leave to withdraw from representation of non-party Caleb Mast and to be removed from receiving ECF notifications in this Action.

For the reasons set forth in the Motion, it is hereby GRANTED: Melvin E. Williams, Meghan A. Strickler, and the law firm of Williams & Strickler, PLC are relieved of representation of non-party Caleb Mast in this Action, and the Clerk is directed to remove them from receipt of ECF notifications in this Action.

ENTERED this __13th__ day of March 2024.

_____
Judge

1