IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

------------------------------------- X
BABY DOE, *et al.*,                    :
                                       :
    Plaintiffs,                      :     CIVIL ACTION NO.  3:22-CV-49-NKM-JCH
                                       :
v.                                     :
                                       :
JOSHUA MAST, *et al.*,                 :
                                       :
    Defendants.                      :
                                       :
                                       :
------------------------------------- X

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY
IN SUPPORT OF MOTION FOR SANCTIONS AS TO DEFENDANTS
JOSHUA MAST AND STEPHANIE MAST**

    Pursuant to Local Rule 11(c), Plaintiffs respectfully move for leave to submit the attached Sur-Reply in Support of Motion for Sanctions as to Defendants Joshua Mast and Stephanie Mast.

    "The standard for granting a leave to file a sur-reply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Vandelinde v. Priority Auto. Roanoke, Inc.*, 2021 WL 1113635, *5 (W.D. Va. Mar. 23, 2021) (citation omitted). "Generally, courts allow a party to file a sur-reply only when fairness dictates based on new arguments raised in the previous reply." *Id.* (citation omitted).

    Plaintiffs satisfy this standard here because they have identified new evidence rebutting the assertion of Joshua Mast and Stephanie Mast ("J&S Mast") that they diligently, and in good faith, attempted to comply with the Court's November 28, 2023 Order (ECF No. 326). Specifically, the evidence is a March 29, 2024 letter sent from the Department of Justice to J&S Mast's counsel.

For these reasons, Plaintiffs respectfully request leave to file the attached Sur-Reply in Support of Motion for Sanctions as to Defendants Joshua Mast and Stephanie Mast.

April 2, 2024

Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email: jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com

Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email:  damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April 2024, I filed the foregoing with the Court's electronic case-filing system, thereby serving all counsel of record in this case.

By: /s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)