**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BABY DOE, *et al.*,

      Plaintiffs,

v.

JOSHUA MAST, *et al.*,

      Defendants.

CIVIL ACTION NO.  3:22-CV-49-NKM-JCH

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>PLAINTIFFS' UNOPPOSED MOTION FOR PRE-HEARING BRIEFING SCHEDULE</u>

Pursuant to Local Rule 11, Plaintiffs respectfully ask the Court to enter a pre-hearing briefing schedule in advance of a hearing on their Motion, and Memorandum in Support, to Show Cause Why Defendants Joshua and Stephanie Mast and Their Third-Party Representatives Jonathan Mast and the Pipe Hitter Foundation Should Not Be Held in Contempt for Violating the Court's Protective Order, and for Expedited Discovery ("Motion to Show Cause") (ECF No. 231, 239, 244). In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed their Motion to Show Cause on June 14, 2023, alleging that Defendants Joshua and Stephanie Mast ("J&S Mast") violated the Court's Protective Order (ECF No. 26) through, and with the assistance of, non-parties Jonathan Mast and the Pipe Hitter Foundation. *See* ECF No. 231.

2. J&S Mast opposed the motion on June 28, 2023 (ECF No. 239) and Plaintiffs filed a reply on July 5, 2023 (ECF No. 244).

3.   Concurrent with the parties' briefing of the Motion to Show Cause, Plaintiffs served Pipe Hitter Foundation and Jonathan Mast with subpoenas for documents and depositions. The subpoenas issued June 14, 2023. Plaintiffs achieved service on the Pipe Hitter Foundation on June 17, 2023 and again on June 23, 2023, and on Jonathan Mast on July 3, 2023.

4.   Pipe Hitter Foundation produced documents responsive to its subpoena on or about July 10, 2023. It further filed a declaration relating to the Motion to Show Cause on July 18, 2023. *See* ECF No. 257-2 (Declaration of Dena Disarro on Behalf of Non-Party Pipe Hitter Foundation Inc.).

5.   Jonathan Mast produced documents on or about July 14, 2023, and his deposition proceeded on July 17, 2023.

6.   Accordingly, neither Plaintiffs' nor J&S Mast's briefing regarding the Motion to Show Cause addressed evidence obtained from the Pipe Hitter Foundation or Jonathan Mast.

7.   Plaintiffs have asked the Court for a hearing on the Motion to Show Cause. At that hearing, Plaintiffs intend to present the Court with evidence regarding violations of the Court's Protective Order.

8.   Plaintiffs propose that, in an effort to streamline the hearing, they be permitted to file a pre-hearing brief 14 days before the hearing that sets forth evidence supporting their Motion to Show Cause – particularly evidence obtained from the Pipe Hitter Foundation and Jonathan Mast. Plaintiffs further propose that J&S Mast be permitted to file a pre-hearing brief in response 7 days before the hearing.

9.   Plaintiffs understand that J&S Mast agree with the proposed briefing schedule.

10. Accordingly, Plaintiffs respectfully ask the Court to enter a briefing schedule under which Plaintiffs are permitted to file a pre-hearing brief in support of their Motion to Show Cause 14

days before a hearing on that motion, and that J&S Mast be permitted to file a pre-hearing brief in

response 7 days before a hearing on that motion. A proposed order is attached hereto as Exh. A.

April 12, 2024                          Respectfully submitted,

                                        /s/ *Maya Eckstein*
                                        Maya M. Eckstein (VSB No. 41413)
                                        Lewis F. Powell III (VSB No. 18266)
                                        Kevin S. Elliker (VSB No. 87498)
                                        HUNTON ANDREWS KURTH LLP
                                        951 E. Byrd Street
                                        Richmond, VA 23219
                                        Telephone: (804) 788-8200
                                        Fax: (804) 788-8218
                                        Email:  meckstein@HuntonAK.com
                                        Email:  lpowell@HuntonAK.com
                                        Email:  kelliker@HuntonAK.com

                                        Jeremy C. King (*admitted pro hac vice*)
                                        HUNTON ANDREWS KURTH LLP
                                        200 Park Avenue
                                        New York, NY 10166
                                        Telephone: (212) 309-1000
                                        Fax: (212) 309-1100
                                        Email:  jking@HuntonAK.com

                                        Sehla Ashai (*admitted pro hac vice*)
                                        ELBIALLY LAW, PLLC
                                        704 East 15th Street
                                        Suite 204
                                        Plano, TX 75074
                                        Telephone: (312) 659-0154
                                        Email: ashai@elbiallylaw.com

                                        Blair Connelly (*admitted pro hac vice*)
                                        Zachary Rowen (*admitted pro hac vice*)
                                        LATHAM & WATKINS LLP
                                        1271 Avenue of the Americas
                                        New York, NY 10029
                                        Telephone: (212) 906-1200
                                        Email: blair.connelly@lw.com

3

Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email:  damon.porter@lw.com
Email:  ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of April 2024, I filed the foregoing with the Court's electronic case-filing system, thereby serving all counsel of record in this case.

By:   <u>/s/ *Maya Eckstein*</u>
      Maya M. Eckstein (VSB No. 41413)