**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

BABY DOE, *et al.*,

        Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

        Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR PRE-HEARING BRIEFING SCHEDULE**

Having considered Plaintiffs' Unopposed Motion for Pre-Hearing Briefing Schedule, pursuant to Local Civil Rule 11, and for good cause shown, it is hereby ORDERED that, upon the setting of a hearing on Plaintiffs' Motion, and Memorandum in Support, to Show Cause Why Defendants Joshua and Stephanie Mast and Their Third-Party Representatives Jonathan Mast and the Pipe Hitter Foundation Should Not Be Held in Contempt for Violating the Court's Protective Order, and for Expedited Discovery (ECF No. 231), Plaintiffs shall be permitted to file 14 days before such hearing a pre-hearing brief setting forth certain of their evidence supporting such motion, and Defendants Joshua and Stephanie Mast shall be permitted to file 7 days before such a hearing a pre-hearing brief in response.

The unopposed motion for briefing schedule is **GRANTED**. Dkt. 384.

Entered this 12th day of April, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE