**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

|  |  |  |
|---|---|---|
| BABY DOE, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, et al., | ) | |
| | ) | |
| *Defendants,* | ) | |
| | ) | |
| | ) | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF
FRANCIS J. AUL**

Pursuant to Rule 6(d) of the Court's Local Civil Rules, John S. Moran, counsel for Defendants Joshua and Stephanie Mast, hereby moves for this Court to admit Francis J. Aul to practice *pro hac vice* in the above-captioned matter.   In support of this motion, counsel respectfully represents the following:

1.  Mr. Aul has specialized knowledge of the facts of this case.

2.  Mr. Aul is not a member of the bar of this Court and is not licensed to practice in the Commonwealth of Virginia.

3.  Mr. Aul is licensed to practice and a member of good standing of the Pennsylvania Bar (No. 327370) and is admitted to the following courts:

    U.S. Court of Appeals for the 3rd Circuit
    U.S. Court of Appeals for the 4th Circuit
    U.S. Court of Appeals for the 10th Circuit
    U.S. Court of Appeals for the 11th Circuit

4. Mr. Aul is of good character and standing and has the requisite experience and professionalism to appear before this Court.

WHEREFORE, counsel respectfully requests the Court admit Francis J. Aul *pro hac vice* to practice before this Court solely in the above-captioned matter.  Counsel also moves that the Court exercise its discretion to allow Mr. Aul to "appear at hearings or trials in the absence of an associated member" pursuant to Local Rule 6(d).

Respectfully submitted this 30th day of April 2024.


*/s/ John S. Moran*
John S. Moran (Va. Bar No. 84236)
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, D.C.  20006
Tel.:  (202) 828-2817
Fax:  (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Defendants Joshua and Stephanie Mast*