IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MAST, et al., <br><br> *Defendants*, | Case No. 3:22-cv-00049-NKM |

**[PROPOSED] ORDER**

COMES NOW Defendants Joshua and Stephanie Mast, by counsel and upon its Motion for Admission Pro Hac Vice of Francis J. Aul, Esq. and UPON CONSIDERATION WHEREOF, the Court does ORDER that:

The Motion is GRANTED. Francis J. Aul, Esq. may appear in this Court as counsel for Defendants Joshua and Stephanie Mast in the above-captioned case even "in the absence of an associated member" pursuant to Local Rule 6(d).

DATED: _____ .

_____
United States District Judge