UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MAST *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:22-cv-49 |

## NON-PARTY THE UNITED STATES' MOTION TO QUASH SUBPOENAS

Non-party the United States, through counsel, hereby moves the Court, pursuant to Fed. R. Civ. P. 45(c)(3) and 26(c), and Local Civil Rule 11, for an order to quash subpoenas, served by plaintiffs John, Jane, and Baby Doe ("Plaintiffs"), seeking deposition testimony of three federal employees who are not parties to this case. Counsel for the United States has conferred with counsel for Plaintiffs, who opposes this motion. This Motion is made on the grounds specified in this Motion, the accompanying Memorandum in support, all matters of which this Court may take judicial notice, and the entire record of this case.

April 30, 2024                                      Respectfully submitted,

                                                                                     BRIAN M. BOYNTON
                                                                                     Principal Deputy Assistant Attorney General

                                                                                     ALEXANDER K. HAAS
                                                                                     Director, Federal Programs Branch

                                                                                     */s/ Kathryn L. Wyer*
                                                                                     KATHRYN L. WYER
                                                                                     Federal Programs Branch
                                                                                     U.S. Department of Justice, Civil Division

1100 L Street, N.W., Room 12014
Washington, DC  20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for the United States*