CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
03/04/2020
JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA CHARLOTTESVILLE DIVISION

"Baby L.," a minor, et al.,

    *Plaintiffs,*

v.

Dr. MARK ESPER, in his official capacity as Secretary for the U.S. Department of Defense et al.,

    *Defendants.*

**Civil Action No. 3:20-cv-9**

**FILED UNDER SEAL**

## NOTICE

Defendants hereby provide notice to the Court and the plaintiffs that the child referred to in the complaint as "Baby L" was transferred to the Government of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for reunification with her next of kin, consistent with the request of the Government of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, on February 27, 2020.

February 27, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*

Certified to be a true and correct copy of the original.
Laura A. Austin, Clerk
U. S. District Court
Western District of Virginia
By: /s/ Deputy Clerk
Date: Sep 16, 2022

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that on February 27, 2020, a true and accurate copy of the foregoing was submitted to the Court's ECF electronic mail account, copying counsel of record for plaintiffs, in order to be filed under seal in the above-captioned matter.

    /s/ Kathryn L. Wyer
KATHRYN L. WYER