UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>                *Plaintiffs*,<br>v.<br><br>MAST *et al.*,<br><br>                *Defendants*, | **Civil Action No. 3: 22-cv-49** |

**PROPOSED ORDER**

Having considered Non-Party the United States' Motion to Quash Subpoenas, the opposition thereto, and the entire record herein, it is hereby

ORDERED that the United States' Motion to Quash Subpoenas is GRANTED. It is further

ORDERED that Plaintiffs' Subpoenas seeking deposition testimony of federal employees Donna Welton, Joseph Fairfield, and Rosemary Reed are hereby QUASHED.

SO ORDERED.

Dated: _____                              _____
                                                                Joel C. Hoppe
                                                                United States Magistrate Judge