UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST *et al.*,<br><br>    *Defendants*.<br>. | Civil Action No. 3: 22-cv-49 |

## **PROPOSED ORDER**

Having considered Non-Party the United States' Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby ORDERED that the United States' Motion is granted. It is further ORDERED that the unredacted copies of Exhibits A, I, and J to the United States' Motion to Quash Subpoenas are filed under seal.

SO ORDERED.

Dated: _____                _____

                                                                    Joel C. Hoppe
                                                                    United States Magistrate Judge