IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

```
------------------------------------ X
BABY DOE, et al.,                    :
                                     :
        Plaintiffs,                  :   CIVIL ACTION NO.  3:22-CV-49-NKM-JCH
                                     :
v.                                   :
                                     :
JOSHUA MAST, et al.,                 :
                                     :
        Defendants.                  :
                                     :
                                     :
------------------------------------ X
```

## NOTICE OF WITHDRAWAL OF JEREMY C. KING, ESQ.

Please withdraw my appearance on behalf of Plaintiffs John, Jane, and Baby Doe.  As of May 2, 2024 I will no longer be affiliated with Hunton Andrews Kurth LLP.  Existing counsel of record Maya M. Eckstein, Lewis F. Powell III, Kevin S. Elliker of Hunton Andrews Kurth LLP, Sehla Ashai of Elbially Law PLLC, and Blair Connelly, Zachary Rowen, Damon Porter, and Ehson Kashfipour of Latham and Watkins LLP will continue to represent the Plaintiffs.

May 1, 2024                           Respectfully submitted,

                                      /s/ *Jeremy C. King* (admitted *pro hac vice*)
                                      Jeremy C. King (*admitted pro hac vice*)
                                      HUNTON ANDREWS KURTH LLP
                                      200 Park Avenue
                                      New York, NY 10166
                                      Telephone: (212) 309-1000
                                      Fax: (212) 309-1100
                                      Email:  jking@HuntonAK.com

Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Damon Porter (*admitted pro hac vice*)
Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email: damon.porter@lw.com
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2024, I filed the foregoing with the Court's electronic case-filing system, thereby serving all counsel of record in this case.

By: /s/ *Jeremy C. King*
Jeremy C. King (admitted *pro hac vice*)