Case 3:22-cv-00049-NKM-JCH Document 392 Filed 05/01/24 Page 1 of 1 Pageid#: 5018

CLERKS OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
May 01, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Baby Doe *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MAST *et al.*, <br><br> *Defendants*. | **Civil Action No. 3: 22-cv-49** |

## ORDER

Having considered Non-Party the United States' Motion to Seal, and for good cause shown, and the requirements of Local Civil Rule 9(b) having been met, it is hereby ORDERED that the United States' Motion is granted. It is further ORDERED that the unredacted copies of Exhibits A, I, and J to the United States' Motion to Quash Subpoenas are filed under seal.

SO ORDERED.

Dated: 5/1/24

_____
Joel C. Hoppe
United States Magistrate Judge