IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, et al., | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) Case No. 3:22-cv-49-NKM-JCH |
| JOSHUA MAST, et al., | ) ) ) |
| *Defendants*. | ) ) ) |

**NOTICE OF CHANGE OF LAW FIRM AND ADDDRESS**

PLEASE TAKE NOTICE that Michael Francisco, counsel admitted *pro hac vice* for Defendants Joshua and Stephanie Mast, is no longer affiliated with McGuireWoods, LLP. Mr. Francisco is now affiliated with the law firm of First & Fourteenth PLLC, located at 801 17th Street NW, Suite 350, Washington DC, 20006. Phone 202-998-1978, email michael@first-fourteenth.com.

May 1, 2024

Respectfully submitted,

 s/ Michael Francisco
Michael Francisco (*pro hac vice*)
FIRST & FOURTEENTH PLLC
801 17th Street NW, Ste 350
Washington DC, 20006
202-998-1978
michael@first-fourteenth.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

*s/ Michael Francisco*
Michael Francisco (*pro hac vice*)
FIRST & FOURTEENTH PLLC
801 17th Street NW, Ste 350
Washington DC, 20006
202-998-1978
michael@first-fourteenth.com
