# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al,**

v.

**Joshua Mast, et al.**

Action No: 3:22-cv-00049

Date: 5/2/2024

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Lewis Franklin Powell, III | John Savage Moran |
| Maya Miriam Eckstein | Michael Lee Francisco |
| Sehla Ashai | David Eliezer Yerushalmi |
| Ehson Kashfipour | Michael Roger Hoernlein |
| Damon R. Porter | Samantha Lynn Van Winter |
|  | Richard Dean Boyer |

PROCEEDINGS:

Telephonic Motions Hearing:

#336 - MOTION for Sanctions by Baby Doe, Jane Doe, John Doe

#347 - MOTION for Protective Order, MOTION to Quash Plaintiffs' Subpoena of Nonparty Liberty University by Joshua Mast, Stephanie Mast

#356 - MOTION to Compel by Joshua Mast, Stephanie Mast

#358 - Cross MOTION to Compel Joshua, Stephanie and Richard Mast by Baby Doe, Jane Doe, John Doe

#381 - MOTION for Leave to File Sur-Reply in Support of Motion for Sanctions by Baby Doe, Jane Doe, John Doe

Argument on motion for sanctions, plaintiff asks for finding of contempt and fees and for production of documents

Parties argue motion and cross motion to compel

Parties argue motion to quash

Order to follow

Time in Court: 11:07-12:14, 12:20-1:26=2 hours and 14 minutes