APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Baby Doe, et al )  CASE NO.: 3:22CV49
v. )
Joshua Mast, et al )  DATE: 5/2/24
)
)
TYPE OF HEARING: Motions Hrg. )  Time in Court: 11:07 - 12:14
 12:20 - 1:26 = 2 hours + 14 min.

*****************************************************************

PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. Maya Eckstein
3. Sehla Ashai
4. David Yerushalmi
5. Michael Francisco
12. Lewis Powell
6. Francis Aul
7. Michael Hoernlein
8. Richard Boyer
9. deputy clerk – Karen Dotson
10. John Moran
11. Ehson Kashfipour

*****************************************************************

CD NO(S). Recorded using Cisco Conference Manager
and saved to Harrisonburg's I: drive

RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:07 | 1,2 | 26 | 1,2 | 39 | 1,5 | 56 | 5,1 | brief recess | |
| 8 | 3,1 | | ?,2 | | 1,5 | | 2,1 | 12:20 | 1,10 |
| | 4,1 | | 10 | 43 | 1,5 | 57 | 5,1 | 23 | 1,2 |
| | 5,1 | 27 | 1 | 44 | 1,5 | | 5,1 | 25 | 1 |
| | 6,1 | 28 | 10 | | 1,5 | 59 | 5 | 26 | 2, |
| 9 | 7,1 | 29 | 1,10 | 46 | 1,5 | 12:00 | 1,5 | 27 | 1,2 |
| | 8,1 | | 2,10 | 47 | 1,5 | 4 | 1,5 | 28 | 1,10 |
| | 8,1 | | 1, | 48 | 1,5 | | 1,2 | 29 | 1 |
| 11 | 2,1 | 30 | 10,1 | 49 | 1 | 10 | 1 | 31 | 2 |
| | 2, | | 10 | 50 | 5 | 11 | 11, | 32 | 4 |
| 21 | 1,2 | 31 | 1,2 | 51 | 1 | 12 | 1,5 | 33 | 1,6 |
| 25 | 1,2 | 36 | 1,2 | 52 | 5,1 | 13 | 1 | 36 | 1,6 |
| | 1,2 | 37 | 1,2 | 55 | 1 | 14 | 1 | 40 | 1,6 |

3:22cv49 Doe v. mast   page 2

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 1 | | | | | | | | |
| 43 | 6,1 | | | | | | | | |
| 44 | 6 | | | | | | | | |
| 46 | 1 | | | | | | | | |
| 48 | 6 | | | | | | | | |
| 49 | 12,1 | | | | | | | | |
|  | 12 | | | | | | | | |
| 53 | 1,12 | | | | | | | | |
| 56 | 1,12 | | | | | | | | |
| 57 | 1,12 | | | | | | | | |
| 1:06 | 1,12 | | | | | | | | |
|  | 1,4 | | | | | | | | |
| 7 | 1,4 | | | | | | | | |
|  | 1,4 | | | | | | | | |
| 8 | 1,12 | | | | | | | | |
| 12 | 1,12 | | | | | | | | |
| 13 | 1,12 | | | | | | | | |
| 15 | 1,12 | | | | | | | | |
|  | 1,4 | | | | | | | | |
| 18 | 1 | | | | | | | | |
| 19 | 4 | | | | | | | | |
| 24 | 1,6 | | | | | | | | |
|  | 1,12 | | | | | | | | |
| 26 | 1,2 | | | | | | | | |
|  | 1 | | | | | | | | |