**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| BABY DOE, *et al.*, | |
| Plaintiffs, | CIVIL NO: 3:22-cv-00049-NKM-JCH |
| -v.- | |
| JOSHUA MAST, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' MOTION TO SEAL EXHIBIT 1A TO PLAINTIFFS'**
**REPLY IN SUPPORT OF MOTION FOR SANCTIONS**
**AS TO DEFENDANTS JOSHUA MAST AND STEPHANIE MAST**

Plaintiffs, by counsel, respectfully move for leave to file under seal Exhibit 1A of their Reply in Support of Motion for Sanctions as to Defendants Joshua Mast and Stephanie Mast ("Reply"), pursuant to Local Civil Rule 9 and this Court's Protective Order (ECF No. 26). In support thereof, Plaintiffs state as follows:

Exhibit 1A of the Reply in Support of Motion for Sanctions is a privilege log created by Defendants Joshua and Stephanie Mast that contains references to Baby Doe using the name given to her by Defendants. This Court has issued a Protective Order (ECF No. 26) allowing Plaintiffs, including Baby Doe, to proceed under pseudonyms, given the concern for their safety and that of other innocent non-parties, such as their family members.

Under the common law right of access to judicial records, documents should be sealed when a party's interest in keeping the information contained therein confidential outweighs the presumed right of public access. *See, e.g. Stone v. Univ. of Maryland Med. Sys. Corp.*, 855 F.2d 178 (4th Cir. 1988); *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). "Courts have recognized that an interest in protecting the physical and psychological well-being of individuals

related to the litigation, including family members and particularly minors, may justify restricting access" to court documents. *United States v. Harris*, 890 F.3d 480, 492 (4th Cir. 2018); *see also United States v. Doe*, 962 F.3d 139, 147 (4th Cir. 2020). In this instance, the threats to the safety of the Plaintiffs and other innocent non-parties are very real, and have been recognized by this Court's Protective Order (ECF No. 26).

A publicly available version of Exhibit 1A has not been filed because it contains identifying information throughout, but it is addressed in the Reply. Thus, the public is not wholly deprived of an understanding of the general underlying factual basis for the request. The relief Plaintiffs seek in this motion is narrowly tailored to the circumstances, and aims to seal only what is absolutely necessary to safeguard the safety of persons related to the litigation. Defendants are not prejudiced as they are aware of Plaintiffs' identities.

Accordingly, Plaintiffs request that Exhibit 1A of their Reply in Support of Motion for Sanctions be filed under seal, as the risks attendant to public disclosure of these documents is not likely to dissipate over time. A proposed Order is attached as Exhibit A to this Motion.

Dated: May 3, 2024                     Respectfully submitted,


                                       /s/ *Maya Eckstein*
                                       Maya M. Eckstein (VSB No. 41413)
                                       Lewis F. Powell III (VSB No. 18266)
                                       Kevin S. Elliker (VSB No. 87498)
                                       HUNTON ANDREWS KURTH LLP
                                       951 E Byrd St
                                       Richmond, VA 23219
                                       Telephone: (804) 788-8200
                                       Fax: (804) 788-8218
                                       Email: meckstein@HuntonAK.com
                                       Email: lpowell@HuntonAK.com
                                       Email: kelliker@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email:  jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
Damon R. Porter (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com
Email: Damon.Porter@lw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By:    */s/ Maya M. Eckstein*
          Maya M. Eckstein (VSB # 41413)
          Hunton Andrews Kurth LLP
          Riverfront Plaza, East Tower
          951 East Byrd Street
          Richmond, Virginia 23219-4074
          Telephone: (804) 788-8200
          Facsimile: (804) 788-8218
          meckstein@HuntonAK.com

          *Counsel for Plaintiffs*