Case 3:22-cv-00049-NKM-JCH Document 398 Filed 05/06/24 Page 1 of 1 Pageid#: 5081

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 06, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBIT 1A TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS AS TO DEFENDANTS JOSHUA MAST AND STEPHANIE MAST**

Having considered Plaintiffs' Motion to Seal Exhibit 1A to their Reply Brief in Support of Motion for Sanctions as to Defendants Joshua Mast and Stephanie Mast ("Reply"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibit 1A to the Reply Brief in Support of Motion for Sanctions is filed under seal.

Entered this <u>6th</u> day of <u>May</u>, 2024.

_____
Judge