IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

        Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

        Defendants,

CIVIL NO: 3:22-cv-00049-NKM-JCH

## [PROPOSED] FIFTH AMENDED PRETRIAL ORDER

Having considered the Motion to Modify Amended Pretrial Order, and all arguments presented in support thereof and in opposition thereto, the Court hereby ORDERS that the Fourth Amended Pretrial Order (Dkt. No. 306) is modified as follows:

The new deadlines are now:

| **Event** | **Current Deadline** | **Proposed Revised Deadlines Alt. #1** | **Proposed Revised Deadlines Alt. #2** |
|---|---|---|---|
| Plaintiffs' Initial Expert Disclosures | May 1, 2024 | 131 days before trial date | March 26, 2025 |
| Defendants' Initial Expert Disclosures | May 16, 2024 | 116 days before trial date | April 10, 2025 |
| Deadline to Complete Discovery | 90 days before trial date | 90 days before trial date | 90 days before trial date |
| Deadline to File Dispositive Motions | 75 days before trial date | 75 days before trial date | 75 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date | 45 days before trial date | 45 days before trial date |
| Trial | September 9-20, 2024 | 9 mths. after Ct. rules on Mots. to Dismiss | August 4-15, 2025 |

It is so ORDERED.
Entered: _____, 2024

                                                              _____
                                                              Joel C. Hoppe
                                                             United States Magistrate Judge