CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

5/8/2024

LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BABY DOE, et al., <br>     Plaintiffs, <br><br> v. <br><br> JOSHUA MAST, et al., <br>     Defendants. | Civil Action No. 3:22cv00049 <br><br> <u>ORDER</u> <br><br> By:    Joel C. Hoppe <br>        United States Magistrate Judge |

This matter is before the Court on Defendant Joshua Mast and Stephanie Mast's motion to compel Plaintiffs to respond to Interrogatories 13 and 14. ECF No. 356. Plaintiffs filed a brief in opposition, ECF No. 370, Joshua and Stephanie Mast filed a reply brief, ECF No. 377, and the Court held a hearing on May 2, 2024.

Having considered the parties' briefing and arguments and the applicable law, and for the reasons stated on the record, the Court finds that Plaintiffs' response to Interrogatory 13 requires supplementation and Plaintiffs' response to Interrogatory 14 is proper as written.

Accordingly, the Court GRANTS IN PART AND DENIES IN PART the motion to compel. Within fourteen (14) days of entry of this Order, Plaintiffs shall provide a supplemental narrative response to Interrogatory 13.

It is so ORDERED.

ENTERED: May 8, 2024

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge