IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

    *Plaintiffs*,

v.

JOSHUA MAST, *et al.*,

    *Defendants*.

Case No. 3:22-cv-49-NKM-JCH

### MOTION FOR EXTENSION TO FILE BRIEFS PURSUANT TO NON-PARTY THE UNITED STATES' MOTION TO QUASH SUBPOENAS

Plaintiffs, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 11(c)(2), file this motion for an extension of time of seven days, to and including Tuesday, May 21, 2024, within which to file their responsive brief to Non-Party The United States' Motion to Quash Subpoenas ("Motion to Quash"), and state as follows:

1. Unless extended, the deadline to file Plaintiff's responsive brief to the United States' Motion to Quash is Tuesday, May 14, 2024.

2. Due to significant briefing obligations and upcoming deadlines in other cases, Plaintiffs request more time to file their responsive brief to the United States' Motion to Quash.

3. Counsel for Plaintiffs and counsel for the United States have conferred. The United States has agreed to Plaintiffs' request for a seven-day extension to and including Tuesday, May 21, 2024

4. The United States also requests an extension to file its reply brief in support of its Motion to Quash to and including Friday, May 31, 2024. Plaintiffs have agreed to the United States' request.

WHEREFORE, Plaintiffs respectfully ask the Court to grant this motion and to extend the time by which Plaintiffs must file their responsive brief through and until Tuesday, May 21, 2024, and to extend the time by which the United States' must file its reply brief through and until Friday, May 31, 2024. A proposed Order is attached.

Dated: May 10, 2024                    Respectfully submitted,


/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com

Jeremy C. King (*admitted pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1000
Fax: (212) 309-1100
Email: jking@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)

2

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
Damon R. Porter (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com
Email: Damon.Porter@lw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*