CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 10, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>    Plaintiffs,<br><br>-v.-<br><br>JOSHUA MAST, *et al.*,<br><br>    Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

### ORDER GRANTING MOTION FOR EXTENSION TO FILE BRIEFS PURSUANT TO NON-PARTY THE UNITED STATES' MOTION TO QUASH SUBPOENAS

Having considered Plaintiffs' Motion for Extension to file Briefs Pursuant to Non-Party the United States' Motion to Quash Subpoenas ("Joint Motion"), it is hereby ORDERED that the Joint Motion is granted. It is further ORDERED that Plaintiffs' brief in response to Non-Party the United States' Motion to Quash Subpoenas will be due on Tuesday, May 21, 2024, and the United States' reply brief in support of Non-Party the United States' Motion to Quash Subpoenas will be due on Friday, May 31, 2024.

Entered this 10th day of May, 2024.

_____
Judge