# EXHIBIT C

5/13/24, 7:08 AM
Pipe Hitter Foundation (@pipe_hitter_foundation) • Instagram photos and videos
Case 3:22-cv-00049-NKM-JCH    Document 403-3    Filed 05/15/24    Page 2 of 2    Pageid#: 5158

# Instagram

Log In    Sign Up



## pipe_hitter_foundation

Follow    Message    • • •

**529 posts**    **52.3K followers**    **30 following**

**Pipe Hitter Foundation**
Nonprofit organization
Gallagher Family Nonprofit~ OUR MISSION: SERVE THOSE WHO SERVE US.
PHF is committed to defending the rights & freedoms of our men & women
in uniformus
🔗 linktr.ee/pipehitterfoundation

        

WOA 24    Darb    Monster Mash God    Sgt Michael McM    Mistretta    11 Bravo    PHF...atches    WAA...a

  

  

  

...g into Instagram
...g in to see photos and videos from friends and discover other accounts you'll love.