# EXHIBIT D



# Pipe Hitter Foundation
10K followers • 2 following

Message    Follow    Search

Posts   About   Mentions   Reviews   Reels   Photos   More

## Intro

The Pipe Hitter Foundation is 501(c)3, organization dedicated to supporting veterans, police officer

- Page · Nonprofit organization
- (850) 290-2905
- info@pipehitterfoundation.org
- linktr.ee/pipehitterfoundation
- pipehitterfoundation.org
- Not yet rated (2 Reviews)

## Photos

See all photos