# EXHIBIT E

# FILED UNDER SEAL

       



# Eddie Gallagher - Navy SEAL Chief

113K followers • 0 following

Sign Up     Message     Follow

Posts    About    Mentions    Reviews    Reels    Photos    More ▾    •••

### Intro

Navy SEAL Chief Eddie Gallagher

ℹ️ Page · Public figure

📍 Page manager location is United States

📞 (850) 290-2905

✉️ info@theeddiegallagher.com

🌐 theeddiegallagher.com

⭐ Rating · 4.2 (1,477 Reviews)

