# EXHIBIT G



PLAINTIFF'S EXHIBIT
JMM 7
7/17/23



**Jonathan Mast**
iMessage
Mon, Apr 10 at 6:07 AM

Good morning Jonathan, my name is Dena Cruden and I am the Executive Director for the Pipe Hitter Foundation. May I call you today at 10am PST as we have been speaking with your brother Joshua. Thank you! Dena

Apologies 9am PST

Hi Dena. Yes that should work. I'm on vacation and my reception is spotty, but I will try to be in a place to receive your call.

Wonderful, thank you

Mon, Apr 10 at 9:06 AM

Thanks again! Can you

PHF 00630



PHF 00631