# EXHIBIT M

PLAINTIFF'S EXHIBIT
JMM 9
7/17/23  NB



Options

PEOPLE

- J — Jennifer Brothers — Owner
- A — Ashley Delgado
- Stephanie Mast
- J — Joshua Mast
- F — Fran Mast
- F — Flavio and Jaclyn Porto
- B — Bridgid Mast
- Lauren Mast Hershey
- Anna White
- D — Dillon Throckmorton
- C — Cindy Beyer
- E — Emily Homes
- E — Erik Makrush
- Liliana Balcazar
- G — Georgia Pine K9
- Kacy LaBuda
- a — ashupe04@gmail.com
- b — benlaplacedesign@gmail.com
- b — bertieshowers@gmail.com
- f — firechruck@gmail.com
- h — hannonwright@gmail.com
- j — jmlokey2@gmail.com
- j — johnszurpicki@gmail.com
- j — jonathanmmster@gmail.com
- joshpeter1975@gmail.com
- j — justinmcoons@gmail.com
- l — laballedw@gmail.com
- p — pasterkeaton@gmail.com
- p — pastorkeaton@gmail.com
- r — richardlmastjr@gmail.com
- roberta.mast@gmail.com
- v — vikwstick@gmail.com
- w — westfamilyuk123@gmail.com



Sep 6, 2019 – Jun 4, 2023

 ...