# EXHIBIT O

PLAINTIFF'S EXHIBIT
JNM 10
7/17/23  MB

**Dena Cruden @**

Tue, May 9

**Dena:** Good morning Jonathan, I have an agreement I need to send you on behalf of Pipe Hitter supporting Joshua. May I send it to you for signature? Thank you  — 9:21 AM

**Me:** Good morning Dena!

Yes please. You can send it to samwisegamgee12@proton.me

Thanks!  — 9:44 AM

👍

**Me:** Would you mind sending me a text on here once it's been sent?  — 12:06 PM

**Dena:** Yes will do  — 12:07 PM

**Dena:** Sent!  — 12:08 PM

JONMAST000094



**Dena Cruden**

Tue, May 9

Hi Dena!

For the Pipe Hitter foundation Grant Agreement, I found 3 instances in that document

1) first sentence: Joshua Smith
2) "future support" section, point 1: Cody Smith at end of paragraph
3) same "future support" section under point 2, it say "The Smiths"

But the document itself looks good. Once those changes are made I'll be happy to proceed.

As for the other document, I think it might be worth editing that the baby was "code named Starfish" instead of just "named starfish."

7:31 PM

Hi apologies that should have been updated

7:31 PM

JONMAST000095



**Dena Cruden** — Tue, May 9

updated — 7:31 PM

> No problem at all. — 7:31 PM

I'll forward the agreement updated and will text when completed
Yes, we can also make the change to the email copy — 7:32 PM

> Also, do you all want or already have photos to insert into the newsletter? — 7:32 PM

Just resent agreement — 7:39 PM

> Alrighty, let me see what I can find.
>
> Thank you! — 7:56 PM

> Also, as silly as it sounds, my printer does not work at my house. Is it ok if I send the signed copy back early tomorrow morning?

JONMAST000096



**Dena Cruden**

*Tue, May 9*

> Also, as silly as it sounds, my printer does not [work at my] house. Is it ok if I send the signed copy back early tomorrow morning?

> Also, found one other tiny typo in the newsletter. Last sentence/paragraph says "incredibly family" and I think it's supposed to say "incredible." — 8:09 PM

Hi no problem. Tomorrow is fine and we will send a revised email with photos — 10:27 PM

*Wed, May 10*

> Sorry for the many messages. I went ahead and sent some of the better photos I thought were appropriate — 11:01 AM

Fantastic! Sending you the final first email for final approval — 11:31 AM

JONMAST000097

**Dena Cruden**

Hi no problem . Tomorrow is fine and we will send a revised email with photos — 10:27 PM

Wed, May 10

Sorry for the many messages. I went ahead and sent some of the better photos I thought were appropriate — 11:01 AM

Fantastic! Sending you the final first email for final approval — 11:31 AM

Hi Jonathan May I connect you via Signal with our PR Agency? Mary Vought? — 4:47 PM

Yes that is fine! — 5:13 PM

Thu, May 11

$2k already came in this morning quickly ! — 3:42 PM

JONMAST000098