IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | |
| Plaintiffs, | CIVIL NO: 3:22-cv-00049-NKM-JCH |
| -v.- | |
| JOSHUA MAST, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS A, B, F, I, J, L, M, N, AND R TO PLAINTIFFS' PRE-HEARING BRIEF IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT JOSHUA MAST AND HIS THIRD-PARTY REPRESENTATIVE JONATHAN MAST SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S PROTECTIVE ORDER**

Having considered Plaintiffs' Motion to Seal Exhibits A, B, F, I, J, L, M, N, and R to Plaintiffs' Pre-Hearing Brief in Support of Motion to Show Cause Why Defendant Joshua Mast and His Third-Party Representative Jonathan Mast Should Not be Held in Contempt for Violating the Court's Protective Order ("Plaintiffs' Pre-hearing Brief"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits A, B, F, I, J, L, M, N, and R to Plaintiffs' Pre-hearing Brief is filed under seal.

Entered this ___ day of _____, 2024.

_____
Judge