CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
5/16/2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS A, B, I, J, L, N, AND R TO PLAINTIFFS' PRE-HEARING BRIEF IN SUPPORT OF MOTION TO SHOW CAUSE WHY DEFENDANT JOSHUA MAST AND HIS THIRD-PARTY REPRESENTATIVE JONATHAN MAST SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S PROTECTIVE ORDER

Having considered Plaintiffs' Motion to Seal Exhibits A, B, F, I, J, L, M, N, and R to Plaintiffs' Pre-Hearing Brief in Support of Motion to Show Cause Why Defendant Joshua Mast and His Third-Party Representative Jonathan Mast Should Not be Held in Contempt for Violating the Court's Protective Order ("Plaintiffs' Pre-hearing Brief"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits A, B, I, J, L, N, and R to Plaintiffs' Pre-hearing Brief is filed under seal.

Entered this 16th day of May, 2024.

_____
Judge