IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

       Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

       Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

### PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' EXHIBITS J, K, L, N, O, AND P TO PLAINTIFFS' OPPOSITION TO NON-PARTY UNITED STATES' MOTION TO QUASH SUBPOENAS

Plaintiffs, by counsel, respectfully move for leave to file under seal Plaintiffs' Exhibits J, K, L, N, O, and P to Plaintiffs' Opposition to Non-Party United States' Motion to Quash Subpoenas ("Plaintiffs' Opposition Brief"), pursuant to Local Civil Rule 9 and this Court's Protective Order (ECF No. 26). In support thereof, Plaintiffs state as follows:

The Exhibits contain identifying information regarding Plaintiffs. Exhibits J, K, N, and P identify Plaintiffs by their given names. This Court has issued a Protective Order (ECF No. 26) allowing Plaintiffs, including Baby Doe, to proceed under pseudonyms, given the concern for their safety and that of other innocent non-parties, such as their family members. In addition, Exhibits J, K, L, N, O, and P were filed under seal in the state court litigation in Fluvanna County Circuit Court, A.A. & F.A. v. J.M & S.M, Case No. CL22000186-00. That Court issued an order allowing such filings to be filed in this litigation, but only under seal. *See* ECF No. 73, Exh. B.

Under the common law right of access to judicial records, documents should be sealed when a party's interest in keeping the information contained therein confidential outweighs the presumed right of public access. *See, e.g. Stone v. Univ. of Maryland Med. Sys. Corp.*, 855 F.2d

178 (4th Cir. 1988); *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). "Courts have recognized that an interest in protecting the physical and psychological well-being of individuals related to the litigation, including family members and particularly minors, may justify restricting access" to court documents. *United States v. Harris*, 890 F.3d 480, 492 (4th Cir. 2018); *see also United States v. Doe*, 962 F.3d 139, 147 (4th Cir. 2020). In this instance, the threats to the safety of the Plaintiffs and other innocent non-parties are very real, and have been recognized by this Court's Protective Order (ECF No. 26).

Plaintiffs' Opposition Brief, which references the Exhibits, has been filed publicly. Thus, the public is not wholly deprived of an understanding of the general underlying factual basis for the request. The relief Plaintiffs seek in this Motion to Seal is narrowly tailored to the circumstances, and aims to seal only what is absolutely necessary to safeguard the safety of persons related to the litigation.

Accordingly, Plaintiffs request that Exhibits J, K, L, N, O, and P to Plaintiffs' Opposition Brief be filed under seal, as the risks attendant to public disclosure of these documents is not likely to dissipate over time. A proposed Order is attached as Exhibit A to this Motion.

Dated: May 21, 2024                    Respectfully submitted,

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
Damon R. Porter (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com
Email: Damon.Porter@lw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

|  |  |
|---|---|
| By: | /s/ *Maya M. Eckstein* |
|  | Maya M. Eckstein (VSB # 41413) |
|  | Hunton Andrews Kurth LLP |
|  | Riverfront Plaza, East Tower |
|  | 951 East Byrd Street |
|  | Richmond, Virginia 23219-4074 |
|  | Telephone: (804) 788-8200 |
|  | Facsimile: (804) 788-8218 |
|  | meckstein@HuntonAK.com |

*Counsel for Plaintiffs*