# EXHIBIT B

| | |
|---|---|
| **From:** | Hoernlein, Michael |
| **To:** | Eckstein, Maya; Francisco, Michael; Moran, John S.; Tagert, Stephen; Rick Boyer; Brooks, Tyler; Yerushalmi, David; Davison, Tom; Van Winter, Samantha |
| **Cc:** | Powell, Lewis; Elliker, Kevin; Ruival, Carley; Sehla Ashai; Damon.Porter@lw.com; Ehson.Kashfipour@lw.com; Connelly, Blair; Rowen, Zachary; Wyer, Kathryn (CIV) |
| **Subject:** | RE: Doe v. Mast (WDVA) -- K Motley deposition notice |
| **Date:** | Tuesday, April 30, 2024 2:03:23 PM |

**This Message Is From An External Sender**
Hunton Andrews Kurth warning: This message came from outside the firm.

Thanks, Maya. We're holding that date. As you know, Ms. Motley hasn't filed an answer yet, and we'll oppose any effort to depose her a second time.

Have you provided possible dates for your clients' depositions? Apologies if I missed them. I know we'll have to coordinate with the other parties.

Thanks,
Mike

Michael R. Hoernlein
Partner
**ALSTON & BIRD**
1120 South Tryon Street
Suite 300
Charlotte, NC 28203-6818
+1 704 444 1041 (O)
+1 704 620 4902 (M)
Michael.Hoernlein@alston.com

---

**From:** Eckstein, Maya <meckstein@hunton.com>
**Sent:** Tuesday, April 30, 2024 1:39 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>; Moran, John S. <JMoran@mcguirewoods.com>; Tagert, Stephen <stagert@mcguirewoods.com>; Rick Boyer <rickboyerlaw@gmail.com>; Brooks, Tyler <btb@btylerbrookslawyer.com>; Yerushalmi, David <dyerushalmi@americanfreedomlawcenter.org>; Davison, Tom <Tom.Davison@alston.com>; Hoernlein, Michael <Michael.Hoernlein@alston.com>; Van Winter, Samantha <Samantha.VanWinter@alston.com>
**Cc:** Powell, Lewis <lpowell@hunton.com>; Elliker, Kevin <KElliker@huntonak.com>; Ruival, Carley <CRuival@huntonak.com>; Sehla Ashai <ashai@elbiallylaw.com>; Damon.Porter@lw.com; Ehson.Kashfipour@lw.com; Connelly, Blair <BLAIR.CONNELLY@lw.com>; Rowen, Zachary <Zachary.Rowen@lw.com>; Wyer, Kathryn (CIV) <Kathryn.Wyer@usdoj.gov>
**Subject:** Doe v. Mast (WDVA) -- K Motley deposition notice

**EXTERNAL SENDER – Proceed with caution**

Counsel, please see attached.

Maya



**Maya Eckstein**
Partner
meckstein@HuntonAK.com
p 804.788.8788
bio  |  vCard

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

2200 Pennsylvania Avenue, NW
Washington, DC 20037
HuntonAK.com

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, please advise by return email immediately and then delete this message and all copies and backups thereof.

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.