CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
5/22/2024
LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

### ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS J, K, L, N, O, AND P TO PLAINTIFFS' OPPOSITION TO NON-PARTY UNITED STATES' MOTION TO QUASH SUBPOENAS

Having considered Plaintiffs' Motion to Seal Exhibits J, K, L, N, O, and P to Plaintiffs' Opposition to Non-Party United States' Motion to Quash Subpoenas ("Plaintiffs' Opposition Brief"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits J, K, L, N, O, and P to Plaintiffs' Opposition Brief is filed under seal.

Entered this 22nd day of May, 2024.

_____
Judge