# Exhibit A

From: Rozina Ali
Subject: [External] Re: Hello, from NYT Magazine
Date: Sep 1, 2022 at 23:49:59

You don't often get email from ▉. Learn why this is important

[ EXTERNAL EMAIL: Do not click any links or open attachments unless you know the sender and trust the content. ]

Dear Captain Mast,

I hope this message finds you well. I am reaching out again regarding the article about ▉. I have been reporting for many weeks now, and the article is nearing publication. I was hoping we could speak before then.

My reporting suggests that you adopted ▉ by misrepresenting information to the court and to ▉John and Jane Doe▉. However, I want to be fair to you and Mrs. Mast, and include your version of events. This is a complicated and sensitive story, and I believe it's important to understand your motivations and efforts, and also give you a chance to respond to allegations.

Perhaps more importantly, this is an article that will be published in the *New York Times* Magazine, which means it would be fairly easy for anyone looking to find it, now, or years down the line. When ▉ gets older, and if she searches for your or your wife's name, she will likely come across this article about her adoption, and she may wonder about the absence of her parents' voice in the story. I can see just how important ▉ care was to you, and your voice in the article will make that sentiment more apparent.

I appreciate the sensitivities around this case. I understand there are ongoing legal proceedings, and I'm happy to have an initial call to discuss what you are or are not able to speak on, or arrange a conversation with your lawyers present. I have reached out to them again, and have not yet heard back. I'd be grateful for a response.

Thanks so much,
Rozina

On Thu, Jul 28, 2022 at 6:25 AM Rozina Ali ▉ wrote:
Hi Capt. Mast,

I'm writing to follow up on the email below. I'd love to connect as soon as possible.

Thank you!
Rozina

> On Mon, Jul 25, 2022 at 12:00 PM Rozina Ali ███████████████ wrote:
>
> Dear Captain Mast,
>
> I hope this message finds you well. I'm a journalist with *New York Times* Magazine, and I recently learned the story of the adoption of a baby girl from Afghanistan. I understand she was orphaned in September 2019, and that you and your wife were eventually able to adopt her.
>
> I would love to speak with you both about it and meet in person. I'm currently based in New York and am happy to meet where you are. Let me know if it's easier to chat on the phone to arrange something.
>
> I look forward to hearing from you soon.
>
> Thanks so much,
> Rozina