# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants*, ) | |
| ) | |

## DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO SEAL THEIR PRE-HEARING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO SHOW CAUSE AND FOR SANCTIONS

Defendants Joshua and Stephanie Mast (the "Masts"), by and through their undersigned counsel, hereby move the Court to seal their Pre-Hearing Brief in Opposition to Plaintiffs' Motion to Show Cause and for Sanctions (ECF No. 414) and Exhibits B, C, and E attached thereto because those documents contain confidential information, and the Masts believe sealing is the best way to comply with the Court's protective order (ECF No. 26)[1] and the orders in the Fluvanna County Circuit Court proceeding.

Dated: May 22, 2024          Respectfully submitted,

/s/ *John S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327

---

[1] The Masts maintain, however, that this protective order should be modified or lifted because it does not comply with the First Amendment. *See* ECF No. 130.

2

jmoran@mcguirewoods.com