IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, ) | |
| ) | |
|     *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
|     *Defendants*, ) | |
| ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO SEAL THEIR PRE-HEARING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO SHOW CAUSE AND FOR SANCTIONS**

    This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion To Seal Their Pre-Hearing Brief in Opposition to Plaintiffs' Motion to Show Cause and for Sanctions. Having established grounds for sealing that information, the Court **ORDERS** Joshua and Stephanie Mast's Pre-Hearing Brief in Opposition to Plaintiffs' Motion to Show Cause and for Sanctions and the exhibits thereto to be **SEALED** until further Order of this Court.

    Accordingly, the Masts' motion to seal will be and hereby is **GRANTED**.

    It is so **ORDERED**.

    The Clerk of Court shall send a certified copy of this Order to all counsel of record.

    Entered this ___ day of _____, 2024.

_____
Judge