# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al.**

vs.

**Joshua Mast, et al.**

Action No:   3:22CV00049
Date:   May 29, 2024
Judge:   Norman K. Moon
Court Reporter:   Sindie Bragg
Deputy Clerk:   Carmen Amos

Plaintiffs' Attorneys

Maya M. Eckstein
Lewis F. Powell, III
Ehson Kashfipour
Kevin S. Elliker
   for Baby Doe, John Doe, and Jane Doe

Defendants' Attorneys

John S. Moran and Michael Francisco
   for Joshua Mast & Stephanie Mast

Also Present:
Non-Party Jonathan Mast, along with his counsel, Elliott Harding

**PROCEEDINGS:**

Parties present in-person for hearing on ECF No. 231 – Emergency Motion for Order to Show Cause filed by Plaintiffs Baby Doe, Jane Doe, and John Doe. A Zoom link was sent out to counsel not directly involved in this motion/hearing so they can observe by video-conference, if needed.

Arguments heard.   Order to enter.

Time in Court:   12:57 – 2:39 p.m.   (1 hour, 42 minutes)