AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: Maya Eckstein | TELEPHONE NUMBER: (804) 788-8788 |
|---|---|---|
| DATE OF REQUEST: 05/29/2024 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): meckstein@huntonAK.com; mhayden@huntonAK.com | |
| MAILING ADDRESS: 951 E. Byrd Street | | CITY, STATE, ZIP CODE: Richmond, VA 23219 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Sindie Bragg |
|---|---|
| | OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER: 3:22cv00049 | CASE NAME: Baby Doe, et al. v. Joshua Mast, et al. | JUDGE'S NAME: Norman Moon |
|---|---|---|
| DATE(S) OF PROCEEDING(S): 05/29/2024 | TYPE OF PROCEEDING(S): Hearing | LOCATION OF PROCEEDING: Courthouse-Charlottesville |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)   ☐ Daily
☑ 14-Day             ☐ Hourly
☐ Expedited (7-Day)  ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 05/29/2024 | /s/ Maya M. Eckstein |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.