| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME David Yerushalmi | TELEPHONE NUMBER (646) 262-0500 |
|---|---|---|
| DATE OF REQUEST 5/30/2024 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) dyerushalmi@americanfreedomlawcenter.org | |
| MAILING ADDRESS 2020 Pennsylvania Avenue NW, Suite 189 | | CITY, STATE, ZIP CODE Washington, D.C. 20006 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  Sindie Bragg  OR   CHECK HERE  ☐  IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER 3:22cv00049 | CASE NAME Baby Doe, et al., v. Joshua Mast, et al. | JUDGE'S NAME Hon. Norman Moon |
| DATE(S) OF PROCEEDING(S) 5/29/2024 | TYPE OF PROCEEDING(S) Hearing | LOCATION OF PROCEEDING Courthouse-Charlottesville |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)          ☑ Daily
☐ 14-Day                     ☐ Hourly
☐ Expedited (7-Day)          ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE 5/30/2024 | SIGNATURE /s/ David Yerushalmi |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.