**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| **BABY DOE, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| v. | ) |
| | )   **Case No. 3:22-cv-49-NKM-JCH** |
| | ) |
| **JOSHUA MAST, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF APPEARANCE**

NOW COMES, the third-party intervenor, Mr. JONATHAN MAST, by and through counsel, and presents this notice of appearance of the undersigned counsel, Mr. ELLIOTT M. HARDING, as counsel for Mr. Jonathan Mast.

Respectfully submitted,

_____/s_____
Elliott M. Harding, Esq.
VSB No. 90442
*Counsel for Mr. Jonathan Mast*
Harding Counsel, PLLC
2805 Meadow Vista Dr.
Charlottesville, VA 22901
P: 434-962-8465
E: Elliott@HardingCounsel.com

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing notice of appearance was filed this 30th day of May, 2024 to the Court and notice of such filing is provided to all counsel of record via the Court's ECF notification system.

                Respectfully submitted,

                _____/s_____
                Elliott M. Harding, Esq.
                VSB No. 90442
                *Counsel for Mr. Jonathan Mast*
                Harding Counsel, PLLC
                2805 Meadow Vista Dr.
                Charlottesville, VA 22901
                P: 434-962-8465
                E: Elliott@HardingCounsel.com