AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: David Yerushalmi | TELEPHONE NUMBER: (646) 262-0500 |
|---|---|---|
| DATE OF REQUEST: 5/30/2024 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): dyerushalmi@americanfreedomlawcenter.org | |
| MAILING ADDRESS: 2020 Pennsylvania Avenue NW, Suite 189 | | CITY, STATE, ZIP CODE: Washington, D.C. 20006 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Sindie Bragg  OR   CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 3:22cv00049 | CASE NAME: Baby Doe, et al., v. Joshua Mast, et al. | JUDGE'S NAME: Hon. Norman Moon |
| DATE(S) OF PROCEEDING(S): 5/29/2024 | TYPE OF PROCEEDING(S): Hearing | LOCATION OF PROCEEDING: Courthouse-Charlottesville |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- [ ] Ordinary (30-Day)
- [ ] 14-Day
- [X] Expedited (7-Day)
- [ ] 3-Day
- [ ] Daily
- [ ] Hourly
- [ ] RealTime

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 5/30/2024 | /s/ David Yerushalmi |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates** can be found on our website under Standing Orders or by clicking here.

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.