| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| | **TRANSCRIPT ORDER FORM** | DUE DATE: |

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME  Michael R. Hoernlein | TELEPHONE NUMBER  704-444-1000 |
|---|---|---|
| DATE OF REQUEST  05/30/2024 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)  michael.hoernlein@alston.com | |
| MAILING ADDRESS  1120 South Tryon Street, Suite 300 | | CITY, STATE, ZIP CODE  Charlotte, NC 28203 |
| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER  Sindie Bragg  OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER  3:22cv00049 | CASE NAME  Baby Doe et al. v. Joshua Mast, et al. | JUDGE'S NAME  Norman Moon |
| DATE(S) OF PROCEEDING(S)  05/29/2024 | TYPE OF PROCEEDING(S)  Motion Hearing | LOCATION OF PROCEEDING  Charlottesville Courthouse |

REQUEST IS FOR: (*Select one*)   ✔ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
    (*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)            ☐ Daily
✔ 14-Day                       ☐ Hourly
☐ Expedited (7-Day)            ☐ RealTime
☐ 3-Day

4. **CERTIFICATION**:   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE  05/30/2024 | SIGNATURE  /s/ Michael R. Hoernlein |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.