

دافغانستان اسلامی جمهوری دولت
دکار او تولنیزو چارو وزارت

دولت جمهوری اسلامی افغانستان
وزارت کار و امور اجتماعی

**Islamic Republic of Afghanistan**
**Ministry of Labor & Social Affairs**

معینیت امور اجتماعی



شماره: 1754
تاریخ: 1398/11/17

☐ عاجل   ☐ عادی   ☐ اطمینانیه   ☐ ابلاغیه   ☐ سایر

## Doona Ann Welton,
## Assistant Chief of Mission (ACOM)
## Embassy of United Stated of America – Afghanistan

### Dear Ms.Welton,

Ministry of Labor and Social Affairs (MoLSA), which is the primary government agency responsible for all child protection programming in the country and consider the best interest of all the matters related to children of Afghanistan.

GIROA through its Ministry of Labor and Social Affairs and its mechanisms has located the next of Kin of the Baby and as per Afghan Guardian Ship Law is granting custody of the baby, which was injured in ▮▮▮▮▮ and now would like to reunify the baby to her family.

MoLSA, kindly requests for your assistance in transmitting the attached Ministerial order to USFOR-A, so the infant child currently at BAF, can be reunited with her family.

We will be coordinating with ICRC, on the logistical support for reuniting this infant child with her family.

*[signature]*

**Sayed Anwar Sadat**

**Minister**
**Ministry of Labor and Social Affairs**
**Government of the Islamic Republic of Afghanistan**

Address:
Opposite of 1th Macroryan Market
Phon No : 0202312253

پته:
د زرو مکروریانونو مارکیټ ته مخامخ

آدرس:
مقابل مارکیټ مکروریان اول
قون نمبر : 0202312253




دولت جمهوری اسلامی افغانستان  
وزارت کار و امور اجتماعی

**Islamic Republic of Afghanistan**  
**Ministry of Labor & Social Affairs**

معینیت امور اجتماعی

دافغانستان اسلامی جمهوری دولت  
دکار او ټولنیزو چارو وزارت

شماره: 1753  
تاریخ: 1398/ 11/ 17

☐ عاجل  ☐ عادی  ☐ اطمینانیه  ☐ ابلاغیه  ☐ سایر

**Major General Patrick E. Matlock**
**Deputy Commanding General – Operations**
**United States Forces – Afghanistan**

**Dear Major General Matlock,**

The Government of the Islamic Republic of Afghanistan wishes to express its gratitude to you and to the U.S. Mission to Afghanistan.

I am writing to you regarding the infant who is currently located at Bagram Airfield. As you are aware, according to Afghan law, the Ministry of Labor and Social Affairs (MoLSA) is the primary government agency responsible for child protection in Afghanistan. Per Afghan law, MoLSA is tasked with determining next of kin for Afghan children who are orphaned in situations when the next of kin is not immediately known. After an extensive search undertaken according to Afghan law, MoLSA has located the next of kin of the child who is currently located at Bagram Airfield. MoLSA is responsible for granting custody of the infant to the next of kin. Given these circumstances, I ask for your assistance in transferring custody of the infant to MoLSA, which will be aided by the International Committee of the Red Cross (ICRC). MoLSA is currently in contact with the ICRC, which will facilitate travel of the infant from Bagram Airfield. MoLSA will be involved in the transfer of custody as well.

Our point of contact at the ICRC is:                Protection Coordinator – Afghanistan,

The MoLSA point of contact moving forward will be:                , Sr Child Protection Coordinator,

**Sayed Anwar Sadat**

**Minister**
**Ministry of Labor and Social Affairs**
**Government of the Islamic Republic of Afghanistan**

Address:  
Opposite of 11th Macroryan Market  
Phon No : 0202312253

پته:  
د زرو مکروریانونو مارکیت ته مخامخ

آدرس:  
مقابل مارکیت مکروریان اول  
فون نمبر : 0202312253