CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 03, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |

**ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO SEAL THEIR PRE-HEARING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO SHOW CAUSE AND FOR SANCTIONS**

This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion To Seal Their Pre-Hearing Brief in Opposition to Plaintiffs' Motion to Show Cause and for Sanctions. Having established grounds for sealing that information, the Court **ORDERS** Joshua and Stephanie Mast's Pre-Hearing Brief in Opposition to Plaintiffs' Motion to Show Cause and for Sanctions and the exhibits thereto to be **SEALED** until further Order of this Court.

Accordingly, the Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

Entered this 3rd day of June, 2024.

_____
Judge