IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

BABY DOE, *et al.*,

    Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

    Defendants,

CIVIL NO: 3:22-cv-00049-NKM-JCH

## [PROPOSED] ORDER GRANTING MOTION VACATE

Having reviewed the motion seeking leave to file a supplemental memorandum seeking an order to vacate or amend the Court's previous protective order (Dkt. No. 26) ("Order"), and having reviewed all of the filings relating to this matter, Defendant Richard Mast's motion is hereby GRANTED and the Order is hereby vacated.

SO ORDERED.

Dated: _____                   _____

                                                                              Judge Norman K. Moon