AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Baby Doe, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-00049-NKM |
| Joshua Mast, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 07/11/2024

/s/ Michael R. Shebelskie
*Attorney's signature*

Michael R. Shebelskie VSB# 27459
*Printed name and bar number*

HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA  23219

*Address*

mshebelskie@huntonAK.com
*E-mail address*

(804) 788-8716
*Telephone number*

(804) 343-4733
*FAX number*