# APPEARANCE SHEET
# FOR THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

BABY DOE, et al ) CASE NO.: 3:22cv00049
)
v. ) DATE: 7/15/2024
)
JOSHUA MAST, et al )
)
TYPE OF HEARING: Motion Hearing ) Time in Court: 11:02-11:46=44 minutes

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe         6. Richard Boyer
2. Maya Eckstein                7. Michael Shebelskie
3. Kathryn Wyer                 8. David Yerushalmi
4. Michael Francisco            9. deputy clerk – Karen Dotson
5. Michael Hoernlein            10.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CD NO(S). Recorded using Cisco Conference Manager    RECORDED BY: Karen Dotson
and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:02 | 1,2 | 35 | 1 | | | | | | |
| | 1,4 | 36 | 3 | | | | | | |
| | 3,1, | 40 | 4,1 | | | | | | |
| 11:04 | 5,6, | | 7 | | | | | | |
| | 1,3 | 41 | 1,4 | | | | | | |
| 5 | 1,3 | 43 | 3,1,3 | | | | | | |
| 8 | 1,3 | 44 | 4,1,3 | | | | | | |
| 10 | 1,3 | | 1 | | | | | | |
| 17 | 1,3 | 46 | 8,1,8 | | | | | | |
| 20 | 1,3 | | 1,8,1 | | | | | | |
| 23 | 1,3 | | | | | | | | |
| 25 | 1,3 | | | | | | | | |
| | 1, | | | | | | | | |
| 26 | 7 | | | | | | | | |
| 31 | 1,7 | | | | | | | | |