# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al,**

v.

**Joshua Mast, et al.**

Action No: 3:22-cv-00049

Date: 5/2/2024

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Maya Miriam Eckstein | Michael Lee Francisco |
| Kevin Spencer Elliker | David Eliezer Yerushalmi |
| Michael Randolph Shebelskie | Michael Roger Hoernlein |
| | Kathryn L. Wyer |
| | Brennan Tyler Brooks |
| | Richard Dean Boyer |
| | Samantha Lynn Van Winter |

PROCEEDINGS:

Telephonic Motion Hearing:

Doc #389 - MOTION to Quash Subpoenas by United States

Argument by Ms. Wyer

Argument by Mr. Shelbelskie

Court to issue order

Time in Court: 11:02-11:46=44 minutes