AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME | TELEPHONE NUMBER |
|---|---|---|
| | Francis Aul | 202-857-1713 |
| DATE OF REQUEST | EMAIL ADDRESS (*Transcript will be emailed to this address.*) | |
| 7/19/24 | faul@mcguirewoods.com | |
| MAILING ADDRESS | | CITY, STATE, ZIP CODE |
| 888 16th St. N.W., Suite 500 | | Washington, DC 20006 |

| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER  Cynthia Bragg |
|---|---|
| | OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 3:22-cv-00049 | Doe et al v. Mast et al | Judge Moon; Judge Hoppe |
| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING |
| 5/2/24 | Telephonic Motion Hearing | Telephonic Hearing |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)    ☑ Daily
☐ 14-Day               ☐ Hourly
☐ Expedited (7-Day)    ☐ RealTime
☐ 3-Day

4. **CERTIFICATION**:   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 7/19/24 | /s/ Francis Aul |

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.