AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME: Francis Aul | TELEPHONE NUMBER: 202-857-1713 |
|---|---|---|
| DATE OF REQUEST: 7/22/24 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): faul@mcguirewoods.com | |
| MAILING ADDRESS: 888 16th St. N.W., Suite 500 | | CITY, STATE, ZIP CODE: Washington, DC 20006 |
| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER: Karen Dotson | |
| | OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER: 3:22-cv-00049 | CASE NAME: Doe et al v. Mast et al | JUDGE'S NAME: Judge Hoppe |
| DATE(S) OF PROCEEDING(S): 5/2/24 | TYPE OF PROCEEDING(S): Telephonic Motion Hearing | LOCATION OF PROCEEDING: Telephonic Hearing |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

[ ] Ordinary (30-Day)            [✓] Daily
[ ] 14-Day                       [ ] Hourly
[ ] Expedited (7-Day)            [ ] RealTime
[ ] 3-Day

4. **CERTIFICATION**:  By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE: 7/22/24 | SIGNATURE: /s/ Francis Aul |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.