# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BABY DOE**, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM-JCH |
| **JOSHUA MAST**, *et al.*, | ) |
| *Defendants*. | ) |

## DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 10, 2024 ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR SANCTIONS

Joshua and Stephanie Mast ("Masts") respectfully move this Court for reconsideration of its July 24, 2024 Order Granting In Part Plaintiffs' Motion for Sanctions (ECF No. 445) ("Sanctions Order"). Under Rule 54(b), a "district court retains the power to reconsider and modify its interlocutory judgments . . . at any time prior to final judgments when such is warranted." *Am. Canoe Ass'n v. Murphy Farms, Inc.*, 326 F.3d 505, 514-15 (4th Cir. 2003). The Masts set forth the basis for this Motion in the concurrently filed Defendants' Brief in Support of Motion for Reconsideration of the Court's July 10, 2024 Order Granting In Part Plaintiffs' Motion for Sanctions.

WHEREFORE, the Masts respectfully request that the Court grant Defendants' Motion for Reconsideration and modify its July 10, 2024 Order Granting Plaintiffs' Motion for Sanctions. The Masts request a hearing on this Motion for Reconsideration.

Dated: July 24, 2024				Respectfully submitted,

*/s/ John. S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Attorney for Defendants Joshua & Stephanie Mast*

2

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of July 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

*/s/ John. S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Attorney for Defendants Joshua & Stephanie Mast*