# EXHIBIT A

# Mast Dec. 28, 2023 *Touhy* Letter

# McGuireWoods

**McGuireWoods LLP**
888 16th St. N.W., Suite 500
Washington, DC 20006
Phone: 202.857.1700
www.mcguirewoods.com

**Michael L. Francisco**
Direct: 202.857.1722
mfrancisco@mcguirewoods.com

December 28, 2023

Kathryn Wyer
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
Kathryn.Wyer@usdoj.gov

> **Re:    *Baby Doe et al. v. Joshua Mast et al.*, Case No. 3:22-cv-49-NKM**

Ms. Wyer:

We are in the process of reviewing documents potentially responsive to the Plaintiffs' Requests for Production in this matter. During our review, we have identified several documents we believe require *Touhy* approval prior to being produced, consistent with the United States' application of *Touhy* in this and related proceedings. Please let us know whether you prefer for us to provide you with descriptions of those documents for approval to release in discovery, or to provide copies of the documents for review and approval to release.

Our desire to is expedite the United States ability to review these documents in order to allow for timely production (if documents are approved for release). Finally, please note that by seeking clarification and approval of these documents for release, we do not waive any of Joshua Mast's objections and concerns with how *Touhy* has been applied in this and related cases, including to these documents in question.

Please let us know how you would like to proceed.

Cordially,

Michael L. Francisco