# EXHIBIT K

# Mast Apr. 30, 2024 Production Letter

# McGuireWoods

**McGuireWoods LLP**
888 16th St. N.W., Suite 500
Washington, DC 20006
Phone: 202.857.1700
www.mcguirewoods.com

**John S. Moran**
Direct: 202.828.2817
jmoran@mcguirewoods.com

April 30, 2024

Maya M. Eckstein
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
meckstein@HuntonAK.com

   **Re: *Baby Doe et al. v. Joshua Mast et al.*, Case No. 3:22-cv-49-NKM***

Ms. Eckstein:

  Defendants Joshua and Stephanie Mast have received approval from Federal Government to produce additional documents identified as requiring *Touhy* approval. You will receive a link to the Mast's production of these documents today.

  You may note that the Bates numbering for these documents is not entirely sequential; that is because some of these documents were previously identified on the Masts' privilege log (and thus received a lower Bates number at that time), but the assertion of privilege has since been withdrawn.

  With this production, the Masts have produced all documents for which *Touhy* approval was requested and authorization to produce was provided.

  Please let us know if you have any trouble accessing or viewing the production.

   Sincerely,

   John S. Moran

   *Counsel for Joshua & Stephanie Mast*

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.