IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA MAST, *et al.*,<br><br>    Defendants. | Case No.: 3:22-cv-00049-NKM-JCH |

## MOTION TO WITHDRAW APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

Plaintiffs, by counsel, hereby notifies the Court and Defendants that Damon Porter is no longer employed by Latham & Watkins LLP. Therefore, Plaintiffs move the Court to withdraw his appearance as Counsel for Plaintiffs and request that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list, reasonable notice of the same have been given to Plaintiffs pursuant to LCR 83.1(G).

Please take note that no other appearances filed on behalf of Plaintiffs shall be affected by this notice and that Plaintiffs have been and will continue to be represented by undersigned counsel.

Dated: July 30, 2024

Respectfully submitted,

*/s/Blair Connelly*
Blair Connelly (admitted pro hac vice)
Zachary Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americans
New York, NY 10029

Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: zachary.rowen@lw.com

Ehson Kashfipour (admitted pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2001
Email: ehson.kashfipour@lw.com

*/s/Maya M. Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
Michael R. Shebelskie (VSB No. 27459)
HUNTON ANDREWS KURTH LLP
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com
Email: mshebelskie@HuntonAK.com

Sehla Ashai (admitted pro hac vice)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 30th, 2024, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance and Request for Removal from Service Lists to be filed via the Court's CM/ECF system.

*/s/Blair Connelly*