IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA MAST, *et al.*,<br><br>    Defendants. | Case No.: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER**

Upon consideration of the Motion to Withdraw Appearance and Request for Removal from Service Lists, it is hereby **ORDERED** that Damon Porter's appearance in this matter is hereby **TERMINATED.**

So ORDERED this \_\_\_\_ day of _____, 2024.

_____
JOEL C. HOPPE
U.S. Magistrate Judge