IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
|     *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, *et al.*, | ) |
|     *Defendants*. | ) |

**MOTLEY'S CONSENT MOTION TO
EXTEND TIME TO ANSWER AMENDED COMPLAINT**

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Kimberley Motley respectfully moves this Court for an Order extending Ms. Motley's time to answer Plaintiffs' Amended Complaint by two weeks, to and including August 21, 2024. In support of this motion, Ms. Motley states the following:

1. On July 24, 2024, the Court denied Ms. Motley's motion to dismiss for lack of personal jurisdiction and for failure to state a claim, making her deadline for answering the Amended Complaint August 7, 2024. *See* Dkt. No. 455.

2. Federal Rule of Civil Procedure 6(b)(1)(A) allows a court to extend deadlines, including the time within which to respond to a complaint, upon a showing of "good cause." Ms. Motley respectfully submits that good cause exists for granting the requested two-week extension to answer the Amended Complaint.

3.	Given the length of the Amended Complaint, the complexity of the factual allegations and legal issues presented, and Ms. Motley's potential counterclaims against Plaintiffs, Ms. Motley seeks a modest extension of two weeks to file her responsive pleading.

4.	Ms. Motley is not making this motion for any improper purpose or for delay. She is filing this motion before the original deadline, as required by Rule 6(b)(1)(A). Additionally, there is no potential for prejudice to Plaintiffs if the Court grants this short extension.

5.	Ms. Motley's counsel has conferred with Plaintiffs' counsel, and Plaintiffs consent to the requested two-week extension to answer.

For the reasons set forth above, good cause exists to grant Ms. Motley's motion. Ms. Motley, therefore, respectfully requests that the Court grant the motion and extend the deadline for her to answer the Amended Complaint by two weeks, to and including August 21, 2024. A proposed order is attached hereto as **Exhibit A** for the Court's convenience.

Dated: August 6, 2024.	Respectfully submitted,

/s/ Thomas W. Davison
Thomas W. Davison
(VSB No. 94387)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC  20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com
samantha.vanwinter@alston.com

Michael R. Hoernlein
(*pro hac vice*)
ALSTON & BIRD LLP
101 South Tryon Street, Suite 4000

Charlotte, NC 28280-4000
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

Sidney Webb
*(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2024, I caused the foregoing to be electronically filed with the Court's CM/ECF system, which will provide service to all counsel of record.

                                        */s/ Thomas W. Davison*
                                        Thomas W. Davison

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| JOSHUA MAST, *et al.*, | ) ) ) |
| *Defendants*, | ) ) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT**

For good cause shown, the Court hereby **GRANTS** Defendant Kimberley Motley's ("Ms. Motley's") Consent Motion to Extend Time to Respond to Plaintiffs' Amended Complaint. Accordingly, it is ordered that the deadline for Ms. Motley to answer the Amended Complaint is hereby **EXTENDED** to and including **August 21, 2024.**

SO ORDERED, this \_\_\_\_ day of August, 2024.

_____