IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
August 13, 2024
LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
     DEPUTY CLERK

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |

**ORDER GRANTING DEFENDANTS JOSHUA AND STEPHANIE MAST'S MOTION TO SEAL THEIR ANSWER TO THE AMENDED COMPLAINT; AFFIRMATIVE & OTHER DEFENSES; & COUNTERCLAIM COMPLAINT**

This matter is before the Court on Defendants Joshua and Stephanie Mast's Motion To Seal Answer to the Amended Complaint; Affirmative & Other Defenses; & Counterclaim Complaint, in which the Masts request the entry of an order allowing them to file the unredacted version of their Answer under seal. Having established grounds for sealing that information, the Court **ORDERS** Joshua and Stephanie Mast's Answer to the Amended Complaint; Affirmative & Other Defenses; & Counterclaim Complaint to be **SEALED** until further order by the Court.

Accordingly, the Masts' motion to seal will be and hereby is **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

Entered this 12th day of August, 2024.

_____
Judge