IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE AND JANE DOE, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00049-NKM |
| ) | |
| JOSHUA MAST, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**MOTLEY'S CONSENT MOTION TO
EXTEND TIME TO ANSWER AMENDED COMPLAINT**

Under Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Kimberley Motley respectfully moves this Court for an Order extending Ms. Motley's time to answer Plaintiffs' Amended Complaint by an additional three weeks, to and including September 11, 2024. In support of this motion, Ms. Motley states the following:

1.　On July 24, 2024, the Court denied Ms. Motley's motion to dismiss for lack of personal jurisdiction and for failure to state a claim, making her deadline for answering the Amended Complaint August 7, 2024. *See* Dkt. No. 455.

2.　On August 6, 2024, Ms. Motley filed a consent motion to extend her time to answer the Amended Complaint through August 21, 2024 (Dkt. No. 463), which the Court granted on August 7, 2024 (Dkt. No. 464).

3.　Federal Rule of Civil Procedure 6(b)(1)(A) allows a court to extend deadlines, including the time within which to respond to a complaint, upon a showing of "good cause." Ms.

Motley respectfully submits that good cause exists for granting the requested additional three-week extension to answer the Amended Complaint.

4. Given the length of the Amended Complaint, the complexity of the factual allegations and legal issues presented, and Ms. Motley's potential counterclaims against Plaintiffs, Ms. Motley sought a modest extension of two weeks to file her responsive pleading.

5. Since then, several personal and professional obligations have arisen for both Ms. Motley and her lead counsel in this case, and both have upcoming work-related travel, including international travel.

6. Ms. Motley is not making this motion for any improper purpose or for delay. She is filing this motion before the deadline, as required by Rule 6(b)(1)(A). Additionally, there is no potential for prejudice to Plaintiffs if the Court grants this additional extension.

7. Ms. Motley's counsel has conferred with Plaintiffs' counsel, and Plaintiffs consent to the requested three-week extension to answer.

For the reasons set forth above, good cause exists to grant Ms. Motley's motion. Ms. Motley, therefore, respectfully requests that the Court grant the motion and extend the deadline for her to answer the Amended Complaint by two weeks, to and including September 11, 2024. A proposed order is attached hereto as **Exhibit A** for the Court's convenience.

Dated: August 20, 2024                                Respectfully submitted,

                                                      */s/ Thomas W. Davison*
                                                      Thomas W. Davison
                                                      (VSB No. 94387)
                                                      ALSTON & BIRD LLP
                                                      950 F Street, N.W.
                                                      Washington, DC  20004-1404
                                                      Tel.: (202) 756-3300

Fax: (202) 654-3333
tom.davison@alston.com

Michael R. Hoernlein
(*pro hac vice*)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com
samantha.vanwinter@alston.com

Sidney Webb
*(pro hac vice)*
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

## CERTIFICATE OF SERVICE

  I certify that on August 20, 2024, I caused the foregoing to be electronically filed with the Court's CM/ECF system, which will provide service to all counsel of record.

                */s/ Thomas W. Davison*
                Thomas W. Davison

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00049-NKM |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT

For good cause shown, the Court hereby **GRANTS** Defendant Kimberley Motley's Consent Motion to Extend Time to Respond to Plaintiffs' Amended Complaint. Accordingly, it is ordered that the deadline for Ms. Motley to answer the Amended Complaint is hereby **EXTENDED** to and including **September 11, 2024.**

SO ORDERED, this _____ day of August, 2024.

_____