IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN AND JANE DOE, | : |
| *Plaintiffs & Counterclaim-Defendants*, | : |
| v. | : |
| JOSHUA & STEPHANIE MAST, | : CIVIL ACTION NO. 3:22-cv-49 |
| *Defendants & Counterclaim-Plaintiffs*, | : |
| RICHARD MAST, | : |
| *Defendant & Counterclaim-Plaintiff*, | : |
| & KIMBERLEY MOTLEY, | : |
| *Defendant*. | |

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANTS JOSHUA & STEPHANIE MASTS' RESPONSE TO
PLAINTIFFS' MOTION FOR ATTORNEY'S FEES & EXPENSES**

Defendants Joshua & Stephanie Mast, with the consent of Plaintiffs, respectfully ask that the Court extend the time for them to respond to Plaintiffs' Motion for Attorney's Fees & Expenses (ECF No. 461) to and including **Wednesday, August 28, 2024**.

Plaintiffs filed their motion on July 31, 2024, and by default the Masts' response is due on Wednesday, August 21, 2024. Due to intervening deadlines, including filing deadlines in this litigation and the related state-court litigation, and summer travel, undersigned counsel asked Plaintiffs' consent to a modest extension of 7 days. Undersigned counsel also agreed to a similar request by Plaintiffs' counsel for a 14-day day extension of their deadline to respond to the Masts' counterclaims. Plaintiffs, by counsel, consented to the 7-day extension requested here.

The Masts therefore respectfully ask that the Court extend the time for them to respond to Plaintiffs' Motion for Attorney's Fees & Expenses (ECF No. 461) to and including **Wednesday, August 28, 2024**.

Dated: August 20, 2024 　　　　　　　　　　　*/s/ John S. Moran*

　　　　　　　　　　　　　　　　　　　　　　John S. Moran
　　　　　　　　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　　　888 16th St. N.W., Suite 500
　　　　　　　　　　　　　　　　　　　　　　Black Lives Matter Plaza
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　T: (202) 828-2817
　　　　　　　　　　　　　　　　　　　　　　F: (202) 828-3327
　　　　　　　　　　　　　　　　　　　　　　jmoran@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Joshua and Stephanie Mast*