**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| JOHN DOE and JANE DOE<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST, *et al.*,<br><br>*Defendants*. | Case No. 3:22-cv-49-NKM-JCH |

**CONSENT MOTION FOR EXTENSION AND TO SET A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS DEFENDANTS' COUNTERCLAIMS**

Plaintiffs, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 11(c)(2), file this motion seeking an extension of time and to set a briefing schedule for their motions to dismiss the counterclaims of Defendants Joshua and Stephanie Mast (ECF 467) and Defendant Richard Mast (ECF 470), and state as follows:

1. Defendants Joshua and Stephanie Mast and Defendant Richard Mast filed Answers to the Amended Complaint and Counterclaims on August 7, 2024. *See* ECF 467, 470.

2. Absent an extension, the deadline for Plaintiffs' responsive pleadings to those filings is Wednesday, August 28, 2024. *See* Fed. R. Civ. P. 12(a)(B).

3. Due to briefing obligations and upcoming deadlines in other cases, and given the due consideration required for the issues raised by Defendants' counterclaims, Plaintiffs request more time to file their anticipated motions to dismiss the counterclaims.

4. Undersigned counsel for Plaintiffs has conferred with counsel for Defendants Joshua and Stephanie Mast and Defendant Richard Mast. Defense counsel are not opposed to an extension of time for Plaintiffs. Counsel for Richard Mast requested a like-kind extension to respond to the motions and an accommodation for religious holidays in the coming weeks.

5. The parties conferred and have agreed on the following proposed deadlines and briefing schedule for Plaintiffs' anticipated motions to dismiss Defendants' counterclaims:

    a. Plaintiffs' Motions to Dismiss:    Wednesday, September 11, 2024

    b. Defendants' Responses:    Tuesday, October 15, 2024

    c. Plaintiffs' Replies:    Tuesday, October 29, 2024

WHEREFORE, Plaintiffs respectfully ask the Court to grant this motion and to order the above deadlines and briefing schedule. A proposed Order is attached.

Dated: August 21, 2024    Respectfully submitted,

/s/ *Kevin S. Elliker*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: mshebelskie@HuntonAK.com
Email: kelliker@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10029
Telephone: (212) 906-1200

Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2001
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs John and Jane Doe*

3