IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSHUA MAST, *et al.*,<br><br>*Defendants.* | Case No. 3:22-cv-49-NKM-JCH |

**PROPOSED ORDER GRANTING CONSENT MOTION FOR
EXTENSION AND TO SET A BRIEFING SCHEDULE FOR
PLAINTIFFS' MOTIONS TO DISMISS DEFENDANTS' COUNTERCLAIMS**

Having considered Plaintiffs' Consent Motion for Extension and Briefing Schedule for Plaintiffs' Motions to Dismiss Defendants' Counterclaims ("Consent Motion"), and for good cause shown, it is hereby ORDERED that the Consent Motion is granted. It is further ORDERED that the Plaintiffs' motions to dismiss will be subject to the following schedule:

| | |
|---|---|
| Plaintiffs' Motions to Dismiss: | Wednesday, September 11, 2024 |
| Defendants' Responses: | Tuesday, October 15, 2024 |
| Plaintiffs' Replies: | Tuesday, October 29, 2024 |

It is SO ORDERED.

Entered this ___ day of August, 2024.

_____
Judge