**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

---

JOHN AND JANE DOE,                                          :
                                                                        :
    *Plaintiffs & Counterclaim-Defendants*,      :
                                                                        :
v.                                                                     :
                                                                        :  CIVIL ACTION NO. 3:22-cv-49
JOSHUA & STEPHANIE MAST,                          :
                                                                        :
    *Defendants & Counterclaim-Plaintiffs*,      :
                                                                        :
RICHARD MAST,                                             :
                                                                        :
    *Defendant & Counterclaim-Plaintiff*,         :
                                                                        :
& KIMBERLEY MOTLEY,                                 :
                                                                        :
    *Defendant*.

---

**CONSENT MOTION TO EXTEND TIME FOR**
**DEFENDANTS JOSHUA & STEPHANIE MASTS' RESPONSE TO**
**PLAINTIFFS' MOTION FOR ATTORNEY'S FEES & EXPENSES**

Defendants Joshua & Stephanie Mast, with the consent of Plaintiffs, respectfully ask that the Court extend the time for them to respond to Plaintiffs' Motion for Attorney's Fees & Expenses (ECF No. 461) to and including **Tuesday, September 3, 2024**.

Plaintiffs filed their motion on July 31, 2024, and by default the Masts' response was originally due on Wednesday, August 21, 2024, and was extended 7 days to Wednesday, August 28, 2024, with Plaintiffs' consent. Given other emergent filing deadlines in the coming days, undersigned counsel asked counsel for Plaintiffs, as a professional courtesy, to consent to an additional three business days (accounting for the Labor Day holiday on Monday, September 2). Counsel for Plaintiffs has consented.

The Masts therefore respectfully ask that the Court extend the time for them to respond to Plaintiffs' Motion for Attorney's Fees & Expenses (ECF No. 461) to and including **Tuesday, September 3, 2024**.

Dated: August 28, 2024

*/s/ John S. Moran*

John S. Moran
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Defendants Joshua and Stephanie Mast*