IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| JOSHUA MAST, *et al.*, | ) |
| *Defendants*, | ) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS JOSHUA & STEPHANIE MASTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES & EXPENSES**

For good cause shown, the Court hereby **GRANTS** Defendants Joshua and Stephanie Mast's Consent Motion to Extend Time for Defendants Joshua and Stephanie Mast to Respond to Plaintiffs' Motion for Attorney's Fees & Expenses. Accordingly, it is hereby ordered that the deadline for Defendants Joshua and Stephanie Mast to response to Plaintiffs' motion (ECF No. 461), is hereby **EXTENDED** to and including **Tuesday, September 3, 2024**.

So **ORDERED**, this ___ day of August 2024.

_____
Judge