# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, *Plaintiffs-Counterclaim Defendants*, v. JOSHUA MAST, STEPHANIE MAST, and RICHARD MAST, *Defendants-Counterclaim Plaintiffs*, KIMBERLY MOTLEY, *Defendant.* | Case No. 3:22-cv-49-RSB-JCH |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

Plaintiffs John and Jane Doe, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), move this Court to dismiss the counterclaims brought by Defendants Joshua and Stephanie Mast (ECF 467) and Richard Mast (ECF 470). The specific grounds for this Motion are set forth in the attached Memorandum of Law.

Dated: September 11, 2024

Respectfully submitted,

/s/ *Kevin S. Elliker*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: mshebelskie@HuntonAK.com

Email:  kelliker@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2200
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs John and Jane Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By:   */s/ Kevin S. Elliker*
Kevin S. Elliker (VSB No. 87498)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: kelliker@HuntonAK.com

*Counsel for Plaintiffs John and Jane Doe*

2