# EXHIBIT A

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 6/7/2023 | POWELL | 5.50 | $2,200.00 | Review J. Masts interview on OANN and related posts by Pipe Hitter Foundation (1.0); confer with team and Latham regarding how to respond (2.5); multiple emails regarding same (2.0) |
| 6/8/2023 | POWELL | 3.50 | $1,400.00 | Further analysis and team deliberations regarding how to respond to latest P.O. violation by Masts and their allies |
| 6/9/2023 | ECKSTEIN | 1.50 | $600.00 | Meet regarding motion to show cause and address issues regarding same |
| 6/9/2023 | ELLIKER | 1.00 | $325.00 | Confer with Hunton team regarding Pipehitters motion |
| 6/9/2023 | KING | 1.00 | $250.00 | Meeting with Maya Eckstein, Lewis Powell, and Kevin Elliker regarding motion to show cause or other procedural moves regarding contempt of court following OANN and Pipe Hitters Foundation pieces. |
| 6/11/2023 | ELLIKER | 3.25 | $1,056.25 | Prepare cease and desist letters for Pipe Hitters Foundation and Jonathan Mast |
| 6/12/2023 | ECKSTEIN | 1.00 | $400.00 | Review/edit draft motion to show cause |
| 6/12/2023 | ELLIKER | 4.25 | $1,381.25 | Prepare motion for show cause with exhibits |
| 6/12/2023 | POWELL | 4.00 | $1,600.00 | Review and revise motion to show cause; confer with team regarding same |

---

[1] As noted in the Memorandum in Support of the Motion and Ms Eckstein's Declaration, Plaintiffs are seeking the following hourly rates for the five lawyers and one paralegal listed in this spreadsheet: Ms. Eckstein and Mr. Powell ($400), Mr. Elliker ($325), Mr. King and Ms. Ruival ($250), Ms. Hayden ($150).

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 6/13/2023 | ECKSTEIN | 3.00 | $1,200.00 | Finalize motion to show cause; review/edit subpoenas; finalize letters to J. Mast and Pipe Hitter |
| 6/13/2023 | ELLIKER | 6.00 | $1,950.00 | Prepare motion to show cause and exhibits |
| 6/13/2023 | KING | 1.00 | $250.00 | Drafted subpoenas for Jonathan Mast and the Pipe Hitter Foundation. |
| 6/14/2023 | ELLIKER | 2.00 | $650.00 | Finalize motion to show cause and exhibit |
| 6/14/2023 | HAYDEN | 3.50 | $525.00 | Research and prepare non party subpoenas for service relating to motion to show cause |
| 6/14/2023 | KING | 0.50 | $125.00 | Updated document and 30b6 subpoena exhibits for Jonathan Mast and Pipe Hitter Foundation. |
| 6/14/2023 | POWELL | 3.50 | $1,400.00 | Final review of motion to show cause and related papers; confer with team regarding next steps |
| 6/15/2023 | ELLIKER | 2.00 | $650.00 | Prepare RFPs for Joshua and Stephanie Mast regarding protective order issue; update RFPs |
| 6/15/2023 | POWELL | 4.00 | $1,600.00 | Review and revise draft RFP's to Masts regarding PHF; confer with team regarding challenges with subpoenas service of process |
| 6/19/2023 | HAYDEN | 1.50 | $225.00 | Review and coordinate service of nonparty subpoenas |

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 6/20/2023 | ELLIKER | 1.25 | $406.25 | Review postings on Pipe Hitter Foundation website since motion to show cause; confer with L. Powell regarding service issues for related subpoenas |
| 6/21/2023 | ELLIKER | 2.00 | $650.00 | Prepare and send communications to Jonathan Mast and Pipe Hitter Foundation regarding subpoenas and depositions |
| 6/22/2023 | HAYDEN | 1.00 | $150.00 | Coordinate service of subpoena for Jonathan Mast |
| 6/23/2023 | ECKSTEIN | 0.75 | $300.00 | Address PHF issues |
| 6/26/2023 | HAYDEN | 1.00 | $150.00 | Prepare and coordinate service of subpoena for Jon Mast |
| 6/26/2023 | KING | 1.00 | $250.00 | Draft deposition questions for Jonathan Mast |
| 6/27/2023 | KING | 2.50 | $625.00 | Continue drafting deposition questions for Jonathan Mast. |
| 6/28/2023 | ECKSTEIN | 0.75 | $300.00 | Work on Jon. Mast deposition outline |
| 6/28/2023 | ELLIKER | 1.50 | $487.50 | Prepare and transmit communication to Jonathan Mast |
| 6/28/2023 | POWELL | 0.75 | $300.00 | Confer with team regarding Jon Mast subpoena noncompliance and next steps |
| 6/29/2023 | ELLIKER | 0.50 | $162.50 | Correspond with Jonathan Mast regarding subpoena deadlines |
| 6/29/2023 | KING | 0.75 | $187.50 | Reviewed/analyzed J&S Mast response to motion for order to show cause. |

