**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

_____

JOHN AND JANE DOE,

     *Plaintiffs & Counterclaim-Defendants,*

v.

JOSHUA & STEPHANIE MAST,

     *Defendants & Counterclaim-Plaintiffs,*

RICHARD MAST,

     *Defendant & Counterclaim-Plaintiff,*

& KIMBERLEY MOTLEY,

     *Defendant.*

_____

     CIVIL ACTION NO. 3:22-cv-49

## <u>NOTICE OF APPEAL</u>

     Notice is hereby given that Defendants Joshua Mast, Stephanie Mast, and Richard Mast appeal to the U.S. Court of Appeals for the Fourth Circuit from the Memorandum Opinion & Order, Dkt. No. 473, issued by Judge Norman K. Moon on August 16, 2024.

Dated: September 16, 2024       Respectfully submitted,

/s/ David Yerushalmi

David Yerushalmi, Esq.*
AMERICAN FREEDOM LAW CENTER
2020 Pennsylvania Ave NW
Suite 189
Washington, DC 20006

* Admitted *pro hac vice*

*Counsel for Defendant
Richard Mast*

/s/ John S. Moran

John S. Moran
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Defendants
Joshua & Stephanie Mast*