## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 09/16/24 | District: Western Virginia | District Case No.: 3:22-cv-00049-RSB-JCH |
|---|---|---|
| ✔ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: _____ | Division: Charlottesville<br><br>Caption: Doe et al v. Mast et al | 4CCA No(s). for any prior NOA:<br><br>4CCA Case Manager: |

**Exceptional Circumstances:** ___ Bail   ✔ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| **Confinement**-Criminal Case**:** | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation | ___ No fee required (USA appeal)   ✔ Appeal fees paid in full   ___ Fee not paid |
| **Defendant Address**-Criminal Case**:** | **Criminal Cases:**<br>___ Defendant proceeded under CJA in district court.<br>___ Defendant did not proceed under CJA in district court.<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases**:<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br>District Judge Robert S. Ballou | |
| **Court Reporter** (list all)**:**<br>Lisa Blair<br>Sindie Bragg | **Sealed Status** (check all that apply)**:**<br>✔ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |
| **Coordinator**: Sherry Taylor | |

| **Record Status for Pro Se Appeals** (check any applicable)**:** | **Record Status for Counseled Appeals** (check any applicable)**:** |
|---|---|
| ___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | ✔ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>✔ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: Charlottesville Deputy   Phone: 434-296-9284   Date: 09/17/24

02/2023