IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE,<br><br>    *Plaintiffs-Counterclaim Defendants*,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY,<br><br>    *Defendants-Counterclaim Plaintiffs.* | Case No. 3:22-cv-49-RSB-JCH |

**PLAINTIFFS' MOTION TO DISMISS**
**<u>DEFENDANT KIMBERLEY MOTLEYS' COUNTERCLAIMS</u>**

    Plaintiffs John and Jane Doe, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss the counterclaims brought by Defendant Kimberley Motley (ECF 488). The specific grounds for this Motion are set forth in the attached Memorandum of Law.

Dated: September 17, 2024

Respectfully submitted,

<u>/s/ *Kevin S. Elliker*</u>
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email:  meckstein@HuntonAK.com
Email:  lpowell@HuntonAK.com
Email:  mshebelskie@HuntonAK.com
Email:  kelliker@HuntonAK.com

        Sehla Ashai (*admitted pro hac vice*)
        ELBIALLY LAW, PLLC
        704 East 15th Street Suite 204
        Plano, TX 75074
        Telephone: (312) 659-0154
        Email: ashai@elbiallylaw.com

        Blair Connelly (*admitted pro hac vice*)
        Zachary Rowen (*admitted pro hac vice*)
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10029
        Telephone: (212) 906-1200
        Email: blair.connelly@lw.com
        Email: zachary.rowen@lw.com

        Ehson Kashfipour (*admitted pro hac vice*)
        LATHAM & WATKINS LLP
        555 Eleventh Street, NW, Suite 1000
        Washington, DC  20004-1304
        Telephone: (202) 637-2200
        Email: ehson.kashfipour@lw.com

        *Counsel for Plaintiffs John and Jane Doe*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

        By: */s/ Kevin S. Elliker*
           Kevin S. Elliker (VSB No. 87498)