IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE,<br><br>　　*Plaintiffs-Counterclaim Defendants*,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY,<br><br>　　*Defendants-Counterclaim Plaintiffs.* | Case No. 3:22-cv-49-RSB-JCH |

**PROPOSED**
**ORDER GRANTING CONSENT MOTION FOR A BRIEFING SCHEDULE PLAINTIFFS' MOTIONS TO DISMISS DEFENDANTS' COUNTERCLAIMS**

　　Having considered Plaintiffs' Consent Motion for a Briefing Schedule for Plaintiffs' Motion to Dismiss Defendant Kimberley Motley's Counterclaims ("Consent Motion"), and for good cause shown, it is hereby ORDERED that the Consent Motion is granted. It is further ORDERED that the Plaintiffs' motion to dismiss will be subject to the following schedule:

　　Defendant Motley's Response:　　Tuesday, October 15, 2024

　　Plaintiffs' Reply:　　Tuesday, October 29, 2024

　　It is SO ORDERED.

　　Entered this ___ day of September, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Judge