CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 18, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

JOHN DOE and JANE DOE,

    *Plaintiffs-Counterclaim Defendants*,

v.

JOSHUA MAST, STEPHANIE MAST,
RICHARD MAST, and KIMBERLEY
MOTLEY,

    *Defendants-Counterclaim Plaintiffs.*

Case No. 3:22-cv-49-RSB-JCH

## ORDER GRANTING CONSENT MOTION FOR A BRIEFING SCHEDULE PLAINTIFFS' MOTIONS TO DISMISS DEFENDANTS' COUNTERCLAIMS

Having considered Plaintiffs' Consent Motion for a Briefing Schedule for Plaintiffs' Motion to Dismiss Defendant Kimberley Motley's Counterclaims ("Consent Motion"), and for good cause shown, it is hereby ORDERED that the Consent Motion is granted. It is further ORDERED that the Plaintiffs' motion to dismiss will be subject to the following schedule:

Defendant Motley's Response:    Tuesday, October 15, 2024

Plaintiffs' Reply:    Tuesday, October 29, 2024

It is SO ORDERED.

Entered this __18th__ day of September, 2024.

_____
Judge