IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, *Plaintiffs-Counterclaim Defendants*, v. JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY, *Defendants-Counterclaim Plaintiffs.* | Case No. 3:22-cv-49-RSB-JCH |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF NO. 489)**

Plaintiffs John Doe and Jane Doe respectfully ask that the Court extend the time for them to reply to Jonathan Mast's Response in Opposition to the Plaintiffs' Motion for Attorneys' Fees (ECF No. 500) and Joshua Mast's Response to Plaintiffs' Motion for Attorney Fees (ECF No. 499) to Friday, October 18, 2024. Counsel for Joshua Mast and Jonathan Mast have advised that they do not oppose this motion. Defendants filed their respective responses to Plaintiffs' Motion for Attorney Fees on October 4, 2024. Plaintiffs' replies are due Friday, October 11, 2024. However, due to intervening deadlines in other matters, as well as the Jewish holidays, undersigned counsel seek an extension of seven days.

WHEREFORE, Plaintiffs respectfully ask the Court to extend the time for them to reply to Defendants' Responses to Plaintiffs' Motion for Attorney Fees to Friday, October 18, 2024. A proposed Order is attached.

Dated: October 9, 2024              Respectfully submitted,

                                    /s/ *Maya M. Eckstein*
                                    Maya M. Eckstein (VSB No. 41413)

Lewis F. Powell III (VSB No. 18266)
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 E Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: mshebelskie@HuntonAK.com
Email: kelliker@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: zachary.rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: (202) 637-2001
Email: ehson.kashfipour@lw.com

*Counsel for Plaintiffs John and Jane Doe*