# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE,<br><br>*Plaintiffs-Counterclaim Defendants*,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY,<br><br>*Defendants-Counterclaim Plaintiffs.* | Case No. 3:22-cv-49-RSB-JCH |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF NO. 489)

Having considered Plaintiffs' Unopposed Motion for an Extension of Time to Reply to Jonathan Mast and Joshua Mast's Responses to Plaintiffs' Motion for Attorney Fees, and for good cause shown, it is hereby ORDERED that the Motion is granted. It is further ORDERED that the Plaintiffs' reply shall be filed by Friday, October 18, 2024.

It is SO ORDERED.

Entered this ____ day of October, 2024.

 

_____
Judge