# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, <br><br> *Plaintiffs-Counterclaim Defendants*, <br><br> v. <br><br> JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY, <br><br> *Defendants-Counterclaim Plaintiffs.* | Case No. 3:22-cv-49-RSB-JCH |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND & REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF NO. 489)**

Having considered Defendant-Counterclaim Plaintiff's consent motion for an extension of time to respond to Plaintiffs-Counter Defendants' motion to dismiss Richard Mast's counterclaims and an amended briefing schedule, and for good cause shown, it is hereby ORDERED that the Motion is granted. It is further ORDERED that Defendant-Counterclaim Plaintiff Richard Mast's response to the motion to dismiss shall be filed by October 21, 2024, and that Plaintiffs-Counterclaim Defendants' reply shall be filed by November 6, 2024.

It is SO ORDERED.

Entered this ____ day of October, 2024.

_____
Judge