IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, | ) |
| *Plaintiffs-Counterclaim Defendants*, | ) |
| v. | ) Case No. 3:22-cv-49-NKM-JCH |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY, | ) |
| *Defendants-Counterclaim Plaintiffs.* | ) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS TO DISMISS (ECF NOS. 486 & 493)**

Defendants Joshua and Stephanie Mast (the "Masts") and Kimberley Motley respectfully request the Court to extend the time for them to file responses to Plaintiff John and Jane Does (the "Does") motions to dismiss the Masts' and Motley's counterclaims (ECF Nos. 486 & 493) to October 21, 2024 and to extend the Does' time to reply to those responses to November 6, 2024. This motion is based on intervening deadlines in other matters as well as other personal responsibilities. The Masts and Motley conferred with the Does' counsel regarding this request, which advised they agreed that all defendants should be permitted to file their oppositions on the same day. This Court has already granted Defendant Richard Mast's motion for extension (*see* ECF No. 504), and the Masts and Motley request only the same extension.

A proposed Order is attached.

Dated: October 11, 2024.

Respectfully submitted,

*/s/ John S. Moran*
John S. Moran (VSB No. 84326)

McGuireWoods LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Joshua and Stephanie Mast*

*/s/ Michael R. Hoernlein*
Michael R. Hoernlein
(*pro hac vice*)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com
samantha.vanwinter@alston.com

Thomas W. Davison
(VSB No. 94387)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC  20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com

*Counsel for Kimberley Motley*