IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, | )<br>) |
| *Plaintiffs-Counterclaim Defendants*, | )<br>) |
| v. | ) Case No. 3:22-cv-49-NKM-JCH |
| JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY, | )<br>)<br>)<br>) |
| *Defendants-Counterclaim Plaintiffs.* | )<br>) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTIONS TO DISMISS (ECF NOS. 486 & 493)**

For good cause shown, the Court hereby **GRANTS** Defendants Joshua and Stephanie Mast (the "Masts") and Kimberley Motley's Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Motions to Dismiss (ECF Nos. 486 & 493). Accordingly, it is hereby ordered that the deadline for the Masts and Motley to response to Plaintiffs' motions is hereby **EXTENDED** to and including **October 21, 2024** and that Plaintiffs' reply shall be filed by **November 6, 2024**.

So **ORDERED**, this ___ day of October 2024.

_____
Judge