IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE,<br><br>*Plaintiffs-Counterclaim Defendants*,<br><br>v.<br><br>JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, and KIMBERLEY MOTLEY,<br><br>*Defendants-Counterclaim Plaintiffs.* | Case No. 3:22-cv-49-RSB-JCH |

**[PROPOSED] ORDER GRANTING SECOND CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND & REPLY IN SUPPORT OF MOTION FOR EXTENSION**

Having considered Defendant-Counterclaim Plaintiff's second consent motion for an extension of time to respond to Plaintiffs-Counter Defendants' motion to dismiss Richard Mast's counterclaims and an amended briefing schedule, and for good cause shown, it is hereby ORDERED that the Motion is granted. It is further ORDERED that Defendant-Counterclaim Plaintiff Richard Mast's response to the motion to dismiss shall be filed by October 31, 2024, and that Plaintiffs-Counterclaim Defendants' reply shall be filed by November 18, 2024.

It is SO ORDERED.

Entered this ____ day of October, 2024.

_____
Judge