IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTSVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, | |
| Plaintiffs-Counterclaim Defendants, | |
| -v.- | CIVIL NO: 3:22-cv-00049-RSB-JCH |
| JOSHUA MAST, *et al.*, | |
| Defendants-Counterclaim Plaintiffs, | |

**STIPULATION OF DISMISSAL OF RICHARD MAST'S COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), all of the parties who have appeared in this matter stipulate to the dismissal of Richard Mast's counterclaims and sign below through their counsel of record.

Dated: November 4, 2024          Respectfully submitted,

/s/David Yerushalmi
David Yerushalmi, Esq.*
American Freedom Law Center
2020 Pennsylvania Avenue NW, Suite 189
Washington, D.C.  20006
Telephone: 646-262-0500
Email: dyerushalmi@aflc.us
(*Admitted *pro hac vice*)

E.  Scott Lloyd
Lloyd Law Group, PLLC
Va.  Bar # 76989
20 E.  8th Street, Suite 3
Front Royal, VA 22630
Office: (540) 823-1110
Cell: (540) 631-4081

1

Fax: (540) 583-4279
scott@lloydlg.com

*Counsel for Defendant-Counterclaim Plaintiff Richard Mast*

/s/ *Maya Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: kelliker@HuntonAK.com

*Counsel for Plaintiffs-Counterclaim Defendants John & Jane Doe*

/s/ *John. S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Defendants-Counterclaim Defendants Joshua & Stephanie Mast*

/s/ Michael R. Hoernlein
Michael R. Hoernlein
(pro hac vice)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

*Counsel for Defendant-Counterclaim Plaintiff Karen Motley*

/s/ *Rick Boyer*
Rick Boyer (VSB No. 80154)
INTEGRITY LAW FIRM, PLLC
P.O. Box 10953
Lynchburg, VA 24506

Ph. 434-401-2093
F: 434-239-3651
Email: rickboyerlaw@gmail.com

*Attorney for Former Defendant Ahmad Osmani*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing has been served by ordinary U.S.  mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

*/s/David Yerushalmi*
David Yerushalmi, Esq.