CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

November 18, 2024

LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, ) | |
| ) | |
| Plaintiffs-Counterclaim Defendants, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00049 |
| ) | |
| JOSHUA MAST, STEPHANIE MAST, ) | |
| RICHARD MAST, and KIMBERLEY ) | |
| MOTLEY, ) | |
| ) | |
| Defendants–Counterclaim Plaintiffs. ) | |

## ORDER

Defendant and Counterclaim Plaintiff Richard Mast filed an agreed upon Stipulation and Order of Dismissal of his counterclaims. Dkt. 515. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that the counterclaims of Richard Mast are dismissed by stipulation, without prejudice.

Entered:  November 18, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge