**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| JOHN DOE AND JANE DOE, | ) |
| | ) |
| *Plaintiffs and* | ) |
| *Counterclaim Defendants,* | ) |
| | ) Case No. 3:22-cv-00049-NKM |
| v. | ) |
| | ) |
| JOSHUA MAST, *et al.*, | ) |
| | ) |
| *Defendants and* | ) |
| *Counterclaim Plaintiffs.* | ) |
| | ) |

**MOTION FOR APPEARANCE
WITHOUT ASSOCIATED LOCAL COUNSEL**

Defendant Kimberley Motley respectfully requests that this Court exercise its discretion under Rule 6(d) of the Court's Local Civil Rules, to permit Michael R. Hoernlein, admitted to practice before this Court in the above-captioned matter *pro hac vice*, to appear before the Court for the hearing scheduled on January 15, 2025 at 1:00 p.m. without an associated local counsel due to scheduling limitations of the associated members of the bar of this Court.

Dated: January 13, 2025

Respectfully submitted,

*/s/ Thomas W. Davison*
Thomas W. Davison
(VSB No. 94387)
Samantha Van Winter
(VSB No. 97268)
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com

samantha.vanwinter@alston.com

Michael R. Hoernlein
(*pro hac vice*)
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28280
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

Sidney Webb
(*pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Tel.: (214) 922-3400
Fax: (214) 922-3899
sidney.webb@alston.com

*Counsel for Defendant Kimberley Motley*

## CERTIFICATE OF SERVICE

I certify that on January 13, 2025, I caused the foregoing to be electronically filed with the

Court's CM/ECF system, which will provide service to all counsel of record.

*/s/ Thomas W. Davison*

Thomas W. Davison