# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Doe, et al**

vs.

**Mast, et al**

Action No:   3:22cv00049
Date:   1/15/2025
Judge:   Robert S. Ballou
Court Reporter:   Lisa Blair
Deputy Clerk:   Kelly Brown

Plaintiff Attorney(s)
Maya Eckstein
Kevin Elliker
Lewis Powell

Defendant Attorney(s)
John Moran
Michael Hoernlein

PROCEEDINGS:
1:02
Parties present and represented by counsel.
Motion hearing.
Court addresses parties.

Oral argument:
DE[486] MOTION to Dismiss for Lack of Jurisdiction Defendants' Counterclaims, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Defendants' Counterclaims by Jane Doe, John Doe
DE[493] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Defendant Kimberley Motley's Counterclaims by Jane Doe, John Doe.

Order forthcoming.
Adjourned.
2:43


Time in Court: 1hr 43 min