AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: Maya Eckstein | TELEPHONE NUMBER: 804 788-8788 |
|---|---|---|
| DATE OF REQUEST: 1/16/2025 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): meckstein@huntonAK.com; trucker@huntonAK.com | |
| MAILING ADDRESS: 951 E. Byrd Street | | CITY, STATE, ZIP CODE: Richmond, VA 23219 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Lisa Blair |
|---|---|
| | OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER: 3:22cv00049 | CASE NAME: Doe, et al v. Mast, et al | JUDGE'S NAME: Robert S. Ballou |
|---|---|---|
| DATE(S) OF PROCEEDING(S): 1/15/2025 | TYPE OF PROCEEDING(S): Hearing | LOCATION OF PROCEEDING: Courthouse-Charlottesville |

REQUEST IS FOR: (*Select one*)   [✔] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[ ] Ordinary (30-Day)           [ ] Daily
[✔] 14-Day                      [ ] Hourly
[ ] Expedited (7-Day)           [ ] RealTime
[ ] 3-Day

**4. CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE: 1/16/2025 | SIGNATURE: /s/ Maya M. Eckstein |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.