IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, *et al.* | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00049-RSB-JCH |
| | ) |
| JOSHUA MAST, *et al.* | ) |
| | ) |
| *Defendants*, | ) |
| | ) |

## MOTION TO WITHDRAW APPEARANCE OF FRANCIS J. AUL

Francis J. Aul, counsel for defendants Joshua and Stephanie Mast, respectfully moves to withdraw his appearance in this matter. As of February 14, 2025, Mr. Aul will no longer be affiliated with McGuireWoods LLP. Therefore, he requests that he be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

No other appearances filed on behalf of Defendants Joshua and Stephanie Mast shall be affected by this notice, and that they have been, and will continue to be, represented in this action by John S. Moran of McGuireWoods LLP and Michael L. Francisco of First & Fourteenth PLLC.

Dated: February 10, 2025                Respectfully submitted,

*/s/ Francis J. Aul*
John S. Moran (VSB No. 84326)
Francis J. Aul (*pro hac vice*)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Black Lives Matter Plaza
Washington, D.C. 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com
faul@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of February 2025, I filed the foregoing with the Court's electronic case-filing system, thereby serving all counsel of record in this case.

*/s/ Francis J. Aul*
Francis J. Aul (admitted *pro hac vice*)
