IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN AND JANE DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSHUA MAST, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-49-RSB-JCH |

### PLAINTIFFS JOHN AND JANE DOES' NOTICE OF WITHDRAWAL OF THIRD-PARTY SUBPOENAS TO DONNA A. WELTON, COL. JOSEPH M. FAIRFIELD AND LT. COL. ROSEMARY REED

Plaintiffs John and Jane Doe, by counsel, hereby advise the Court that they withdraw the subpoenas, and related *Touhy* requests, issued to Donna A. Welton, Col. Joseph M. Fairfield and Lt. Col. Rosemary Reed in relation to this matter. Plaintiffs' withdrawal of these subpoenas renders moot Non-Party The United States' Motion to Quash Subpoenas (ECF No. 389).[1]

Dated: March 19, 2025

Respectfully submitted,

/s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB No. 41413)
Lewis F. Powell III (VSB No. 18266)
Michael R. Shebelskie (VSB No. 27459)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218

---

[1] Plaintiffs reserve the right to serve subpoenas, and related *Touhy* requests, to these individuals in the future.

1

Email: meckstein@HuntonAK.com
Email: lpowell@HuntonAK.com
Email: mshebelskie@HuntonAK.com
Email: kelliker@HuntonAK.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary Rowen (*admitted pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10029
Telephone: (212) 906-1200
Email: blair.connelly@lw.com
Email: Zachary.rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: (202) 637-2200
Email: ehson.kashfipour@lw.com


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: */s/ Maya M. Eckstein*
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Plaintiffs*