# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, *et al.* ) | |
| ) | |
| *Plaintiffs &* ) | |
| *Counterclaim Defendants*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.* ) | |
| ) | |
| *Defendants &* ) | |
| *Counterclaim Plaintiffs*. ) | |
| ) | |

## CONSENT MOTION TO SEAL EXHIBIT

Defendants Joshua and Stephanie Mast, with consent of Plaintiffs John and Jane Doe, hereby move the Court to seal Exhibit A (ECF No. 535-1), which was filed as an Exhibit to their Motion for Protective Order (ECF No. 535). The exhibit contains identifying information restricted under the Court's protective order (ECF No. 26), and the Parties agree that sealing is appropriate to comply with the order, so long as it remains in place. Attached to this motion, the Masts are submitting a proposed redacted version of the exhibit that omits such information.

Dated: September 24, 2025                     Respectfully submitted,

*/s/ John S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Joshua & Stephanie Mast*