# Exhibit A

# Part I to Exhibit A

*Excerpts from Privilege Log Produced to Plaintiffs by Defendants Joshua & Stephanie Mast, Reflecting Bates Number, Date, Privilege Assertion(s), and Description for Disputed Materials*

| Production Bates Begin | Date | Privilege Basis | Description |
|---|---|---|---|
| J&SMAST-WDVA-01005 | 10/13/2019 | Attorney Client;Spousal Privilege | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding situation background contains information provided to outside counsel for the purpose of rendering a legal opinion and withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01007 | 10/15/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-04572 | 10/15/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01015 | 10/16/2019 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding communications update reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-01020 | 10/17/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01025 | 10/17/2019 | Attorney Client | Email string among outside counsel and Joshua Mast regarding draft communication concerning request for assistance reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-01029 | 10/17/2019 | Attorney Client | Email string among outside counsel and Joshua Mast regarding draft communication concerning request for assistance reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-01033 | 10/17/2019 | Attorney Client | Email string among outside counsel and Joshua Mast regarding draft communication concerning request for assistance reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-01036 | 10/18/2019 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding proposed adoption requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |

| | | | |
|---|---|---|---|
| J&SMAST-WDVA-01038 | 10/22/2019 | Attorney Client;Work Product | Redacted portion of email string among outside counsel, outside legal staff and Joshua Mast regarding case strategy relays outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01043 | 10/22/2019 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy relays and requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01048 | 10/22/2019 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01053 | 10/22/2019 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-04575 | 10/22/2019 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding case strategy relays outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-04580 | 10/23/2019 | Spousal Privilege | Email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01273 | 10/27/2019 | Attorney Client; Work Product | Proposed exhibit to draft Petition for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01060 | 10/28/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |

| J&SMAST-WDVA-01066 | 10/28/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
|---|---|---|---|
| J&SMAST-WDVA-01076 | 10/28/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01105 | 10/28/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01106 | 10/28/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01143 | 10/28/2019 | Attorney Client; Work Product | Draft waiver regarding jurisdiction contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01144 | 10/29/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01146 | 10/29/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |

| | | | |
|---|---|---|---|
| J&SMAST-WDVA-01148 | 10/29/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01152 | 10/29/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-04582 | 10/29/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding case strategy prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-04584 | 10/29/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding case strategy prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01156 | 10/30/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01161 | 10/30/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01173 | 10/30/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |

| J&SMAST-WDVA-01179 | 10/30/2019 | Attorney Client; Work Product | Draft waiver regarding jurisdiction contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01180 | 10/30/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-05325 | 10/30/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-05338 | 10/30/2019 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding custody filing process requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-05344 | 10/30/2019 | Attorney Client; Work Product | Draft waiver regarding jurisdiction contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01229 | 10/31/2019 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft Petition for Custody and Order requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01233 | 10/31/2019 | Attorney Client; Work Product | Draft Order for Custody reflects outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |

| J&SMAST-WDVA-01237 | 10/31/2019 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft Petition for Custody and Order requests, contains and discusses outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
|---|---|---|---|
| J&SMAST-WDVA-01241 | 10/31/2019 | Attorney Client; Work Product | Draft Order for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01245 | 10/31/2019 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft Petition for Custody and proposed exhibits requests and contains outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01247 | 10/31/2019 | Attorney Client; Work Product | Proposed exhibit to draft Petition for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01253 | 10/31/2019 | Attorney Client; Work Product | Proposed exhibit to draft Petition for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01254 | 10/31/2019 | Attorney Client; Work Product | Proposed exhibit to draft Petition for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01277 | 10/31/2019 | Attorney Client; Work Product | Proposed exhibit to draft Petition for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |

| J&SMAST-WDVA-01280 | 10/31/2019 | Attorney Client; Work Product | Proposed exhibit to draft Petition for Custody contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01281 | 10/31/2019 | Attorney Client; Work Product | Draft Petition for Custody reflects outside counsel's legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-05345 | 10/31/2019 | Attorney Client; Work Product | Draft affidavit regarding diligent search contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Virginia adoption proceedings. |
| J&SMAST-WDVA-01363 | 11/3/2019 | Attorney Client | Email among outside counsel, Joshua Mast and Stephanie Mast regarding draft supporting documentation contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-01376 | 11/7/2019 | Attorney Client | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding visa provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-05376 | 11/9/2019 | Work Product | Draft letter regarding Order concerning birth certificate prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-01378 | 11/10/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01379 | 11/10/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01433 | 11/16/2019 | Spousal Privilege | Email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-04606 | 11/16/2019 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |

