IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, *et al.* | ) |
| | ) |
| *Plaintiffs & Counterclaim Defendants*, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-49-NKM |
| | ) |
| JOSHUA MAST, *et al.* | ) |
| | ) |
| *Defendants & Counterclaim Plaintiffs*. | ) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO SEAL EXHIBIT**

This matter is before the Court on the consent motion of Defendants Joshua and Stephanie Mast to seal Exhibit A (ECF No. 535-1) filed in support of their Motion for Protective Order (ECF No. 535), consistent with the protective order in this matter (ECF No. 26). Having established grounds for sealing information in the Exhibit, the Court **ORDERS** the Exhibit to be **SEALED** in perpetuity.

Accordingly, the consent motion is hereby **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

Entered this ___ day of _____, 2025.

_____