Case 3:22-cv-00049-RSB-JCH   Document 537   Filed 09/25/25   Page 1 of 1
Pageid#: 7627

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 25, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*  )<br> )<br>*Plaintiffs &*  )<br>*Counterclaim Defendants*,  )<br> )<br>v.  )<br> )<br>JOSHUA MAST, *et al.*  )<br> )<br>*Defendants &*  )<br>*Counterclaim Plaintiffs.*  )<br> ) | Case No. 3:22-cv-49-NKM |

## ORDER GRANTING CONSENT MOTION TO SEAL EXHIBIT

This matter is before the Court on the consent motion of Defendants Joshua and Stephanie Mast to seal Exhibit A (ECF No. 535-1) filed in support of their Motion for Protective Order (ECF No. 535), consistent with the protective order in this matter (ECF No. 26). Having established grounds for sealing information in the Exhibit, the Court **ORDERS** the Exhibit to be **SEALED** for as long as the protective order is in place.

Accordingly, the consent motion is hereby **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.

Entered this 25th day of September, 2025.

*/s/ Joel C. Hoppe*