# EXHIBIT 7
# Filed Under Seal

Case 3:22-cv-00049-RSB-JCH    Document 538-7    Filed 09/26/25    Page 1 of 1
Pageid#: 7681