# EXHIBIT 26

# In The
# Supreme Court of Virginia

———————————————

Record No. 240707

———————————————

J.M. and S.M.,

          *Appellants – Respondents*,

v.

A.A. and F.A.,

          *Appellees – Petitioners.*

———————————————

## CORRECTED OPENING BRIEF OF APPELLANTS

———————————————

From the Circuit Court for Fluvanna County (No. CL22000186-00) &
The Court of Appeals of Virginia (Nos. 1855-22-2; 0876-23-2; 0940-23-2; 0953-23-2)

———————————————

| | |
|---|---|
| Samantha E. Freed<br>TREMBLAY & SMITH, PLLC<br>105-109 East High Street<br>Charlottesville, VA 22902<br>(434) 977-4455 (Telephone)<br>samantha.freed@tremblaysmith.com<br><br>*Guardian ad Litem* | John S. Moran (VSB No. 84326)<br>MCGUIREWOODS LLP<br>888 16th St NW<br>Washington, DC 20006<br>(202) 828-2817 (Telephone)<br>(202) 828-3327 (Facsimile)<br>jmoran@mcguirewoods.com<br><br>Hannon E. Wright (VSB No. 75665)<br>Richard L. Mast (VSB No. 80660)<br>1540 Insurance Lane<br>Charlottesville, VA 22911<br>(434) 284-7746 (Telephone)<br>hannonwright@gmail.com<br>rlmast@protonmail.com |
| December 12, 2024 | *Counsel for J.M. and S.M.* |

When the Afghan Government collapsed on August 15, 2021, J.M. worked around the clock to evacuate as many American allies as possible, resulting in at least 32 people escaping the Taliban. R.5652. J.M. again contacted A.A. about bringing the Child to U.S. forces, to which A.A.'s father reportedly agreed. R.9430–33, 9713–15. Amid the chaos, A.A. and F.A. were able to flee Afghanistan based on the Child's status as J.M.'s adopted dependent by presenting her to U.S. Forces, who recovered them from behind Taliban lines. R.9715–45.

J.M. and S.M. flew to Ramstein Air Base in Germany to meet A.A. and F.A. and ensure they made it to the U.S., rather than get routed to some other part of the world, as was common. R.4312, 5662, 5973. J.M. and S.M. reiterated that they were the Child's legal parents and would have custody over her in the United States. R.5971–75. Soon after they entered the United States, on September 3, 2021, J.M. and S.M. took custody of the Child pursuant to the final order of adoption. R.3417–18.[19]

After evacuating to the U.S. based on the Child's status as the adoptive child of J.M. and a military dependent—with knowledge that J.M. and S.M. had adopted the Child and intended to raise her as part of their family—A.A. and F.A. changed their tune and decided to attack the adoption. R.6–9.

---

[19] Once in the United States, the Child received extensive treatment, including physical, speech, occupational and therapy, and treatment for parasites and lice. R.5934.

12