IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BABY DOE, *et al.*,

      Plaintiffs,

-v.-

JOSHUA MAST, *et al.*,

      Defendants.

CIVIL NO: 3:22-cv-00049-NKM-JCH

**PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' EXHIBITS 1-12, 15-25, AND 27-42 TO PLAINTIFFS' RESPONSE TO MOTION OF DEFENDANTS JOSHUA MAST, STEPHANIE MAST, & RICHARD MAST FOR A PROTECTIVE ORDER**

      Plaintiffs, by counsel, respectfully move for leave to file under seal Plaintiffs' Exhibits 1-12, 15-25, and 27-42 to Plaintiffs' Response to Motion of Defendants Joshua Mast, Stephanie Mast, & Richard Mast for a Protective Order ("Plaintiffs' Response Brief"), pursuant to Local Civil Rule 9 and this Court's Protective Order (ECF Nos. 26, 473). In support thereof, Plaintiffs state as follows:

      The Exhibits contain identifying information regarding Plaintiffs. Exhibits 1, 4, 5, 7, 8, 11, 16-21, 23, 24, and 27-42 identify Plaintiffs by their given names. This Court has issued a Protective Order (ECF No. 26; *see also* ECF No. 473) allowing Plaintiffs, as well as Baby Doe, to proceed under pseudonyms, given the concern for their safety and that of other innocent non-parties, such as their family members. In addition, Exhibits 1-6, 8-10, 12, 15, 16, 19-25, 32 and 42 are under seal in the state court litigation in Fluvanna County Circuit Court, A.A. & F.A. v. J.M & S.M, Case No. CL22000186-00. That Court issued an order allowing such filings to be filed in this litigation, but only under seal. *See* ECF No. 73, Exh. B.

Under the common law right of access to judicial records, documents should be sealed when a party's interest in keeping the information contained therein confidential outweighs the presumed right of public access. *See, e.g. Stone v. Univ. of Maryland Med. Sys. Corp.*, 855 F.2d 178 (4th Cir. 1988); *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). "Courts have recognized that an interest in protecting the physical and psychological well-being of individuals related to the litigation, including family members and particularly minors, may justify restricting access" to court documents. *United States v. Harris*, 890 F.3d 480, 492 (4th Cir. 2018); *see also United States v. Doe*, 962 F.3d 139, 147 (4th Cir. 2020). In this instance, the threats to the safety of the Plaintiffs and other innocent non-parties are very real, and have been recognized by this Court's Protective Order (ECF No. 26).

Plaintiffs' Response Brief, which references the Exhibits, has been filed publicly. Thus, the public is not wholly deprived of an understanding of the general underlying factual basis for the request. The relief Plaintiffs seek in this Motion to Seal is narrowly tailored to the circumstances, and aims to seal only what is absolutely necessary to safeguard the safety of persons related to the litigation.

Accordingly, Plaintiffs request that Exhibits 1-12, 15-25, and 27-42, to Plaintiffs' Response Brief be filed under seal, as the risks attendant to public disclosure of these documents is not likely to dissipate over time. A proposed Order is attached as Exhibit A to this Motion.

Dated: September 26, 2025

                         Respectfully submitted,

                         /s/ *Maya Eckstein*
                         Maya M. Eckstein (VSB No. 41413)
                         Lewis F. Powell III (VSB No. 18266)
                         Kevin S. Elliker (VSB No. 87498)
                         HUNTON ANDREWS KURTH LLP

951 E Byrd St
Richmond, VA 23219
Telephone: (804) 788-8200
Fax: (804) 788-8218
Email: meckstein@Hunton.com
Email: lpowell@Hunton.com
Email: kelliker@Hunton.com

Sehla Ashai (*admitted pro hac vice*)
ELBIALLY LAW, PLLC
704 East 15th Street
Suite 204
Plano, TX 75074
Telephone: (312) 659-0154
Email: ashai@elbiallylaw.com

Blair Connelly (*admitted pro hac vice*)
Zachary L. Rowen (admitted pro hac vice)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Blair.Connelly@lw.com
Email: Zachary.Rowen@lw.com

Ehson Kashfipour (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: Ehson.Kashfipour@lw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants. I further certify that I will provide sealed exhibits electronically to the parties and a physical set of sealed documents will be delivered to the clerk of the court via overnight delivery or courier service on September 29, 2025.

By: /s/ Maya M. Eckstein
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@Hunton.com

*Counsel for Plaintiffs*