IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BABY DOE, *et al.*, <br><br> Plaintiffs, <br><br> -v.- <br><br> JOSHUA MAST, *et al.*, <br><br> Defendants. | CIVIL NO: 3:22-cv-00049-NKM-JCH |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' EXHIBITS 1-12, 15-25, AND 27-42 TO PLAINTIFFS' RESPONSE TO MOTION OF DEFENDANTS JOSHUA MAST, STEPHANIE MAST, & RICHARD MAST FOR A PROTECTIVE ORDER**

Having considered Plaintiffs' Motion to Seal Exhibits 1-12, 15-25, and 27-42 to Plaintiffs' Response to Motion of Defendants Joshua Mast, Stephanie Mast, & Richard Mast for a Protective Order ("Plaintiffs' Response Brief"), pursuant to Local Civil Rule 9, and for good cause shown, and the requirements of Local Civil Rule 9(b), and the decisions in *Ashcraft v. Conoco, Inc.*, 218 F.3d 288 (4th Cir. 2000), *In re Knight Publishing Co.*, 743 F.2d 231 (4th Cir. 1984), and *Stone v. Univ. of Maryland*, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that Plaintiff's Motion is granted. It is further ORDERED that Exhibits 1-12, 15-25, and 27-42 to Plaintiffs' Response Brief are filed under seal.

Entered this \_\_\_ day of _____, 2025.

_____
Judge