# Exhibit A



**U.S. Department of Justice**

Civil Division
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

Tel: 202-514-4015

Muriel-Theresa Pitney
Clerk of Court
Supreme Court of Virginia
100 North Ninth Street, 5th Floor
Richmond, VA 23219-1315

March 5, 2025

RE:   *J.M., et al. v. A.A., et al.*, Record No. 240707

Dear Ms. Pitney,

    Following the change of administrations, the United States has now had an opportunity to reevaluate its position in this case. The United States has determined, in light of current U.S. foreign-policy interests and intervening foreign-policy developments, including developments in Afghanistan, to respectfully withdraw its amicus curiae brief filed in the above-referenced case. I would be grateful if you would circulate this letter to the Court.

Sincerely,

*s/ Yaakov M. Roth*
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

cc:   counsel of record via email