# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, *et al.* )<br>)<br>*Plaintiffs &* )<br>*Counterclaim Defendants*, )<br>)<br>v. )<br>)<br>JOSHUA MAST, *et al.* )<br>)<br>*Defendants &* )<br>*Counterclaim Plaintiffs*. )<br>) | Case No. 3:22-cv-49-NKM |

## MOTION TO SEAL REPLY BRIEF AND EXHIBITS

Defendants Joshua and Stephanie Mast hereby move the Court to seal the unredacted version of their Reply in Support of Motion for Protective Order (ECF No. 541) and accompanying Exhibits B, C, and D. The reply brief contains information from the sealed state-court record and the exhibits contain the same information and/or information that could potentially identify Plaintiffs directly or indirectly. Consistent with the Court's protective order (ECF No. 26), the Masts respectfully submit that sealing is appropriate to comply with the order, so long as it remains in place.

Dated: October 3, 2025

Respectfully submitted,

*/s/ John S. Moran*
John S. Moran (VSB No. 84326)
MCGUIREWOODS LLP
888 16th St. N.W., Suite 500
Washington, DC 20006
T: (202) 828-2817
F: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Joshua & Stephanie Mast*

Case 3:22-cv-00049-RSB-JCH    Document 542    Filed 10/03/25    Page 2 of 2
Pageid#: 7935