# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE, *et al.* ) | |
| ) | |
| *Plaintiffs &* ) | |
| *Counterclaim Defendants*, ) | |
| ) | |
| v. ) | Case No. 3:22-cv-49-NKM |
| ) | |
| JOSHUA MAST, *et al.* ) | |
| ) | |
| *Defendants &* ) | |
| *Counterclaim Plaintiffs*. ) | |
| ) | |

## [PROPOSED] ORDER GRANTING CONSENT MOTION TO SEAL EXHIBIT

This matter is before the Court on the motion of Defendants Joshua and Stephanie Mast to seal the unredacted version of their Reply in Support of Motion for Protective Order (ECF No. 541) and accompanying Exhibits B, C, and D, consistent with the protective order in this matter (ECF No. 26). Having established grounds for sealing information in the Exhibit, the Court **ORDERS** the Exhibit to be **SEALED** in perpetuity.

Accordingly, the consent motion is hereby **GRANTED**.

It is so **ORDERED**.

The Clerk of Court shall send a certified copy of this Order to all counsel of record.


Entered this ____ day of _____, 2025.


_____