# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Baby Doe, et al**

vs.

**Joshua Mast, et al**

Action No:   3:22cv49

Date:   11/10/2025

Judge:   Joel C. Hoppe

Court Reporter:   K. Lokey, FTR

Deputy Clerk:   K. Lokey

Plaintiff Attorney(s)

Maya Eckstein
Lewis Powell

Defendant Attorney(s)

John Moran, Counsel for J. & S. Mast
David Yerushalmi, Counsel for R. Mast

PROCEEDINGS:
All parties present and/or represented by counsel
Defense presents argument
Plaintiff presents argument
Redirect heard
Court issues ruling
Adjourned

Time in Court:   12:05-12:12 (7mins) Recess 12:16-1:11 (55mins) TOTAL: 1hr 2mins