APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

Baby Doe, et al

v.

Joshua Mast, et al

CASE NO.: 3:22cv49

DATE: 11/10/2025

TYPE OF HEARING: PTM

**PARTIES:**

1. Judge Hoppe
2. Maya Eckstein, PLTF Counsel
3. Lewis Powell, PLTF Counsel
4. John Moran, DEF Counseln for S. Mast
5. David Yerushalmi, DEF Counsel for R. Mast
6. Thomas Davison, DEF Counsel for K. Motley
7. 
8. 
9. 
10. K. Lokey, CRD

Recorded by: K. Lokey, FTR

Time in Court: 12:05 – 12:12 (7mins) Total: 1hr. 2mins
12:16 – 1:11 (55mins)

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 12:05 | 1,10 | 12:31 | 1,4 | 1:00 | 1,4 | | | | |
| 12:06 | 1,2,3 | 12:35 | 1 | 1:00 | 1 | | | | |
| 12:07 | 1,4 | 12:35 | 2 | 1:04 | 4 | | | | |
| 12:07 | 1,10 | 12:38 | 1,2 | 1:06 | 1,4 | | | | |
| RECESS | | 12:38 | 2 | 1:07 | 1,2 | | | | |
| 12:16 | 1,10,4 | 12:45 | 1 | 1:08 | 1,4 | | | | |
| 12:16 | 4 | 12:45 | 2 | 1:10 | 1,2 | | | | |
| 12:19 | 1,4 | 12:49 | 1 | 1:11 | 1,2,4 | | | | |
| 12:19 | 4 | 12:50 | 1,2 | | | | | | |
| 12:22 | 1 | 12:51 | 1,4 | | | | | | |
| 12:22 | 4 | 12:51 | 4 | | | | | | |
| 12:29 | 1,4 | 12:56 | 1,4 | | | | | | |
| 12:29 | 4 | 12:56 | 4 | | | | | | |