AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME: John S. Moran | TELEPHONE NUMBER: 202.828.2817 |
|---|---|---|
| DATE OF REQUEST: 11/18/2025 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): jmoran@mcguirewoods.com | |
| MAILING ADDRESS: McGuireWoods LLP, 888 16th Street N.W., Suite 500 | | CITY, STATE, ZIP CODE: Washington, DC 20006 |

| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER  OR   CHECK HERE ✓ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 3:22-cv-00049-RSB-JCH | CASE NAME: Doe et al v. Mast et al | JUDGE'S NAME: Magistrate Judge Joel C. Hoppe |
| DATE(S) OF PROCEEDING(S): 11/10/2025 | TYPE OF PROCEEDING(S): Motion for Protective Order | LOCATION OF PROCEEDING: Charlottesville |

REQUEST IS FOR: (*Select one*)  ✓ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)  
☐ 14-Day  
☐ Expedited (7-Day)  
☐ 3-Day  

☐ Daily  
✓ Hourly  
☐ RealTime  

4. **CERTIFICATION**: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 11/18/2025 | /s/ John S. Moran |

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.