| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME Maya Eckstein | TELEPHONE NUMBER 804 788-8788 |
|---|---|---|
| DATE OF REQUEST 11/18/2025 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) meckstein@hunton.com; trucker@hunton.com | |
| MAILING ADDRESS 951 E. Byrd Street | | CITY, STATE, ZIP CODE Richmond, VA 23219 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  OR    CHECK HERE ✔ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER 3:22cv00049 | CASE NAME Doe, et al v. Mast, et al | JUDGE'S NAME Magistrate Judge Joel C. Hoppe |
| DATE(S) OF PROCEEDING(S) 11/10/2025 | TYPE OF PROCEEDING(S) Hearing - Motion for Protective Order | LOCATION OF PROCEEDING Charlottesville |

REQUEST IS FOR: (*Select one*)   ✔ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)        ☐ Daily
☐ 14-Day                   ☐ Hourly
☐ Expedited (7-Day)        ☐ RealTime
✔ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE 11/18/2025 | SIGNATURE /s/ Maya M. Eckstein |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.