FILED:  May 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1900
(3:22-cv-00049-RSB-JCH)

_____

BABY DOE, A citizen of Afghanistan currently residing in North Carolina, by
and through Next Friends, John and Jane Doe; JOHN DOE, citizen of Afghanistan
and legal guardian of Baby Doe; JANE DOE, citizen of Afghanistan and legal
guardian of Baby Doe

        Plaintiffs - Appellees

v.

JOSHUA MAST; STEPHANIE MAST; RICHARD MAST

        Defendants - Appellants

 and

KIMBERLEY MOTLEY; AHMAD OSMANI; UNITED STATES SECRETARY
OF STATE MARCO RUBIO, Nominal Defendant; UNITED STATES
SECRETARY OF DEFENSE PETE HEGSETH, Nominal Defendant

        Defendants

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge

requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Diaz, Judge King, and Judge

Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk