FILED: May 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1900
(3:22-cv-00049-RSB-JCH)

_____

BABY DOE, A citizen of Afghanistan currently residing in North Carolina, by
and through Next Friends, John and Jane Doe; JOHN DOE, citizen of Afghanistan
and legal guardian of Baby Doe; JANE DOE, citizen of Afghanistan and legal
guardian of Baby Doe

       Plaintiffs - Appellees

v.

JOSHUA MAST; STEPHANIE MAST; RICHARD MAST

       Defendants - Appellants

 and

KIMBERLEY MOTLEY; AHMAD OSMANI; UNITED STATES SECRETARY
OF STATE MARCO RUBIO, Nominal Defendant; UNITED STATES
SECRETARY OF DEFENSE PETE HEGSETH, Nominal Defendant

       Defendants

_____

M A N D A T E

_____

The judgment of this court, entered April 22, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*