**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

JOHN DOE AND JANE DOE,

*Plaintiffs and Counterclaim-Defendants,*

v.

JOSHUA MAST, STEPHANIE MAST, RICHARD MAST, AND KIMBERLEY MOTLEY,

*Defendants and Counterclaim-Plaintiffs.*

**Case No. 3:22-cv-00049-NKM**

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW**

Defendant Kimberley Motley notifies the Court that attorney Samantha Van Winter is no longer employed by Alston & Bird LLP. Therefore, Ms. Motley respectfully moves for leave to withdraw Samantha Van Winter as counsel of record and request that she be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

No other appearances filed on Ms. Motley's behalf will be affected by this motion, and Ms. Motley has been and will continue to be represented by other counsel from Alston & Bird LLP, including the attorneys identified below.

Counsel for Ms. Motley has conferred with counsel for the other parties, and they do not oppose this motion.

Dated: October 21, 2026

Respectfully submitted,

*<u>/s/ Thomas W. Davison</u>*

Thomas W. Davison
(VSB No. 94387)
**ALSTON & BIRD LLP**
950 F Street, N.W.
Washington DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 654-3333
tom.davison@alston.com

Michael R. Hoernlein (*pro hac vice)*
**ALSTON & BIRD LLP**
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel.: (704) 444-1000
Fax: (704) 444-1111
michael.hoernlein@alston.com

*Counsel for Defendant Kimberley Motley*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 21, 2026.

*Thomas W. Davison*
Thomas W. Davison