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 7/3/2023 | ELLIKER | 4.00 | $1,300.00 | Review/edit reply in support of motion to show cause (3.5); confer with counsel for Pipe Hitter Foundation regarding document production (.5) |
| 7/5/2023 | ELLIKER | 1.50 | $487.50 | Review and revise reply in support of motion to show cause |
| 7/6/2023 | ELLIKER | 1.25 | $406.25 | Prepare and send communication to Jonathan Mast regarding subpoena compliance (.5); respond to Jonathan Mast email (0.5); confer with opposing counsel for Pipe Hitter Foundation regarding document productions (0.25) |
| 7/9/2023 | ELLIKER | 0.75 | $243.75 | Confer with L. Powell regarding Jonathan Mast deposition |
| 7/9/2023 | POWELL | 5.50 | $2,200.00 | Commence prep for Jonathan Mast deposition |
| 7/10/2023 | ELLIKER | 2.00 | $650.00 | Confer with L. Powell and J. King regarding Jonathan Mast deposition |
| 7/10/2023 | KING | 2.00 | $500.00 | Call with Lewis Powell and Kevin Elliker re: deposition of Jonathan Mast (.75); reviewed and located documents for deposition (1.0); internal correspondence re: same (.25) |
| 7/10/2023 | POWELL | 8.00 | $3,200.00 | Prepare for Jonathan Mast deposition |
| 7/11/2023 | ECKSTEIN | 3.50 | $1,400.00 | Review/analyze PHF documents (3.0); confer with Mr. Powell regarding upcoming depositions re: motion to show cause and hearing (.25); email correspondence regarding same (.25) |
| 7/11/2023 | ELLIKER | 1.00 | $325.00 | Confer with L. Powell regarding Jonathan Mast deposition |

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 7/11/2023 | HAYDEN | 4.00 | $600.00 | Review and prepare documents for upcoming deposition |
| 7/11/2023 | KING | 1.00 | $250.00 | Internal communications/emails and call with Lewis Powell and Kevin Elliker re: PHF and Jon Mast depositions |
| 7/11/2023 | POWELL | 8.00 | $3,200.00 | Prepare for Jonathan Mast deposition |
| 7/12/2023 | ELLIKER | 1.00 | $325.00 | Draft correspondence to Jonathan Mast's counsel |
| 7/12/2023 | POWELL | 8.00 | $3,200.00 | Prepare for Jonathan Mast deposition |
| 7/13/2023 | KING | 1.50 | $375.00 | Document review for Jonathan Mast (1.0); internal communications and calls with Lewis Powell re: same (.5) |
| 7/13/2023 | POWELL | 9.50 | $3,800.00 | Prepare for Jonathan Mast deposition |
| 7/14/2023 | ECKSTEIN | 2.00 | $800.00 | Review/edit deposition outline for Jonathan Mast |
| 7/14/2023 | ELLIKER | 0.50 | $162.50 | Confer regarding Jon Mast deposition |
| 7/14/2023 | HAYDEN | 2.50 | $375.00 | Finalize exhibits for Jon Mast deposition |
| 7/14/2023 | POWELL | 7.00 | $2,800.00 | Prepare for Jonathan Mast deposition |
| 7/15/2023 | ECKSTEIN | 1.00 | $400.00 | Review/edit deposition outline for Jon Mast |
| 7/15/2023 | POWELL | 5.00 | $2,000.00 | Prepare for Jonathan Mast deposition |
| 7/16/2023 | ELLIKER | 0.25 | $81.25 | Review outline for Jonathan Mast deposition |
| 7/16/2023 | KING | 3.00 | $750.00 | Assisted with dep prep for Jonathan Mast (1.0); reviewed new documents |