| | | | |
|---|---|---|---|
| J&SMAST-WDVA-01435 | 11/29/2019 | Attorney Client | Email among outside counsel regarding draft communication concerning request for assistance contains outside counsel's legal opinion. |
| J&SMAST-WDVA-01509 | 12/17/2019 | Attorney Client;Spousal Privilege | Email string among outside counsel, Joshua Mast and Stephanie Mast contains outside counsel's legal opinion and withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-04615 | 12/17/2019 | Attorney Client; Work Product | Draft Notice of Hearing contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-01512 | 12/18/2019 | Spousal Privilege | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-05436 | 12/28/2019 | Attorney Client; Work Product | Email among outside counsel, outside legal assistant and Joshua Mast regarding hearing summary reflects outside counsel's legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-01535 | 12/29/2019 | Attorney Client | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding request for assistance contains outside counsel's legal opinion. |
| J&SMAST-WDVA-01544 | 12/29/2019 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding request for assistance contains outside counsel's legal opinion. |
| J&SMAST-WDVA-01553 | 1/3/2020 | Spousal Privilege | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01554 | 1/4/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding draft letter contains a request for outside counsel's legal opinion. |
| J&SMAST-WDVA-01555 | 1/4/2020 | Attorney Client | Draft letter regarding visa application provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-01618 | 1/4/2020 | Attorney Client | Draft letter regarding visa application reflects outside counsel's legal opinion. |

| J&SMAST-WDVA-01573 | 1/6/2020 | Spousal Privilege | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |
|---|---|---|---|
| J&SMAST-WDVA-01612 | 1/7/2020 | Attorney Client; Work Product | Email among outside counsel and Joshua Mast regarding case chronology contains outside counsel's legal opinion prepared in anticipation of ▮▮▮ litigation. |
| J&SMAST-WDVA-01615 | 1/7/2020 | Attorney Client | Email string among outside counsel and Joshua Mast regarding advocacy letter requests and contains outside counsel's legal opinion. |
| J&SMAST-WDVA-01616 | 1/14/2020 | Attorney Client | Email among outside counsel regarding draft letter contains outside counsel's legal opinion. |
| J&SMAST-WDVA-04617 | 1/14/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding waiver of Afghan government jurisdiction reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-01659 | 1/15/2020 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding request for advocacy contains outside counsel's legal opinion. |
| J&SMAST-WDVA-05440 | 1/15/2020 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding request for assistance with Afghanistan exit process contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-01678 | 1/26/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding public relations talking points contains outside counsel's legal opinion. |
| J&SMAST-WDVA-01680 | 1/26/2020 | Attorney Client | Email string among outside counsel and Joshua Mast regarding public relations talking points contains and discusses outside counsel's legal opinion. |
| J&SMAST-WDVA-01682 | 1/27/2020 | Attorney Client | Redacted portion among outside counsel and Joshua Mast regarding draft response email contains outside counsel's legal opinion. |
| J&SMAST-WDVA-01685 | 1/29/2020 | Spousal Privilege | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |

| J&SMAST-WDVA-01697 | 2/3/2020 | Attorney Client | Draft demand letter provided to outside counsel for the purpose of rendering a legal opinion. |
|---|---|---|---|
| J&SMAST-WDVA-01698 | 2/3/2020 | Attorney Client | Email string among outside counsel and Joshua Mast regarding draft demand letter reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-01699 | 2/3/2020 | Attorney Client | Draft demand letter provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-01702 | 2/5/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding request for Department of Defense assistance provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-01705 | 2/10/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft letter reflects outside counsel's legal opinion prepared in anticipation of ▓ litigation. |
| J&SMAST-WDVA-01706 | 2/10/2020 | Attorney Client; Work Product | Draft letter regarding order to turnover child reflects outside counsel's legal opinion prepared in anticipation of ▓ litigation. |
| J&SMAST-WDVA-01710 | 2/10/2020 | Attorney Client; Work Product | Draft letter regarding turnover cease and desist reflects outside counsel's legal opinion prepared in anticipation of USFOR-A litigation. |
| J&SMAST-WDVA-01713 | 2/10/2020 | Spousal Privilege | Email string withheld pursuant to marital communications privilege |
| J&SMAST-WDVA-01770 | 2/10/2020 | Spousal Privilege | Email string among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-04637 | 2/10/2020 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01838 | 2/14/2020 | Attorney Client;Work Product | Email among outside counsel and Joshua Mast regarding draft complaint contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |

| J&SMAST-WDVA-01839 | 2/14/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
|---|---|---|---|
| J&SMAST-WDVA-01859 | 2/16/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01876 | 2/18/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft complaint contains and discusses outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01878 | 2/18/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01897 | 2/18/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft motion contains information requested by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01899 | 2/18/2020 | Attorney Client;Work Product | Email among outside counsel and Joshua Mast regarding draft petition for temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01900 | 2/18/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01918 | 2/18/2020 | Attorney Client;Work Product | Email among outside counsel and Joshua Mast regarding temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |

| J&SMAST-WDVA-01921 | 2/18/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
|---|---|---|---|
| J&SMAST-WDVA-01932 | 2/21/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-01933 | 2/21/2020 | Attorney Client; Work Product | Draft memorandum in support of motion for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01950 | 2/21/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order provides information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01951 | 2/21/2020 | Attorney Client; Work Product | Draft memorandum in support of motion for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-01970 | 2/21/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order requests and contains outside counsel's legal opinion prepared in connection with Pompeo litigation. |
| J&SMAST-WDVA-01971 | 2/21/2020 | Attorney Client; Work Product | Draft document regarding memorandum in support of temporary restraining order reflects outside counsel's legal opinion prepared in connection with Pompeo litigation. |
| J&SMAST-WDVA-01990 | 2/21/2020 | Attorney Client | Email string among outside counsel and Joshua Mast regarding draft memorandum in support of temporary restraining order contains outside counsel's legal opinion. |