5

**HUNTON ANDREWS KURTH LLP BILLING RECORDS**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**
**PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| | | | | and draft declaration produced by PHF (2.0) |
| 7/16/2023 | POWELL | 5.00 | $2,000.00 | Prepare for Jonathan Mast deposition |
| 7/17/2023 | KING | 7.00 | $1,750.00 | Prepared for and attended deposition of Jonathan Mast. |
| 7/17/2023 | POWELL | 8.50 | $3,400.00 | Jonathan Mast deposition and follow up |
| 4/12/2024 | RUIVAL | 0.50 | $125.00 | Research applicability of federal rules of evidence to pre trial evidentiary hearings on motions to show cause |
| 4/16/2024 | ECKSTEIN | 3.00 | $1,200.00 | Research evidentiary standard for contempt hearing |
| 4/23/2024 | RUIVAL | 4.75 | $1,187.50 | Draft list of evidence for hearing on motion to show cause, including purpose for evidence and applicable evidentiary rule |
| 4/24/2024 | RUIVAL | 3.00 | $750.00 | Analyze evidence to be introduced at upcoming hear on motion to show cause |
| 4/25/2024 | RUIVAL | 0.75 | $187.50 | Continue analyzing evidence to be introduced at upcoming hearing on motion to show cause |
| 4/27/2024 | POWELL | 2.00 | $800.00 | Review Jonathan Mast deposition and email to team regarding same for use at hearing |
| 4/29/2024 | HAYDEN | 1.50 | $225.00 | Review and prepare key cases in preparation of upcoming hearing on show cause |
| 5/10/2024 | ELLIKER | 1.50 | $487.50 | Review and research outline for show cause hearing bench brief |

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 5/10/2024 | RUIVAL | 1.50 | $375.00 | Create outline of brief in support of motion to show cause |
| 5/11/2024 | ECKSTEIN | 10.00 | $4,000.00 | Draft pre-hearing brief |
| 5/11/2024 | POWELL | 1.50 | $600.00 | Review and revise draft pre-hearing brief (1.25); emails to Ms. Eckstein regarding same (.25) |
| 5/11/2024 | RUIVAL | 4.25 | $1,062.50 | Draft legal standard and harm sections of Plaintiffs' pre hearing brief in support of motion to show cause |
| 5/12/2024 | ECKSTEIN | 6.00 | $2,400.00 | Work on pre-hearing brief |
| 5/12/2024 | ELLIKER | 1.25 | $406.25 | Review and revise bench brief for show-cause hearing |
| 5/12/2024 | HAYDEN | 1.00 | $150.00 | Review and compile exhibits in support of brief |
| 5/12/2024 | RUIVAL | 1.75 | $437.50 | Revise legal standard and harm sections of Plaintiffs' pre hearing brief in support of motion to show cause |
| 5/13/2024 | HAYDEN | 3.50 | $525.00 | Review and prepare exhibits to brief |
| 5/13/2024 | RUIVAL | 1.00 | $250.00 | Revise pre hearing brief |
| 5/14/2024 | HAYDEN | 3.00 | $450.00 | Review and cite check brief |
| 5/15/2024 | ECKSTEIN | 2.25 | $900.00 | Finalize pre-hearing brief for filing (2.0); email correspondence re: same (.25) |
| 5/15/2024 | ELLIKER | 1.00 | $325.00 | Review final bench brief for show cause hearing |
| 5/15/2024 | HAYDEN | 8.50 | $1,275.00 | Review, cite check and update exhibits in support of prehearing brief |