| J&SMAST-WDVA-01996 | 2/21/2020 | Attorney Client; Work Product | Draft memorandum in support of motion for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
|---|---|---|---|
| J&SMAST-WDVA-01992 | 2/22/2020 | Work Product | Email among Joshua Mast to self regarding situation report prepared in anticipation of ███ litigation. |
| J&SMAST-WDVA-01993 | 2/23/2020 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-01994 | 2/23/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02020 | 2/23/2020 | Attorney Client;Work Product | Email string among outside counsel and Stephanie Mast regarding draft temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02021 | 2/23/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02044 | 2/23/2020 | Attorney Client; Work Product | Draft complaint regarding temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-04652 | 2/23/2020 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-04653 | 2/23/2020 | Attorney Client;Work Product | Email string among outside counsel, Joshua Mast and Stephanie Mast regarding draft Complaint requests outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-04654 | 2/23/2020 | Attorney Client; Work Product | Draft Complaint contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |

| | | | |
|---|---|---|---|
| J&SMAST-WDVA-02043 | 2/24/2020 | Work Product;Spousal Privilege | Email among Joshua Mast and Stephanie Mast prepared in connection with ▮ litigation and withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02065 | 2/24/2020 | Attorney Client;Work Product | Email string among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02066 | 2/24/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02089 | 2/25/2020 | Attorney Client;Work Product | Email among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02090 | 2/25/2020 | Attorney Client;Work Product | Email among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02091 | 2/25/2020 | Attorney Client; Work Product | Draft document regarding motion in support of temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02115 | 2/25/2020 | Attorney Client;Work Product | Email among outside counsel and Joshua Mast regarding draft petitions contains a request for outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02116 | 2/25/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Pompeo litigation. |

| J&SMAST-WDVA-02118 | 2/25/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Pompeo litigation. |
|---|---|---|---|
| J&SMAST-WDVA-02126 | 2/25/2020 | Attorney Client; Work Product | Draft document regarding temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02129 | 2/25/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Pompeo litigation. |
| J&SMAST-WDVA-02128 | 2/26/2020 | Attorney Client;Work Product | Email string among outside counsel and Joshua Mast regarding draft motion requests and contains outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02131 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Pompeo litigation. |
| J&SMAST-WDVA-02138 | 2/26/2020 | Attorney Client;Work Product | Email string among outside counsel, outside legal assistant and Joshua Mast regarding draft memorandum in support of temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02140 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding memorandum in support of motion for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Pompeo litigation. |
| J&SMAST-WDVA-02164 | 2/26/2020 | Attorney Client;Work Product | Email string among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Pompeo litigation. |

| J&SMAST-WDVA-02166 | 2/26/2020 | Attorney Client;Work Product | Email among outside counsel, outside legal assistant and Joshua Mast regarding draft petition for temporary restraining order contains outside counsel's legal opinion prepared in anticipation of Esper litigation. |
|---|---|---|---|
| J&SMAST-WDVA-02169 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02192 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02194 | 2/26/2020 | Attorney Client; Work Product | Draft memorandum in support of motion for temporary restraining order provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02219 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02242 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02244 | 2/26/2020 | Attorney Client; Work Product | Draft memorandum in support of motion for temporary restraining order provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02269 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding temporary restraining order provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |

| J&SMAST-WDVA-02271 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
|---|---|---|---|
| J&SMAST-WDVA-02294 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02305 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02307 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02663 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed reflects outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02665 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding motion for leave to proceed reflects outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02676 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding petition for temporary restraining order reflects outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02699 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding memorandum in support of motion reflects outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02724 | 2/26/2020 | Attorney Client; Work Product | Draft document regarding temporary restraining order d reflects outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02318 | 2/28/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding follow- up to phone call provides information to outside counsel for the purpose of rendering a legal opinion. |

| J&SMAST-WDVA-02326 | 3/31/2020 | Spousal Privilege | Email among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |
|---|---|---|---|
| J&SMAST-WDVA-02327 | 3/31/2020 | Spousal Privilege | Email string among Stephanie Mast and Joshua Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02329 | 4/2/2020 | Spousal Privilege | Email string among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02363 | 4/2/2020 | Spousal Privilege | Attachment withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02374 | 4/2/2020 | Spousal Privilege | Attachment withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02401 | 4/2/2020 | Attorney Client;Work Product | Email among outside counsel, Stephanie Mast and Joshua Mast regarding draft talking points and proposed redactions provides information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▮ litigation. |
| J&SMAST-WDVA-02402 | 4/2/2020 | Attorney Client; Work Product | Letter, including proposed redactions, regarding foreign policy change request provided to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▮ litigation. |
| J&SMAST-WDVA-02471 | 4/6/2020 | Attorney Client; Work Product | Redacted portion of email string among outside counsel regarding draft filings contains outside counsel's legal opinion prepared in anticipation of ▮ litigation. |
| J&SMAST-WDVA-04676 | 4/6/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding draft Order reflects outside counsel's legal opinion prepared in connection with Esper litigation. |
| J&SMAST-WDVA-02493 | 4/8/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding supplemental pleadings contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▮ litigation. |