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 5/15/2024 | RUIVAL | 5.50 | $1,375.00 | Revise and file pre hearing brief, motion to seal, and proposed order |
| 5/22/2024 | ECKSTEIN | 2.00 | $800.00 | Review/analyze J&S Mast's pre-hearing brief; email correspondence re: same; |
| 5/22/2024 | POWELL | 1.50 | $600.00 | Discuss May 29 show cause hearing with Ms. Eckstein |
| 5/23/2024 | POWELL | 2.50 | $1,000.00 | Commence preparation for May 29 show cause hearing |
| 5/24/2024 | ECKSTEIN | 4.00 | $1,600.00 | Prepare for argument on motion to show cause |
| 5/24/2024 | HAYDEN | 1.50 | $225.00 | Review and prepare documents for upcoming show cause hearing |
| 5/24/2024 | POWELL | 3.50 | $1,400.00 | Continue preparation for May 29 show cause hearing and review and respond to emails re: same |
| 5/24/2024 | RUIVAL | 2.00 | $500.00 | Create timeline of events for show cause hearing |
| 5/25/2024 | ECKSTEIN | 8.00 | $3,200.00 | Prepare for show cause hearing |
| 5/25/2024 | POWELL | 3.00 | $1,200.00 | Continue preparation for show cause hearing |
| 5/26/2024 | HAYDEN | 1.75 | $262.50 | Review and prepare documents for upcoming show cause hearing |
| 5/26/2024 | POWELL | 5.00 | $2,000.00 | Continue preparation for show cause hearing |
| 5/26/2024 | RUIVAL | 2.25 | $562.50 | Create timeline for evidentiary hearing |
| 5/27/2024 | ECKSTEIN | 6.00 | $2,400.00 | Prepare for hearing on motion to show cause |

8

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 5/27/2024 | HAYDEN | 2.25 | $337.50 | Review and prepare documents for upcoming show cause hearing |
| 5/27/2024 | POWELL | 7.00 | $2,800.00 | Continue preparation |
| 5/27/2024 | RUIVAL | 1.75 | $437.50 | Create chart of evidence to be used at upcoming show cause hearing |
| 5/28/2024 | ECKSTEIN | 8.00 | $3,200.00 | Prepare for hearing |
| 5/28/2024 | ELLIKER | 5.00 | $1,625.00 | Prepare for show cause hearing |
| 5/28/2024 | HAYDEN | 3.50 | $525.00 | Review and prepare documents for upcoming show cause hearing |
| 5/28/2024 | POWELL | 6.50 | $2,600.00 | Continue preparation |
| 5/28/2024 | RUIVAL | 8.00 | $2,000.00 | Prepare for evidentiary hearing on Plaintiffs' show cause motion |
| 5/29/2024 | ECKSTEIN | 4.00 | $1,600.00 | Prepare for and participate in hearing on motion to show cause |
| 5/29/2024 | ELLIKER | 4.00 | $1,300.00 | Prepare for and attend hearing on show-cause motion in Charlottesville |
| 5/29/2024 | POWELL | 4.00 | $1,600.00 | Finish preparation for and attend hearing with Judge Moon |
| 5/29/2024 | RUIVAL | 4.00 | $1,000.00 | Prepare for and attend evidentiary hearing for show cause motion |
| 6/7/2024 | POWELL | 1.00 | $400.00 | Review J. Mast's post-hearing brief |
| 6/8/2024 | ELLIKER | 3.00 | $975.00 | Work on response to Jonathan Mast's post-hearing brief |
| 6/9/2024 | RUIVAL | 0.50 | $125.00 | Review Jonathan Mast's post-hearing brief |

**HUNTON ANDREWS KURTH LLP BILLING RECORDS
IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES
PURSUANT TO THE COURT'S ORDER OF CONTEMPT**

| Date | Name | Hours | Amount[1] | Description of Work |
|---|---|---|---|---|
| 6/10/2024 | ECKSTEIN | 3.00 | $1,200.00 | Review/analyze Jonathan Mast's post-hearing brief (1.0); email correspondence re: same (.25); review/edit draft response thereto (1.75) |
| 6/10/2024 | RUIVAL | 0.50 | $125.00 | Revise Plaintiffs' response to Jonathan Mast's post-hearing brief |

| | **Total:** | **348.00** | **$115,831.25** | |

| Name | Total Hours | Total Amounts |
|---|---|---|
| ECKSTEIN | 69.75 | $27,900.00 |
| POWELL | 123.25 | $49,300.00 |
| ELLIKER | 51.75 | $16,818.75 |
| KING | 21.25 | $5,312.50 |
| RUIVAL | 42.00 | $10,500.00 |
| HAYDEN | 40.00 | $6,000.00 |
| **Grand Total** | **348.00** | **$115,831.25** |