| J&SMAST-WDVA-02512 | 4/8/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding supplemental pleadings contains outside counsel's legal opinion prepared in anticipation of ▮ litigation. |
|---|---|---|---|
| J&SMAST-WDVA-02534 | 4/8/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding supplemental pleadings provides information to outside counsel for the purpose of rendering a legal opinion prepared in anticipation of ▮ litigation. |
| J&SMAST-WDVA-02554 | 4/23/2020 | Attorney Client;Work Product | Email string among outside counsel, outside legal assistant and Joshua Mast regarding supplemental response to motion contains outside counsel's legal opinion prepared in connection with Esper litigation. |
| J&SMAST-WDVA-02557 | 4/23/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding supplemental pleadings provides information to outside counsel for the purpose of rendering a legal opinion prepared in connection with Esper litigation. |
| J&SMAST-WDVA-02619 | 4/23/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding supplemental pleadings provides information to outside counsel for the purpose of rendering a legal opinion prepared in connection with Esper litigation. |
| J&SMAST-WDVA-02662 | 4/23/2020 | Attorney Client;Work Product | Email among outside counsel and Joshua Mast regarding draft pleadings contains outside counsel's legal opinion prepared in anticipation of Esper litigation. |
| J&SMAST-WDVA-02867 | 6/12/2020 | Attorney Client | Email string among outside counsel and outside legal assistant regarding Afghan legal representation contains information provided to outside counsel for the purpose of rendering a legal opinion. |

| | | | |
|---|---|---|---|
| J&SMAST-WDVA-05312 | 7/3/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding Order reflects outside counsel's legal opinion prepared in connection with Esper litigation. |
| J&SMAST-WDVA-02869 | 7/30/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding hearing notice contains a request for information by outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02873 | 8/21/2020 | Attorney Client; Work Product | Email among outside counsel and Joshua Mast regarding draft Order of Reference contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02874 | 8/21/2020 | Attorney Client; Work Product | Draft Order of Reference contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02876 | 8/31/2020 | Attorney Client; Work Product | Email string among outside counsel and Joshua Mast regarding draft Order of Reference contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02877 | 9/15/2020 | Attorney Client | Email string among outside counsel, outside legal assistant and Joshua Mast regarding Order of Reference provides information requested by outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-02882 | 10/14/2020 | Attorney Client; Work Product | Email among outside counsel and Joshua Mast regarding draft Order provides information to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |

| J&SMAST-WDVA-02883 | 10/14/2020 | Attorney Client; Work Product | Draft Order contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
|---|---|---|---|
| J&SMAST-WDVA-02886 | 10/15/2020 | Attorney Client; Work Product | Draft Order contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02889 | 10/19/2020 | Attorney Client; Work Product | Email string among outside counsel and Joshua Mast regarding draft Order provides information to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02890 | 10/19/2020 | Attorney Client; Work Product | Draft Order contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02894 | 10/27/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding hearing summary contains outside counsel's legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02903 | 11/11/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel and Joshua Mast regarding draft guardian ad litem report contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02905 | 11/11/2020 | Attorney Client; Work Product | Draft guardian ad litem report contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |

| | | | |
|---|---|---|---|
| J&SMAST-WDVA-02913 | 12/3/2020 | Attorney Client;Work Product | Redacted portion of email string among outside counsel, outside legal assistant and Joshua Mast regarding Order Appointing Guardian ad Litem reflects outside counsel's legal opinion prepared in connection with Virginia adoption proceedings. |
| J&SMAST-WDVA-02332 | 12/5/2020 | Spousal Privilege | Attachment withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02334 | 12/5/2020 | Spousal Privilege | Attachment withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02340 | 12/5/2020 | Spousal Privilege | Attachment withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02917 | 12/16/2020 | Attorney Client | Email among outside counsel and Joshua Mast regarding visa requirements contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-02929 | 1/15/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding vital records provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-02932 | 1/18/2021 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02939 | 1/18/2021 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02946 | 1/21/2021 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02948 | 1/26/2021 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02959 | 1/26/2021 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |
| J&SMAST-WDVA-02992 | 3/3/2021 | Attorney Client; Work Product | Email among outside counsel and Joshua Mast regarding name change application requests outside counsel's legal opinion prepared in connection with Virginia adoption proceedings. |

| J&SMAST-WDVA-02993 | 3/3/2021 | Attorney Client; Work Product | Draft application for name change contains information provided to outside counsel for the purpose of rendering a legal opinion prepared in connection with Virginia adoption proceedings. |
|---|---|---|---|
| J&SMAST-WDVA-02995 | 3/22/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding travel requirements contains a request for information by outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-02997 | 4/22/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Barbados visa application contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-02998 | 4/28/2021 | Attorney Client | Email among outside counsel and Joshua Mast regarding draft visa application letter provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-02999 | 4/28/2021 | Attorney Client | Draft letter regarding visa application contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-03000 | 4/30/2021 | Attorney Client | Email among outside counsel and Joshua Mast regarding draft visa application letter requests outside counsel's legal opinion. |
| J&SMAST-WDVA-03001 | 4/30/2021 | Attorney Client | Draft letter regarding visa application contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-05411 | 5/10/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding visa application provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-03023 | 5/12/2021 | Spousal Privilege | Email among Joshua Mast and Stephanie Mast withheld pursuant to marital communications privilege. |

| J&SMAST-WDVA-03030 | 7/23/2021 | Attorney Client | Email among outside counsel and Joshua Mast regarding immigration status contains information provided to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-03031 | 8/16/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Afghanistan exit process reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-03034 | 8/16/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Afghanistan exit process reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-03037 | 8/16/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Afghanistan exit process reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-03040 | 8/17/2021 | Attorney Client | Redacted portion of email string among outside counsel regarding Afghanistan exit process reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-03043 | 8/17/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Afghanistan exit process reflects outside counsel's legal opinion. |
| J&SMAST-WDVA-05437 | 8/17/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Afghanistan exit process provides information to outside counsel for the purpose of rendering a legal opinion. |
| J&SMAST-WDVA-03048 | 8/21/2021 | Attorney Client | Redacted portion of email string among outside counsel and Joshua Mast regarding Afghanistan exit process contains a request for information by outside counsel for the purpose of rendering a legal opinion. |

# Part II to Exhibit A

*Excerpts from Privilege Log Produced to Plaintiffs by Defendant Richard Mast, Reflecting Date, Privilege Assertion(s), and Description for Disputed Materials*

| Date | Privilege Basis | Description |
|---|---|---|
| 10/13/2019 | AC | Email to RLM |
| 10/14/2019 | AC | Status update to JKM |
| 10/15/2019 | AC | Status update to JKM |
| 10/16/2019 | AC | Discussion of strategy |
| 10/16/2019 | WP | Email RLM notes |
| 10/16/2019 | AC | Status update to JKM |
| 10/16/2019 | AC | Status update to JKM |
| 10/17/2019 | WP | Email status update to RLM/legal assistant |
| 10/17/2019 | WP | Email status update to RLM/legal assistant |
| 10/17/2019 | WP | Email status update to RLM/legal assistant |
| 10/17/2019 | WP | Draft email for review |
| 10/18/2019 10:03 | Work Product | RLM research/notes |
| 10/18/2019 | WP | Email RLM notes |
| 10/20/2019 | ACWP | Email discussion regarding work product |
| 10/21/2019 | WP | Email status update to RLM/legal assistant |
| 10/21/2019 | WP | Email status update to RLM/legal assistant |
| 10/21/2019 | WP | Email status update to RLM/legal assistant |
| 10/22/2019 | WP | Email status update to RLM/legal assistant |
| 10/22/2019 | Work Product/Attorney Client | RLM discussion of legal strategy |
| 10/22/2019 | Work product/attorney client | RLM discussion of legal strategy |
| 10/25/2019 | AC | Email status update to JKM |
| 10/25/2019 | ACWP | Email status update to RLM/legal assistant |
| 10/28/2019 | WP | Email status update to RLM/legal assistant |
| 10/30/2019 16:02 | Work Product - drafts | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| 10/31/2019 7:35 | Work Product/Attorney Client | JKM RPT RLM discussion of legal strategy; document draft anticipating litigation |
| 10/31/2019 11:07 | Work product/attorney client | RLM RPT discussion of legal strategy for Custody Petition; draft Custody Petition |
| 10/31/2019 13:53 | Work product/attorney client | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| 10/31/2019 15:40 | Work product/attorney client | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| 11/1/2019 | Work Product | JDR documents drafted anticipating litigation circulated between group |
| 11/1/2019 | WP | Email status update to RLM/legal assistant |
| 11/1/2019 1:21 | Work Product/Attorney Client | JKM RPT RLM discussion of legal strategy; document draft anticipating litigation |
| 11/1/2019 1:39 | Work product/attorney client | RLM email chain discussing drafts; draft attached for Scott Cardani review and filing. |
| 11/1/2019 7:58 | Work product/attorney client | JKM RPT RLM discussion of legal strategy; document draft anticipating litigation |
| 11/1/2019 13:22 | Work product/attorney client | RLM email chain discussing drafts; draft attached for Scott Cardani review and filing; |

| | | |
|---|---|---|
| 11/1/2019 13:32 | Work product/attorney client | RLM email chain discussing drafts; draft attached for Scott Cardani review and filing; corrected email for email that bounced. |
| 11/3/2019 0:00 | Attorney Client/Work Product | JKM email to RLM copy to SAM with document prepared for hearing. |
| 11/5/2019 11:44 | Work product/attorney client | RLM email chain discussing Judge Lowe request. |
| 11/6/2019 | Spousal/Attorney Client | SAM email to JKM and RLM w copy of custody order "Legal Custody for ███████ .pdf" |
| 11/7/2019 | Work Product/Attorney Client | RLM email with Order for sole legal and physcial custody |
| 11/7/2019 | ACWP | Email RLM to RLM notes |
| 11/8/2019 13:35 | AC | Status update to JKM |
| 11/8/2019 15:17 | ACWP | Email RLM to RLM notes |
| 11/8/2019 15:50 | AC/WP | Email re copy of the certified order and instructions for completing application |
| 11/8/2019 15:50 | AC/WP | Email from RLM to JKM re instructions |
| 11/8/2019 16:02 | AC/WP | Email re which application |
| 11/9/2019 | Work Product/Attorney Client | RLM RPT discussion of legal strategy; document draft anticipating litigation |
| 11/9/2019 13:19 | ACWP | Email from RPT to RLM for review and discussion of documents in anticipation of litigation. |
| 11/9/2019 13:28 | ACWP | Email from RLM to RPT for review and discussion of documents in anticipation of litigation. |
| 11/10/2019 0:00 | ACWP | Email from RLM to JKM for review and discussion of documents in anticipation of litigation. |
| 11/10/2019 11:04 | AC/WP | Packet for Judge Moore - for review by JKM |
| 11/10/2019 11:04 | AC/WP | Email from RLM requesting JKM review documents. |
| 11/10/2019 11:51 | AC/WP | Email from RLM for review by JKM. |
| 11/10/2019 11:51 | AC/WP | Email from RLM requesting JKM review documents. |
| 11/10/2019 | ACWP | Email from RLM to RPT for review and discussion of documents in anticipation of litigation. |
| 11/10/2019 13:35 | AC/WP | Email from RLM to SAM with document for printing and signature. |
| 11/11/2019 14:00 | WP | Email from RLM to RPT for review and discussion of documents in anticipation of litigation. |
| 11/11/2019 16:58 | ACWP | Email RLM to RLM notes |
| 11/12/2019 12:25 | ACWP | Email chain RLM to RPT re documents in anticipation of litigation. |
| 11/12/2019 14:00 | ACWP | Email chain RLM to RPT re documents in anticipation of litigation. |
| 11/28/2019 0:00 | ACWP | Work product email to JKM |
| 12/2/2019 11:29 | AC | Status update to JKM |
| 12/2/2019 18:57 | AC | Status update to JKM/SAM |
| 12/16/2019 0:00 | AC | Status update to RLM |
| 12/17/2019 13:03 | AC/WP | Notice of Hearing Draft and email w AC communications. |

| | | |
|---|---|---|
| 12/17/2019 14:55 | AC/WP | Notice of Hearing Draft and email w AC communications. |
| 12/20/2019 11:29 | ACWP | Status update to JKM |
| 12/29/2019 18:11 | AC | Status update to JKM |
| 12/29/2019 18:35 | AC | Status update to JKM |
| 1/2/2020 0:00 | ACWP | Status update to JKM |
| 1/4/2020 11:59 | AC | RLM edits to draft document |
| 1/7/2020 14:24 | AC | Status update to JKM |
| 1/7/2020 16:02 | AC/WP | Email from RLM to JKM re case housekeeping and timeline for Judge Moore. |
| 1/14/2020 0:00 | ACWP | RLM email acknowledging status update from JKM |
| 1/15/2020 8:56 | AC/WP | RLM to JKM re status update. |
| 1/15/2020 13:32 | AC/WP | Email draft document |
| 1/15/2020 16:09 | ACWP | RLM to JKM re status update. |
| 1/15/2020 17:13 | AC | RLM to JMA re status update. |
| 1/16/2020 9:35 | AC/WP | Email RLM to RLM notes |
| 1/21/2020 13:06 | AC | Status update to JKM |
| 1/23/2020 | Attorney Client/Work Product | Research in anticipation of litigation |
| 1/26/2020 0:00 | ACWP | Work product email to JKM |
| 1/28/2020 15:48 | AC | Status update to RLM |
| 1/28/2020 16:48 | ACWP | Email status update to RLM/legal assistant |
| 1/30/2020 10:22 | ACWP | Email status update to RLM/legal assistant |
| 2/3/2020 0:00 | ACWP | Email RLM draft document |
| 2/4/2020 10:28 | ACWP | Email status update to RLM/legal assistant |
| 2/5/2020 0:00 | ACWP | Email status update to RLM/legal assistant |
| 2/10/2020 0:00 | ACWP | Email draft document anticipation of litigation |
| 2/10/2020 | Work Product | RLM discussion in anticipation of litigation. |
| 2/10/2020 | Work Product | RLM discussion in anticipation of litigation. |
| 2/11/2020 15:39 | ACWP | Email for RLM review necessary for purposes of legal advice |
| 2/11/2020 15:40 | ACWP | Email status update to RLM/legal assistant |
| 2/11/2020 16:31 | Work Product | RLM discussion of documents drafted in anticipation of litigation |
| 2/11/2020 16:41 | ACWP | Email discussion regarding strategy |
| 2/12/2020 0:00 | ACWP | Status update to JKM |
| 2/12/2020 21:28 | Attorney Client/Work Product | RLM notes on research. |
| 2/12/2020 22:53 | Work Product | RLM notes on draft documents in anticipation of litigation. |
| 2/13/2020 9:16 | ACWP | Email draft document relating to discussion for legal advice |
| 2/14/2020 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Complaint draft February 14. |
| 2/15/2020 8:26 | AC | Email acknowledging receipt of status update from JKM |
| 2/15/2020 16:54 | ACWP | Email status update to RLM/legal assistant |
| 2/17/2020 16:00 | Attorney Client/Work Product | Draft document prepared in anticipation of litigation. |

| | | |
|---|---|---|
| 2/18/2020 0:00 | ACWP | Draft email document |
| 2/18/2020 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Mot to file under seal |
| 2/18/2020 14:02 | Attorney Client/Work Product | Draft document prepared in anticipation of litigation. |
| 2/18/2020 22:02 | Work Product/Attorney Client | RLM discussion of documents drafted in anticipation of litigation |
| 2/19/2020 0:00 | ACWP | Draft email document |
| 2/21/2020 | Work Product/Attorney Client | RLM document draft in anticipation of litigation. |
| 2/21/2020 11:43 | Work Product/Attorney Client | RLM document draft in anticipation of litigation. |
| 2/21/2020 18:27 | Attorney Client/Work Product | Documents prepared in anticipation of litigation for RLM JKM discussion. |
| 2/23/2020 20:09 | Attorney Client/Work Product | Document prepared in anticipation of litigation for review. |
| 2/23/2020 21:11 | Work Product/Attorney Client | RLM discussion of draft documents for litigation. |
| 2/24/2020 10:45 | Attorney Client/Work Product | RLM discussion of anticipated litigation. |
| 2/24/2020 12:42 | Attorney Client/Work Product | Documents prepared in anticipation of litigation with RLM and law clerk comments. |
| 2/24/2020 14:49 | Attorney Client/Work Product | Documents prepared in anticipation of litigation with RLM and law clerk comments. |
| 2/24/2020 16:00 | Attorney Client/Work Product | RLM discussion of anticipated litigation. |
| 2/25/2020 | Work Product/Attorney Client | Email requesting research in anticipation of litigation |
| 2/25/2020 15:58 | Attorney Client/Work Product | RLM notes and document prepared in anticipation of litigation. |
| 2/25/2020 21:48 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Draft Order for TRO |
| 2/25/2020 21:48 | Work Product | RLM notes and draft document prepared in anticipation of litigation. |
| 2/26/2020 5:41 | Attorney Client/Work Product | RLM notes and draft document prepared in anticipation of litigation. |
| 2/26/2020 5:55 | Work Product | RLM notes on litigation. |
| 2/26/2020 6:15 | Work Product/Attorney Client | RLM notes and draft document prepared in anticipation of litigation. |
| 2/26/2020 6:22 | Work Product/Attorney Client | RLM notes in anticipation of litigation. |
| 2/26/2020 9:20 | Work Product | RLM notes in anticipation of litigation. |
| 2/26/2020 11:23 | Attorney Client/Work Product | Document prepared in anticipation of litigation for review. |
| 2/26/2020 11:55 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; Memo and Order ISO TRO final draft for review. |
| 2/26/2020 12:04 | Attorney Client/Work Product | Draft document prepared in anticipation of litigation. |
| 2/26/2020 12:14 | Work Product | RLM notes on litigation; documents prepared in anticipation of litigation. |
| 2/27/2020 0:00 | ACWP | Email status update to RLM/legal assistant |
| 3/4/2020 | Attorney Client/Work Product | Email re status w RLM discussion. |
| 3/5/2020 11:48 | Work Product | RLM to RLM case management note. |

| 3/5/2020 11:48 | Work Product | RLM note to self re case management. |
|---|---|---|
| 3/5/2020 11:51 | Work Product | RLM discussion of court order. |
| 3/5/2020 11:51 | Work Product | RLM note re case status. |
| 3/5/2020 11:52 | Work Product | RLM discussion of court order. |
| 3/5/2020 13:27 | Work Product | RLM note re case status. |
| 3/5/2020 23:48 | Work Product | RLM note to self re case management. |
| 3/9/2020 13:01 | Work Product | RLM notes on litigation. |
| 3/9/2020 13:15 | Work Product | RLM note re case status. |
| 3/10/2020 9:21 | Attorney Client/Work Product | RLM email to JKM with litigation documents for discussion. |
| 3/10/2020 12:48 | Work Product/Attorney Client | RLM discussion of documents in litigation. |
| 3/10/2020 15:22 | Work Product | RLM discussion of court order. |
| 3/11/2020 7:56 | Work Product | RLM note re case status. |
| 3/11/2020 8:00 | Work Product | RLM notes on misc issues. |
| 3/11/2020 10:20 | Work Product | RLM strategy discussion of case status. |
| 3/11/2020 16:11 | Work Product | RLM MEM discussion of documents for litigation strategy. |
| 3/11/2020 16:16 | Work Product | RLM documents for discussion in litigation. |
| 3/11/2020 | Work Product | RLM MEM discussion of documents for litigation strategy. |
| 3/11/2020 17:02 | Work Product | RLM MEM discussion of document drafts for litigation. |
| 3/12/2020 18:48 | Work Product | RLM discussion of litigation issue response. |
| 3/13/2020 8:44 | Work Product | RLM notes on litigation. |
| 3/18/2020 19:01 | ACWP | Email from RLM re document for purpose of legal advice. |
| 3/27/2020 | WP | Email from RLM to file re Sturge Weber and updated treatment plan for Baby ▓. |
| 4/6/2020 8:57 | Attorney Client/Work Product | Email for RLM JKM discussion. |
| 4/6/2020 14:51 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; sealing issues |
| 4/6/2020 16:37 | Attorney Client/Work Product | Draft documents for litigation w RLM discussion. |
| 4/8/2020 16:53 | Attorney Client/Work Product | Draft documents w RLM discussion. |
| 4/8/2020 18:01 | Attorney Client/Work Product | Documents prepared in anticipation of litigation. |
| 4/16/2020 17:01 | Work Product | RLM note to self re case management. |
| 4/20/2020 0:00 | Attorney Client/Work Product | Documents prepared in anticipation of litigation. |
| 4/22/2020 12:58 | Work Product | RLM notes re case in litigation. |
| 4/23/2020 10:14 | Attorney Client/Work Product | Litigation document w discussion by RLM. |
| 4/23/2020 14:31 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; sealed documents from WDVA clerk |
| 4/23/2020 17:36 | Attorney Client/Work Product | Documents prepared in anticipation of litigation; final docs. |
| 4/24/2020 9:37 | Attorney Client/Work Product | Documents prepared in anticipation of litigation w RLM comments and edits. |
| 4/24/2020 11:55 | Attorney Client/Work Product | Email w Sealed Documents for RLM JKM discussion. |
| 4/24/2020 12:21 | Attorney Client/Work Product | Email for RLM JKM discussion. |
| 4/26/2020 | Work Product | Litigation Documents for discussion. |

| | | |
|---|---|---|
| 4/27/2020 16:34 | Attorney Client/Work Product | Litigation Documents for RLM JKM discussion. |
| 4/27/2020 20:22 | Work Product/Attorney Client | RLM JKM discussion of draft documents for litigation. |
| 4/27/2020 20:24 | Work Product/Attorney Client | RLM discussion of documents and litigation strategy. |
| 4/27/2020 21:01 | Work Product | RLM discussion of documents filed in litigation. |
| 4/27/2020 21:48 | Work Product | RLM discussion of documents in litigation. |
| 4/28/2020 20:46 | Work Product | RLM documents for review in litigation. |
| 5/1/2020 15:38 | Work Product | Litigation document for RLM review. |
| 5/11/2020 3:54 | Attorney Client/Work Product | RLM email to JKM with litigation documents for discussion. |
| 5/11/2020 17:50 | Work Product | RLM discussion of documents in litigation. |
| 5/21/2020 0:00 | ACWP | Email draft document |
| 6/3/2020 0:00 | ACWP | Email draft document |
| 7/2/2020 22:51 | Work Product | Email on case status. |
| 7/2/2020 22:52 | Work Product | Email on case status. |
| 7/9/2020 12:46 | Work Product | Email on case status. |
| 7/27/2020 17:42 | ACWP | RLM edits to draft document |
| 7/28/2020 8:00 | ACWP | Email RLM to RLM notes re litigation scheduling. |
| 7/30/2020 16:31 | AC/WP | Notice of Hearing Draft and email w AC communications. |
| 8/3/2020 14:01 | ACWP | RLM to RLM Legal Assistant litigation scheduling. |
| 8/10/2020 | ACWP | RLM Legal Assistant to RLM re scheduling |
| 8/20/2020 | ACWP | Email to JKM w draft document and comments |
| 8/21/2020 0:00 | AC | Email to JKM re JDR and Cir Court Orders |
| 8/24/2020 0:00 | AC | Email status update to JKM |
| 8/24/2020 | ACWP | Email from RLM to RLM RLM Notes. |
| 9/15/2020 | AC | Status update email to JKM. |
| 9/15/2020 7:37 | AC/WP | Order of Reference - Signed by Judge Moore - 8252020 and email w AC communications. |
| 9/16/2020 14:51 | ACWP | Email from RLM to RLM legal assistant confirming document for printing. |
| 10/14/2020 0:00 | ACWP | Documents for discussion by RLM and JKM |
| 10/14/2020 15:08 | AC/WP | Signed referral order for JKM |
| 10/15/2020 9:23 | ACWP | Draft document w RLM comments |
| 10/15/2020 | ACWP | Draft document for RLM review |
| 10/16/2020 10:11 | AC/WP | Draft document prepared in anticipation of litigation. |
| 10/20/2020 | ACWP | AC communication re report of Fluvanna DSS |
| 10/22/2020 | AC | Email status update to JKM w court document |
| 10/23/2020 17:53 | ACWP | Printing request of documents for court. |
| 10/27/2020 11:55 | ACWP | Email from RLM To RLM legal assistant re proofreading. |
| 10/30/2020 0:00 | ACWP | Email status update to RLM/legal assistant |
| 11/6/2020 | ACWP | Email RLM to RLM Legal Assistant re file time entries. |
| 11/8/2020 | WP | Email RLM notes |

| | | |
|---|---|---|
| 11/11/2020 8:51 | AC/WP | Email from RLM to JKM forwarding document draft for review. |
| 11/11/2020 10:59 | AC/WP | Email from RLM w document for RLM file, cc to JKM. |
| 12/4/2020 13:02 | AC/WP | Email from RLM to JKM re final order of adoption attached. |
| 12/9/2020 | AC | Email status update to JKM. |
| 12/9/2020 14:54 | AC/WP | Report of adoption form - Mast - 12042020 email providing same to JKM. |
| 12/17/2020 9:09 | AC/WP | Email from RLM to JKM forwarding T Treadway email re mailing certified copies to JKM. |
| 1/21/2021 | ACWP | Email status update to JKM |
| 2/8/2021 14:09 | ACWP | RLM to RLM Legal Assistant re file notes. |
| 5/3/2021 | AC | Email w attachment for discussion necessary for legal advice |
| 8/16/2021 | AC | Status update email to JKM |
| 8/17/2021 | ACWP | Status update email to JMA |
| 8/17/2021 | AC | Status update email to RLM |
| 8/23/2021 | AC | Draft document for RLM review |
| 12/20/2019 18:57 | ACWP | Status update to JKM/SAM |